UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24362-JAL

LUIS REYES, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

COLLINS & 74TH STREET, INC. and MOHAMMED S HOSSAIN,

        Defendants.
_____

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 5], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** October 14, 2013, through October 14, 2016
Weeks: 156 weeks
Overtime hours per week: 25 hours
Amount of half time per hour not compensated: $4.75/hr (based on hourly rate of $9.50/hr)
Total overtime wages unpaid: **$18,525.00**

**Total Overtime Wage Claim and Liquidated Damages: $18,525.00 X 2 = $37,050.00**

\*\*Plaintiff seeks all fees and costs under the FLSA.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By: /s/ Allyson Morgado

        Allyson Morgado, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 10/19/16 TO:

ALL CM/ECF RECIPIENTS

        BY: /s/ Allyson Morgado
        Allyson Morgado, Esquire