UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 16-24362-CIV-LENARD/GOODMAN**

**LUIS REYES, and all others similarly situated under 29 U.S.C. 216(b)**,

    Plaintiff,

vs.

**COLLINS & 74TH STREET, INC. and MOHAMMED S. HOSSAIN**,

    Defendants.
_____/

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

1. Motions concerning Discovery — Yes _____ No _____
2. Motions for Costs — Yes _____ No _____
3. Motions for Attorney's Fees — Yes _____ No _____
4. Motions for Sanctions or Contempt — Yes _____ No _____
5. Motions to Dismiss or for Judgment on the Pleadings — Yes _____ No _____
6. Motions to Certify or Decertify Class — Yes _____ No _____
7. Motions for Preliminary Injunction — Yes _____ No _____
8. Motions for Summary Judgment — Yes _____ No _____
9. Motions to Remand (in removal cases) — Yes_____ No _____
10. All other Pre-Trial Motions — Yes _____ No _____
11. Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine — Yes _____ No _____

_____       _____
(Date)      Signature of _____
     Counsel for  _____

_____       _____
(Date)      Signature of_____
     Counsel for  _____

Case No. 16-24362-CIV-LENARD/GOODMAN

_____         _____
          (Date)                        Signature of _____
                                        Counsel for  _____

_____         _____
          (Date)                        Signature of_____
                                        Counsel for  _____