UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: CASE NO. 16-24362-CIV-LENARD/GOODMAN

LUIS REYES and all others similarly )
situated under 29 U.S.C. 216(b), )
)
    Plaintiff, )
)
    vs. )
)
COLLINS & 74TH STREET, INC. )
and MOHAMMED S. HOSSAIN, )
)
    Defendants. )
_____)

## JOINT CONFERENCE REPORT

Plaintiff, LUIS REYES ("Plaintiff"), and Defendants, COLLINS & 74TH STREET, INC. and MOHAMMED S. HOSSAIN (collectively "Defendants"), through their respective undersigned counsel and pursuant to L.R. 16.1(B), and the Court's December 1, 2016 Order, file this Joint Scheduling Report.

**A.    LIKELIHOOD OF SETTLEMENT.**

While the parties have discussed settlement, there is not a great likelihood of reaching a settlement.

B.    **LIKELIHOOD OF ADDITIONAL PARTIES.**

<u>Plaintiff</u>:

No additional plaintiffs have come forward to date, but in the event they do, Plaintiff reserves right to amend and add plaintiffs up and until the amendment deadline.

<u>Defendants</u>:

Defendants do not anticipate that additional parties will appear in this case or need to be joined.

C. **NECESSITY OR DESIRABILITY OF AMENDMENT OF PLEADINGS.**

<u>**Plaintiff**</u>**:**

Plaintiff wishes to reserve the right to amend pleadings as necessary. No additional plaintiffs have come forward, in such event they do, Plaintiff reserves right to add plaintiffs until the amendment deadline. Additional Plaintiffs could require amended responsive pleadings.

<u>**Defendants**</u>**:**

Defendants do not anticipate the need to amend their Answer or Affirmative Defenses unless additional plaintiffs opt-in.

D. **SIMPLIFICATION OF ISSUES AND ELIMINATION OF FRIVOLOUS CLAIMS OR DEFENSES**

The parties will utilize information obtained through discovery to eliminate issues and defenses.

E. **AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

The parties will work cooperative to formulate statements that can be read at trial which will alleviate the need to present witnesses or evidence as proof.

F. **ADMISSIONS OF FACT, STIPULATIONS REGARDING AUTHENTICITY, ADVANCE RULINGS ON ADMISSIBLITY**

The parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action.  The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees.  At this time, there is no need for any advance rulings with respect to admissibility of evidence.

G. **A PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL.**

The Parties estimate this case will require 3 to 4 days for trial but reserve the right to adjust the estimate as the case progresses.

H. **ANY OTHER INFORMATION.**

Counsel for both parties are Jewish and respectfully request that the Court not schedule hearings or set trial during major holidays.

The parties attach the Joint Scheduling Form required by the Court's Order

DATED:  December 28, 2016 .

Respectfully submitted,

| J.H. ZIDELL, P.A. | LANGBEIN & LANGBEIN , P.A. |
|---|---|
| Joshua Sheskin, Esq. | Leslie W. Langbein, Esq. |
| Rivkah F. Jaff, Esq. | 8181 NW 154 Street, Suite 105 |
| Neil Tobak, Esq. | Miami Lakes, FL 33016 |
| 300 71st Street, Ste. 605 | Telephone: 305-556-3663 |
| Miami Beach, Florida 33141 | Facsimile: 305-556-3647 |
| Telephone: (305) 865-6766 | Email: langbeinpa@bellsouth.net |
| Facsimile: (305) 865-7167 | *Counsel for Defendants* |
| Email:  rivkah.jaff@gmail.com | |
| *Counsel for Plaintiff* | By:   /s/  Leslie W. Langbein |
| | Leslie W. Langbein, Esq. |
| By:   /s/  Neil Tobak | Florida Bar No. 305391 |
| Florida Bar No. 93940 | |