UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

    Plaintiff,

vs.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

    Defendants.
_____/

## RESPONSE TO STATEMENT OF CLAIM

Defendants, through undersigned counsel, respond to Plaintiff's Statement of Claim and deny that Plaintiff is owed overtime wages. Plaintiff's regular schedule was 40 hours a week but when he occasionally worked overtime he was paid overtime on a time and a half basis as shown on his pay stubs.

    Respectfully Submitted,
    LANGBEIN & LANGBEIN, P.A.
    Counsel for Defendants
    8181 NW 154th Street, Suite 105
    Miami Lakes, FL 33016
    Tel:  (305) 556-3663
    Fax: (305) 556-3647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on February 13, 2017 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

    By:   Leslie W. Langbein
          Leslie W. Langbein, Esq.
          Fla. Bar No. 305391

## SERVICE LIST

Jamie H. Zidell, Esq.
Neil Tobak,Esq.
J.H. ZIDELL, P.A.
300 Seventy-First Street
Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
ntobak.jhzidellpa@gmail.com
Counsel for the Plaintiff