IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

    Plaintiff,

vs.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

    Defendants.

_____/

## CROSS-NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will call up for hearing the following:

**DEFENDANTS' CROSS MOTION TO OVERRULE PLAINTIFF'S OBJECTIONS TO RULE 45 Subpoenas Duces Tecum**

Disputed Issues:

1. Rule 45 SDT to JP Morgan Chase Bank, S.A. (attached)

2. Rule 45 SDT to Bank of America, N.A. (attached)

3. Rule 45 SDT to Regions Bank (attached)

4. Rule 45 SDT to New Generation Food Market, Inc. (attached)

Judge: MAGISTRATE JUDGE JONATHAN GOODMAN

Date: FRIDAY, JUNE 16, 2017

Time: 3:30 p.m.

Place: James Lawrence King Federal Justice Building
      99 Northeast Fourth Street, 11th Floor
      Miami, Florida
      PH: (305) 523-5720

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 6/2/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list.

## CERTIFICATE OF PRE-FILING CONFERENCE

The parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3).

LANGBEIN & LANGBEIN, P.A.
8181 NW 154 St., Suite 105
Miami Lakes, FL. 33016
Ph: 305-556-3663
Fx: 305-556-3647
LangbeinPA@bellsouth.net

By: /s/ Leslie W. Langbein
FBN 305391

## SERVICE LIST

J. H. Zidell, Esq.
zabogado@aol.com
K. David Kelly, Esq.
David.kelly38@rocketmail.com
Rivkah Jaff, Esq.
Rivkah.jaff@gmail.com
Natalie Staroschak, Esq.
Nstar.zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff