IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 15-20614-cv-OTAZO-REYES

MELVIN MANUEL LOPEZ OSORIO,
And others similarly situated,

    Plaintiff,

ART LANDSCAPING CORP. and
ALEXANDER ACOSTA,

    Defendants.
_____/

CONSENT

### NOTICE OF PLAINTIFF'S COUNSEL's ADDITIONAL MOTION TO DISQUALIFY

Defendants, ART LANDSCAPING CORP. and ALEXANDER ACOSTA, give notice to the Court that Plaintiff's Counsel's recently filed a third Motion to Disqualify Defendants' counsel in the case of Cruz v. N.H., Inc. and Mohammed Hossain, Case No. 17-20169-cv-TORRES. This third Motion to Disqualify is docketed as DE 19.

    Respectfully Submitted,

    LANGBEIN & LANGBEIN, P.A
    8181 NW 154 St., Suite 105
    Miami Lakes, FL. 33016
    Ph: 305-556-3663
    Fx: 305-556-3647
    Email: langbeinpa@bellsouth.net

    By: /s/ Leslie W. Langbein
        FBN 305391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 6/14/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list.

By: /s/ Leslie W. Langbein
FBN 305391

## SERVICE LIST

J.H. ZIDELL, P.A.
J.H. Zidell, Esq.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
Attorneys For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
zabogado@aol.com