UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

      Plaintiff,

vs.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

      Defendants.
_____/

## NOTICE OF RELATED MOTION

Defendants, COLLINS & 74TH STREET, INC. and MOHAMMED S. HOSSAIN, give notice to the Court that Plaintiff's Counsel's has filed an identical Motion to Disqualify Defendants' counsel in the case of Cruz v. N.H., Inc. and Mohammed Hossain, Case No. 17-20169-cv-TORRES. This third Motion to Disqualify is docketed as DE 19.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A
8181 NW 154 St., Suite 105
Miami Lakes, FL. 33016
Ph: 305-556-3663
Fx: 305-556-3647
Email: langbeinpa@bellsouth.net

By: /s/ Leslie W. Langbein
    Leslie W. Langbein, Esq.
    FBN 305391

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 6/15/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list.

      By: /s/ Leslie W. Langbein

## SERVICE LIST

J.H. ZIDELL, P.A.
J.H. Zidell, Esq.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
Attorneys For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
Rivkah.Jaff@gmail.com