UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24362-CIV-LENARD/GOODMAN

LUIS REYES,

    Plaintiff,
v.

COLLINS & 74TH, INC. ,
et al.,

    Defendants.
_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

The parties filed a Notice of Hearing concerning various discovery issues. [ECF No. 53]. The Undersigned held a hearing on the various issues on June 16, 2017, and **ORDERS** as follows:

The Undersigned modifies the subpoenas duces tecum issued to JP Morgan Chase Bank, Bank of America, N.A., and Regions Bank to require all banking records reflecting incoming deposits into any accounts in the name of, or for the benefit of, Luis Reyes, Social Security Number: XXX-XX-8231, Date of Birth: XX-XX-1963, for the period of October 2013 through October 2016. These bank records include, but are not limited to, bank statements, deposit slips, confirmation slips, transaction receipts, ATM receipts and debit card withdrawals or charges. Defendants may discover the amount of Plaintiff's transactions for this period and the location of his transactions.

The Undersigned also modifies and limits the documents listed on Exhibit A to the subpoena duces tecum issued to New Generation Food Market, Inc. For paragraph 1, the Undersigned limits the requested documents, concerning the employment of Luis Reyes, Social Security Number: XXX-XX-8231, Date of Birth: XX-XX-1963, to his employment application, his time cards, and his pay records that reflect the number of hours he worked each week concerning the dates of his actual employment with New Generation Food Market, Inc. The Undersigned requires Defendants to delete paragraph 2 from Exhibit A.

**DONE and ORDERED** in Chambers, in Miami, Florida, on June 19, 2017.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan A. Lenard
All Counsel of Record