UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24362-CIV-LENARD/GOODMAN

LUIS REYES,

    Plaintiff,
v.

COLLINS & 74TH, INC. ,
et al.,

    Defendants.
_____/

## POST-HEARING ADMINISTRATIVE ORDER

On June 21, 2017, the Undersigned held a hearing on Plaintiff's Motion to Disqualify Counsel [ECF No. 65] and **ORDERS** as follows:

By June 28, 2017, Ms. Jaff shall: (1) file the deposition transcript of Mr. Hossain in this case, and (2) under this notice of filing, specify by page and line numbers the questions concerning Ms. Langbein, and Mr. Hossain's knowledge of the advice Ms. Langbein provided to him. If there are any other page and line numbers from Mr. Hossain's deposition transcript that Ms. Langbein finds responsive to the Undersigned's inquiry, then, by July 3, 2017, Ms. Langbein may file a counter-designation notice.

By June 28, 2017, Ms. Jaff shall file the Lopez-Osorio (Case No. 15-20614) trial transcript excerpts that are in her firm's possession. In addition, under this notice of

1

filing, Ms. Jaff shall flag the page and line numbers in the transcripts pertaining to any rulings limiting or governing testimony about the advice of counsel, including side bar discussions, arguments, or exhibits presented to the jury about any labor advice provided to the defendant by Ms. Langbein. If there are any other page and line numbers from the trial transcript excerpts that Ms. Langbein finds responsive to the Court's inquiry, then, by July 3, 2017, Ms. Langbein may file a counter-designation notice.

By June 28, 2017, Ms. Jaff must file any hearing transcripts in the Lopez-Osorio case concerning Ms. Langbein's testimony or her involvement as a fact witness regarding exhibits or invoices. In addition, under this notice of filing, Ms. Jaff shall flag the applicable page and line numbers. If there are any other page and line numbers from the hearing transcripts that Ms. Langbein finds responsive to the Court's inquiry, then, by July 3, 2017, Ms. Langbein may file a counter-designation notice.

By July 3, 2017, Ms. Langbein may file additional page and line numbers from Mr. Hossain's deposition where he provided answers to Ms. Jaff's questions concerning his good faith defense.[1]

---

[1] This reflects a change from the in-hearing oral ruling, where the Undersigned mentioned submission to the e-file inbox, rather than an actual filing on CM/ECF.

By June 28, 2017, Ms. Jaff may also file the hearing transcript in the Lopez-Osorio case regarding whether the plaintiff was entitled to take Mr. Diaz's deposition.

**DONE and ORDERED** in Chambers, in Miami, Florida, on June 21, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Joan A. Lenard
All Counsel of Record