1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2              CASE NO: 16-CV-24362-JAL

3    _____

4    LUIS REYES,
     and all others similarly
5    situated under 29 USC 216 (B),

6
                    Plaintiff,
7
                  -vs-
8
     COLLINS & 74TH STREET, INC. and
9    MOHAMMED S HOSSAIN,

10

11                  Defendants.

12   _____

13
                    LAW OFFICES OF J.H. ZIDELL, P.A.
14   AT:            300 71 Street
                    Suite 605
15                  Miami Beach, Florida 33141
                    Thursday, May 4, 2017
16                  10:00 a.m.

17   _____

18        DEPOSITION OF MOHAMMED S. HOSSAIN

19   _____

20        Taken before Rochel Albert, CSR and Notary

21   Public in and for the State of Florida at Large,

22   pursuant to Notice of Taking Deposition filed in

23   the above cause.

24   _____

25   *DEPO EXPRESS REPORTING, INC. (305) 305 3333*

```
 1   APPEARANCES:

 2       RIVKAH JAFF, Esq.
         LAW OFFICES OF J.H. ZIDELL
 3       300 71st Street, Suite 605
         Miami Beach, Florida  33141
 4       Attorney for Plaintiff

 5

 6       LESLIE LANGBEIN, Esq.
         LANGBEIN & LANGBEIN
 7       8181 Northwest 154 Street
         Suite 105
 8       Miami Lakes, Florida 33016
         Attorney for Defendant

 9

10                     I N D E X

11   WITNESS              EXAMINATION  BY        PAGE

12   MOHAMMED S. HOSSAIN    MS. JAFF  ......... 6, 134

13                         MS. LANGBEIN .... 119, 114

14

15   EXHIBITS FOR IDENTIFICATION             PAGE

16   A -  Letter                             36

17   B -  Timecards                          39

18   C -  Checks                             43

19

20

21

22

23

24

25
```

1    **QUESTIONS BY MS. JAFF THAT WERE NOT ANSWERED**

2              Page 8, line 24

3    And your Social Security number?  We can go off

4    the record for that.

5              Page 9, line 11

6    Do you have a home address?

7              Page 91, line 3

8    Can you tell me what advice Leslie Langbein gave

9    to you to ensure that you were in compliance with

10   your overtime and minimum wage laws?

11             Page 92, line 14

12   Do you recall what that advice was?

13             Page 94, line 4

14   Now I am going to ask you what that advice was.

15   And can you tell me what that advice was?

16             Page 99, line 8

17   And can you tell me what that advice was?

18             Page 100, line 2

19   I will ask you, when you met with your attorney,

20   did you review the timecards of anybody other than

21   Mr. Reyes to ensure that you had paid those

22   employees overtime and minimum wage?

23

24

25

1    **QUESTIONS BY MS. JAFF THAT WERE NOT ANSWERED**

2         Page 101, line 3

3    Were you instructed by your attorney to review all

4    the timecards for Mr. Reyes in order to ensure

5    that you had paid him overtime?

6         Page 105, line 3

7    And you recall if your attorney -- she is going to

8    object.  Give her one second.  Do you recall if

9    your attorney instructed you to go back and review

10   all the time records at the time that you were

11   sued by those plaintiffs?

12        Page 106, line 25

13   Is the letter, Exhibit A, the letter that you put

14   together with your attorney?

15        Page 109, line 14

16   So you did your own review and your attorney did a

17   separate review of the timecards?

18        Page 115, line 11

19   Don't answer this because she is going to object.

20   Can you tell me what advice your attorney, Leslie,

21   gave you with regard to your pay practices?

22        Page 115, line 19

23   Can you tell me what advice your attorney, Leslie,

24   gave you with regards to your company's pay

25   policies?

1        **QUESTIONS BY MS. JAFF THAT WERE NOT ANSWERED**

2              Page 115, line 24

3    And can you tell me what advice your attorney,

4    Leslie, gave to you with regards to your

5    compliance with the overtime and minimum wage

6    laws?

7              Page 116, line 21

8              MS. LANGBEIN:  Do you have any policies or

9    manuals that would reflect changes made based on

10   advice?

11             MS. JAFF:  No.  That would reflect your

12   advice in those policies.

13             Page 136, line 21

14   And did she advise you that Mr. Reyes was an

15   exempt employee as a manager?

16             Page 137, line 16

17   And what was that advice?

18

19

20

21

22

23

24

25

```
               1              MOHAMMED S. HOSSAIN
               2         being first duly sworn by the court
               3         reporter, testified as follows:
               4                    EXAMINATION
10:04:47       5   BY MS. JAFF:
10:04:48       6      Q    I am Rivkah Jaff.  I represent the
10:04:50       7   plaintiff Mr. Luis Reyes.  It's my understanding
10:04:53       8   that today you are going to be here as both the 30
10:04:55       9   B (6) representative and on behalf of yourself
10:04:58      10   individually; is that correct?
10:04:59      11      A    Yes.
10:05:00      12      Q    Just for the record before we begin, does
10:05:02      13   your counsel want to stipulate to anything so that
10:05:04      14   it could streamline the questions, for example,
10:05:06      15   enterprise coverage?  I saw that you are raising
10:05:09      16   exemptions.
10:05:10      17           MS. LANGBEIN:  No.  There's no exemptions.
10:05:12      18           MS. JAFF:  Okay.  One of your --
10:05:16      19           MS. LANGBEIN:  I think we dropped that.
10:05:17      20   We had already stipulated we were dropping that
10:05:20      21   defense.  And there's no reason to stipulate to
10:05:23      22   anything because it's been admitted in the
10:05:24      23   complaint.  Whatever has been admitted in the
10:05:27      24   answers has been admitted in the answer.
10:05:30      25           MS. JAFF:  According to my review -- and
```

```
10:05:31   1    you correct me if I am wrong, you have stipulated
10:05:33   2    to both prongs of enterprise coverage for the year
10:05:38   3    2013 through --
10:05:38   4            MS. LANGBEIN:  For all years.
10:05:41   5            MS. JAFF:  Through 16.
10:05:42   6            MS. LANGBEIN:  Yes.
10:05:43   7            MS. JAFF:  You also withdraw your
10:05:45   8    affirmative defense that the plaintiff was an
10:05:47   9    exempt employee?
10:05:49  10            MS. LANGBEIN:  Yes.
10:05:49  11            MS. JAFF:  Correct.
10:05:50  12            MS. LANGBEIN:  So we can put it on the
10:05:52  13    record.  This morning I have given you copies of
10:05:55  14    amended response to Plaintiff's interrogatories
10:05:59  15    which I sent to David yesterday.  I hope that he
10:06:01  16    forwarded it to you.  And attached to that is a
10:06:07  17    tender letter.  This morning I am handing you both
10:06:11  18    the amended response to first set of
10:06:13  19    interrogatories, a tender letter and two checks.
10:06:17  20            MS. JAFF:  I am just going to put on the
10:06:18  21    record they are tendering these checks.  I am not
10:06:21  22    accepting them.  I am not cashing them, but I will
10:06:24  23    take them because she is giving them to me.  So I
10:06:26  24    am not accepting them.  I am not tendering or
10:06:28  25    cashing them, just for the record.
```

```
10:06:34   1            MS. LANGBEIN:  The tender letter does
10:06:37   2       state that it does not waive any rights.
10:06:39   3            MS. JAFF:  Yes, I saw that.
10:07:20   4    BY MS. JAFF:
10:07:20   5       Q    So if you can please state your name for
10:07:22   6       the record and spell it.
10:07:23   7       A    Mohammed S. Hossain.
10:07:26   8       Q    Can you tell me what the "S" stands for?
10:07:28   9       A    Saukat, S-A-U-K-A-T.
10:07:37  10       Q    And Hossain is H-O-S-S-A-I-N, correct?
10:07:41  11       A    Yes.
10:07:41  12       Q    Do you have any other names that you are
10:07:43  13       known by?
10:07:44  14       A    I don't.
10:07:45  15       Q    What is your date of birth, sir?
10:07:47  16       A    ███████████
10:07:51  17       Q    Sorry.  Your accent is a little bit hard
10:07:54  18       for me to understand.  So I am going to ask you to
10:07:56  19       talk slow.
10:07:57  20            MS. LANGBEIN:  I had already advised him
10:07:58  21       that he needed to talk slow.
10:08:00  22            MS. JAFF:  Okay.
10:08:01  23       A    ███████████
10:08:04  24       Q    And your Social Security number?  We can
10:08:06  25       go off the record for that.
```

| | | |
|---|---|---|
| 10:08:07 | 1 | MS. LANGBEIN:  We are not giving you a |
| 10:08:08 | 2 | Social Security number.  We are objecting to that. |
| 10:08:10 | 3 | I am instructing my client not to answer. |
| 10:08:12 | 4 | MS. JAFF:  I am going to certify that |
| 10:08:13 | 5 | question. |
| 10:08:17 | 6 | Q    Can you please give me your address. |
| 10:08:20 | 7 | MS. LANGBEIN:  Business address? |
| 10:08:21 | 8 | A    7446 Collins Avenue, Miami Beach, 33141. |
| 10:08:34 | 9 | Q    And that is your business address, sir? |
| 10:08:37 | 10 | A    This is business address. |
| 10:08:38 | 11 | Q    Do you have a home address? |
| 10:08:40 | 12 | A    I don't give home address. |
| 10:08:43 | 13 | Q    So you are refusing to give it to me? |
| 10:08:46 | 14 | A    Yes. |
| 10:08:47 | 15 | MS. JAFF:  Do you want to discuss that |
| 10:08:48 | 16 | with your client or -- no.  I am going to certify |
| 10:08:52 | 17 | that question then, because I think with regards |
| 10:08:54 | 18 | to if, let's say, your counsel withdraws or there |
| 10:08:57 | 19 | ever is an issue with collections or anything like |
| 10:09:00 | 20 | that, I am entitled to know your last known |
| 10:09:01 | 21 | address. |
| 10:09:02 | 22 | MS. LANGBEIN:  Yes.  When you get to the |
| 10:09:03 | 23 | point of collecting, then we will deal with it. |
| 10:09:05 | 24 | Then you can serve interrogatories that ask for |
| 10:09:07 | 25 | personal information.  But we are not there yet. |

| | | |
|---|---|---|
| 10:09:09 | 1 | That is premature. |
| 10:09:10 | 2 | MS. JAFF:  Okay.  Well, I am certifying |
| 10:09:11 | 3 | that question, also. |
| 10:09:20 | 4 | Q    How long have you had this address, the |
| 10:09:21 | 5 | business address at 7476 Collins Avenue? |
| 10:09:28 | 6 | A    Since 2002. |
| 10:09:31 | 7 | Q    And what do you operate at this place of |
| 10:09:32 | 8 | business? |
| 10:09:34 | 9 | A    Grocery store. |
| 10:09:40 | 10 | Q    And is that Collins and 74th Street, Inc.? |
| 10:09:44 | 11 | A    Yes. |
| 10:09:44 | 12 | Q    Is there another name that it's known by? |
| 10:09:46 | 13 | A    Dba ML Food Market. |
| 10:09:52 | 14 | Q    And what does the ML stand for? |
| 10:09:55 | 15 | A    Just it was a name. |
| 10:09:59 | 16 | Q    The "M" doesn't stand for Mohammed? |
| 10:10:02 | 17 | A    No. |
| 10:10:07 | 18 | Q    Are you an officer of the Collins and 74th |
| 10:10:11 | 19 | Street? |
| 10:10:12 | 20 | A    Yes. |
| 10:10:13 | 21 | Q    And what is your position? |
| 10:10:16 | 22 | A    President. |
| 10:10:18 | 23 | MS. LANGBEIN:  Rivkah, can we agree that |
| 10:10:20 | 24 | if there are Answers to Interrogatories that ask |
| 10:10:23 | 25 | the same questions, that you will accept those so |

| | | |
|---|---|---|
| 10:10:25 | 1 | that we don't have to waste time in the deposition |
| 10:10:27 | 2 | doing things that are preliminary that have |
| 10:10:29 | 3 | already been answered in response to |
| 10:10:32 | 4 | interrogatories or request for production? |
| 10:10:34 | 5 | MS. JAFF:  You are not stipulating that he |
| 10:10:36 | 6 | is an individual liability? |
| 10:10:39 | 7 | MS. LANGBEIN:  Yes.  If you read the |
| 10:10:40 | 8 | answer to the complaint -- |
| 10:10:41 | 9 | MS. JAFF:  I did read the answer.  All you |
| 10:10:43 | 10 | said was that he is a president, and you denied |
| 10:10:46 | 11 | the rest.  I have it with me. |
| 10:10:53 | 12 | MS. LANGBEIN:  Yes.  But your allegation |
| 10:10:54 | 13 | was he had operational control, and we admitted |
| 10:10:56 | 14 | that.  So there's no need to go through things -- |
| 10:10:58 | 15 | I know Mr. Zidell requires people to do this, but |
| 10:11:02 | 16 | there's really no need to do it. |
| 10:11:04 | 17 | MS. JAFF:  Leslie, Mr. Zidell has not |
| 10:11:06 | 18 | required me to do anything.  I asked you at the |
| 10:11:08 | 19 | beginning if you are willing to stipulate to |
| 10:11:10 | 20 | anything to streamline my questions.  If you are |
| 10:11:13 | 21 | willing to stipulate to individual liability, I |
| 10:11:14 | 22 | won't ask him questions about it. |
| 10:11:15 | 23 | MS. LANGBEIN:  I don't have to stipulate. |
| 10:11:15 | 24 | It's been admitted. |
| 10:11:17 | 25 | MS. JAFF:  So that means that you agree |

| | | |
|---|---|---|
| 10:11:18 | 1 | that he is an individual liability.  He was the |
| 10:11:21 | 2 | person that ran the day-to-day operation of the -- |
| 10:11:23 | 3 | MS. LANGBEIN:  That is what an answer |
| 10:11:24 | 4 | admitting states, yes.  That is what an answer -- |
| 10:11:28 | 5 | MS. JAFF:  Then I won't ask him questions. |
| 10:11:30 | 6 | MS. LANGBEIN:  Fine. |
| 10:11:30 | 7 | MS. JAFF:  Is there anything else that you |
| 10:11:31 | 8 | want to admit on the record? |
| 10:11:33 | 9 | MS. LANGBEIN:  I don't know what else is |
| 10:11:34 | 10 | in the complaint that we admitted.  I didn't bring |
| 10:11:36 | 11 | the answer. |
| 10:11:37 | 12 | MS. JAFF:  All right.  Because this is my |
| 10:11:38 | 13 | deposition.  So I am going to ask the questions |
| 10:11:39 | 14 | that I want to ask. |
| 10:11:40 | 15 | MS. LANGBEIN:  I am trying to save time |
| 10:11:42 | 16 | and expenses. |
| 10:11:42 | 17 | MS. JAFF:  I appreciate that.  But at the |
| 10:11:44 | 18 | same time, if you are not going to make |
| 10:11:46 | 19 | stipulations on the record, I am going to ask and |
| 10:11:48 | 20 | go through the questions that I have written |
| 10:11:51 | 21 | myself for this deposition today. |
| 10:11:54 | 22 | MS. LANGBEIN:  Go ahead. |
| 10:11:55 | 23 | Q   Okay, Mr. Hossain, can you tell me if |
| 10:11:59 | 24 | there's anybody else that owns the company with |
| 10:12:00 | 25 | you other than yourself? |

```
10:12:02   1          MS. LANGBEIN:  Objection, form.  Also,
10:12:04   2   premature.  This is information that relates to
10:12:09   3   collections.
10:12:10   4          MS. JAFF:  Are you instructing him not to
10:12:11   5   answer?
10:12:12   6          MS. LANGBEIN:  I am not instructing him
10:12:14   7   anything.  I am making an objection for the
10:12:16   8   record.
10:12:16   9      Q    Go ahead and answer.
10:12:18  10      A    I refuse.
10:12:19  11          MS. LANGBEIN:  No.  If you can, answer the
10:12:20  12   question.
10:12:21  13      A    Okay.  Yes, I am alone.
10:12:25  14          MS. LANGBEIN:  Just so it's clear, even if
10:12:27  15   I object, that doesn't mean you don't answer the
10:12:30  16   question.  If you can answer the question, you are
10:12:32  17   still required to answer the question.  I will
10:12:34  18   tell you when not to answer a question.  Okay?
10:12:37  19          MS. JAFF:  Okay.
10:12:38  20          MS. LANGBEIN:  Fine.
10:12:39  21      Q    Is there anything today that would inhibit
10:12:41  22   you from testifying truthfully or honestly?
10:12:43  23      A    Yes.
10:12:44  24      Q    What is that?
10:12:45  25      A    I will be honest with everything to my
```

10:12:48   1    knowledge.

10:12:48   2        Q    Okay.  Are you on any medication or are

10:12:55   3    you taking anything that would not allow you to

10:13:00   4    testify truthfully or honestly?

10:13:03   5        A    I didn't take any medication, no.

10:13:06   6        Q    So there's nothing today that will prevent

10:13:08   7    you from testifying truthfully and honestly and to

10:13:11   8    the best of your knowledge?

10:13:12   9        A    Yes.

10:13:13   10       Q    I understand that you speak English.

10:13:15   11   Sometimes we have Spanish deponents.  For the

10:13:22   12   record, our court reporter is typing down

10:13:24   13   everything that you are saying.  So she can't type

10:13:28   14   everything if we are talking over each other.

10:13:30   15       So I am going to ask you to wait until I

10:13:33   16   fully have finished my question before you

10:13:34   17   respond, and I am going to try to do the same

10:13:36   18   thing for you.  I am going to wait until you fully

10:13:39   19   answer before I respond.  Okay?

10:13:43   20       A    Okay.

10:13:44   21       Q    If there's any questions that I ask you

10:13:45   22   that you don't understand or you need

10:13:46   23   clarification, I am not going to ask you to guess.

10:13:48   24   Please let me know to rephrase the question or ask

10:13:51   25   it in a different way, so that you understand what

10:13:52  1      I am asking of you.  Okay?

10:13:54  2          A     Okay.

10:13:54  3          Q     And it's my understanding that you did not

10:13:56  4      want a translator today, correct?

10:13:59  5          A     No, I don't.

10:14:01  6          Q     So you understand and speak English,

10:14:03  7      correct?

10:14:04  8          A     Yes, I do.

10:14:06  9          Q     Also, if you need to take a break at any

10:14:08  10     time, you can just let me know.  As long as I

10:14:10  11     don't have a question pending, I am okay to take a

10:14:13  12     break.  If you need water or bathroom or anything

10:14:15  13     like that, just let me know and we can take a

10:14:18  14     break.  Okay?

10:14:19  15         A     Yes.

10:14:19  16         Q     So you are the sole owner of the grocery

10:14:21  17     store, correct?

10:14:23  18         A     Yes.

10:14:25  19         Q     Instead of calling it Collins and 74th,

10:14:28  20     sometimes I'll either refer to it as Collins and

10:14:30  21     74th or the grocery store.  So I am talking about

10:14:33  22     the same thing when I say the grocery store.  Do

10:14:35  23     you understand that?

10:14:35  24         A     I do.

10:14:43  25         Q     Do you know who Luis Reyes is?

| | | |
|---|---|---|
| 10:14:46 | 1 | A    He was my employee. |
| 10:14:47 | 2 | Q    Can you tell me what he did for you? |
| 10:14:54 | 3 | A    He did merchandising in the store and put |
| 10:14:56 | 4 | the grocery. |
| 10:14:58 | 5 | Q    And you said pulled the grocery? |
| 10:15:01 | 6 | A    No.  He put the grocery on the shelf. |
| 10:15:04 | 7 | MS. LANGBEIN:  Stocker. |
| 10:15:09 | 8 | A    Stocker. |
| 10:15:15 | 9 | MS. LANGBEIN:  Not stalker, but stocker. |
| 10:15:15 | 10 | I've had that mistake in other depositions. |
| 10:15:15 | 11 | I also know that that was a previous |
| 10:15:18 | 12 | answer to an interrogatory. |
| 10:15:20 | 13 | Q    When you hired Mr. Reyes, did you tell him |
| 10:15:24 | 14 | what his schedule would be? |
| 10:15:26 | 15 | MS. LANGBEIN:  Objection to form. |
| 10:15:27 | 16 | A    Yes.  7:00 to 5:00 in the morning, and |
| 10:15:31 | 17 | sometimes more or less. |
| 10:15:35 | 18 | Q    7:00 p.m. to 5:00 a.m.? |
| 10:15:36 | 19 | A    7:00 a.m. to 5:00, but it varies in the |
| 10:15:42 | 20 | morning.  Generally, 7:00 to 5:00. |
| 10:15:46 | 21 | Q    7:00 a.m. to 5:00 p.m.? |
| 10:15:49 | 22 | A    5:00 p.m., right. |
| 10:15:50 | 23 | Q    Did you tell Mr. Reyes how much he was |
| 10:15:52 | 24 | going to get paid? |
| 10:15:53 | 25 | A    Yes. |

```
10:15:54   1        Q     And what did you tell him?
10:15:56   2        A     I don't remember exactly how much it was.
10:15:59   3   It's on the paychecks.
10:16:00   4              MS. LANGBEIN:  I am going to object to
10:16:01   5   form.  And Rivkah, recall that this gentleman
10:16:05   6   worked for my client two separate occasions.  Can
10:16:08   7   we specify the period of time to which you are
10:16:10   8   referring to?  Because he previously worked for my
10:16:15   9   client.
10:16:15  10              MS. JAFF:  Okay.  He is the one that is
10:16:18  11   testifying, Leslie.  I just asked him when he
10:16:20  12   hired him, how much he told him that he was paid.
10:16:22  13   So he should have told me that he believes there
10:16:24  14   were two different times that he hired him.  You
10:16:26  15   are testifying.
10:16:28  16              MS. LANGBEIN:  I am not testifying.  I am
10:16:29  17   just reminding you, as other attorneys in the firm
10:16:34  18   already know, because they have been involved in
10:16:35  19   the case and this is the first time that you have
10:16:37  20   been involved, as far as I know, that there was a
10:16:40  21   previous employment.
10:16:41  22              So can we agree that you will direct your
10:16:44  23   questions to the period of time that is at issue
10:16:47  24   in this case?
10:16:48  25              MS. JAFF:  Well, one of the disputes is
```

10:16:50  1    the dates that he was employed.  So I am trying

10:16:53  2    to -- according to the complaint and according to

10:16:56  3    what you served us in your responses, it's in

10:16:59  4    dispute.  I am trying to get a sense of when he

10:17:02  5    hired him, and my next question was going to be

10:17:04  6    when do you believe that you hired him.

10:17:11  7         MS. LANGBEIN:  Your paragraph number nine

10:17:12  8    says, he worked for defendants as a merchandiser

10:17:15  9    from on about June 10th to October 14, 2016.  So

10:17:21 10    the dispute is between June 10th, 2013, and I

10:17:24 11    believe it's October or November of 2013.  It's a

10:17:31 12    couple months.

10:17:40 13         MS. JAFF:  Right.  There's a dispute.

10:17:41 14         MS. LANGBEIN:  What he might have paid him

10:17:41 15    back in 2011 or wherever it was is really not an

10:17:44 16    issue in this case.  We are here for this period

10:17:47 17    of time.

10:17:51 18       Q    Can you please tell me when you hired Mr.

10:17:53 19    Reyes, how much you said were you going to pay

10:17:56 20    him?

10:17:56 21       A    I forgot.

10:17:59 22       Q    Do you recall if you told him you were

10:18:00 23    going to be paying an hourly rate or salary?

10:18:03 24       A    Hourly rate.

10:18:05 25       Q    And do you recall if you told him whether

| | | |
|---|---|---|
| 10:18:06 | 1 | or not that would include overtime, if he worked |
| 10:18:09 | 2 | overtime? |
| 10:18:11 | 3 | A    For the overtime, yes.  After 40 hours is |
| 10:18:20 | 4 | overtime. |
| 10:18:22 | 5 | Q    Do you recall when you hired Mr. Reyes? |
| 10:18:26 | 6 | MS. LANGBEIN:  Objection to form. |
| 10:18:28 | 7 | A    I don't remember. |
| 10:18:29 | 8 | Q    Do you recall what year you hired Mr. |
| 10:18:30 | 9 | Reyes? |
| 10:18:31 | 10 | A    '13, 2013. |
| 10:18:34 | 11 | Q    Your counsel has indicated that Mr. Reyes |
| 10:18:36 | 12 | worked for you for a period of time, and then he |
| 10:18:39 | 13 | left and came back working for you; is that |
| 10:18:40 | 14 | correct? |
| 10:18:41 | 15 | A    Yes. |
| 10:18:42 | 16 | Q    Do you recall when he was working for you |
| 10:18:45 | 17 | prior to 2013? |
| 10:18:46 | 18 | A    I don't remember. |
| 10:18:48 | 19 | Q    Do you recall for how long that period of |
| 10:18:49 | 20 | time was? |
| 10:18:52 | 21 | A    Exactly, I don't know how long it was. |
| 10:18:54 | 22 | Q    Do you know if it was a year? |
| 10:18:58 | 23 | A    I have to see the papers. |
| 10:19:00 | 24 | Q    Do you recall what month he started |
| 10:19:01 | 25 | working for you again in 2013? |

| | | |
|---|---|---|
| 10:19:05 | 1 | A    I don't remember the exact month. |
| 10:19:09 | 2 | Q    My client says that he started working for |
| 10:19:11 | 3 | you in June 2013; is that correct? |
| 10:19:14 | 4 | A    Whatever the payroll records say is right. |
| 10:19:22 | 5 | Q    Do you recall when my client stopped |
| 10:19:23 | 6 | working for you, Mr. Reyes? |
| 10:19:26 | 7 | A    The exact month and date, I don't |
| 10:19:28 | 8 | remember. |
| 10:19:29 | 9 | Q    Do you know what year? |
| 10:19:31 | 10 | A    '16. |
| 10:19:37 | 11 | Q    When you hired Mr. Reyes in 2013, do you |
| 10:19:41 | 12 | recall if you told him anything about how he was |
| 10:19:43 | 13 | going to keep track of the hours that he worked? |
| 10:19:48 | 14 | A    Timecard. |
| 10:19:49 | 15 | Q    Can you tell us a little bit about what |
| 10:19:51 | 16 | that timecard system was? |
| 10:19:53 | 17 | A    When he work in the store, he start the |
| 10:19:57 | 18 | job, before he start the job he punch the card. |
| 10:20:00 | 19 | When he leave, he punch the card. |
| 10:20:05 | 20 | Q    Can you tell me, in 2013, where was the |
| 10:20:33 | 21 | punch card machine located? |
| 10:20:35 | 22 | A    Behind the counter. |
| 10:20:37 | 23 | Q    Is that right at the entrance? |
| 10:20:39 | 24 | A    Yes. |
| 10:20:42 | 25 | Q    Yes? |

```
10:20:42   1        A    Yes.
10:20:45   2        Q    Did that punch card machine stay in the
10:20:47   3    same location from 2013 through to 2016?
10:20:51   4        A    Yes.
10:20:55   5        Q    When was Mr. Reyes given his timecard?
10:20:58   6    What day of the week?
10:21:00   7        A    Thursday morning he start until Wednesday.
10:21:08   8        Q    And who gives the timecards to the various
10:21:11   9    employees?
10:21:12  10        A    Timecard, we make it ready for Wednesday.
10:21:16  11    The holding card is there.  They go and take the
10:21:21  12    card and punch in and punch out.
10:21:26  13        Q    So you have a box and it has everyone's
10:21:30  14    names on it with their punch cards?
10:21:32  15        A    Right.
10:21:33  16        Q    And you yourself pick up the punch cards
10:21:35  17    every Wednesday?
10:21:38  18        A    What do you mean?  Can you explain to me?
10:21:39  19        Q    Sure.  You said that your timecards are
10:21:41  20    from Thursday morning to Wednesday.  When do you
10:21:45  21    pick up the punch card for the week?  On
10:21:47  22    Wednesday?
10:21:51  23        A    Thursday morning.
10:21:52  24        Q    You pick up the punch cards from the week
10:21:55  25    prior?
```

```
10:21:56   1        A    Yes.
10:21:57   2             MS. LANGBEIN:  When you say you, are you
10:21:57   3    referring to him personally or the corporation?
10:22:00   4             MS. JAFF:  I am asking him.  I said you,
10:22:00   5    personally.
10:22:02   6             MS. LANGBEIN:  Can you use the word
10:22:02   7    personally?
10:22:02   8             MS. JAFF:  Sure.
10:22:03   9        A    My employee I have designed for these
10:22:05  10    things, and she picks up and she pick up the card.
10:22:08  11        Q    So in the year 2013, do you recall who
10:22:10  12    your employee was that on Thursday morning would
10:22:13  13    go pick up the timecards for the employees from
10:22:15  14    the week prior?
10:22:17  15        A    Leslie.
10:22:18  16        Q    Do you recall her last name?
10:22:19  17        A    Yes.  Leslie.
10:22:21  18             MS. LANGBEIN:  Her name is in the Answers
10:22:23  19    to Interrogatories.  She spells it differently
10:22:28  20    than he pronounces it.
10:22:30  21        Q    Lesbia?
10:22:30  22        A    Yes.
10:22:31  23        Q    Azucena?
10:22:31  24        A    Yes.
10:22:32  25             MS. JAFF:  L-E-S-B-I-A, A-Z-U-C-E-N-A.
```

10:22:45  1          Q     Do you know Lesbia's address?

10:22:48  2          A     I don't.

10:22:49  3          Q     Do you have records in the grocery store

10:22:52  4   that would have that information?

10:22:54  5          A     Yes, I do.

10:22:55  6          Q     So every employee has an employee file

10:22:59  7   that contains their Social Security number and

10:23:02  8   their address?

10:23:03  9          A     Yes.

10:23:10  10         Q     And what would Lesbia do with the timecard

10:23:12  11  when she picked it up every Thursday in the year

10:23:18  12  2013?

10:23:18  13         A     I assigned someone to add the hour.  Then

10:23:20  14  she make a check Friday morning.

10:23:28  15         Q     Do you know who the person was that was

10:23:30  16  responsible for adding the hours in the year 2013?

10:23:34  17         A     I have two person.

10:23:37  18         Q     Who were they?

10:23:38  19         A     Shabiha Aktar.

10:23:40  20         MS. LANGBEIN:  If you look in the amended

10:23:42  21  responses, which I just handed to you, those two

10:23:45  22  names are present.  It's easier for the spelling.

10:23:57  23         MS. JAFF:  Okay.  S-H-A-B-I-H-A, Aktar,

10:24:00  24  A-K-T-A-R.

10:24:04  25         Q     And what was Shabiha Aktar's position in

| | | |
|---|---|---|
| 10:24:07 | 1 | your company? |
| 10:24:08 | 2 | A    She is a clerk. |
| 10:24:09 | 3 | Q    A sales clerk? |
| 10:24:11 | 4 | A    Sales clerk. |
| 10:24:16 | 5 | Q    And who was the other person? |
| 10:24:20 | 6 | A    Her name is Mahmud.  Her first name is -- |
| 10:24:24 | 7 | let me check.  It's a weird last name. |
| 10:24:30 | 8 | Q    Is it Mairum? |
| 10:24:31 | 9 | A    Mairum Mahmud. |
| 10:24:34 | 10 | Q    And what was her position? |
| 10:24:36 | 11 | A    Clerk. |
| 10:24:39 | 12 | Q    M-A-I-R-U-M, and last name is M-A-H-M-U-D. |
| 10:24:50 | 13 | In the year 2013, Mairum and Shabiha would |
| 10:24:56 | 14 | be responsible for adding up the hours on the |
| 10:24:58 | 15 | timecards, and then providing them to Lesbia in |
| 10:25:01 | 16 | order for her to make the payroll checks; is that |
| 10:25:03 | 17 | correct? |
| 10:25:04 | 18 | A    Yes. |
| 10:25:04 | 19 | Q    Did that change in the year 2014? |
| 10:25:07 | 20 | A    Both girls.  Sometimes she does, one girl |
| 10:25:09 | 21 | does, and sometimes another girl does. |
| 10:25:12 | 22 | Q    You are going to have to use names. |
| 10:25:13 | 23 | There's three girls. |
| 10:25:16 | 24 | A    Lesbia make only paycheck on the |
| 10:25:19 | 25 | Quickbooks.  Other two girl, Shabiha and Mahmud, |

| | | |
|---|---|---|
| 10:25:25 | 1 | they does like whatever they make it like checks, |
| 10:25:29 | 2 | add the hour. |
| 10:25:31 | 3 | Q    Do Shabiha and Mairum input those |
| 10:25:35 | 4 | calculations into the Quickbooks, or does Lesbia |
| 10:25:37 | 5 | have to put those into the Quickbooks? |
| 10:25:40 | 6 | A    Just add the hour.  Then Lesbia put into |
| 10:25:40 | 7 | the computer. |
| 10:25:44 | 8 | Q    So they handwrite the hours on the |
| 10:25:47 | 9 | timecards.  Is that what you are telling me? |
| 10:25:49 | 10 | A    Yes. |
| 10:26:00 | 11 | Q    Did that change in 2014? |
| 10:26:02 | 12 | A    No. |
| 10:26:03 | 13 | Q    So in 2014, Lesbia was still responsible |
| 10:26:05 | 14 | for inputting all the time into the Quickbooks and |
| 10:26:08 | 15 | issuing payroll, and Shabiha and Mairum would |
| 10:26:12 | 16 | switch off hand recording the total hours on the |
| 10:26:15 | 17 | timecards, correct? |
| 10:26:16 | 18 | A    Yes. |
| 10:26:17 | 19 | Q    And in 2015, did that change at all? |
| 10:26:19 | 20 | A    Same. |
| 10:26:20 | 21 | Q    And in 2016, did that change at all? |
| 10:26:22 | 22 | A    Same. |
| 10:26:22 | 23 | Q    Are all three of those ladies still |
| 10:26:24 | 24 | employed by you? |
| 10:26:25 | 25 | A    Yes. |

10:26:25   1       Q    And that means that you also have an

10:26:27   2   employee file that contains the Social Security

10:26:29   3   number and last known address for Shabiha and

10:26:33   4   Mairum, as well, correct?

10:26:35   5       A    Yes.

10:26:35   6       Q    And where do you physically maintain those

10:26:38   7   documents, those files?

10:26:41   8       A    Small office I have behind the counter

10:26:45   9   there.

10:26:51   10      Q    And you only have that one location,

10:26:53   11  right, that is located at 7476 Collins?

10:26:58   12      A    Repeat again, please.

10:26:59   13      Q    Sure.  Do you only have one location of

10:27:01   14  the grocery store at 7476 Collins?

10:27:05   15      A    I have another one.

10:27:06   16      Q    Where is that located?

10:27:09   17           MS. LANGBEIN:  Are you saying Collins and

10:27:10   18  74th, does it have any other locations?

10:27:14   19           MS. JAFF:  I am asking him if he has a

10:27:16   20  grocery store with another location.

10:27:20   21      A    812 Sixth Street, Miami Beach.

10:27:28   22      Q    Is that located in Miami Beach, also?

10:27:30   23      A    Miami Beach, right.

10:27:32   24      Q    With the same zip code?

10:27:33   25      A    Different zip code.

| | | |
|---|---|---|
| 10:27:35 | 1 | Q     What is the zip code? |
| 10:27:36 | 2 | A     33139. |
| 10:27:39 | 3 | Q     Does Lesbia do anything for that other |
| 10:27:41 | 4 | grocery store? |
| 10:27:42 | 5 | A     No. |
| 10:27:43 | 6 | Q     And how about Shabiha? |
| 10:27:44 | 7 | A     No. |
| 10:27:44 | 8 | Q     And how about Mairum? |
| 10:27:46 | 9 | A     No. |
| 10:27:46 | 10 | Q     And what is the name of that grocery |
| 10:27:48 | 11 | store? |
| 10:27:49 | 12 | A     Meridian Food Market. |
| 10:27:55 | 13 | Q     Was there a DBA? |
| 10:27:58 | 14 | A     Corporation name is NH, INC. |
| 10:28:02 | 15 | Q     NHINC? |
| 10:28:04 | 16 | A     Incorporated, yes. |
| 10:28:07 | 17 | Q     And you are the president of that company, |
| 10:28:09 | 18 | as well, correct? |
| 10:28:11 | 19 | A     Yes. |
| 10:28:13 | 20 | Q     Do you use the same suppliers for both of |
| 10:28:17 | 21 | the locations? |
| 10:28:19 | 22 | A     Not all the same, varies. |
| 10:28:21 | 23 | Q     But some of the same suppliers? |
| 10:28:23 | 24 | A     Yes. |
| 10:28:25 | 25 | Q     Do you share any employees between the two |

```
10:28:28   1    stores?
10:28:29   2        A    No.
10:28:29   3        Q    Did Mr. Reyes ever work at NH, Inc. to
10:28:35   4    your knowledge?
10:28:35   5        A    No.
10:28:37   6            MS. LANGBEIN:  Can you rephrase the
10:28:37   7    question?  Because you asked him do you know, and
10:28:39   8    he said no.  I think --
10:28:42   9            MS. JAFF:  The other way?
10:28:43  10            MS. LANGBEIN:  Yes.
10:28:43  11        Q    Do you know if Mr. Reyes ever worked at
10:28:46  12    NH, Inc.?
10:28:47  13        A    No.
10:28:47  14        Q    You don't know or he never worked there?
10:28:50  15        A    He never worked there.
10:28:51  16            MS. LANGBEIN:  That's the way to go.
10:28:58  17        Q    And during the years 2013 to '16, Lesbia,
10:29:02  18    Shabiha and Mairum never worked at that location,
10:29:06  19    right?
10:29:07  20        A    No.
10:29:08  21        Q    NH, Inc.
10:29:10  22            Can you tell me what Lesbia's position is
10:29:12  23    in the company?
10:29:14  24        A    Office manager.
10:29:17  25        Q    Can you tell me a little bit about what
```

| | | |
|---|---|---|
| 10:29:18 | 1 | she does other than entering the Quickbooks |
| 10:29:20 | 2 | information and issuing payroll? |
| 10:29:25 | 3 | A    Receiving merchandise in the computer, and |
| 10:29:34 | 4 | make paperwork, daily paperwork.  Put all the |
| 10:29:42 | 5 | invoices in the computer, pricing. |
| 10:29:48 | 6 | Q    Anything else? |
| 10:29:52 | 7 | A    That is all, mostly. |
| 10:29:54 | 8 | Q    And Mr. Reyes, is there anybody else that |
| 10:29:56 | 9 | has the same position as he had in the years 2013 |
| 10:29:59 | 10 | to 2016, as a merchandising and stocker? |
| 10:30:08 | 11 | A    Yes, one more person. |
| 10:30:09 | 12 | Q    What is the name of that individual? |
| 10:30:12 | 13 | A    I forgot.  I can give you later on to see |
| 10:30:17 | 14 | this schedule. |
| 10:30:21 | 15 | Q    Do you know if it was Wilmer? |
| 10:30:24 | 16 | A    Yes, Wilmer. |
| 10:30:26 | 17 | Q    Marina? |
| 10:30:28 | 18 | A    I don't remember the last name. |
| 10:30:32 | 19 | Q    But Wilmer had the same position as |
| 10:30:34 | 20 | Mr. Reyes for the years 2013 to '16; is that |
| 10:30:37 | 21 | correct? |
| 10:30:38 | 22 | A    Yes. |
| 10:30:38 | 23 | Q    To your knowledge, did Wilmer have the |
| 10:30:41 | 24 | same hours that Mr. Reyes had for the years 2013 |
| 10:30:44 | 25 | through 2016? |

| | | |
|---|---|---|
| 10:30:46 | 1 | A     No.  He was a part-timer. |
| 10:31:02 | 2 | Q     Is Wilmer still employed at the grocery |
| 10:31:05 | 3 | store? |
| 10:31:06 | 4 | A     No. |
| 10:31:07 | 5 | Q     And was he fired or did he quit? |
| 10:31:09 | 6 | A     Quit. |
| 10:31:09 | 7 | Q     Do you know why he quit? |
| 10:31:13 | 8 | A     His personal reason. |
| 10:31:15 | 9 | Q     Did he give you a reason when he quit? |
| 10:31:19 | 10 | A     His wife used to work for me.  She quit. |
| 10:31:21 | 11 | That is why he quit. |
| 10:31:23 | 12 | Q     Did the wife give you a reason why she |
| 10:31:26 | 13 | quit? |
| 10:31:30 | 14 | A     She had some issue with check cashing. |
| 10:31:31 | 15 | That is why she quit. |
| 10:31:33 | 16 | Q     Can you be a little bit more specific what |
| 10:31:35 | 17 | those issues were? |
| 10:31:36 | 18 | A     She cashed the check wrong amount.  She is |
| 10:31:39 | 19 | not supposed to.  And then I asked her and my |
| 10:31:44 | 20 | office manager told her not to cash the check. |
| 10:31:46 | 21 | But it's Lucy, her friend.  She cashed the checks. |
| 10:31:49 | 22 | The cash was bounced.  Not good check.  And I |
| 10:31:54 | 23 | asked her why she did that, and she quit. |
| 10:32:00 | 24 | Q     And that was a payroll check? |
| 10:32:02 | 25 | A     Yes.  We have a check machine in place at |

| | | |
|---|---|---|
| 10:32:04 | 1 | that time.  That is why she was the check machine |
| 10:32:05 | 2 | girl. |
| 10:32:07 | 3 | Q    I get it.  She was the cash checking girl? |
| 10:32:10 | 4 | A    Yes. |
| 10:32:12 | 5 | Q    She wrongly cashed somebody else's check, |
| 10:32:14 | 6 | not her own personal check? |
| 10:32:16 | 7 | A    Right.  It was the office manager, when |
| 10:32:18 | 8 | she saw, she said that check you shouldn't cash |
| 10:32:22 | 9 | it, $2,200.  And then these checks were like fake. |
| 10:32:26 | 10 | She didn't list it.  As soon as my office manager |
| 10:32:29 | 11 | went inside, she cash the checks.  And then three |
| 10:32:31 | 12 | or four days, we find out the check is not good. |
| 10:32:35 | 13 | I asked here why you do that, and she quit. |
| 10:32:39 | 14 | Q    And when you say your office manager, you |
| 10:32:40 | 15 | are referring to Lesbia, correct? |
| 10:32:42 | 16 | A    Lesbia, yes. |
| 10:32:42 | 17 | Q    Do you recall the name of Wilmer's wife? |
| 10:32:44 | 18 | A    I don't remember. |
| 10:32:48 | 19 | Q    Is it Aleida? |
| 10:32:49 | 20 | A    I am not sure. |
| 10:32:56 | 21 | Q    Was Wilmer being paid an hourly rate? |
| 10:32:59 | 22 | A    Hourly rate, right? |
| 10:33:00 | 23 | Q    Do you recall his hourly rate? |
| 10:33:01 | 24 | A    I don't remember.  I am not sure right now |
| 10:33:04 | 25 | about Wilmer worked part time and then eventually |

| | | |
|---|---|---|
| 10:33:10 | 1 | worked full-time or not.  I don't remember.  Maybe |
| 10:33:14 | 2 | he is. |
| 10:33:14 | 3 | Q    So you are retracting your statement that |
| 10:33:16 | 4 | you think he worked just part-time.  You are |
| 10:33:18 | 5 | saying you are unsure if he worked part-time or |
| 10:33:20 | 6 | full-time? |
| 10:33:21 | 7 | A    He started part-time.  Eventually, he |
| 10:33:24 | 8 | started full-time or not.  I don't remember. |
| 10:33:40 | 9 | Q    Can you tell me, in the year 2013, who |
| 10:33:42 | 10 | were the employees that were required to use your |
| 10:33:44 | 11 | time clock system? |
| 10:33:46 | 12 | A    One more time. |
| 10:33:46 | 13 | Q    Sure.  In the year 2013, who, other than |
| 10:33:50 | 14 | Mr. Reyes, was required to use the clock system? |
| 10:33:54 | 15 | A    All employees. |
| 10:33:55 | 16 | Q    Can you tell me who they were in the year |
| 10:33:58 | 17 | 2013? |
| 10:33:59 | 18 | A    I don't remember.  I have a lot of |
| 10:34:00 | 19 | employees. |
| 10:34:01 | 20 | Q    In the year 2013, approximately, how many |
| 10:34:02 | 21 | employees did you have? |
| 10:34:04 | 22 | A    I have to see that.  Approximately, 25 or |
| 10:34:09 | 23 | 20, 22.  I don't remember. |
| 10:34:19 | 24 | Q    In 2013, Lesbia was the only person who |
| 10:34:22 | 25 | was the office manager in charge of the payroll, |

```
10:34:23   1      correct?
10:34:23   2          A    Yes.
10:34:24   3          Q    In 2014, did you have about the same
10:34:26   4      number of employees?
10:34:27   5          A    I have to check the record.
10:34:30   6          Q    You don't recall?
10:34:31   7          A    No.
10:34:31   8          Q    What records would you have to check to
10:34:32   9      refresh your recollection?
10:34:35  10          A    Like timecard and all the payroll records
10:34:38  11      with Quickbooks.
10:34:45  12          Q    You maintained all the timecards for every
10:34:47  13      employee?  You keep copies?
10:34:51  14          A    One more time.
10:34:52  15          Q    Sure.  You keep copies of all the
10:34:55  16      timecards for all the employees?
10:34:56  17          A    Not copies.  Original timecards.
10:34:59  18          Q    The original timecards?
10:35:01  19          A    Yes.
10:35:02  20          Q    How long do you keep those original
10:35:03  21      timecards?
10:35:04  22          A    Three years.
10:35:05  23          Q    And then what do you do with them?
10:35:06  24          A    Old one?
10:35:07  25          Q    Yes.  You said you keep them for three
```

```
10:35:09    1    years.   What happens in the fourth year?
10:35:11    2         A    Fourth year, I don't keep record.
10:35:12    3         Q    You throw them away?
10:35:14    4         A    Yes.
10:35:14    5         Q    Destroy them?
10:35:14    6         A    Yes.
10:35:18    7         Q    When you say you keep them, you keep them
10:35:19    8    in this office that you said that you have that is
10:35:22    9    behind the counter?
10:35:24   10         A    When month finish, I took my home office.
10:35:33   11         Q    And you keep them by month or you keep
10:35:35   12    them by employee?
10:35:37   13         A    Monthly.  Actually, biweekly.  Not
10:35:45   14    monthly.  Biweekly.
10:35:48   15         Q    Is that when the employees are paid?  They
10:35:50   16    are paid every two weeks?
10:35:51   17         A    Every two weeks.
10:35:54   18         Q    Are they paid on a particular day of the
10:35:55   19    month or they are just paid every 14 days?
10:35:58   20         A    Every 14 days.
10:36:02   21         Q    And that is true for the year 2013 through
10:36:04   22    to and including 2016?
10:36:06   23         A    One more time.
10:36:07   24         Q    That is true for the year 2013 through to
10:36:10   25    and including 2016?
```

| | | |
|---|---|---|
| 10:36:13 | 1 | A    What do you mean? |
| 10:36:14 | 2 | Q    Meaning for the year 2013, 2014, 2015 and |
| 10:36:19 | 3 | 2016, you paid everybody biweekly? |
| 10:36:22 | 4 | A    Biweekly. |
| 10:36:23 | 5 | Q    Every two weeks, correct? |
| 10:36:23 | 6 | A    Yes. |
| 10:36:24 | 7 | Q    And you paid them every 14 days? |
| 10:36:26 | 8 | A    Every 14 days. |
| 10:36:28 | 9 | Q    In the year 2015, do you recall how many |
| 10:36:30 | 10 | employees you had that had to use the timecard |
| 10:36:33 | 11 | system. |
| 10:36:34 | 12 | A    I have to see the timecard record, how |
| 10:36:36 | 13 | many employees there are. |
| 10:36:36 | 14 | Q    And your answer would be the same for the |
| 10:36:39 | 15 | year 2016? |
| 10:36:40 | 16 | A    Yes. |
| 10:36:47 | 17 | Q    And you used the same time card machine, |
| 10:36:49 | 18 | correct?  You never changed the machine. |
| 10:36:50 | 19 | A    The same timecard machine. |
| 10:37:01 | 20 | Q    With regards to Mr. Reyes, I saw that |
| 10:37:04 | 21 | you -- as part of your amended verified |
| 10:37:07 | 22 | interrogatories, you provided us with a letter |
| 10:37:10 | 23 | that says that you agree that Mr. Reyes is owed |
| 10:37:16 | 24 | some overtime; is that correct? |
| 10:37:18 | 25 | MS. LANGBEIN:  Objection to form. |

```
10:37:18   1        A     Yes.
10:37:20   2        Q     And can you explain to me what you did in
10:37:23   3   order to come to that conclusion?
10:37:29   4        A     It was here when we find out.  That is why
10:37:33   5   I like to give the checks.
10:37:35   6        Q     And how did you come to find out that
10:37:37   7   information?
10:37:38   8        A     Then when --
10:37:39   9             MS. LANGBEIN:  I have to object.  Because
10:37:40  10   it was in the context of a settlement conference,
10:37:43  11   and he cannot repeat what happened in the
10:37:45  12   settlement conference.
10:37:47  13             MS. JAFF:  Got you.  Okay.  I didn't know
10:37:49  14   that.  I thought maybe he personally reviewed the
10:37:52  15   records.
10:37:52  16             MS. LANGBEIN:  Yes.
10:37:53  17             MS. JAFF:  You don't have to answer that
10:37:54  18   question.
          19             I am going to introduce as an exhibit, my
          20   first exhibit.  I will give you a copy.  As
          21   Exhibit 1.
          22                 (Plaintiff's Exhibit Number
          23          1 was marked by the court reporter and is
          24          attached to the end of the transcript.)
10:38:09  25             MS. LANGBEIN:  Can you use the one that I
```

| | | |
|---|---|---|
| 10:38:10 | 1 | handed you this morning which actually has the |
| 10:38:13 | 2 | figure in it? |
| 10:38:15 | 3 | MS. JAFF:  Sure. |
| 10:38:18 | 4 | MS. LANGBEIN:  Let's use that one. |
| 10:38:19 | 5 | Because when I prepared this yesterday, it did |
| 10:38:21 | 6 | not -- the check was not issued. |
| 10:38:23 | 7 | MS. JAFF:  When we take a break, I will |
| 10:38:24 | 8 | photocopy it.  In the meantime, we will just use |
| 10:38:27 | 9 | that.  Obviously, don't write on it because it's |
| 10:38:29 | 10 | the original. |
| 10:38:33 | 11 | So you want me to take a two second break |
| 10:38:33 | 12 | and photocopy it?  Is that more helpful to you? |
| 10:38:34 | 13 | MS. LANGBEIN:  It's up to you. |
| 10:38:35 | 14 | MS. JAFF:  Do you want this back, this |
| 10:38:36 | 15 | copy back, then?  It's the same thing, just |
| 10:38:37 | 16 | without it.  Just so you can make notations while |
| 10:38:41 | 17 | we do this? |
| 10:38:42 | 18 | MS. LANGBEIN:  That works for me. |
| 10:38:44 | 19 | MS. JAFF:  Okay. |
| 10:38:55 | 20 | Q    Can you tell me if you recognize this |
| 10:38:56 | 21 | document that I just produced to you? |
| 10:38:58 | 22 | A    Yes. |
| 10:38:58 | 23 | Q    And what document is that? |
| 10:38:59 | 24 | A    It is how ever he didn't get paid overtime |
| 10:39:05 | 25 | the hour that is the amount. |

10:39:09  1      Q    So this document is the amount that you

10:39:11  2   are saying that you owe Mr. Reyes for the overtime

10:39:16  3   that he worked for you?

10:39:18  4      A    Yes.

10:39:19  5      Q    And can you read into the record what that

10:39:20  6   amount is that you are saying that you owe?

10:39:22  7      A    Pretax 472.

10:39:25  8           MS. LANGBEIN:  No.  The actual amount is

10:39:27  9   not the one with the deductions.

10:39:30  10     A    Actual amount, yes, on the top.  543.93.

10:39:41  11     Q    So you are admitting that your company and

10:39:43  12  you owe Mr. Reyes in overtime $543.93, correct?

10:39:50  13     A    Yes.

10:39:51  14     Q    And you are saying that 472, I think it

10:39:54  15  says, 32 is with the less deductions, correct?

10:39:58  16     A    Yes.

10:40:00  17     Q    And this is based on your analysis of the

10:40:03  18  paystubs and time records that you have already

10:40:05  19  provided to us, correct?

10:40:06  20     A    Yes.

10:40:08  21     Q    And you put forth the paystubs that you

10:40:13  22  believe were missing the overtime payments; is

10:40:16  23  that correct?

10:40:18  24     A    Yes.

10:40:23  25     Q    And that is one, two, three, four, five,

| | | |
|---|---|---|
| 10:40:29 | 1 | six, seven, correct?  Feel free to count. |
| 10:40:31 | 2 | A    One, two, three, four -- seven. |
| 10:40:33 | 3 | Q    Seven payments.  Okay. |
| 10:40:35 | 4 | I am going to introduce into evidence this |
| 10:40:46 | 5 | Exhibit 2. |
| | 6 | (Plaintiff's Exhibit Number |
| | 7 | 2 was marked by the court reporter and is |
| | 8 | attached to the end of the transcript.) |
| 10:40:48 | 9 | Q    I am going to ask you if you recognize |
| 10:40:50 | 10 | this. |
| 10:40:54 | 11 | I am not asking you about any confidential |
| 10:40:56 | 12 | communications that you had with your attorney, |
| 10:40:58 | 13 | but I am asking for you to confirm that you have |
| 10:41:01 | 14 | given your attorney every pay card and every |
| 10:41:04 | 15 | paystub that you believe that you have in your |
| 10:41:06 | 16 | possession, custody or control with regards to |
| 10:41:08 | 17 | Mr. Reyes? |
| 10:41:09 | 18 | A    I did. |
| 10:41:13 | 19 | Q    Because we could not locate -- and maybe |
| 10:41:15 | 20 | it's just the documents that we had.  We could not |
| 10:41:19 | 21 | locate the final -- this 3/30/16 timecard.  It |
| 10:41:31 | 22 | wasn't part of what we had. |
| 10:41:34 | 23 | MS. LANGBEIN:  I know it was produced.  I |
| 10:41:35 | 24 | know.  It was shown to your client at his |
| 10:41:39 | 25 | deposition. |

10:41:40   1           MS. JAFF:  We had it.  I think it was in

10:41:42   2       between 14 and 15, it should have fallen, unless

10:41:46   3       there was something --

10:41:48   4           MS. LANGBEIN:  I saw it last night.

10:42:01   5           (A discussion was held off the record.)

10:42:43   6           MS. JAFF:  You have a copy and I have a

10:42:44   7       copy, and we will add a copy of that to the

10:42:47   8       record.

10:42:47   9       Q    Can you just tell me, Exhibit 2, if you

10:42:50  10       recognize that in front of you?

10:42:52  11       A    Which one?  This one?

10:42:54  12       Q    Yes.

10:42:55  13       A    I do.

10:42:55  14           MS. JAFF:  Can you read out -- here,

10:42:56  15       Leslie, this is your copy.  This is the exhibit

10:42:59  16       that we are going to photocopy and let everyone

10:43:01  17       have a copy, and then I will take back the

10:43:03  18       original.

10:43:04  19       Q    Exhibit 2, can you just read into the

10:43:06  20       record what the Bates stamps are on the bottom, or

10:43:10  21       the side there?  Do you see how it says the

10:43:12  22       numbers?

10:43:12  23       A    Forty-one.

10:43:14  24       Q    And then keep going, just so we have it on

10:43:16  25       the record.

| | | |
|---|---|---|
| 10:43:18 | 1 | A    Thirty-four, 26, 19, 17, 15. |
| 10:43:30 | 2 | Q    And then I am going to add Bates stamp |
| 10:43:34 | 3 | number 38, which that is your counsel's.  I am |
| 10:43:37 | 4 | going to add this and we will photocopy it. |
| 10:43:44 | 5 | Do you recognize these documents? |
| 10:43:45 | 6 | A    I do. |
| 10:43:46 | 7 | Q    What are those documents? |
| 10:43:47 | 8 | A    Timecards, copy. |
| 10:43:49 | 9 | Q    They are copies of timecards for Luis |
| 10:43:50 | 10 | Reyes, correct? |
| 10:43:52 | 11 | A    Yes. |
| 10:43:53 | 12 | Q    And he is the plaintiff in this lawsuit, |
| 10:43:55 | 13 | correct? |
| 10:43:55 | 14 | A    Yes. |
| 10:43:55 | 15 | Q    On the bottom, it also has copies of the |
| 10:43:58 | 16 | paychecks, correct? |
| 10:44:01 | 17 | A    Yes. |
| 10:44:05 | 18 | Q    You do not have an outside company that |
| 10:44:07 | 19 | does your payroll for you, correct? |
| 10:44:09 | 20 | A    Yes, in that store. |
| 10:44:11 | 21 | Q    You do have an outside company? |
| 10:44:13 | 22 | A    No, I don't. |
| 10:44:14 | 23 | Q    So just Lesbia is the one that issues the |
| 10:44:16 | 24 | payroll checks, correct? |
| 10:44:17 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:44:18 | 1 | Q    Based on inputting that information into |
| 10:44:20 | 2 | Quickbooks, right? |
| 10:44:21 | 3 | A    Yes. |
| 10:44:22 | 4 | Q    Can you tell me if these documents |
| 10:44:24 | 5 | correspond with what you claim you owe Mr. Reyes |
| 10:44:29 | 6 | in overtime? |
| 10:44:29 | 7 | A    Yes. |
| 10:44:31 | 8 | Q    Do you want to take a moment and check |
| 10:44:33 | 9 | that? |
| 10:44:34 | 10 | A    I did it. |
| 10:44:37 | 11 | Q    You checked this against what I just gave |
| 10:44:39 | 12 | you? |
| 10:44:39 | 13 | A    Yes. |
| 10:44:51 | 14 | Q    These are the records that you say match |
| 10:44:53 | 15 | up with the letter indicating the amount of time |
| 10:44:55 | 16 | that is owed, correct? |
| 10:44:56 | 17 | A    Yes. |
| 10:44:56 | 18 | Q    Do you want to put that over there, and I |
| 10:44:58 | 19 | will make sure to give everyone a copy before they |
| 10:45:02 | 20 | leave. |
| 10:45:02 | 21 |      Then I am going to put in the record as |
| 10:45:05 | 22 | Exhibit 3, which I will photocopy, the two checks |
| 10:45:07 | 23 | that he gave us, which I have already explained we |
| 10:45:10 | 24 | are not accepting and we are not going to cash. |
| 10:45:14 | 25 | And I understand that counsel has already put on |

| | | |
|---|---|---|
| 10:45:17 | 1 | the record that the letter specifically says that |
| 10:45:19 | 2 | he is not waiving any right that he has put in |
| 10:45:24 | 3 | this lawsuit, but we are going to put that as |
| 10:45:26 | 4 | Exhibit 3.  Okay?  I will photocopy them so |
| 10:45:29 | 5 | everyone gets a copy of them. |
| | 6 | (Plaintiff's Exhibit Number |
| | 7 | 3 was marked by the court reporter and is |
| | 8 | attached to the end of the transcript.) |
| 10:45:37 | 9 | Q    Can you tell me why you have never |
| 10:45:39 | 10 | reviewed the time records before to ensure that |
| 10:45:42 | 11 | Mr. Reyes was paid properly for all the overtime |
| 10:45:46 | 12 | that he worked? |
| 10:45:50 | 13 | A    He never mentioned anything that he got |
| 10:45:53 | 14 | short paid. |
| 10:45:54 | 15 | Q    Short paid? |
| 10:45:55 | 16 | A    Short paid.  And then it was not noticed. |
| 10:46:01 | 17 | Then after the lawsuit, we find out. |
| 10:46:10 | 18 | Q    I am not asking you how you came to it.  I |
| 10:46:12 | 19 | am asking you for the date.  When did you first |
| 10:46:14 | 20 | realize that you owed Mr. Reyes some overtime?  If |
| 10:46:22 | 21 | you can recall, of course. |
| 10:46:23 | 22 | A    Actually, I don't remember the time and |
| 10:46:26 | 23 | when it happened, when we find out.  When the |
| 10:46:32 | 24 | lawsuit, when I hired my lawyer, Leslie Langbein, |
| 10:46:36 | 25 | then we went through and find out. |

| | | |
|---|---|---|
| 10:46:41 | 1 | Q    After the lawsuit had already been |
| 10:46:43 | 2 | initiated? |
| 10:46:43 | 3 | A    I don't know when.  The exact date, I |
| 10:46:44 | 4 | don't remember. |
| 10:46:45 | 5 | Q    But it was after the lawsuit -- |
| 10:46:46 | 6 | A    After the lawsuit. |
| 10:46:46 | 7 | Q    -- was already filed? |
| 10:46:48 | 8 | A    Yes. |
| 10:46:56 | 9 | Q    Was Mr. Reyes paid by cash or by check? |
| 10:47:00 | 10 | A    Check. |
| 10:47:00 | 11 | Q    For everything, he was only paid by check? |
| 10:47:03 | 12 | A    Everything. |
| 10:47:03 | 13 | Q    To your knowledge, Mr. Reyes was never |
| 10:47:05 | 14 | paid cash? |
| 10:47:06 | 15 | A    Never. |
| 10:47:10 | 16 | Q    Do you have any employees that you pay |
| 10:47:13 | 17 | cash? |
| 10:47:13 | 18 | A    Never. |
| 10:47:14 | 19 | Q    Every single employee is on your payroll |
| 10:47:14 | 20 | and paid by check, correct? |
| 10:47:17 | 21 | A    By check. |
| 10:47:17 | 22 | Q    And every check has deductions made from |
| 10:47:20 | 23 | them; is that correct? |
| 10:47:20 | 24 | A    Yes. |
| 10:47:20 | 25 | Q    So you do not have any undocumented |

| | | |
|---|---|---|
| 10:47:22 | 1 | workers working at the grocery store? |
| 10:47:25 | 2 | A    I don't. |
| 10:47:38 | 3 | Q    Is there anyone from the years 2013 to |
| 10:47:41 | 4 | 2016 that was not required to use the timecard |
| 10:47:43 | 5 | system? |
| 10:47:44 | 6 | A    Everyone used the timecard. |
| 10:47:47 | 7 | Q    Including Lesbia? |
| 10:47:48 | 8 | A    Everyone. |
| 10:47:49 | 9 | Q    Do you use the timecard system yourself? |
| 10:47:52 | 10 | A    I don't. |
| 10:47:53 | 11 | Q    So everyone except for you? |
| 10:47:55 | 12 | A    Yes. |
| 10:48:06 | 13 | Q    Do you recall if Mr. Reyes got any raises |
| 10:48:08 | 14 | or increases in pay during the time that he was |
| 10:48:11 | 15 | employed by you? |
| 10:48:13 | 16 | A    I don't recall. |
| 10:48:18 | 17 | Q    Did you ever advance Mr. Reyes any money? |
| 10:48:21 | 18 | A    I don't remember.  I have to check those |
| 10:48:24 | 19 | things. |
| 10:48:25 | 20 | Q    Do you recall if you ever gave Mr. Reyes |
| 10:48:27 | 21 | any bonuses? |
| 10:48:29 | 22 | A    I don't remember. |
| 10:48:31 | 23 | Q    But you are saying if you can review all |
| 10:48:32 | 24 | the paystubs, you would be able to remember? |
| 10:48:36 | 25 | A    No.  Because I could check the record for |

10:48:38   1    the computer how much he get a raise.

10:48:42   2        Q    And what record would that be?

10:48:44   3        A    Like, you know, Quickbooks system or

10:48:46   4    payrolls.

10:48:53   5        Q    And that would show how much Mr. Reyes got

10:48:56   6    paid and any raises he received, correct?

10:48:59   7        A    One more time.

10:49:00   8        Q    The Quickbooks, those are the records that

10:49:02   9    would show whether or not Mr. Reyes received any

10:49:05   10   bonuses or advances during the time that he was

10:49:08   11   employed by you, correct?

10:49:09   12       A    Yes.

10:49:11   13       Q    And where do you maintain copies of that?

10:49:14   14       A    My home office.

10:49:19   15            The record -- one more time.  The record

10:49:21   16   of Quickbooks?

10:49:22   17       Q    Yes, sir.

10:49:23   18       A    In the computer in the office, the store.

10:49:28   19       Q    So you keep these records in the store

10:49:31   20   office?

10:49:31   21       A    I keep the record in my home office for

10:49:33   22   the month.

10:49:34   23            MS. LANGBEIN:  The witness is pointing to

10:49:36   24   the timecards.

10:49:37   25       A    The timecards.  But other than that, the

```
10:49:39   1    computer system, everything stay in the office.
10:49:49   2        Q    You said that when you first hired Mr.
10:49:52   3    Reyes in the year 2013 you told him his hours were
10:49:56   4    going to be 7:00 a.m. to 5:00 p.m., correct?
10:49:59   5        A    Correct.
10:49:59   6        Q    Is it your contention or your testimony
10:50:03   7    today that Mr. Reyes only worked 7:00 a.m. to
10:50:06   8    5:00 p.m. for the years 2013, '14, '15 and '16?
10:50:10   9        A    All the timecard, I don't remember so many
10:50:13  10    timecards.  To my knowledge, as far as I remember,
10:50:15  11    it is the schedule.  It could be changed.  I don't
10:50:18  12    remember.  I don't see all the timecard.
10:50:23  13        Q    If it was changed, how was Mr. Reyes
10:50:24  14    notified of the change?
10:50:27  15        A    The schedule is -- we made a big schedule.
10:50:31  16    They follow the schedule.
10:50:32  17        Q    You mean print out a physical schedule?
10:50:34  18        A    Yes.
10:50:35  19        Q    And where do you keep those?
10:50:39  20        A    Just behind the counter in the office.
10:50:44  21        Q    So other than your timecards and your
10:50:47  22    paystubs and the Quickbooks, you also have
10:50:51  23    printout schedules where it shows the name of the
10:50:53  24    different employees and the hours they are going
10:50:55  25    to be working for that week?
```

| | | | |
|---|---|---|---|
| 10:50:57 | 1 | A | Right. |
| 10:50:58 | 2 | Q | And you keep copies of those? |
| 10:50:59 | 3 | A | No, I don't. |
| 10:51:00 | 4 | Q | What do you do with those? |
| 10:51:01 | 5 | A | Just throw them in the garbage every week. |
| 10:51:06 | 6 | Q | So you don't have any copies of those? |
| 10:51:08 | 7 | A | No. |
| 10:51:12 | 8 | Q | Who creates that schedule? |
| 10:51:14 | 9 | A | Leslie. |
| 10:51:23 | 10 | Q | Are those schedules saved on your computer |
| 10:51:26 | 11 | | at the store? |
| 10:51:26 | 12 | A | No, I don't. |
| 10:51:27 | 13 | Q | So you don't have saved electronic files |
| 10:51:31 | 14 | | of those schedules? |
| 10:51:32 | 15 | A | No. |
| 10:51:39 | 16 | Q | And you said you print them and you put |
| 10:51:40 | 17 | | them behind the counter, and that is how everyone |
| 10:51:42 | 18 | | knows their schedule for the following week? |
| 10:51:44 | 19 | A | Yes. |
| 10:51:46 | 20 | Q | Can you tell me what days of the week Mr. |
| 10:51:48 | 21 | | Reyes worked for you in the year 2013? |
| 10:51:51 | 22 | A | You can see the schedule, the timecard. |
| 10:51:54 | 23 | | Timecard will tell you everything. |
| 10:51:57 | 24 | Q | Okay.  But I am asking you for your |
| 10:51:59 | 25 | | testimony.  Do you recall? |

| | | |
|---|---|---|
| 10:52:01 | 1 | A    I don't recall. |
| 10:52:03 | 2 | Q    Do you recall if he worked on Saturdays? |
| 10:52:06 | 3 | A    One more time. |
| 10:52:07 | 4 | Q    Do you recall if he worked on Saturdays? |
| 10:52:10 | 5 | A    Because I don't know, I cannot tell. |
| 10:52:12 | 6 | Whatever the timecard says is there. |
| 10:52:21 | 7 | Q    Have you ever instructed an employee in |
| 10:52:23 | 8 | the year 2013, '14, '15 or '16 to clock out and to |
| 10:52:28 | 9 | continue to work? |
| 10:52:29 | 10 | A    Clock out? |
| 10:52:31 | 11 | Q    And continue to work? |
| 10:52:32 | 12 | A    Never.  One more time. |
| 10:52:34 | 13 | Q    Sure.  You are saying that your employees |
| 10:52:39 | 14 | clock in and clock out, correct? |
| 10:52:41 | 15 | A    Uh-huh. |
| 10:52:42 | 16 |      MS. LANGBEIN:  Yes? |
| 10:52:43 | 17 | A    Yes. |
| 10:52:44 | 18 | Q    I will break it out.  In the year 2013, |
| 10:52:47 | 19 | were there any employees, to your knowledge, that |
| 10:52:50 | 20 | you instructed to clock out and continue to work |
| 10:52:54 | 21 | after they had clocked out? |
| 10:52:56 | 22 | A    No. |
| 10:52:56 | 23 | Q    And in the year 2014, is your answer the |
| 10:52:59 | 24 | same? |
| 10:52:59 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:52:59 | 1 | Q    And the year 2015, is your answer the |
| 10:53:01 | 2 | same? |
| 10:53:01 | 3 | A    Yes. |
| 10:53:02 | 4 | Q    The year 2016, is your answer the same? |
| 10:53:04 | 5 | A    Yes. |
| 10:53:05 | 6 | Q    Are there any employees that were |
| 10:53:08 | 7 | instructed by someone other than you in the year |
| 10:53:11 | 8 | 2013 to clock out and to continue working? |
| 10:53:14 | 9 | A    This practice in my store never happened. |
| 10:53:23 | 10 | Everybody gets paid by the timecard.  After the |
| 10:53:25 | 11 | timecard, nobody would work in the store. |
| 10:53:27 | 12 | Q    To your knowledge, no one other than |
| 10:53:29 | 13 | yourself instructed any employees to clock out and |
| 10:53:33 | 14 | to continue to work in the years 2013, '14, '15 |
| 10:53:39 | 15 | and '16? |
| 10:53:40 | 16 | A    I will tell you again, myself.  Nobody |
| 10:53:41 | 17 | worked after clock out in my whole store, never. |
| 10:53:45 | 18 | That is the store practice. |
| 10:53:47 | 19 | Q    I am going to reask my question because I |
| 10:53:49 | 20 | think that your response was nonresponsive.  To |
| 10:53:52 | 21 | your knowledge, did anybody other than yourself |
| 10:53:55 | 22 | instruct any employees to clock out and to |
| 10:53:57 | 23 | continue to work in the years 2013, '14, '15 or |
| 10:54:00 | 24 | '16? |
| 10:54:01 | 25 | A    They don't. |

```
10:54:02   1        Q    So no?
10:54:03   2        A    They don't work after punching out a
10:54:06   3   timecard.
10:54:07   4             MS. JAFF:  Do you want me to rephrase it?
10:54:09   5   I feel like he is not answering.
10:54:10   6             MS. LANGBEIN:  I think what Rivkah is
10:54:12   7   trying to ask you is did you ever instruct anyone
10:54:16   8   else in the store to tell employees, clock out but
10:54:21   9   continue working?
10:54:21  10        A    I did not.
10:54:23  11        Q    Okay.  And to your knowledge, did anybody
10:54:26  12   clock out and then continue working?
10:54:28  13        A    I don't have any knowledge.
10:54:58  14        Q    Do you have a corporate bank account?
10:55:00  15        A    I do.
10:55:01  16        Q    With what --
10:55:02  17             MS. LANGBEIN:  Objection.  I am going to
10:55:03  18   object to this because this is collection
10:55:07  19   information.  It has nothing to do with this
10:55:10  20   lawsuit.  I am going to instruct the witness not
10:55:11  21   to answer.  If you want to ask about paychecks and
10:55:13  22   what account they came out of, that is fine.  But
10:55:16  23   not corporate accounts.
10:55:17  24             MS. JAFF:  That was going to be my next
10:55:18  25   question.
```

```
10:55:19   1            MS. LANGBEIN:  Okay.

10:55:19   2            MS. JAFF:  If that Chase account is the

10:55:20   3   account that he uses to issue payroll.

10:55:23   4            MS. LANGBEIN:  Okay.  You can ask him,

10:55:24   5   what account do you issue payroll out of?

10:55:27   6       Q    What account do you issue your payroll

10:55:28   7   checks from?

10:55:29   8       A    I have only one account, Bank of America.

10:55:32   9       Q    Has that been the same bank account that

10:55:33  10   you have issued payroll checks from for the years

10:55:34  11   2013, '14, '15 and '16?

10:55:39  12       A    Yes.

10:55:40  13       Q    Bank of America, correct?

10:55:41  14       A    Yes.

10:55:41  15       Q    Is the bank account under your name?

10:55:43  16       A    Yes.  No.  Corporate name.

10:55:47  17       Q    And it's under the corporate name, not NH,

10:55:48  18   Inc., but the corporate name that is the defendant

10:55:53  19   in this lawsuit, right?

10:55:54  20       A    Yes.

10:55:54  21       Q    Does NH, Inc. have a different bank

10:55:57  22   account?

10:55:57  23       A    Yes.

10:55:58  24       Q    Is that also Bank of America?

10:55:59  25       A    Yes.
```

| | | |
|---|---|---|
| 10:55:59 | 1 | Q    But it's under a different name? |
| 10:56:01 | 2 | A    A different corporation. |
| 10:56:12 | 3 | Q    Do you recall the bank account number -- |
| 10:56:14 | 4 | A    No, I don't. |
| 10:56:14 | 5 | Q    -- for your bank account that you issue |
| 10:56:16 | 6 | payroll checks from, from the Bank of America? |
| 10:56:21 | 7 | A    I don't.  There's a number here. |
| 10:56:33 | 8 | Q    If an employee takes any type of break, do |
| 10:56:35 | 9 | they have to clock out and clock back in on the |
| 10:56:37 | 10 | system? |
| 10:56:38 | 11 | A    If they take breaks 20 minutes of my time, |
| 10:56:40 | 12 | they take a break inside the store or outside. |
| 10:56:44 | 13 | Fifteen, 20 minutes my time. |
| 10:56:48 | 14 | Q    If an employee takes a 20-minute break, |
| 10:56:50 | 15 | they clock out and have to clock back in? |
| 10:56:52 | 16 | A    No. |
| 10:56:52 | 17 | Q    If it's more than 20 minutes, do they have |
| 10:56:54 | 18 | to clock out and then clock back in? |
| 10:56:57 | 19 | A    Yes. |
| 10:57:06 | 20 | Q    Have you ever been sued before, other than |
| 10:57:07 | 21 | this lawsuit? |
| 10:57:08 | 22 | A    I do. |
| 10:57:08 | 23 | Q    What lawsuit was that? |
| 10:57:09 | 24 | A    Same kind of false allegation. |
| 10:57:12 | 25 | Q    And what kind of false allegation? |

10:57:15   1          A    Because they did not work overtime.   They

10:57:16   2     asked for overtime.   They quit and then it

10:57:19   3     happens.   This law firm.

10:57:23   4          Q    My law firm.   You mean J. Zidell, P.A.?

10:57:27   5          A    Yes.

10:57:28   6          Q    Do you recall what the plaintiff's name

10:57:30   7     was in that case?

10:57:33   8          A    I don't remember.

10:57:33   9               MS. LANGBEIN:   There's been so many.

10:57:34   10         A    Two blocks.   They walk over here.   You

10:57:36   11    know, they have a smart TV ad.

10:57:40   12         Q    Do you recall what year that lawsuit was?

10:57:42   13         A    I don't remember.   I have to see the

10:57:43   14    record.

10:57:44   15         Q    Was Ms. Langbein your attorney that

10:57:45   16    represented you?

10:57:46   17         A    Yes.

10:57:46   18         Q    Did you institute the clock system after

10:57:49   19    you were sued last time?

10:57:53   20         A    My clock system is first lawsuit I

10:57:56   21    remember, but I cannot tell you exact answer.   But

10:57:58   22    my timecard is clock in and clock out a long time

10:58:02   23    now.

10:58:02   24         Q    And was that time clock that you say the

10:58:05   25    employees used to clock in and clock out the same

| | | |
|---|---|---|
| 10:58:08 | 1 | system that was in place when the prior employee |
| 10:58:11 | 2 | that sued you was working for you? |
| 10:58:14 | 3 | A    I honestly don't remember. |
| 10:58:19 | 4 | Q    After you were sued, did you consult -- I |
| 10:58:24 | 5 | am not asking you content.  Did you consult with |
| 10:58:26 | 6 | an attorney in order to change the policies that |
| 10:58:28 | 7 | were in place at your store? |
| 10:58:35 | 8 | MS. LANGBEIN:  Objection to form. |
| 10:58:36 | 9 | A    One more time. |
| 10:58:37 | 10 | Q    Sure.  After you were sued -- |
| 10:58:38 | 11 | MS. LANGBEIN:  Which suit?  Which one? |
| 10:58:39 | 12 | The many that your law firm has filed, which one? |
| 10:58:41 | 13 | Are we talking about 2008?  Are we talking about |
| 10:58:44 | 14 | 2009? |
| 10:58:45 | 15 | MS. JAFF:  I just asked him.  He said one. |
| 10:58:47 | 16 | Q    How many lawsuits have you been sued for |
| 10:58:49 | 17 | overtime other than the one you just said? |
| 10:58:51 | 18 | A    So many. |
| 10:58:52 | 19 | Q    Do you know a number? |
| 10:58:54 | 20 | A    No, I don't.  I don't.  So many.  I am |
| 10:58:59 | 21 | tired of seeing this law firm. |
| 10:59:09 | 22 | Q    Other than this law firm, you have never |
| 10:59:11 | 23 | been sued by another employee? |
| 10:59:12 | 24 | A    Yes, one. |
| 10:59:13 | 25 | Q    What other lawsuit by a different firm? |

```
10:59:15   1        A     Same thing at another law firm.
10:59:17   2        Q     Do you know what firm it was?
10:59:19   3        A     I don't remember.
10:59:19   4        Q     Was Ms. Langbein your counsel for that,
10:59:22   5     also?
10:59:22   6        A     Yes, yes.
10:59:24   7        Q     Other than the lawsuits that we filed and
10:59:26   8     one lawsuit by a different firm, there are no
10:59:29   9     other overtime or minimum wage lawsuits that you
10:59:31   10    have been sued for, either as a corporation or
10:59:35   11    individually, correct?
10:59:36   12       A     Yes.  One more time.  Repeat it again.
10:59:42   13       Q     Ask my question again?
10:59:44   14       A     Yes, please.
10:59:45   15       Q     You said that this law firm has sued you
10:59:47   16    multiple times, and one other law firm has sued
10:59:51   17    you on behalf of another employee.
10:59:53   18       A     To my knowledge, yes.
10:59:54   19       Q     And all those times, Ms. Langbein has
10:59:57   20    always been your counsel, correct?
10:59:58   21       A     Yes.
11:00:02   22             MS. JAFF:  I know an issue in this case
11:00:04   23    is, you know, whether or not the client can go
11:00:06   24    back two years or three years.  Are you saying
11:00:12   25    that part of your good-faith basis for not being
```

```
11:00:17   1   entitled to go back those years is that you were
11:00:19   2   the one that --
11:00:23   3           MS. LANGBEIN:  I am not sworn, but the
11:00:25   4   answer --
11:00:25   5           MS. JAFF:  I am just asking you for the
11:00:26   6   record.
11:00:26   7           MS. LANGBEIN:  For the record, it is yes.
11:00:27   8   I have represented this company for many times,
11:00:30   9   unfortunately.
11:00:35  10           MS. JAFF:  Then I am going to ask him
11:00:36  11   questions with regards to why he thinks that he
11:00:36  12   has a good faith --
11:00:37  13           MS. LANGBEIN:  You have already asked him
11:00:38  14   most of the questions.  He has a timekeeping
11:00:41  15   system.
11:00:41  16           MS. JAFF:  Okay.  I don't need you to
11:00:43  17   testify for him.  I am going to ask him.  Thanks.
11:00:46  18           MS. LANGBEIN:  Yes.
11:00:47  19   Q    As part of your defenses, you have alleged
11:00:51  20   that you acted in good faith, and that the
11:00:55  21   plaintiff should not be entitled to go back three
11:00:57  22   years that he is claiming for the lawsuit.
11:00:59  23           Can you tell me what you believe that you
11:01:01  24   have done that you have acted in good faith to
11:01:04  25   ensure that you have complied with the overtime
```

| | | |
|---|---|---|
| 11:01:06 | 1 | and minimum wage laws? |
| 11:01:08 | 2 | A    Yes.  I have -- in this store, I have a |
| 11:01:16 | 3 | poster, and the time -- after 40 hours, the time |
| 11:01:26 | 4 | and a half.  And I provide the timecard to |
| 11:01:33 | 5 | individual person. |
| 11:01:37 | 6 | Q    You what? |
| 11:01:37 | 7 | A    I provide person to add the timecard. |
| 11:01:40 | 8 | Q    You give it to each employee to do their |
| 11:01:42 | 9 | own calculation? |
| 11:01:44 | 10 | A    No.  I give the two persons name. |
| 11:01:46 | 11 | Q    Right. |
| 11:01:47 | 12 | A    They add.  This they provide to -- and |
| 11:01:53 | 13 | Leslie was making me in charge of that. |
| 11:01:59 | 14 | MS. LANGBEIN:  Let's make sure -- |
| 11:02:00 | 15 | MS. JAFF:  I don't want you to testify. |
| 11:02:01 | 16 | MS. LANGBEIN:  No, no.  I'm just saying |
| 11:02:02 | 17 | that when he says Leslie -- |
| 11:02:04 | 18 | MS. JAFF:  He is talking about you? |
| 11:02:06 | 19 | MS. LANGBEIN:  No.  He is talking about -- |
| 11:02:07 | 20 | MS. JAFF:  Lesbia. |
| 11:02:08 | 21 | THE WITNESS:  I'm sorry. |
| 11:02:09 | 22 | MS. LANGBEIN:  He calls her Leslie. |
| 11:02:12 | 23 | A    Lesbia. |
| 11:02:13 | 24 | Q    Anything else? |
| 11:02:21 | 25 | A    That is all. |

```
11:02:21   1        Q    Tell me what poster you are referring to.
11:02:23   2   Which is the poster?
11:02:24   3        A    The poster says like, you know, time and a
11:02:31   4   half and in the poster -- I don't know the exact
11:02:34   5   name.
11:02:34   6        Q    Where is that poster located?
11:02:39   7        A    It is -- behind the counter, it was.
11:02:47   8        Q    And it's visible to everyone?
11:02:49   9        A    Yes.  All employees go there, you know.
11:02:53  10        Q    Is it by the time clock?
11:02:59  11        A    Not really by the time clock.  By the
11:03:04  12   side, you know.
11:03:05  13        Q    And that poster has been there for the
11:03:09  14   2013 through to and including 2016?
11:03:14  15        A    I have to check these things to answer
11:03:15  16   these things.  I don't remember exactly when it
11:03:19  17   was.
11:03:19  18        Q    So you don't know if that poster has been
11:03:21  19   there for the year 2013, '14, '15 and '16?
11:03:26  20        A    It was there, but the exact time frame, I
11:03:28  21   don't remember.
11:03:30  22        Q    So you don't recall what year you put the
11:03:33  23   poster up?
11:03:35  24        A    I don't remember.
11:03:36  25        Q    And the timecard system, you are saying,
```

| | | |
|---|---|---|
| 11:03:38 | 1 | was always in place from 2013; is that correct? |
| 11:03:41 | 2 | A    Yes, and even before. |
| 11:03:45 | 3 | Q    And I guess you consulted with your |
| 11:03:47 | 4 | counsel in order to make sure you are in |
| 11:03:49 | 5 | compliance with the minimum wage or overtime laws? |
| 11:03:53 | 6 | A    Yes, I did. |
| 11:03:54 | 7 | Q    Did you consult with anybody other than |
| 11:03:56 | 8 | Leslie Langbein? |
| 11:03:57 | 9 | A    No, I didn't. |
| 11:03:58 | 10 | Q    And did Leslie give you any written |
| 11:04:00 | 11 | recommendations or written reports? |
| 11:04:02 | 12 | MS. LANGBEIN:  Without going into the |
| 11:04:03 | 13 | substance of those. |
| 11:04:04 | 14 | Q    I am not asking the substance.  I am |
| 11:04:05 | 15 | asking if she gave you any written reports or |
| 11:04:08 | 16 | written recommendations. |
| 11:04:10 | 17 | A    Verbal. |
| 11:04:10 | 18 | Q    Nothing written? |
| 11:04:11 | 19 | A    No.  Just verbal that she advised me what |
| 11:04:15 | 20 | to do. |
| 11:04:15 | 21 | Q    Did Leslie Langbein create any kind of |
| 11:04:17 | 22 | manuals or employee policy books for you? |
| 11:04:23 | 23 | A    She did not.  But I have basic manual when |
| 11:04:28 | 24 | we hire people and give it to them. |
| 11:04:30 | 25 | Q    Who created that basic manual? |

```
11:04:32   1        A    Lesbia.

11:04:34   2        Q    Lesbia?

11:04:35   3        A    Uh-huh.

11:04:38   4        Q    What kind of information does it say in

11:04:40   5   that basic manual?

11:04:42   6        A    Customer service, on time and different

11:04:44   7   things there.  I don't remember all those things.

11:04:48   8        Q    Does it reference anything regarding

11:04:50   9   overtime or time and a half or minimum wage?

11:04:53  10        A    No.

11:04:59  11        Q    Have you ever given that to your attorney

11:05:01  12   to review for you?

11:05:03  13        A    I don't.

11:05:15  14             MS. LANGBEIN:  Do you want to take a

11:05:16  15   break?  Do you need a break?

11:05:17  16             THE WITNESS:  Let's see if she can finish

11:05:18  17   it soon, so I can get out.

11:05:21  18             MS. LANGBEIN:  Do you think you will be

11:05:21  19   long?

11:05:22  20             MS. JAFF:  I have only been an hour.  I

11:05:29  21   don't think I will be more than an hour.

11:05:33  22             (A discussion was held off the record.)

11:05:42  23        Q    Have you ever consulted with the

11:05:43  24   Department of Labor to ensure that you are in

11:05:45  25   compliance with the overtime or minimum wage laws?
```

| | | |
|---|---|---|
| 11:05:48 | 1 | A    I did not. |
| 11:05:54 | 2 | Q    What happens if Mr. Reyes was absent? |
| 11:05:56 | 3 | Would he contact you? |
| 11:05:59 | 4 | A    One more time. |
| 11:06:00 | 5 | Q    If Mr. Reyes needed to take a day off, he |
| 11:06:03 | 6 | was sick or vacation, who would he inform? |
| 11:06:08 | 7 | A    He talked with me, and/or he called me, |
| 11:06:12 | 8 | and then we go from there. |
| 11:06:15 | 9 | Q    And that would be reflected in the |
| 11:06:17 | 10 | timecards? |
| 11:06:17 | 11 | A    Yes. |
| 11:06:19 | 12 | Q    To your knowledge, was Mr. Reyes absent |
| 11:06:22 | 13 | during the years 2013 through to and including |
| 11:06:24 | 14 | 2016? |
| 11:06:25 | 15 | A    He went -- two times he went to Cuba. |
| 11:06:27 | 16 | Q    Do you know how long those periods of time |
| 11:06:28 | 17 | were? |
| 11:06:29 | 18 | A    I don't know.  It's reflected in the |
| 11:06:31 | 19 | timecard. |
| 11:06:34 | 20 | Q    And you gave him permission for that? |
| 11:06:36 | 21 | A    Yes. |
| 11:06:36 | 22 | Q    And were those paid? |
| 11:06:38 | 23 | A    No. |
| 11:06:39 | 24 | Q    That time that he missed was not paid, |
| 11:06:41 | 25 | correct? |

| | | |
|---|---|---|
| 11:06:41 | 1 | A    Yes. |
| 11:06:50 | 2 | Q    So based on Exhibit 1, you are saying that |
| 11:06:54 | 3 | Mr. Reyes did work some overtime for your company |
| 11:06:58 | 4 | and you, correct? |
| 11:06:59 | 5 | A    Yes. |
| 11:07:00 | 6 | Q    Are there any other employees other than |
| 11:07:02 | 7 | Mr. Reyes who have worked overtime for you during |
| 11:07:05 | 8 | the years 2013, '14, '15 and '16? |
| 11:07:08 | 9 | A    Yes. |
| 11:07:09 | 10 | Q    And do you recall the names of those |
| 11:07:11 | 11 | employees? |
| 11:07:14 | 12 | A    I don't. |
| 11:07:15 | 13 | Q    But their time records or time sheets will |
| 11:07:17 | 14 | reflect that, correct? |
| 11:07:18 | 15 | A    Yes. |
| 11:07:18 | 16 | Q    Have you gone back and reviewed the |
| 11:07:20 | 17 | records, like you did for Mr. Reyes, to ensure |
| 11:07:22 | 18 | that all those individuals were paid properly for |
| 11:07:24 | 19 | the overtime that they worked? |
| 11:07:26 | 20 | A    Some I did. |
| 11:07:27 | 21 | Q    And have you sent them checks and sent |
| 11:07:29 | 22 | them a letter, as you did with Mr. Reyes? |
| 11:07:31 | 23 |      MS. LANGBEIN:  Objection to form. |
| 11:07:32 | 24 | A    No. |
| 11:07:33 | 25 | Q    And why not, if you have seen that they |

| | | |
|---|---|---|
| 11:07:35 | 1 | are owed? |
| 11:07:36 | 2 | MS. LANGBEIN:  Objection to form. |
| 11:07:36 | 3 | A    I didn't see anything there, you know. |
| 11:07:41 | 4 | Any missing dates.  So many cards, I didn't check |
| 11:07:44 | 5 | all of them. |
| 11:07:45 | 6 | Q    But you have checked more than just |
| 11:07:46 | 7 | Mr. Reyes' since this lawsuit? |
| 11:07:48 | 8 | A    Some.  I don't remember how many cards we |
| 11:07:52 | 9 | checked. |
| 11:07:57 | 10 | Q    And you noticed mistakes in other |
| 11:08:00 | 11 | employees other than Mr. Reyes? |
| 11:08:03 | 12 | A    I didn't see any mistakes. |
| 11:08:06 | 13 | Q    In the other employees? |
| 11:08:08 | 14 | A    In the other employees. |
| 11:08:21 | 15 | Q    Other than your attorney, have you talked |
| 11:08:24 | 16 | to anybody else about this lawsuit? |
| 11:08:25 | 17 | A    I did not. |
| 11:08:28 | 18 | MS. LANGBEIN:  Meaning like corporate |
| 11:08:29 | 19 | employees? |
| 11:08:31 | 20 | MS. JAFF:  I am asking about any of the |
| 11:08:32 | 21 | employees, anyone outside the company that he has |
| 11:08:34 | 22 | talked to about. |
| 11:08:36 | 23 | Q    Other than your attorney that you have |
| 11:08:37 | 24 | talked to about this lawsuit. |
| 11:08:38 | 25 | A    My employee knows.  Lesbia knows.  My |

| | | |
|---|---|---|
| 11:08:48 | 1 | manager knows, and two girls use the timecards. |
| 11:08:54 | 2 | Maybe some employee knows.  I didn't talk with |
| 11:08:56 | 3 | them. |
| 11:08:58 | 4 | Q    Who was your manager? |
| 11:08:59 | 5 | A    Tasmin.  T-A-S-M-I-N. |
| 11:09:10 | 6 | Q    Tasmin Khan, right? |
| 11:09:12 | 7 | MS. LANGBEIN:  Khan. |
| 11:09:12 | 8 | MS. JAFF:  Khan? |
| 11:09:12 | 9 | MS. LANGBEIN:  Yes. |
| 11:09:12 | 10 | MS. JAFF:  But it's spelled K-H-A-N. |
| 11:09:16 | 11 | MS. LANGBEIN:  Yes.  Not the Jewish way. |
| 11:09:23 | 12 | Q    She is your manager? |
| 11:09:24 | 13 | A    She is the assistant manager. |
| 11:09:26 | 14 | Q    Can you tell me if she has been the |
| 11:09:27 | 15 | assistant manager since 2013? |
| 11:09:31 | 16 | A    Yes. |
| 11:09:31 | 17 | Q    And she is still currently employed by |
| 11:09:32 | 18 | you? |
| 11:09:32 | 19 | A    Yes. |
| 11:09:33 | 20 | Q    Do you know what Tasmin's job duties or |
| 11:09:35 | 21 | job responsibilities involve? |
| 11:09:37 | 22 | A    She receive the merchandise, and that is |
| 11:09:44 | 23 | the main thing.  Discipline in the store, |
| 11:09:45 | 24 | cleanness of the store. |
| 11:09:53 | 25 | Q    Anything else? |

| | | |
|---|---|---|
| 11:09:56 | 1 | A   Order some merchandise. |
| 11:10:00 | 2 | Q   Does she assist Lesbia with the inputting |
| 11:10:03 | 3 | of the hours into Quickbooks? |
| 11:10:05 | 4 | A   No, she don't. |
| 11:10:06 | 5 | Q   Does she assist anyone in reviewing the |
| 11:10:10 | 6 | timecards? |
| 11:10:11 | 7 | A   She don't. |
| 11:10:14 | 8 | Q   Does she have any involvement in any of |
| 11:10:16 | 9 | the payroll checks? |
| 11:10:17 | 10 | A   She signed it.  She is a signer. |
| 11:10:20 | 11 | Q   Are you related to Tasmin? |
| 11:10:21 | 12 | A   Yes, my sister-in-law. |
| 11:10:28 | 13 | Q   Is she a corporate officer? |
| 11:10:30 | 14 | A   No. |
| 11:10:30 | 15 | Q   But she has the authority to sign the |
| 11:10:32 | 16 | checks on behalf of the company? |
| 11:10:33 | 17 | A   Yes. |
| 11:10:36 | 18 | Q   Is she a signator on the bank account that |
| 11:10:39 | 19 | the company has? |
| 11:10:40 | 20 | A   Yes. |
| 11:10:46 | 21 | Q   Does she sign all the checks, or you sign |
| 11:10:47 | 22 | some and she signs some? |
| 11:10:47 | 23 | A   She signs all the checks.  If she is not |
| 11:10:49 | 24 | there, sometimes probably I did. |
| 11:11:03 | 25 | Q   Are you related to Lesbia? |

```
11:11:04   1        A     No.

11:11:04   2        Q     Is Lesbia related to Tasmin at all?

11:11:09   3        A     No.

11:11:11   4        Q     Are you related to any of the other

11:11:12   5    employees?

11:11:12   6        A     Yes.  The two girls, the timecards they

11:11:15   7    added.

11:11:18   8        Q     Mairum?  How are you related?

11:11:20   9        A     Mairum and Shahiba.

11:11:23  10        Q     How are you related to Mairum?

11:11:28  11        A     My nephew's son wife.  Distant.

11:11:33  12        Q     Nephew's son's wife?

11:11:35  13        A     Uh-huh.

11:11:35  14        Q     How are you related to Shabiha?

11:11:38  15        A     Same thing.  Nephew's children wife.

11:11:40  16    Through distance a little bit.

11:11:46  17        Q     Anybody else that you are related to other

11:11:48  18    than Shabiha, Mairum and Tasmin?

11:11:51  19            MS. LANGBEIN:  In that store?

11:11:52  20            THE WITNESS:  Yes.

11:11:55  21        A     Another employee is Karim.

11:12:01  22        Q     Do you know her last name?

11:12:03  23            MS. LANGBEIN:  Him.

11:12:03  24        Q     Him, sorry.

11:12:05  25        A     I don't remember if it's his last name or
```

| | | |
|---|---|---|
| 11:12:05 | 1 | first name. |
| 11:12:08 | 2 | MS. LANGBEIN:  I think Karim is his last |
| 11:12:10 | 3 | name. |
| 11:12:10 | 4 | THE WITNESS:  Karim is last name, right? |
| 11:12:12 | 5 | MS. LANGBEIN:  Yes, I think so. |
| 11:12:14 | 6 | THE WITNESS:  Razaul, Razaul.  Razaul |
| 11:12:14 | 7 | Karim. |
| 11:12:15 | 8 | MS. LANGBEIN:  It's R-A-Z-A-U-L. |
| 11:12:18 | 9 | A    He is a clerk, you know. |
| 11:12:23 | 10 | Q    He is a sales clerk? |
| 11:12:24 | 11 | A    A sales clerk. |
| 11:12:25 | 12 | Q    Can you tell me a little bit about what he |
| 11:12:27 | 13 | does? |
| 11:12:28 | 14 | A    Just using cash register.  That is all. |
| 11:12:30 | 15 | Q    And he has been employed by you since 2013 |
| 11:12:34 | 16 | through to 2016? |
| 11:12:35 | 17 | A    Yes. |
| 11:12:42 | 18 | Q    How are you related to Razaul? |
| 11:12:46 | 19 | A    Niece's husband. |
| 11:12:58 | 20 | Q    Do you know who Francisco Perez is? |
| 11:13:01 | 21 | A    Francisco?  I don't know the last time. |
| 11:13:05 | 22 | One Francisco work in the produce. |
| 11:13:07 | 23 | Q    In the produce? |
| 11:13:08 | 24 | A    Uh-huh. |
| 11:13:09 | 25 | Q    Do you know if Mr. Perez, or who you know |

11:13:12  1    as Francisco, did he work the same hours that

11:13:15  2    Mr. Reyes worked?

11:13:20  3        A    I don't remember.  I have to see the

11:13:21  4    timecard.

11:13:21  5        Q    In the year 2013, what were the operating

11:13:23  6    hours that the store is opened?

11:13:25  7        A    7:00 to midnight.

11:13:30  8        Q    7:00 to midnight?

11:13:32  9        A    Uh-huh.

11:13:33  10       Q    Do you have people that come into the

11:13:34  11   store in the night to clean up or to do stocking

11:13:37  12   or both?

11:13:38  13       A    Not really.

11:13:43  14       Q    But you do have some people?

11:13:44  15       A    Yes.

11:13:47  16       Q    Did Mr. Reyes ever work in that after

11:13:50  17   midnight?

11:13:51  18       A    After midnight?  Night shift?

11:13:54  19       Q    Yes.

11:13:54  20       A    No.

11:14:00  21       Q    Do you have different shifts that people

11:14:01  22   work?

11:14:04  23       A    Morning shift and afternoon shift.

11:14:05  24       Q    What do you consider the morning shift?

11:14:07  25   What hours is that?

| | | |
|---|---|---|
| 11:14:08 | 1 | A    7:00 to 3:00 or 7:00 to 4:00 or 4:00 to |
| 11:14:13 | 2 | 12:00. |
| 11:14:13 | 3 | Q    That is the morning shift? |
| 11:14:15 | 4 | A    Yes. |
| 11:14:15 | 5 | Q    And what do you consider the night shift? |
| 11:14:17 | 6 | A    Night shift from 4:00 to 12:00 or 3:00 to |
| 11:14:22 | 7 | 12:00. |
| 11:14:25 | 8 | Q    Do you ever have the same employees |
| 11:14:26 | 9 | working the morning shift and the night shift? |
| 11:14:29 | 10 | A    No. |
| 11:14:32 | 11 | Q    Do you have to switch timecards for the |
| 11:14:34 | 12 | morning shift and the night shift? |
| 11:14:36 | 13 | A    Same timecard. |
| 11:14:37 | 14 | Q    They are not different colors or marked a |
| 11:14:40 | 15 | different way? |
| 11:14:40 | 16 | A    No. |
| 11:14:48 | 17 | Q    And the 7:00 a.m. to midnight that you |
| 11:14:50 | 18 | said that the business is opened to the public, |
| 11:14:52 | 19 | that is true for the year 2013, '14, '15 and '16? |
| 11:14:56 | 20 | A    Yes. |
| 11:14:57 | 21 | Q    Do you know who Aleda Lina is? |
| 11:15:05 | 22 | A    I don't know I have seen this record. |
| 11:15:07 | 23 | Q    Do you know who Maximo Hernandez is? |
| 11:15:09 | 24 | A    Yes.  He was my deli person. |
| 11:15:15 | 25 | Q    Do you know if he worked the same hours |

| | | |
|---|---|---|
| 11:15:17 | 1 | that Mr. Reyes did? |
| 11:15:18 | 2 | A    No.  He worked only afternoon. |
| 11:15:24 | 3 | Q    And that is the night shift that you just |
| 11:15:26 | 4 | told us? |
| 11:15:27 | 5 | A    Yes. |
| 11:15:27 | 6 | Q    From 3:00 or 4:00 to midnight? |
| 11:15:30 | 7 | A    4:00 to 12:00, yes. |
| 11:15:33 | 8 | Q    So you believe that Maximo worked only in |
| 11:15:35 | 9 | the night shift, correct? |
| 11:15:37 | 10 | A    Yes. |
| 11:15:39 | 11 | Q    And Maximo would have also filled out the |
| 11:15:42 | 12 | timecards? |
| 11:15:43 | 13 | A    Yes. |
| 11:15:44 | 14 | Q    Do you know if Maximo worked for you in |
| 11:15:47 | 15 | the year 2013? |
| 11:15:48 | 16 | A    Yes.  I have to check the record.  I am |
| 11:15:50 | 17 | not sure. |
| 11:15:52 | 18 | Q    So you don't know the dates that |
| 11:15:53 | 19 | Mr. Maximo worked for you? |
| 11:15:56 | 20 | A    Dates? |
| 11:15:57 | 21 | Q    Yes, the date.  If he worked for you in |
| 11:16:00 | 22 | the year 2012, '13, '14, '15? |
| 11:16:04 | 23 | A    I have to check the record. |
| 11:16:05 | 24 | Q    Is Maximo still employed by you? |
| 11:16:07 | 25 | A    No. |

```
11:16:07   1        Q    How about Joaquin Alonzo?  Do you know who
11:16:11   2    she is?
11:16:12   3        A    No.
11:16:12   4             MS. LANGBEIN:  What is the name?
11:16:13   5             THE WITNESS:  Joaquin, J-O-A-Q-U-I-N,
11:16:15   6    Alonzo?
11:16:16   7             MS. LANGBEIN:  Joaquin?  Come on, you have
11:16:19   8    been in Miami long enough.  Come on.
11:16:22   9        Q    Do you know Joaquin?
11:16:25  10             MS. LANGBEIN:  Can I see the name?
11:16:27  11             MS. JAFF:  Yes.  I am reading from his
11:16:28  12    witness list, to see if he knows the witnesses.
11:16:31  13             MS. LANGBEIN:  Joaquin Alonzo.
11:16:34  14        Q    Do you know who that is?
11:16:34  15             MS. LANGBEIN:  In Spanish terms.
11:16:37  16        Q    Do you know who that is?
11:16:40  17        A    I don't remember.
11:16:41  18        Q    Do you know who Mario Pereira is?
11:16:45  19        A    So many clerks in and out.  I don't
11:16:47  20    remember all the clerk's name, you know, all the
11:16:49  21    employee's name.  Yes, I may know.
11:16:54  22        Q    Pardon?
11:16:55  23        A    Main employee like Maximo, deli girl, and
11:16:58  24    the floor guy was Luis, these kind of people I
11:17:01  25    remember.  But all the clerks, I think they were
```

11:17:05  1    clerks.  I have the records.  If you want, I can

11:17:06  2    give you all the information.

11:17:08  3        Q    How about Olga Tapia?  Do you know who

11:17:10  4    that is?

11:17:11  5        A    Yes.  She used to work there.  Morning

11:17:13  6    shift.

11:17:13  7        Q    What did Olga work as?

11:17:15  8        A    Olga worked as a cashier.

11:17:20  9        Q    Do you recall when she worked, what years?

11:17:24  10       A    I have to check the record.

11:17:25  11       Q    And you are saying that she would have

11:17:27  12   also used the same timekeeping system?

11:17:29  13       A    Yes.  Same timecard.

11:17:31  14       Q    How about Marjorie Rodriguez?

11:17:36  15       A    Yes, she worked.  Still there.

11:17:39  16       Q    And she is still employed by you?

11:17:41  17       A    Yes.

11:17:41  18       Q    What does she do for you?

11:17:43  19       A    She is a cashier, and she makes some

11:17:46  20   sandwich at the same time.

11:17:51  21       Q    Do you know when she started working for

11:17:52  22   you?

11:17:53  23       A    I don't remember exactly the date or the

11:17:56  24   year.

11:17:57  25       Q    But you have time records that would show

| | | |
|--|--|--|
| 11:18:00 | 1 | that, correct? |
| 11:18:00 | 2 | A    Yes. |
| 11:18:01 | 3 | Q    Is there an application that the employees |
| 11:18:02 | 4 | have to fill out when they start working for you? |
| 11:18:05 | 5 | A    They have some form to fill out when they |
| 11:18:06 | 6 | are there. |
| 11:18:08 | 7 | Q    So you have a form like that for Mr. |
| 11:18:11 | 8 | Reyes? |
| 11:18:11 | 9 | A    Yes. |
| 11:18:12 | 10 | Q    Have you produced that to your attorney? |
| 11:18:14 | 11 | A    I don't remember. |
| 11:18:20 | 12 | Q    Have you given your attorney the entire |
| 11:18:24 | 13 | employee record or file that you have for Mr. |
| 11:18:26 | 14 | Reyes? |
| 11:18:30 | 15 | A    You asking Reyes, Luis Reyes' paper? |
| 11:18:36 | 16 | Q    Yes.  You said each employee you have a |
| 11:18:38 | 17 | file on, correct? |
| 11:18:40 | 18 | A    Uh-huh, yes. |
| 11:18:40 | 19 | Q    So I am asking you if the file for Luis |
| 11:18:42 | 20 | Reyes, did you give that to Leslie Langbein? |
| 11:18:47 | 21 | A    I don't remember, but maybe I did.  I |
| 11:18:49 | 22 | don't know.  Maybe. |
| 11:18:51 | 23 | Q    And you would have kept a copy for |
| 11:18:53 | 24 | yourself? |
| 11:18:53 | 25 | A    Yes, I do have a copy. |

```
11:18:55   1        Q    And where do you keep those copies?
11:18:56   2        A    In the store office.
11:18:58   3        Q    Not in your home office?
11:18:59   4        A    No.
11:19:05   5        Q    Do you throw those away after a certain
11:19:08   6   amount of time?
11:19:09   7        A    Old employee, yes.  I don't know how I
11:19:16   8   throw it.  Old, delete, probably, yes.
11:19:27   9        Q    How about, do you know Yulisa Fernandez?
11:19:32  10        A    Yulisa Fernandez?
11:19:33  11        Q    Yulisa, Y-U-L-I-S-A.
11:19:37  12        A    Yes, she is working there.
11:19:40  13        Q    What did she do for you?
11:19:42  14        A    She worked as a clerk.
11:19:44  15        Q    A sales clerk?
11:19:46  16        A    Uh-huh.
11:19:47  17             MS. LANGBEIN:  Yes?  You have to answer
11:19:48  18   yes.
11:19:48  19        A    Yes.
11:19:48  20        Q    And she is currently employed by you?
11:19:50  21        A    Yes.
11:19:51  22        Q    Do you know when she started working for
11:19:52  23   you?
11:19:55  24        A    I don't remember.
11:19:55  25        Q    Does she work overtime?
```

11:20:01  1       A    I don't remember.  If she worked overtime,
11:20:02  2   she get overtime.
11:20:06  3       Q    How about Elena Lonigro, L-O-N-I-G-R-O?
11:20:11  4       A    I don't know.
11:20:11  5       Q    You don't know who she is?
11:20:13  6       A    Maybe an employee.  I don't recall the
11:20:18  7   name.
11:20:30  8       Q    And then you listed someone named M.D.
11:20:32  9   Kashim.  Can you tell me who that is?
11:20:36 10       A    He is the assistant manager of my store.
11:20:38 11       Q    Are you related to him?
11:20:40 12       A    No, I don't.
11:20:43 13       Q    How did his job differ from --
11:20:49 14            MS. LANGBEIN:  Tasmin.
11:20:50 15            MS. JAFF:  -- Tasmin's job.  Thank you.
11:20:54 16       A    Tasmin, I didn't mention one thing there.
11:20:57 17   Tasmin worked as a cashier, too, when the store
11:21:00 18   needed.  And Kashim is the overall seeing of the
11:21:07 19   store, like receiving at the same time, and then
11:21:11 20   the management, and purchasing of the merchandise.
11:21:42 21       Q    And anything else that Kashim does that
11:21:46 22   you haven't told me about?
11:21:47 23       A    Manage the store overall, just when I am
11:21:50 24   not there.
11:21:55 25       Q    So he walks around to make sure that

| 11:21:57 | 1 | everybody is doing their job? |
| 11:21:58 | 2 | A    Yes.  Discipline and customer service. |
| 11:22:04 | 3 | Q    Does Kashim have any input into the |
| 11:22:06 | 4 | schedule? |
| 11:22:07 | 5 | A    He don't. |
| 11:22:08 | 6 | Q    And Kashim has been there in the year 2013 |
| 11:22:11 | 7 | through to 2016? |
| 11:22:12 | 8 | A    I have to check the record.  I don't |
| 11:22:18 | 9 | remember the date and time. |
| 11:22:19 | 10 | Q    Do you know why you didn't provide us with |
| 11:22:21 | 11 | his address? |
| 11:22:22 | 12 | A    I can give it to you. |
| 11:22:23 | 13 | MS. LANGBEIN:  Actually, I think that we |
| 11:22:24 | 14 | had named him as a witness in another lawsuit that |
| 11:22:26 | 15 | you had brought.  And so since he would be a |
| 11:22:30 | 16 | manager, he was in care of Langbein & Langbein. |
| 11:22:35 | 17 | MS. JAFF:  Okay.  And that is Mairum |
| 11:22:35 | 18 | Mahmud, too, or Mahmud or how ever you say that? |
| 11:22:39 | 19 | MS. LANGBEIN:  No.  I didn't get her |
| 11:22:42 | 20 | address because the names were given to me later. |
| 11:22:44 | 21 | We will provide them.  We will update them. |
| 11:22:47 | 22 | MS. JAFF:  And that is the same for |
| 11:22:48 | 23 | Shabiha Aktar? |
| 11:22:51 | 24 | MS. LANGBEIN:  Exactly. |
| 11:23:06 | 25 | Q    Did Mr. Reyes ever complain to you about |

```
11:23:08   1    the hours that he was working?

11:23:12   2         A    Never.

11:23:12   3         Q    Did Mr. Reyes ever complain to you about

11:23:15   4    the errors between his payroll check and his

11:23:20   5    timecards?

11:23:21   6         A    Never.

11:23:26   7         Q    Have you corrected your Quickbooks to

11:23:30   8    match up with the information that you have

11:23:32   9    provided us in Exhibit 1, the letter?

11:23:39  10         A    I have to ask Lesbia.  I don't know.  It

11:23:41  11    was done yesterday.

11:23:43  12         Q    So you don't know if you have gone back in

11:23:46  13    the system to make it match?

11:23:48  14         A    I don't know how --

11:23:50  15              MS. LANGBEIN:  What do you mean?  Make

11:23:50  16    what match?

11:23:51  17              MS. JAFF:  I want to know if they went

11:23:53  18    back and manipulated the time in Quickbooks to

11:23:56  19    match the overtime that they are saying that he is

11:23:58  20    owed.

11:23:59  21              MS. LANGBEIN:  The time wouldn't be in

11:24:01  22    Quickbooks.

11:24:02  23              MS. JAFF:  I am asking if this was

11:24:03  24    inputted into the Quickbooks after the fact, so

11:24:07  25    that he could create this letter.
```

| | | |
|---|---|---|
| 11:24:09 | 1 | A    I have to ask Leslie. |
| 11:24:17 | 2 | MS. LANGBEIN:  Let's call her Lesbia. |
| 11:24:18 | 3 | MS. JAFF:  Otherwise, we are going to |
| 11:24:18 | 4 | think you are talking about your attorney. |
| 11:24:39 | 5 | Q    Do you have any written agreement with Mr. |
| 11:24:40 | 6 | Reyes? |
| 11:24:41 | 7 | A    No. |
| 11:24:46 | 8 | Q    It's your testimony that he was never paid |
| 11:24:48 | 9 | cash, correct? |
| 11:24:48 | 10 | A    Never paid cash. |
| 11:24:50 | 11 | Q    And it's your testimony that he never |
| 11:24:52 | 12 | worked off the clock, correct? |
| 11:24:53 | 13 | A    Never worked off the clock. |
| 11:25:00 | 14 | Q    Are any of your employees salaried |
| 11:25:04 | 15 | employees? |
| 11:25:07 | 16 | A    Yes. |
| 11:25:08 | 17 | Q    And who do you pay salary to? |
| 11:25:11 | 18 | A    Tasmin.  I recall Tasmin.  Maybe somebody |
| 11:25:23 | 19 | else.  I have to check the record. |
| 11:25:25 | 20 | Q    How about Lesbia? |
| 11:25:28 | 21 | A    Lesbia, hourly. |
| 11:25:30 | 22 | Q    Hourly? |
| 11:25:31 | 23 | A    Yes. |
| 11:25:36 | 24 | Q    You don't use any outside company in order |
| 11:25:38 | 25 | to run your payroll, right?  I think I already |

| | | |
|---|---|---|
| 11:25:40 | 1 | asked you that. |
| 11:25:41 | 2 | MS. LANGBEIN:  You did.  It was answered. |
| 11:25:44 | 3 | A    Yes.  We don't. |
| 11:25:45 | 4 | Q    Do you have an accountant? |
| 11:25:46 | 5 | A    Yes. |
| 11:25:47 | 6 | Q    And who is your accountant? |
| 11:25:54 | 7 | A    His name is G.  His name is complicated. |
| 11:25:58 | 8 | I call him G.  I can provide his information. |
| 11:26:00 | 9 | Q    Can you spell his name for the record? |
| 11:26:03 | 10 | A    G-E -- I can provide you his whole name |
| 11:26:05 | 11 | and information. |
| 11:26:06 | 12 | Q    You don't know it right now as you sit |
| 11:26:07 | 13 | here? |
| 11:26:08 | 14 | A    Right now, his name is so hard for me. |
| 11:26:10 | 15 | Q    Do you know if he owns the company? |
| 11:26:11 | 16 | A    Yes. |
| 11:26:14 | 17 | Q    What is the name of the company? |
| 11:26:16 | 18 | A    Ava Financial. |
| 11:26:17 | 19 | Q    How do you spell it? |
| 11:26:19 | 20 | A    A-V-A. |
| 11:26:22 | 21 | Q    A-B-A-A? |
| 11:26:22 | 22 | A    No.  A, like apple, V, like Victor, A like |
| 11:26:28 | 23 | apple. |
| 11:26:29 | 24 | Q    A-V-A? |
| 11:26:30 | 25 | A    Uh-huh, Ava Financial. |

11:26:35  1          Q      Do they run -- do they issue your W-2s and
11:26:39  2      1099s for your employees?
11:26:40  3          A      Yes, they do.
11:26:43  4          Q      What kind of information do you give them
11:26:44  5      in order to do that?
11:26:48  6          A      All the payroll or Quickbooks every other
11:26:50  7      week, they send to my accountant.  And they keep
11:26:56  8      the record.  At the end of the year, we get a
11:26:58  9      payroll.
11:26:58  10         Q      So you provide to your accountant on a
11:27:00  11     biweekly basis?
11:27:02  12         A      Yes.
11:27:02  13         Q      The same every 14 days that you do
11:27:05  14     payroll?
11:27:06  15         A      Yes.
11:27:08  16         Q      How do you send that to your accountant?
11:27:10  17         A      E-mail.
11:27:13  18         Q      Do you recall his e-mail address as you
11:27:16  19     sit here today?
11:27:16  20         A      No.
11:27:23  21         Q      Do you also complete UTC forms, quarterly
11:27:28  22     reports?
11:27:28  23         A      Yes.
11:27:28  24         Q      And you do that for both federal and
11:27:30  25     Florida purposes?

| | | | |
|---|---|---|---|
| 11:27:31 | 1 | A | Yes. |
| 11:27:31 | 2 | Q | And you do that on a quarterly basis? |
| 11:27:34 | 3 | A | My accountant does everything. |
| 11:27:35 | 4 | Q | What kind of information do you give him |
| 11:27:37 | 5 | in order for him to put that together? |
| 11:27:39 | 6 | A | I don't know.  Lesbia knows. |
| 11:27:42 | 7 | Q | Lesbia knows? |
| 11:27:44 | 8 | A | Lesbia knows. |
| 11:27:45 | 9 | Q | Do you know where this accountant is |
| 11:27:47 | 10 | located? |
| 11:27:48 | 11 | A | Coral Springs. |
| 11:27:56 | 12 | Q | Do you know the address? |
| 11:27:57 | 13 | A | No, I don't know. |
| 11:27:59 | 14 | Q | And he has been your accountant from the |
| 11:28:02 | 15 | year 2013, '14, '15 and '16? |
| 11:28:06 | 16 | A | No.  He was only '16. |
| 11:28:07 | 17 | Q | Who was your accountant in the year 2013? |
| 11:28:19 | 18 | A | His company is -- Raju Manir. |
| 11:28:20 | 19 | Q | Can you spell that for the record? |
| 11:28:21 | 20 | A | R-A-J-U, Raju.  M-A-N-I-R, Manir. |
| 11:28:29 | 21 | Q | Was he an individual or did he work for a |
| 11:28:31 | 22 | company? |
| 11:28:31 | 23 | A | No.  He has a company, but I have no |
| 11:28:36 | 24 | record in my mind.  I can provide you the |
| 11:28:39 | 25 | information. |

| | | |
|---|---|---|
| 11:28:39 | 1 | Q    And was he the company's accountant only |
| 11:28:43 | 2 | for the year 2013 or was he also for the year |
| 11:28:48 | 3 | 2014? |
| 11:28:52 | 4 | A    '13, '14, '15, probably.  I have to check |
| 11:28:59 | 5 | the record.  I have to check that because my |
| 11:29:02 | 6 | accountant died.  After 23 years, I was his |
| 11:29:05 | 7 | client.  Then I changed two or three accountant. |
| 11:29:09 | 8 | Finally, I find the right accountant.  Then I have |
| 11:29:12 | 9 | to check my record.  It was '13, '14 and '15. |
| 11:29:16 | 10 | Raju Manir was '14, '15, I am sure.  '13, I don't |
| 11:29:22 | 11 | know. |
| 11:29:30 | 12 | Q    And Raju Manir, you would have given him |
| 11:29:32 | 13 | the same records that you gave for Ava Financial? |
| 11:29:35 | 14 | A    Exactly. |
| 11:29:36 | 15 | Q    And it was the payroll Quickbooks, |
| 11:29:38 | 16 | biweekly, correct? |
| 11:29:40 | 17 | A    Yes. |
| 11:29:40 | 18 | Q    And that was the company that issued the |
| 11:29:42 | 19 | 1099 or W-2 for all of the employees of your |
| 11:29:45 | 20 | company? |
| 11:29:45 | 21 | A    Yes. |
| 11:29:45 | 22 | Q    Is that the same accountant that you used |
| 11:29:47 | 23 | for NH, Inc.? |
| 11:29:49 | 24 | A    Yes. |
| 11:29:49 | 25 | Q    And that is true for the year 2013 through |

11:29:51    1      to 2016?

11:29:52    2          A    Yes.

11:29:54    3          Q    Is that the same accountant that you used

11:29:56    4      for your own personal finances?

11:29:57    5          A    Yes.

11:30:05    6              MS. JAFF:  Will you give me a few minutes

11:30:07    7      to review my notes and see if I have any

11:30:10    8      additional questions?

11:30:14    9              MS. LANGBEIN:  Sure.

11:30:14   10              THE WITNESS:  I think '13, I don't know.

11:30:15   11      I am not sure if Raju Manir was there or not.

11:30:18   12              MS. LANGBEIN:  There's no question

11:30:19   13      pending.

11:30:20   14              MS. JAFF:  Okay.  Give me a few minutes.

           15                  (A break was taken.)

11:42:36   16              MS. JAFF:  I have a few more questions.

11:42:38   17      Okay?

11:42:39   18              MS. LANGBEIN:  Is that a lawyer's few more

11:42:41   19      questions?

11:42:41   20              MS. JAFF:  It is.  Be prepared, especially

11:42:43   21      based on the responses that you might give me.

11:42:47   22          Q    I understand that you have created this

11:42:51   23      Exhibit A, I am pointing to, this letter that

11:42:55   24      shows how much overtime wages you believe that the

11:42:59   25      plaintiff is owed, correct?

```
11:43:00   1        A     Yes.

11:43:02   2              MS. JAFF:  That means that the only issue

11:43:03   3    at trial, and I am asking this for your attorney,

11:43:05   4    is how much damages?  Because you have stipulated

11:43:09   5    to coverage.  You have stipulated to individual

11:43:12   6    liability.

11:43:12   7              MS. LANGBEIN:  No, there is not.

11:43:14   8              MS. JAFF:  What other issue?

11:43:15   9              MS. LANGBEIN:  Your client is claiming

11:43:16  10    that he worked six days a week and that he worked

11:43:19  11    off the clock.  Clearly, that is not the only

11:43:22  12    issue.

11:43:23  13              MS. JAFF:  That would go to his hours.

11:43:25  14              MS. LANGBEIN:  Liability.

11:43:27  15              MS. JAFF:  How many hours he worked.

11:43:29  16              MS. LANGBEIN:  Correct.

11:43:29  17              MS. JAFF:  And how much damages he is

11:43:30  18    owed.  Those are the only two issues.

11:43:32  19              MS. LANGBEIN:  The only issues are whether

11:43:34  20    he worked beyond the scope of what is shown on his

11:43:39  21    timecard.  No, there are other issues.

11:43:41  22    Absolutely.

11:43:42  23              MS. JAFF:  What other issues?

11:43:42  24              MS. LANGBEIN:  Issues of good faith.  You

11:43:44  25    have to prove willfulness.
```

| | | |
|---|---|---|
| 11:43:46 | 1 | MS. JAFF:  Okay.  And he is relying on you |
| 11:43:49 | 2 | as the person that he relied on to give him |
| 11:43:51 | 3 | advice, correct? |
| 11:43:54 | 4 | MS. LANGBEIN:  That is what he testified |
| 11:43:54 | 5 | to. |
| 11:43:54 | 6 | MS. JAFF:  Okay.  I am going to now ask |
| 11:43:56 | 7 | questions about that, because that is your |
| 11:43:59 | 8 | defense, your good-faith defense.  So I am going |
| 11:44:01 | 9 | to ask you about those communications.  Okay? |
| 11:44:04 | 10 | Q    So you told me that your good-faith |
| 11:44:08 | 11 | reliance that you were complying with the overtime |
| 11:44:11 | 12 | and minimum wage laws was the advice that you |
| 11:44:13 | 13 | received from your counsel, Leslie Langbein, |
| 11:44:16 | 14 | correct? |
| 11:44:16 | 15 | A    Yes. |
| 11:44:17 | 16 | Q    Can you tell me what advice she gave you |
| 11:44:19 | 17 | with regards to that? |
| 11:44:20 | 18 | MS. LANGBEIN:  Objection.  That was |
| 11:44:22 | 19 | clearly resolved by Judge Otazo Reyes in the other |
| 11:44:27 | 20 | case that we had.  The question is, did your |
| 11:44:31 | 21 | lawyer give you advice?  What did you do based |
| 11:44:33 | 22 | upon the advice?  You do not ask what your lawyer |
| 11:44:36 | 23 | told you. |
| 11:44:37 | 24 | MS. JAFF:  Okay.  So that is your |
| 11:44:38 | 25 | position. |

| | | |
|---|---|---|
| 11:44:38 | 1 | MS. LANGBEIN:  That is what Judge Otazo -- |
| 11:44:40 | 2 | MS. JAFF:  That is one judge in this |
| 11:44:42 | 3 | district.  It is not every judge in this |
| 11:44:43 | 4 | district's opinion.  We are going to certify.  I |
| 11:44:45 | 5 | am going to ask my questions.  I am going to |
| 11:44:48 | 6 | certify them.  You can tell him and instruct him |
| 11:44:50 | 7 | not to answer.  I am going to certify them, and I |
| 11:44:52 | 8 | am going to take it up with the judge. |
| 11:44:53 | 9 | If the judge allows it, we are going to |
| 11:44:55 | 10 | ask for you to be responsible for our fees and |
| 11:44:57 | 11 | costs for having to bring you back for a second |
| 11:44:59 | 12 | deposition.  Because we believe, if that is what |
| 11:45:00 | 13 | you are relying on, we are entitled to know about |
| 11:45:02 | 14 | those communications and what that advice is. |
| 11:45:04 | 15 | MS. LANGBEIN:  Can I make a suggestion to |
| 11:45:05 | 16 | you -- |
| 11:45:06 | 17 | MS. JAFF:  Uh-huh. |
| 11:45:06 | 18 | MS. LANGBEIN:  -- as a way to resolve |
| 11:45:08 | 19 | this?  Why don't you propose a second set or third |
| 11:45:12 | 20 | set of interrogatories on these issues.  I will |
| 11:45:16 | 21 | respond.  And therefore, if the judge rules that I |
| 11:45:20 | 22 | am wrong and you are right, he will simply answer |
| 11:45:22 | 23 | the interrogatory questions.  That way we don't |
| 11:45:26 | 24 | waste time here today, and we don't have to have a |
| 11:45:29 | 25 | transcript typed.  Try to save cost and try to |

11:45:35   1   save time.

11:45:36   2           I am even willing, if you will agree, to

11:45:37   3   go over the number of interrogatories that you

11:45:40   4   have already posed.  I think you have already

11:45:42   5   posed 20 total.

11:45:44   6           MS. JAFF:  I am not going to send out

11:45:46   7   interrogatories, wait 30 days for you to give me

11:45:49   8   objections, and then take it up, when I have him

11:45:49   9   right here and I can ask him those questions, get

11:45:49   10  it certified, and bring it to the Court's

11:45:52   11  attention.

11:45:54   12          MS. LANGBEIN:  I am trying to save a

11:45:55   13  transcript cost.

11:45:56   14          MS. JAFF:  I understand that.  But I am

11:45:57   15  going to ask my questions today.

11:45:58   16      Q    If your attorney instructs you not to

11:46:00   17  answer, I am going to certify those questions.  Do

11:46:02   18  you understand?

11:46:03   19          MS. LANGBEIN:  Can you give me five

11:46:06   20  minutes?  I am going to call a colleague.  I hope

11:46:10   21  he is still in the office.  And see what his

11:46:12   22  opinion is.  Based upon the research that you and

11:46:14   23  I did in the other case, and based upon Judge

11:46:18   24  Otazo's ruling, and based upon how she cautioned

11:46:21   25  me at trial not to open that door, that is what I

| | | |
|---|---|---|
| 11:46:26 | 1 | am basing my opinion on today. |
| 11:46:28 | 2 | MS. JAFF:  Sure.  I don't mind. |
| 11:46:29 | 3 | MS. LANGBEIN:  Based on good faith, |
| 11:46:30 | 4 | because a judge told me and told you what she |
| 11:46:33 | 5 | interpreted the law to be.  So let's take five |
| 11:46:36 | 6 | minutes. |
| 11:46:37 | 7 | MS. JAFF:  I am okay with that. |
| | 8 | (A break was taken.) |
| 12:02:02 | 9 | MS. LANGBEIN:  While we were off the |
| 12:02:03 | 10 | record, I called a board certified colleague, and |
| 12:02:08 | 11 | spoke to him and his opinion is the same as mine, |
| 12:02:10 | 12 | which is the same as Judge Otazo Reyes, that the |
| 12:02:14 | 13 | correct manner of asking these questions is to |
| 12:02:17 | 14 | ask, did you seek advice from an attorney?  Did |
| 12:02:20 | 15 | you act on that advice?  What did you do in |
| 12:02:23 | 16 | response to that advice?  But it is not to inquire |
| 12:02:26 | 17 | as to the nature of the exact communication |
| 12:02:29 | 18 | between the attorney and the client. |
| 12:02:31 | 19 | So on that basis, I am going to object to |
| 12:02:34 | 20 | your entire line of questioning.  You are welcome |
| 12:02:35 | 21 | to make those questions for the record.  I will |
| 12:02:39 | 22 | instruct my client not to answer. |
| 12:02:41 | 23 | MS. JAFF:  Okay.  I am going to make them. |
| 12:02:42 | 24 | MS. LANGBEIN:  Unless you want to make the |
| 12:02:43 | 25 | questions the way I suggested. |

12:02:45  1          MS. JAFF:  I will ask some of those

12:02:46  2     questions, but I am going to ask other questions.

12:02:49  3          MS. LANGBEIN:  All right.

12:02:49  4     Q    If your attorney instructs you not to

12:02:51  5     answer, do not answer.  Okay?

12:02:56  6          So you have stated that you sought advice

12:02:58  7     of Leslie Langbein in order to ensure that you

12:03:01  8     were in compliance with the overtime and minimum

12:03:03  9     wage laws for the years 2013, '14, '15 and '16,

12:03:07 10     correct?

12:03:08 11     A    Yes, I did.

12:03:09 12     Q    Can you tell me when you first sought

12:03:12 13     advice from counsel?

12:03:16 14     A    I don't remember.

12:03:16 15     Q    Do you recall what year was the first time

12:03:18 16     you sought her advice?

12:03:21 17     A    I don't.

12:03:22 18     Q    Do you have any kind of records that would

12:03:23 19     help you to refresh your recollection on when you

12:03:25 20     sought that advice?

12:03:28 21     A    I don't.

12:03:29 22     Q    Do you know if you have given your counsel

12:03:31 23     any kind of records that if she gave them to you,

12:03:34 24     you could look at them and they would refresh your

12:03:37 25     recollection as to when you first asked for

| | | |
|---|---|---|
| 12:03:39 | 1 | advice? |
| 12:03:39 | 2 | A    No. |
| 12:03:42 | 3 | Q    Can you tell me what advice Leslie |
| 12:03:42 | 4 | Langbein gave to you to ensure that you were in |
| 12:03:46 | 5 | compliance with your overtime and minimum wage |
| 12:03:49 | 6 | laws? |
| 12:03:49 | 7 | MS. LANGBEIN:  Objection.  I am |
| 12:03:50 | 8 | instructing the client not to answer on the basis |
| 12:03:53 | 9 | of attorney-client and work-product privilege. |
| 12:03:56 | 10 | MS. JAFF:  Certify that question. |
| 12:03:59 | 11 | Q    Do you recall if Leslie gave you any |
| 12:04:01 | 12 | written reports that demonstrated the advice that |
| 12:04:07 | 13 | she gave to you with regards to compliance for |
| 12:04:10 | 14 | overtime and minimum wage laws? |
| 12:04:13 | 15 | MS. LANGBEIN:  You can answer that |
| 12:04:13 | 16 | question. |
| 12:04:14 | 17 | A    No.  She didn't give me no papers. |
| 12:04:17 | 18 | Q    Do you recall what oral advice Leslie |
| 12:04:19 | 19 | Langbein gave to you with regard to your |
| 12:04:23 | 20 | compliance with the overtime and minimum wage |
| 12:04:24 | 21 | laws? |
| 12:04:25 | 22 | MS. LANGBEIN:  You can answer if you |
| 12:04:26 | 23 | recall if I gave you any verbal. |
| 12:04:28 | 24 | You said oral.  I will use the term |
| 12:04:30 | 25 | verbal.  Verbal advice. |

```
12:04:32   1              THE WITNESS:  If somebody worked more than
12:04:33   2      40 hours, you have to pay.
12:04:35   3              MS. JAFF:  He is going to tell me the
12:04:36   4      advice, or you just want him to answer "yes" or
12:04:38   5      "no?"
12:04:39   6              MS. LANGBEIN:  Yes or no, that is all.
12:04:40   7      Don't tell her what advice I gave you.
12:04:43   8          Q    Let me ask it again.  Okay?
12:04:45   9          A    Uh-huh.
12:04:45  10          Q    Did Leslie Langbein give you any verbal
12:04:49  11      advice about whether or not you were in compliance
12:04:50  12      with the overtime laws; yes or no?
12:04:52  13          A    Yes.
12:04:52  14          Q    Do you recall what that advice was?
12:04:55  15          A    If somebody --
12:04:57  16              MS. LANGBEIN:  Don't answer.
12:04:58  17          Q    Don't answer.  Do you recall what that
12:04:59  18      advice is; yes or no?
12:05:00  19          A    Yes.
12:05:02  20          Q    I am going to ask you what that advice is.
12:05:03  21      Your attorney is objecting.  So I am going to
12:05:05  22      certify that question with regards to what that
12:05:08  23      advice was.
12:05:10  24              MS. LANGBEIN:  Thank you for objecting for
12:05:11  25      me.  Objection, attorney-client and work product
```

```
12:05:15   1    privilege.  I am instructing the client not to

12:05:16   2    answer.

12:05:17   3           MS. JAFF:  We are going to certify that

12:05:18   4    question.

12:05:19   5           MS. LANGBEIN:  I think you should be

12:05:19   6    sitting on the other side of the table.

12:05:22   7           MS. JAFF:  I did tell Judge O'Sullivan

12:05:23   8    this week I would be an assume defense attorney.

12:05:30   9       Q    Do you recall if Leslie gave you any

12:05:34  10    advice on what you needed to change in your store

12:05:38  11    with regards to being in compliance with the

12:05:41  12    overtime and minimum wage laws?

12:05:42  13           MS. LANGBEIN:  That is yes or no.

12:05:44  14       A    Yes.

12:05:46  15       Q    Do you recall what that advice was?

12:05:48  16           MS. LANGBEIN:  Yes or no.  Not the advice.

12:05:52  17    Yes or no?

12:05:53  18       A    One more time, please.

12:05:54  19       Q    Sure.  You said that Leslie had given you

12:05:56  20    advice about what changes you needed to be -- what

12:06:00  21    changes needed to be made in the store to ensure

12:06:02  22    that you were in compliance with the overtime and

12:06:05  23    minimum wage laws, correct?

12:06:07  24       A    Yes, she did.

12:06:08  25       Q    And I asked you if you recall what that
```

12:06:11   1    advice is.  Not what it is, but if you recall what

12:06:12   2    that advice was?

12:06:14   3        A    Yes.

12:06:15   4        Q    Now I am going to ask you what that advice

12:06:16   5    was.

12:06:17   6            MS. LANGBEIN:  I am going to instruct my

12:06:18   7    client not to answer on the basis of

12:06:19   8    attorney-client and work-product privilege.

12:06:22   9            MS. JAFF:  We are going to certify that

12:06:23   10   question.

12:06:24   11       Q    Do you recall what changes you made in

12:06:26   12   your store based on the advice that you received

12:06:28   13   from Leslie to ensure that you were in compliance

12:06:31   14   with the overtime and minimum wage laws?

12:06:37   15       A    Anyone who worked more than 40 hours, I

12:06:39   16   give them time and a half.  That is what I do in

12:06:43   17   the store.

12:06:44   18       Q    Any other changes that you made that you

12:06:45   19   can recall based on the advice that Leslie

12:06:49   20   Langbein gave you?  Not what the advice was, but

12:06:51   21   what changes you made?

12:06:53   22       A    Like I provide two person to add the

12:07:00   23   timecard.  I gave the name before.

12:07:04   24       Q    You gave it to two persons?  I thought you

12:07:09   25   said two percent.  Sorry.

| | | |
|---|---|---|
| 12:07:13 | 1 | A    And then Leslie was making -- |
| 12:07:16 | 2 | MS. LANGBEIN:  Stop. |
| 12:07:16 | 3 | Q    Not your advice.  Just the changes you |
| 12:07:17 | 4 | made.  Are you talking about Leslie or Lesbia? |
| 12:07:20 | 5 | A    Lesbia. |
| 12:07:22 | 6 | MS. JAFF:  You used the word Leslie |
| 12:07:23 | 7 | before. |
| 12:07:24 | 8 | A    Many years, I talk with Leslie. |
| 12:07:27 | 9 | Q    I was asking you about your counsel. |
| 12:07:28 | 10 | MS. LANGBEIN:  No, no.  You asked him a |
| 12:07:29 | 11 | question about Leslie.  You asked him a question |
| 12:07:32 | 12 | and only used the term Leslie.  So you want to go |
| 12:07:36 | 13 | back and clear up -- |
| 12:07:36 | 14 | Q    Sorry.  Let me ask my question again.  You |
| 12:07:39 | 15 | said that you had made changes based on the advice |
| 12:07:42 | 16 | that you received from your attorney, your |
| 12:07:44 | 17 | counsel, Leslie, correct? |
| 12:07:46 | 18 | A    Yes. |
| 12:07:48 | 19 | Q    I am asking you if you recall what those |
| 12:07:50 | 20 | changes were that you made based on the advice |
| 12:07:53 | 21 | that you received from your attorney?  Do you |
| 12:07:55 | 22 | recall what those changes were?  Not what were |
| 12:07:56 | 23 | they.  Do you recall? |
| 12:07:59 | 24 | A    Yes. |
| 12:07:59 | 25 | Q    Do you recall what those changes were? |

| | | |
|---|---|---|
| 12:08:04 | 1 | A      Yes. |
| 12:08:06 | 2 | Q      Do you recall what changes you made?  And |
| 12:08:07 | 3 | if yes, what were those changes? |
| 12:08:12 | 4 | A      Like, you know, bank card maintenance, and |
| 12:08:18 | 5 | then anybody work above 40 hours, the overtime. |
| 12:08:26 | 6 | And assign some particular person to add the |
| 12:08:32 | 7 | timecard and assign Quickbooks, which is easy to |
| 12:08:46 | 8 | make like payroll checks. |
| 12:08:52 | 9 | Q      Anything else, sir? |
| 12:08:54 | 10 | A      I don't remember more than that. |
| 12:08:56 | 11 | Q      Do you recall when you implemented these |
| 12:08:58 | 12 | changes based on the advice that you received from |
| 12:09:01 | 13 | your attorney? |
| 12:09:02 | 14 | A      Years back.  I forgot exactly the year. |
| 12:09:06 | 15 | Q      Do you recall if it was prior to 2013 or |
| 12:09:08 | 16 | after 2013? |
| 12:09:10 | 17 | A      Just prior to 2013. |
| 12:09:12 | 18 | Q      Do you have any documentation or anything |
| 12:09:14 | 19 | that would refresh your recollection as to when |
| 12:09:16 | 20 | that was? |
| 12:09:19 | 21 | A      I don't have any papers to refresh my |
| 12:09:23 | 22 | memory. |
| 12:09:25 | 23 | Q      You do not need any papers? |
| 12:09:27 | 24 | A      I don't have any. |
| 12:09:28 | 25 | Q      Okay.  Do you have any invoices or -- let |

| | | |
|---|---|---|
| 12:09:38 | 1 | me ask you that.  Do you have any invoices that |
| 12:09:40 | 2 | you received from your attorney, Leslie, that |
| 12:09:43 | 3 | would show what that advice was that you received? |
| 12:09:50 | 4 | Yes or no, not what the advice is. |
| 12:09:51 | 5 | A    I don't have any. |
| 12:09:52 | 6 | Q    You never received any invoice that would |
| 12:09:53 | 7 | show what was discussed in your meetings with your |
| 12:09:56 | 8 | attorney with regards to your compliance with the |
| 12:09:58 | 9 | overtime and minimum wage laws? |
| 12:10:01 | 10 | A    I don't remember an invoice, you know. |
| 12:10:04 | 11 | Q    If you did have any invoices, where would |
| 12:10:07 | 12 | you have kept them? |
| 12:10:11 | 13 | A    One more time. |
| 12:10:11 | 14 | Q    If you do have invoices, where do you keep |
| 12:10:13 | 15 | those invoices? |
| 12:10:14 | 16 | A    In my home office. |
| 12:10:16 | 17 | Q    To your recollection, you do not have any |
| 12:10:17 | 18 | invoices that reflect those meetings that you had |
| 12:10:22 | 19 | with your attorney? |
| 12:10:23 | 20 | A    I don't remember exactly. |
| 12:10:25 | 21 | Q    So you do not have any documents that show |
| 12:10:28 | 22 | the dates and times that the meetings occurred |
| 12:10:30 | 23 | with you and your attorney with regards to your |
| 12:10:33 | 24 | compliance with the overtime and minimum wage |
| 12:10:35 | 25 | laws? |

```
12:10:35   1        A    I don't remember all the invoices.  I
12:10:39   2   don't know if it was reflected on the invoice or
12:10:42   3   not.
12:10:43   4        Q    So you do not know if your attorney,
12:10:45   5   Leslie, has those invoices that would reflect what
12:10:49   6   the communications were in those meetings?
12:10:53   7        A    I don't know.
12:10:59   8        Q    Have you made any other changes other than
12:11:08   9   what you have already said about changing the --
12:11:10  10   implementing timecards, paying overtime,
12:11:13  11   particular person to add the timecards, and
12:11:16  12   assigned Quickbooks in order to make the payroll
12:11:18  13   checks?  Is there anything else or have I
12:11:21  14   misstated any of the steps that you have taken?
12:11:27  15        A    She advised me --
12:11:29  16             MS. LANGBEIN:  No.  What changes have you
12:11:31  17   made?
12:11:32  18        Q    Not the advice.  Just the changes.
12:11:34  19             MS. LANGBEIN:  If at all.
12:11:35  20        A    That is all.
12:11:41  21        Q    You did this based on your attorney's
12:11:43  22   advice to you, correct, these changes?
12:11:48  23        A    Yes.
12:11:48  24        Q    I am going to ask.  Don't answer.  Do you
12:11:49  25   recall what that advice was that made you make
```

| | | |
|---|---|---|
| 12:11:51 | 1 | those changes?  Yes or no.  Not the advice.  Do |
| 12:11:57 | 2 | you recall? |
| 12:11:57 | 3 | A    One more time. |
| 12:11:59 | 4 | Q    Sure.  Do you recall what the advice was |
| 12:12:01 | 5 | that your attorney, Leslie, gave to you in order |
| 12:12:02 | 6 | to make those changes? |
| 12:12:03 | 7 | A    Yes. |
| 12:12:04 | 8 | Q    And can you tell me what that advice was? |
| 12:12:06 | 9 | MS. LANGBEIN:  Objection. |
| 12:12:07 | 10 | Attorney-client, work-product privilege.  Going to |
| 12:12:10 | 11 | instruct the witness not to answer. |
| 12:12:12 | 12 | MS. JAFF:  I am going to certify the |
| 12:12:13 | 13 | question. |
| 12:12:18 | 14 | Q    When you met with your attorney, Leslie, |
| 12:12:19 | 15 | did you review any timecards other than the |
| 12:12:21 | 16 | plaintiff in this particular lawsuit's timecards, |
| 12:12:25 | 17 | to ensure that you had paid all your past |
| 12:12:27 | 18 | employees overtime or minimum wage? |
| 12:12:30 | 19 | MS. LANGBEIN:  I am going to ask you to |
| 12:12:30 | 20 | repeat the question, because I heard my name in |
| 12:12:33 | 21 | there somewhere.  It's not clear to me whether you |
| 12:12:35 | 22 | were talking about when he met with me, which |
| 12:12:38 | 23 | would be attorney-client work product privilege. |
| 12:12:42 | 24 | Can we have Rochel -- |
| 12:12:44 | 25 | MS. JAFF:  I will ask them two different |

```
12:12:46    1    ways.
12:12:46    2        Q    I will ask you, when you met with your
12:12:48    3    attorney, did you review the timecards of anybody
12:12:52    4    other than Mr. Reyes to ensure that you had paid
12:12:55    5    those employees overtime and minimum wage?
12:12:58    6           MS. LANGBEIN:  Objection.  Attorney-client
12:12:59    7    privilege, work product privilege.  I am going to
12:13:01    8    instruct the client not to answer.
12:13:03    9           MS. JAFF:  We are going to certify that
12:13:04   10    question.
12:13:11   11        Q    Did you, on your own, outside of your
12:13:11   12    meetings with your attorney, review any of the
12:13:13   13    timecards other than Mr. Reyes' timecards, to
12:13:15   14    ensure that those employees had been paid overtime
12:13:17   15    and minimum wage?
12:13:19   16           MS. LANGBEIN:  Asked and answered.
12:13:21   17        A    Some cards I did.
12:13:23   18        Q    Do you recall how many employees'
12:13:24   19    timecards you reviewed in order to ensure that you
12:13:26   20    were in compliance with overtime --
12:13:29   21        A    Random, but there are so many cards and so
12:13:32   22    many years.
12:13:33   23        Q    Did you record those random checks that
12:13:35   24    you did?
12:13:36   25        A    No.  Just look there and my eyes.  And the
```

12:13:45   1    calculator, some part I did.  I didn't see

12:13:47   2    anything there, you know.

12:13:50   3       Q    Were you instructed by your attorney to

12:13:52   4    review all the timecards for Mr. Reyes in order to

12:13:55   5    ensure that you had paid him overtime?

12:13:57   6            MS. LANGBEIN:  Objection, attorney-client,

12:13:58   7    work-product privilege.  I am instructing the

12:14:01   8    witness not to answer.

12:14:02   9            MS. JAFF:  We are going to certify that.

12:14:05   10      Q    When did you first come to realize that

12:14:08   11   you owed Mr. Reyes overtime, the date?

12:14:14   12           MS. LANGBEIN:  Asked and answered.

12:14:19   13           THE WITNESS:  I don't recall the date of

12:14:19   14   the lawsuit.  Then we give the card to my lawyer,

12:14:25   15   and we find them.

12:14:27   16           MS. LANGBEIN:  Just don't say what.

12:14:30   17      Q    After how long when -- if you can recall,

12:14:35   18   after how long -- strike that.

12:14:38   19           If you can recall, how much time passed

12:14:42   20   before you reviewed the timecards and the

12:14:45   21   initiation of the lawsuit?

12:14:50   22           MS. LANGBEIN:  I'm sorry.

12:14:51   23      Q    You were sued, correct, for overtime in

12:14:55   24   this particular case.  How much time passed before

12:14:57   25   you reviewed the timecards from the time that you

| | | |
|---|---|---|
| 12:15:00 | 1 | knew about this lawsuit? |
| 12:15:04 | 2 | A     I don't recall exact time. |
| 12:15:06 | 3 | Q     Do you recall if you did that in one of |
| 12:15:07 | 4 | your first meetings when you found out about the |
| 12:15:10 | 5 | fact that you were sued by Mr. Reyes? |
| 12:15:13 | 6 | A     First meeting with who? |
| 12:15:14 | 7 | Q     Your attorney. |
| 12:15:21 | 8 | MS. LANGBEIN:  Don't guess.  If you don't |
| 12:15:22 | 9 | know, don't answer. |
| 12:15:23 | 10 | A     I don't know. |
| 12:15:24 | 11 | Q     Do you know how much time passed from the |
| 12:15:26 | 12 | time that you found out about this lawsuit until |
| 12:15:31 | 13 | when you reviewed Mr. Reyes' timecards? |
| 12:15:35 | 14 | A     I don't recall exactly how many months or |
| 12:15:36 | 15 | how many days. |
| 12:15:39 | 16 | Q     But it was some time before you reviewed |
| 12:15:41 | 17 | the timecards; is that correct? |
| 12:15:43 | 18 | A     One more time. |
| 12:15:43 | 19 | Q     It was some time that passed between when |
| 12:15:45 | 20 | you heard about the lawsuit until when you |
| 12:15:47 | 21 | reviewed the timecards; is that correct? |
| 12:15:50 | 22 | A     Sometimes -- I don't remember.  But |
| 12:15:52 | 23 | sometimes, yes. |
| 12:15:52 | 24 | Q     Do you know if it was several months |
| 12:15:54 | 25 | before you did that? |

12:15:56  1    A    I don't recall.

12:15:57  2    Q    Do you know if it was something that

12:15:58  3  happened within the last month?

12:16:02  4    A    Not last month.  Not last month.

12:16:07  5    Q    Do you recall if it happened this month in

12:16:09  6  April?  Well, it's May.  But do you recall if it

12:16:12  7  happened in April?

12:16:13  8    A    No.

12:16:14  9    Q    You don't recall or it did not happen in

12:16:16  10  April?

12:16:17  11    A    It didn't happen in April.

12:16:19  12    Q    Do you recall if it happened this month,

12:16:21  13  May?

12:16:21  14    A    No.

12:16:22  15    Q    Do you recall if it only occurred when you

12:16:24  16  responded to the interrogatories that were

12:16:26  17  propounded that were served on you?

12:16:29  18    A    I don't recall like hard time and how many

12:16:32  19  days, how many months ago.

12:16:38  20    Q    Did you review, go back and review any of

12:16:41  21  the prior plaintiffs that sued you for overtime to

12:16:45  22  ensure that you had also paid them the overtime

12:16:48  23  that was owed to them?

12:16:50  24        MS. LANGBEIN:  Objection to form.

12:16:52  25    A    I don't remember.

| | | |
|---|---|---|
| 12:16:58 | 1 | Q    You had stated that you had reviewed some |
| 12:16:59 | 2 | timecards randomly, correct? |
| 12:17:01 | 3 | A    Yes. |
| 12:17:02 | 4 | Q    Do you recall if any of those timecards |
| 12:17:03 | 5 | were any past employees that sued you? |
| 12:17:08 | 6 | A    I don't remember that one.  So many cases, |
| 12:17:12 | 7 | you know. |
| 12:17:15 | 8 | Q    Have you gone back and reviewed the time |
| 12:17:18 | 9 | records for the prior plaintiffs in the different |
| 12:17:20 | 10 | cases that have been brought against you to ensure |
| 12:17:23 | 11 | that you paid them overtime? |
| 12:17:26 | 12 | A    I don't remember. |
| 12:17:29 | 13 | MS. LANGBEIN:  You are saying at the time |
| 12:17:30 | 14 | of the lawsuit or now? |
| 12:17:32 | 15 | MS. JAFF:  No, now.  He said he has |
| 12:17:34 | 16 | reviewed at random certain timecards.  I want to |
| 12:17:37 | 17 | know if any of those timecards are past plaintiffs |
| 12:17:41 | 18 | that sued him. |
| 12:17:42 | 19 | A    Past plaintiffs, no. |
| 12:17:43 | 20 | Q    So you have not gone back to confirm |
| 12:17:46 | 21 | whether or not you owed any past plaintiff who |
| 12:17:48 | 22 | sued you overtime? |
| 12:17:49 | 23 | A    I did not check that. |
| 12:17:51 | 24 | Q    And when those people did sue you, at that |
| 12:17:53 | 25 | time did you review your time records to confirm |

```
12:17:56   1    whether or not they had been paid overtime?

12:18:01   2         A    I don't remember exactly.

12:18:03   3         Q    And you recall if your attorney -- she is

12:18:06   4    going to object.  Give her one second.  Do you

12:18:08   5    recall if your attorney instructed you to go back

12:18:12   6    and review all the time records at the time that

12:18:14   7    you were sued by those plaintiffs?

12:18:16   8         MS. LANGBEIN:  Objection, attorney-client,

12:18:17   9    work product privilege.  I instruct the witness

12:18:20  10    not to answer.

12:18:21  11         MS. JAFF:  Certify that.

12:18:42  12         Q    Do you know why it's taken you this long

12:18:44  13    to review Mr. Reyes' timecards to see whether or

12:18:46  14    not he is owed any overtime?

12:18:51  15         A    One more time.

12:18:52  16         Q    Sure.  Do you know -- today is the --

12:18:57  17    yesterday was the first day that you provided us

12:19:00  18    with this letter saying that Mr. Reyes was owed

12:19:03  19    overtime.  And you brought checks with you today,

12:19:07  20    which we have put on the record and discussed,

12:19:09  21    correct?

12:19:11  22         A    Yes.

12:19:11  23         Q    Why did it take you this long to review

12:19:14  24    the records for Mr. Reyes in order to confirm

12:19:17  25    whether or not he is owed overtime?
```

| | | |
|---|---|---|
| 12:19:19 | 1 | MS. LANGBEIN:  Objection to the form of |
| 12:19:20 | 2 | the question.  This long. |
| 12:19:27 | 3 | A    I don't understand this question.  Why so |
| 12:19:28 | 4 | long?  I am not clear on what you want to say. |
| 12:19:33 | 5 | Q    Okay.  The lawsuit was instituted in the |
| 12:19:36 | 6 | year 2016.  We are now in the year 2017, correct? |
| 12:19:39 | 7 | A    Uh-huh. |
| 12:19:41 | 8 | Q    Correct? |
| 12:19:41 | 9 | A    Yes. |
| 12:19:46 | 10 | Q    Why has it taken you all this time to |
| 12:19:49 | 11 | review Mr. Reyes' records to see whether or not he |
| 12:19:51 | 12 | was paid overtime? |
| 12:19:53 | 13 | MS. LANGBEIN:  Asked and answered. |
| 12:20:06 | 14 | A    Now I feel that he worked extra hours, I |
| 12:20:09 | 15 | have to pay him overtime.  It was an error in the |
| 12:20:12 | 16 | calculation. |
| 12:20:13 | 17 | Q    Why did you wait this long to check his |
| 12:20:15 | 18 | time records? |
| 12:20:20 | 19 | A    I haven't an answer for this, why. |
| 12:20:21 | 20 | Q    You don't have an answer? |
| 12:20:22 | 21 | A    No. |
| 12:20:23 | 22 | Q    You don't have a reason why you waited |
| 12:20:25 | 23 | this long? |
| 12:20:26 | 24 | A    No, I don't. |
| 12:20:36 | 25 | Q    Is the letter, Exhibit A, the letter that |

| | | |
|---|---|---|
| 12:20:39 | 1 | you put together with your attorney? |
| 12:20:41 | 2 | MS. LANGBEIN:  Objection, attorney-client |
| 12:20:43 | 3 | privilege, work product privilege.  I instruct the |
| 12:20:45 | 4 | witness not to answer. |
| 12:20:47 | 5 | MS. JAFF:  I am certifying that question. |
| 12:20:49 | 6 | Q    Are you the person who calculated the |
| 12:20:52 | 7 | amounts of moneys that are owed to Mr. Reyes in |
| 12:20:55 | 8 | the letter that is Exhibit A? |
| 12:21:02 | 9 | A    My lawyer and myself together. |
| 12:21:04 | 10 | Q    And do you recall when you did that? |
| 12:21:15 | 11 | A    It was a few days back. |
| 12:21:17 | 12 | Q    A few days ago from today, the day of the |
| 12:21:20 | 13 | deposition? |
| 12:21:20 | 14 | A    Yes. |
| 12:21:21 | 15 | Q    Correct? |
| 12:21:21 | 16 | A    Yes. |
| 12:21:23 | 17 | Q    And was that the first time that you sat |
| 12:21:26 | 18 | down and put together the calculation of how much |
| 12:21:28 | 19 | is owed to Mr. Reyes? |
| 12:21:30 | 20 | A    I saw it before the card, you know. |
| 12:21:33 | 21 | Q    What do you mean by that? |
| 12:21:34 | 22 | A    That he worked an extra few hours. |
| 12:21:37 | 23 | Q    So you realized by the cards that Mr. |
| 12:21:39 | 24 | Reyes had worked overtime, and not been paid for |
| 12:21:42 | 25 | that overtime hours? |

| | | |
|---|---|---|
| 12:21:44 | 1 | A    Few hours, yes. |
| 12:21:45 | 2 | Q    When did you first realize that? |
| 12:21:49 | 3 | MS. LANGBEIN:  Objection.  Asked and |
| 12:21:49 | 4 | answered. |
| 12:21:50 | 5 | A    I don't remember exactly, but I saw that. |
| 12:21:52 | 6 | Q    When you realized that, what did you do? |
| 12:21:53 | 7 | A    I wait for -- the lawsuit is going.  Then |
| 12:21:55 | 8 | on time we have to pay him money.  It's the time |
| 12:21:59 | 9 | for my deposition.  I bring the checks. |
| 12:22:01 | 10 | Q    So you knew about the fact that Mr. Reyes |
| 12:22:03 | 11 | had worked overtime and not been paid overtime |
| 12:22:06 | 12 | before this lawsuit was filed? |
| 12:22:10 | 13 | A    One more time. |
| 12:22:11 | 14 | Q    You knew about the fact that Mr. Reyes had |
| 12:22:14 | 15 | worked overtime and not been paid for that |
| 12:22:17 | 16 | overtime before Mr. Reyes brought this lawsuit? |
| 12:22:19 | 17 | MS. LANGBEIN:  Objection to form. |
| 12:22:20 | 18 | A    No.  I don't understand.  He never |
| 12:22:22 | 19 | mentioned it.  I never checked it.  He got the pay |
| 12:22:24 | 20 | all the time.  And then he never mentioned, I have |
| 12:22:26 | 21 | a short of money over here.  And I don't look. |
| 12:22:29 | 22 | This thing bring the lawsuit.  Then I know there |
| 12:22:33 | 23 | is something I have to check. |
| 12:22:35 | 24 | Q    Can you walk me through what you did in |
| 12:22:38 | 25 | order to create this letter? |

| | | |
|---|---|---|
| 12:22:42 | 1 | A    The timecard is here.  Go from the |
| 12:22:44 | 2 | timecard and how many hours is there, and how much |
| 12:22:46 | 3 | he gets paid.  Then the difference of the hour. |
| 12:22:51 | 4 | Q    So you reviewed all the timecards dating |
| 12:22:53 | 5 | back from 2013 for Mr. Reyes? |
| 12:22:59 | 6 | A    Yes. |
| 12:22:59 | 7 | Q    And you did the calculation for all of |
| 12:23:01 | 8 | those years in order to see how much time he was |
| 12:23:04 | 9 | owed? |
| 12:23:05 | 10 | A    Whatever is difference from the time |
| 12:23:06 | 11 | paychecks and the timecard, and we figure it out. |
| 12:23:11 | 12 | Q    You and your attorney, correct? |
| 12:23:12 | 13 | A    Yes.  I did myself, too. |
| 12:23:15 | 14 | Q    So you did your own review and your |
| 12:23:17 | 15 | attorney did a separate review of the timecards? |
| 12:23:20 | 16 | MS. LANGBEIN:  Objection to form. |
| 12:23:20 | 17 | Attorney-client privilege, work product privilege. |
| 12:23:23 | 18 | Instruct the witness not to answer with respect to |
| 12:23:26 | 19 | what his attorney did.  He can answer about what |
| 12:23:28 | 20 | he did. |
| 12:23:31 | 21 | Q    Go ahead. |
| 12:23:31 | 22 | A    I did myself. |
| 12:23:32 | 23 | Q    And do you recall when you did that? |
| 12:23:36 | 24 | A    Exact date and time and how many months or |
| 12:23:38 | 25 | how many days, I don't. |

| | | |
|---|---|---|
| 12:23:39 | 1 | Q    Do you know if it was this month, in May? |
| 12:23:48 | 2 | A    This is May — |
| 12:23:50 | 3 | Q    Today is May — |
| 12:23:51 | 4 | A    April sometime. |
| 12:23:52 | 5 | Q    So the first time that you reviewed the |
| 12:23:54 | 6 | records was some time in April? |
| 12:23:56 | 7 | A    Yes. |
| 12:23:56 | 8 | Q    And that is the first time where you did a |
| 12:23:58 | 9 | calculation to see how much Mr. Reyes was owed in |
| 12:24:01 | 10 | overtime; is that correct? |
| 12:24:05 | 11 | A    I don't remember if I checked it before or |
| 12:24:07 | 12 | not. |
| 12:24:09 | 13 | MS. LANGBEIN:  I just want to clarify the |
| 12:24:11 | 14 | record, looking at the plaintiff's statement of |
| 12:24:13 | 15 | claim versus what this letter talks about.  The |
| 12:24:17 | 16 | statement of claim is claiming $18,525 |
| 12:24:22 | 17 | unliquidated.  So when you say how much he is owed |
| 12:24:27 | 18 | in overtime, we are referring only to the letter, |
| 12:24:30 | 19 | which is Exhibit A.  Not to the plaintiff's |
| 12:24:33 | 20 | statement of claim. |
| 12:24:35 | 21 | MS. JAFF:  Correct.  And that is why I |
| 12:24:36 | 22 | even said Exhibit A, and I pointed to it.  So yes. |
| 12:24:48 | 23 | Q    So you admit that there was an error in |
| 12:24:50 | 24 | the time records and the pay records, and that Mr. |
| 12:24:53 | 25 | Reyes was not paid overtime for some hours that he |

```
12:24:56   1   worked, correct?
12:24:58   2           MS. LANGBEIN:  Objection to form.  You can
12:25:00   3   answer.
12:25:00   4       A    Yes.
12:25:04   5           MS. LANGBEIN:  That was asked and
12:25:04   6   answered, also, up front.
12:25:05   7       Q    And with other plaintiffs that have sued
12:25:07   8   you, have you realized errors between those
12:25:10   9   records and those paystubs?
12:25:17  10       A    We checked.  I don't think there is
12:25:20  11   anything there.  I don't remember exactly how I
12:25:23  12   checked it and how much checks was given.  I don't
12:25:25  13   remember.
12:25:27  14       Q    So other plaintiffs that have sued you,
12:25:29  15   you have never sat down -- during the pendency,
12:25:31  16   while that lawsuit was going on, you have never
12:25:34  17   sat down and reviewed that person's time records
12:25:37  18   to see whether or not they were owed any overtime,
12:25:40  19   like you did with Mr. Reyes?
12:25:44  20       A    So many cases, I told you.  But if I did,
12:25:46  21   I don't remember.  Then maybe I give them the
12:25:49  22   checks like how much it is difference, you know.
12:25:51  23       Q    So you don't recall whether or not you
12:25:53  24   have ever written a letter similar to Exhibit 1
12:25:55  25   and given paychecks similar to Exhibit 3 for other
```

| | | |
|---|---|---|
| 12:25:59 | 1 | plaintiffs in other lawsuits, as you have done for |
| 12:26:01 | 2 | Mr. Reyes? |
| 12:26:04 | 3 | A    I have no deposition like this.  And I |
| 12:26:05 | 4 | have been through depositions.  It was settled. |
| 12:26:06 | 5 | The case was settled because to save some money. |
| 12:26:11 | 6 | Q    So sitting here today, can you admit |
| 12:26:15 | 7 | whether or not there were records that had errors |
| 12:26:17 | 8 | for other plaintiffs who sued you for overtime? |
| 12:26:21 | 9 | A    I don't recall. |
| 12:26:25 | 10 | Q    Sitting here today, you cannot admit -- I |
| 12:26:28 | 11 | will strike that and ask that so it's not |
| 12:26:30 | 12 | confusing. |
| 12:26:31 | 13 | Sitting here today, can you admit that you |
| 12:26:33 | 14 | owe other employees overtime that you did not pay |
| 12:26:36 | 15 | them for? |
| 12:26:41 | 16 | MS. LANGBEIN:  Objection. |
| 12:26:42 | 17 | A    I don't remember. |
| 12:26:42 | 18 | Q    Sitting here today, can you admit that you |
| 12:26:44 | 19 | failed to pay other employees overtime that they |
| 12:26:46 | 20 | worked? |
| 12:26:48 | 21 | MS. LANGBEIN:  Objection to form. |
| 12:26:49 | 22 | A    I don't remember. |
| 12:27:02 | 23 | Q    Can you tell me how you came to the |
| 12:27:03 | 24 | realization that you owed Mr. Reyes overtime? |
| 12:27:07 | 25 | A    He filed lawsuits and then we checked |

| | | |
|---|---|---|
| 12:27:09 | 1 | sometimes.  I don't know when.  And then saw a few |
| 12:27:15 | 2 | hours difference he didn't get paid, like how many |
| 12:27:17 | 3 | hours there is written there. |
| 12:27:20 | 4 | Q    Can you explain to me step by step what |
| 12:27:23 | 5 | steps you took to determine that you owed Mr. |
| 12:27:25 | 6 | Reyes overtime? |
| 12:27:29 | 7 | A    I told you clearly, this timecard and this |
| 12:27:32 | 8 | payroll checks.  And it shows how much the |
| 12:27:36 | 9 | difference. |
| 12:27:37 | 10 | Q    Did you also refer to the Quickbooks |
| 12:27:39 | 11 | information that you have inputted in your |
| 12:27:41 | 12 | computer system? |
| 12:27:46 | 13 | A    Quickbooks right there.  I don't know if |
| 12:27:48 | 14 | you see Quickbooks.  This and that timecard is |
| 12:27:50 | 15 | different.  It makes it how much less paid, how |
| 12:27:54 | 16 | many hours. |
| 12:27:55 | 17 | MS. LANGBEIN:  Let me for the record, the |
| 12:27:58 | 18 | deponent was pointing to a copy of a timecard and |
| 12:28:03 | 19 | paycheck, and when he referred to Quickbooks, he |
| 12:28:05 | 20 | was referring to the paycheck portion, which is |
| 12:28:07 | 21 | the bottom portion. |
| 12:28:12 | 22 | Q    So you did not independently look at the |
| 12:28:14 | 23 | timecards against the Quickbooks information that |
| 12:28:17 | 24 | you had.  You only compared the timecards to the |
| 12:28:19 | 25 | paystub at the bottom.  Is that what you are |

12:28:21  1   telling me?

12:28:21  2       A    Yes.

12:28:25  3       Q    And you have never reviewed it against the

12:28:28  4   Quickbooks information that you have?

12:28:29  5       A    I did not.

12:28:31  6       Q    I don't know if you were at our client's

12:28:34  7   deposition, but it's my understanding that Mr.

12:28:37  8   Reyes would write additional hours that he worked

12:28:41  9   outside those hours that are reflected on the

12:28:44  10  timecards, and he would submit them to one of his

12:28:46  11  managers.  Do you have any information or

12:28:49  12  knowledge about this?

12:28:51  13      A    It is not true.

12:28:52  14      Q    And what makes you say it's not true?

12:28:54  15      A    Because it never happened.

12:28:55  16      Q    So if I took the depositions of the

12:28:57  17  managers, they would say the same thing?

12:28:59  18      A    Yes.

12:29:01  19      Q    Do you know who Mr. Reyes' direct managers

12:29:04  20  or supervisors were, other than yourself?

12:29:05  21      A    Kashim and Tasmin.

12:29:09  22      Q    And they would testify, to your knowledge,

12:29:11  23  to what you think they would testify, that he

12:29:13  24  never worked off the clock and submitted pieces of

12:29:16  25  paper with the time that he worked, correct?

```
12:29:20   1        A    What piece of paper?
12:29:28   2        Q    A notebook, a piece of paper.
12:29:29   3        A    No.
12:29:30   4        Q    Just a regular piece of paper.
12:29:32   5        A    No, never happened.
12:29:32   6        Q    So you have never ever received pieces of
12:29:35   7   paper from Mr. Reyes that showed the hours that he
12:29:39   8   worked outside of those that are reflected on the
12:29:41   9   timecards?
12:29:42  10        A    Never.
12:29:52  11        Q    Don't answer this because she is going to
12:29:53  12   object.  Can you tell me what advice your
12:29:56  13   attorney, Leslie, gave you with regard to your pay
12:30:00  14   practices?
12:30:00  15             MS. LANGBEIN:  Objection, attorney-client
12:30:00  16   privilege, work product privilege.  Instruct the
12:30:03  17   witness not to answer.
12:30:05  18             MS. JAFF:  Certify that question.
12:30:09  19        Q    Also, wait.  Can you tell me what advice
12:30:11  20   your attorney, Leslie, gave you with regards to
12:30:12  21   your company's pay policies?
12:30:14  22             MS. LANGBEIN:  Same objection.
12:30:17  23             MS. JAFF:  Certify.
12:30:17  24        Q    And can you tell me what advice your
12:30:20  25   attorney, Leslie, gave to you with regards to your
```

12:30:23  1    compliance with the overtime and minimum wage

12:30:25  2    laws?

12:30:30  3              MS. LANGBEIN:  Same objections.

12:30:30  4              MS. JAFF:  I am going to certify that

12:30:32  5    question.

12:30:32  6        Q    Just for the record, you have not

12:30:36  7    consulted with any other attorney, other than

12:30:37  8    Leslie, with regard to your payroll and your

12:30:39  9    compliance with the overtime and minimum wage

12:30:40  10   laws; is that correct?

12:30:41  11       A    I did not.

12:30:43  12       Q    And that is true for the year 2013, '14,

12:30:46  13   '15 and '16?

12:30:49  14       A    Yes.

12:30:49  15       Q    And you have no policies or manuals that

12:30:50  16   were created by your attorney, Leslie, that show

12:30:55  17   her advice to you with regards to compliance with

12:30:58  18   the overtime and minimum wage laws; is that

12:30:59  19   correct?

12:31:03  20       A    He did not.

12:31:04  21             MS. LANGBEIN:  Do you have any policies or

12:31:04  22   manuals that would reflect changes made based on

12:31:09  23   advice?

12:31:11  24             MS. JAFF:  No.  That would reflect your

12:31:12  25   advice in those policies.

| | | |
|---|---|---|
| 12:31:17 | 1 | MS. LANGBEIN:  I think that question is on |
| 12:31:18 | 2 | the edge.  I am going to make the same objections. |
| 12:31:23 | 3 | MS. JAFF:  Okay.  So certify that |
| 12:31:23 | 4 | question. |
| 12:31:28 | 5 | Q   As you sit here today, are you testifying |
| 12:31:31 | 6 | that Mr. Reyes is the only employee that worked |
| 12:31:34 | 7 | overtime and that was not paid the correct |
| 12:31:38 | 8 | overtime wages? |
| 12:31:40 | 9 | MS. LANGBEIN:  Objection to form. |
| 12:31:41 | 10 | A   I paid all the overtime to each and every |
| 12:31:42 | 11 | employee. |
| 12:31:45 | 12 | Q   And that was your testimony when you first |
| 12:31:46 | 13 | started the lawsuit.  Has that changed since now |
| 12:31:51 | 14 | you have a letter that you have written in your |
| 12:31:55 | 15 | handwriting with your signature that says that you |
| 12:31:57 | 16 | actually did not pay all your employees all the |
| 12:32:00 | 17 | overtime that they worked? |
| 12:32:01 | 18 | MS. LANGBEIN:  Objection to form. |
| 12:32:05 | 19 | A   Tell me one more time, please. |
| 12:32:07 | 20 | Q   Sure.  You have testified here today that |
| 12:32:09 | 21 | you have paid all your employees all the overtime |
| 12:32:12 | 22 | that they are owed, correct? |
| 12:32:14 | 23 | A   I did. |
| 12:32:15 | 24 | Q   And that you don't owe any employees any |
| 12:32:17 | 25 | overtime that they worked, correct? |

| | | |
|---|---|---|
| 12:32:19 | 1 | A     To my knowledge, yes. |
| 12:32:21 | 2 | Q     As you sit here today, we have a letter in |
| 12:32:22 | 3 | front of us, Exhibit 1, that you signed, correct? |
| 12:32:25 | 4 | Is that your signature? |
| 12:32:26 | 5 | A     My signature. |
| 12:32:27 | 6 | Q     And that you have reviewed, so you agree |
| 12:32:30 | 7 | to what is in it.  That you are agreeing that you |
| 12:32:33 | 8 | own one of your employees, Mr. Reyes, some |
| 12:32:36 | 9 | overtime for hours that he worked, correct? |
| 12:32:38 | 10 | A     I had an employee who add this up, and |
| 12:32:43 | 11 | yes, I did.  I find out I did.  I have the |
| 12:32:46 | 12 | records. |
| 12:32:47 | 13 | Q     So there might be other employees that are |
| 12:32:49 | 14 | owed overtime, that worked overtime, correct? |
| 12:32:51 | 15 | A     I have no knowledge of anybody working |
| 12:32:53 | 16 | overtime that didn't get paid. |
| 12:32:55 | 17 | Q     But you haven't reviewed all your other |
| 12:32:56 | 18 | employees' records? |
| 12:32:57 | 19 | A     Some, I told you.  I told you before I did |
| 12:32:58 | 20 | some. |
| 12:32:58 | 21 | Q     Some at random, correct? |
| 12:32:59 | 22 | A     Randomly, I did. |
| 12:33:01 | 23 | Q     But not all of them, correct? |
| 12:33:02 | 24 | A     No. |
| 12:33:02 | 25 | Q     So you cannot sit here today and say that |

```
12:33:04   1   you do not know any other employee overtime,
12:33:07   2   correct?
12:33:07   3         MS. LANGBEIN:  Objection to form.
12:33:09   4     A    In my knowledge, yes.  Because how much I
12:33:11   5   did this.  But I have to go like hours and hours,
12:33:13   6   day after day, and check every single page,
12:33:16   7   hundreds of cards.  I didn't do it.
12:33:18   8     Q    You haven't done that, correct?
12:33:20   9     A    I did randomly, but I didn't find out
12:33:24  10   anything there.
12:33:26  11         MS. JAFF:  Give me one more second.  I
12:33:27  12   don't think I have any more questions.
12:33:29  13         (A discussion was held off the record.)
12:35:13  14         MS. JAFF:  I don't have any other
12:35:14  15   questions.
12:35:15  16         MS. LANGBEIN:  I have some questions on
12:35:17  17   cross exam.
          18                   EXAMINATION
12:35:18  19   BY MS. LANGBEIN:
12:35:18  20     Q    Okay.  You were asked some questions by
12:35:22  21   Ms. Jaff about when you first learned of these
12:35:26  22   errors.
12:35:26  23         Did Mr. Reyes ever come to you at any time
12:35:31  24   during his employment and tell you that you had
12:35:34  25   made errors on his paycheck?
```

```
12:35:37   1        A    He never came to me or any of my
12:35:41   2   employees, no, he did not.
12:35:44   3        Q    How often did you see Mr. Reyes?  Let me
12:35:45   4   back up.
12:35:52   5             How often during this period of time did
12:35:53   6   you go to the store?
12:35:57   7        A    Almost every day.
12:35:58   8        Q    When you went to the store, were there
12:36:00   9   times when you saw Mr. Reyes?
12:36:01  10        A    Yes.
12:36:01  11        Q    And were there times when you saw Mr.
12:36:03  12   Reyes, that you said hello, asked him how he was
12:36:06  13   doing?
12:36:07  14        A    Every time.
12:36:07  15        Q    So did he have an opportunity at that
12:36:09  16   point to tell you, oh, by the way, Mr. Hossain, my
12:36:14  17   paycheck was figured wrong?
12:36:15  18        A    He never told me anything.
12:36:17  19        Q    But he had the opportunity?
12:36:19  20        A    Of course, he had the opportunity.
12:36:20  21        Q    Now you mentioned -- you were asked about
12:36:22  22   a list of employees, and some of them you couldn't
12:36:26  23   recognize.  Is it fair to say there is some
12:36:31  24   turnover in the employees in your store?
12:36:33  25        A    Yes.
```

| | | |
|---|---|---|
| 12:36:38 | 1 | Q    Do you recall attending a settlement |
| 12:36:40 | 2 | conference in front of Judge Goodman? |
| 12:36:43 | 3 | A    Yes, I do. |
| 12:36:44 | 4 | Q    You recall going there with me, correct? |
| 12:36:46 | 5 | A    Yes. |
| 12:36:46 | 6 | Q    And Mr. Reyes was there with his attorney, |
| 12:36:48 | 7 | correct? |
| 12:36:48 | 8 | A    Yes. |
| 12:36:50 | 9 | Q    Ms. Jaff was asking you some questions |
| 12:36:52 | 10 | about when you first learned of the errors that |
| 12:36:58 | 11 | occurred in the paycheck.  Was it before or after |
| 12:37:01 | 12 | the settlement conference? |
| 12:37:06 | 13 | A    One more time. |
| 12:37:07 | 14 | Q    Ms. Jaff was asking you when you first |
| 12:37:10 | 15 | learned about these payroll errors.  Was it before |
| 12:37:15 | 16 | or after you had attended the settlement |
| 12:37:18 | 17 | conference with Judge Goodman? |
| 12:37:22 | 18 | A    Yes, he bring the lawsuits against my |
| 12:37:30 | 19 | business.  Then I think like maybe he has some |
| 12:37:36 | 20 | other matters. |
| 12:37:37 | 21 | Q    Was that after the settlement conference |
| 12:37:39 | 22 | that first came to your attention?  Do you recall? |
| 12:37:44 | 23 | A    I don't recall that. |
| 12:37:45 | 24 | Q    Okay.  Did any of your other employees |
| 12:37:51 | 25 | ever come to you and ask you to correct their |

| | | |
|---|---|---|
| 12:37:54 | 1 | paychecks? |
| 12:37:58 | 2 | A    Not a single employee. |
| 12:38:00 | 3 | Q    Do you recall having two employees whose |
| 12:38:02 | 4 | last name was Calderone? |
| 12:38:07 | 5 | A    Yes, I do. |
| 12:38:08 | 6 | Q    Was there a point where one of the |
| 12:38:09 | 7 | Calderones was acting as a store manager? |
| 12:38:12 | 8 | A    Yes. |
| 12:38:14 | 9 | Q    Do you know whether Mr. Reyes worked |
| 12:38:18 | 10 | during the same time that the Calderones worked? |
| 12:38:22 | 11 | Do you recall? |
| 12:38:23 | 12 | A    I don't recall. |
| 12:38:24 | 13 | Q    Did Mr. Reyes work at the same time that |
| 12:38:28 | 14 | an employee named Montes Reyes worked for your |
| 12:38:32 | 15 | store? |
| 12:38:32 | 16 | A    Yes. |
| 12:38:35 | 17 | Q    Do you know if they were acquainted? |
| 12:38:38 | 18 | A    What is acquainted? |
| 12:38:39 | 19 | Q    Were they friends?  Did they work on the |
| 12:38:41 | 20 | same shift? |
| 12:38:42 | 21 | A    Yes.  So good with each other. |
| 12:38:44 | 22 | Q    Was Mr. Montes Reyes also friends with the |
| 12:38:48 | 23 | Calderones? |
| 12:38:49 | 24 | A    Yes. |
| 12:38:54 | 25 | Q    You were asked some questions about |

| | | |
|---|---|---|
| 12:38:56 | 1 | Mr. Reyes' pay rate.  Is Mr. Reyes' pay rate |
| 12:39:05 | 2 | listed on each of the paychecks that he received? |
| 12:39:08 | 3 | A    Yes. |
| 12:39:09 | 4 | Q    Would the paychecks themselves show what |
| 12:39:11 | 5 | the rate was that he was paid at a particular |
| 12:39:14 | 6 | time? |
| 12:39:14 | 7 | A    Yes. |
| 12:39:16 | 8 | Q    Is that a way that you could tell when his |
| 12:39:18 | 9 | pay rate changed? |
| 12:39:19 | 10 | A    Yes. |
| 12:39:22 | 11 | Q    Did you also answer in the interrogatories |
| 12:39:24 | 12 | when his pay rates changed? |
| 12:39:26 | 13 | A    Yes. |
| 12:39:29 | 14 | Q    If Mr. Reyes had come up to you at the |
| 12:39:31 | 15 | time that the first paycheck was wrong, and told |
| 12:39:36 | 16 | you about the problem, the error, would you have |
| 12:39:42 | 17 | corrected it at that point? |
| 12:39:43 | 18 | MS. JAFF:  Object to form. |
| 12:39:44 | 19 | A    Right away. |
| 12:39:46 | 20 | Q    Did you correct -- if he had told you, |
| 12:39:50 | 21 | would you have paid him in cash or would you have |
| 12:39:52 | 22 | paid him in check for the extra hours? |
| 12:39:55 | 23 | A    Checks. |
| 12:39:57 | 24 | Q    Did you ever pay Mr. Reyes any cash |
| 12:39:59 | 25 | whatsoever? |

| | | |
|---|---|---|
| 12:40:00 | 1 | A    No. |
| 12:40:13 | 2 | Q    Were all the people who have sued you |
| 12:40:16 | 3 | acquainted with one another? |
| 12:40:18 | 4 | A    Yes.  The chain link. |
| 12:40:26 | 5 | Q    So one person sued you, and then a friend |
| 12:40:28 | 6 | of them sued you, and then another friend of them |
| 12:40:30 | 7 | sued you? |
| 12:40:35 | 8 | A    All the steps, like a friend. |
| 12:40:37 | 9 | Q    Let's just take this exhibit for a moment. |
| 12:40:40 | 10 | It's ML 38 is the Bates stamp.  Mr. Reyes' |
| 12:40:45 | 11 | signature appears at the bottom of both timecards. |
| 12:40:51 | 12 | Did Mr. Reyes sign the timecard before it was |
| 12:40:54 | 13 | punched or did he sign it at the end of the week? |
| 12:40:57 | 14 | A    After he punched the card. |
| 12:41:00 | 15 | Q    After punching the card at the end of the |
| 12:41:02 | 16 | week? |
| 12:41:03 | 17 | A    Yes. |
| 12:41:03 | 18 | Q    Was it your practice to require employees |
| 12:41:05 | 19 | to review their timecards and to sign? |
| 12:41:07 | 20 | A    Of course. |
| 12:41:16 | 21 | Q    During the entire period of Mr. Reyes' |
| 12:41:19 | 22 | employment, was it the store's policy to always |
| 12:41:21 | 23 | pay employees overtime for 40 hours? |
| 12:41:23 | 24 | A    Yes. |
| 12:41:28 | 25 | MS. JAFF:  That doesn't make sense.  You |

| | | |
|---|---|---|
| 12:41:30 | 1 | can't pay overtime for 40 hours. |
| 12:41:32 | 2 | MS. LANGBEIN:  I'm sorry? |
| 12:41:33 | 3 | MS. JAFF:  You can't pay your employees |
| 12:41:35 | 4 | overtime for 40 hours. |
| 12:41:36 | 5 | MS. LANGBEIN:  I said over 40 hours. |
| 12:41:37 | 6 | MS. JAFF:  Is that what you said on the |
| 12:41:37 | 7 | record? |
| 12:41:41 | 8 | MS. LANGBEIN:  Was it always your store's |
| 12:41:42 | 9 | policy to pay employees overtime for over 40 |
| 12:41:44 | 10 | hours?  Did I get that right? |
| 12:41:44 | 11 | MS. JAFF:  That is not what I heard you |
| 12:41:44 | 12 | ask, though. |
| | 13 | (The question was read by the court |
| | 14 | reporter.) |
| 12:42:01 | 15 | MS. LANGBEIN:  Correct that.  That should |
| 12:42:02 | 16 | have been over 40 hours. |
| 12:42:05 | 17 | Q    Did you instruct any of your store clerks, |
| 12:42:09 | 18 | managers, either -- I am forgetting their names |
| 12:42:13 | 19 | now. |
| 12:42:15 | 20 | A    Shabiha? |
| 12:42:16 | 21 | Q    Shabiha and Mairum.  Did you instruct them |
| 12:42:20 | 22 | to purposely count the hours wrong on Mr. Reyes' |
| 12:42:23 | 23 | timecards? |
| 12:42:24 | 24 | A    No. |
| 12:42:26 | 25 | Q    Were they instructed to short employees of |

| | | |
|---|---|---|
| 12:42:28 | 1 | working hours? |
| 12:42:30 | 2 | A    No. |
| 12:42:48 | 3 | Q    You mentioned M.D. Kashim as being a store |
| 12:42:51 | 4 | manager.  Was it part of his duties to supervise |
| 12:42:54 | 5 | the employees who were on his shifts? |
| 12:42:58 | 6 | A    Yes. |
| 12:43:04 | 7 | Q    Did Mr. Kashim work hours that coincided |
| 12:43:07 | 8 | with the shifts that were worked by Mr. Reyes? |
| 12:43:09 | 9 | A    Yes. |
| 12:43:16 | 10 | Q    Did you make an effort to find out what |
| 12:43:20 | 11 | the requirements were to treat someone as an |
| 12:43:23 | 12 | exempt employee?  Just say "yes" or "no." |
| 12:43:27 | 13 | A    Yes. |
| 12:43:30 | 14 | Q    Did you make a determination in the store |
| 12:43:32 | 15 | who could be considered exempt and who were |
| 12:43:35 | 16 | nonexempt? |
| 12:43:36 | 17 | A    Managers. |
| 12:43:41 | 18 | Q    Do you recall the first time that we met? |
| 12:43:47 | 19 | A    I don't recall. |
| 12:43:47 | 20 | Q    Do you recall that I used to have an |
| 12:43:49 | 21 | office in Aventura? |
| 12:43:50 | 22 | A    Yes. |
| 12:43:51 | 23 | Q    Is that the first time we met? |
| 12:43:52 | 24 | A    Yes. |
| 12:43:52 | 25 | Q    Do you recall when I had my office in |

| | | |
|---|---|---|
| 12:43:54 | 1 | Aventura? |
| 12:43:58 | 2 | A    Many years back. |
| 12:43:59 | 3 | Q    Do you recall that you started seeing me |
| 12:44:01 | 4 | in my Miami Lakes office in 2004? |
| 12:44:06 | 5 | A    Miami Lakes in 2004? |
| 12:44:09 | 6 | Q    I guess the answer is no, I don't recall. |
| 12:44:15 | 7 | Do you recall how far back you have been |
| 12:44:17 | 8 | seeing me in Miami Lakes?  Was it prior to these |
| 12:44:20 | 9 | lawsuits? |
| 12:44:20 | 10 | A    Yes, in Aventura. |
| 12:44:21 | 11 | Q    Did you also consult me about other |
| 12:44:24 | 12 | personnel issues besides wage and hour matters? |
| 12:44:26 | 13 | Just yes or no. |
| 12:44:28 | 14 | A    Yes. |
| 12:44:35 | 15 | Q    When Ms. Jaff was asking you questions |
| 12:44:38 | 16 | about Quickbooks, are these paychecks a product of |
| 12:44:43 | 17 | Quickbooks? |
| 12:44:43 | 18 | A    Yes. |
| 12:44:51 | 19 | Q    Was it your intent to cheat Mr. Reyes of |
| 12:44:53 | 20 | his $547? |
| 12:44:58 | 21 | A    I don't. |
| 12:45:02 | 22 | Q    Did you continue to pay Mr. Reyes overtime |
| 12:45:05 | 23 | even after these mistakes were made? |
| 12:45:08 | 24 | MS. JAFF:  Object to form. |
| 12:45:10 | 25 | THE WITNESS:  I did. |

```
12:45:14   1            MS. LANGBEIN:  I don't know if we have --
12:45:19   2            MS. JAFF:  What are you looking for?
12:45:20   3    Maybe I have it.
12:45:28   4            MS. LANGBEIN:  I am going to show you M
12:45:29   5    and L 0001.  Do you have a copy of that?
12:45:33   6            MS. JAFF:  I do.
12:45:44   7        Q    Do you recall that there was a time when
12:45:46   8    Mr. Reyes clocked in, so he could try to get extra
12:45:49   9    pay for time he didn't work?
12:45:51  10            MS. JAFF:  Object to form.
12:45:52  11        A    Yes, he did.
12:45:53  12        Q    Can you tell us on 0001 when that
12:45:58  13    occurred?
12:46:00  14        A    He has -- I don't know how he came in and
12:46:04  15    punch in and punch out.  That is why, you know, he
12:46:15  16    tried to do something like that.  Before he leave,
12:46:18  17    probably.
12:46:19  18        Q    And you don't remember who caught that
12:46:22  19    attempted fraud?
12:46:26  20            MS. JAFF:  Object to form.
12:46:28  21        A    That was probably Tasmin who told me, and
12:46:38  22    then I checked it.
12:46:44  23        Q    How did you check it?
12:46:45  24        A    I saw the card.  He didn't came and it was
12:46:50  25    punched in there.
```

| | | |
|---|---|---|
| 12:46:51 | 1 | Q     Did you also check the video from the |
| 12:46:54 | 2 | store? |
| 12:46:54 | 3 | A     No, I did not. |
| 12:46:59 | 4 | Q     Was there a period of time when Mr. Reyes |
| 12:47:02 | 5 | came to you and said that he wanted to work less |
| 12:47:06 | 6 | hours? |
| 12:47:08 | 7 | A     He used to work five days a week, and then |
| 12:47:09 | 8 | he came to me.  He has another job, and he would |
| 12:47:12 | 9 | like to work four days a week. |
| 12:47:14 | 10 | Q     After that point, did he ever work -- |
| 12:47:16 | 11 | strike that. |
| 12:47:17 | 12 | After that point, did he ever work more |
| 12:47:19 | 13 | than four days a week? |
| 12:47:21 | 14 | MS. JAFF:  Object to form. |
| 12:47:21 | 15 | A     No, he don't. |
| 12:47:22 | 16 | Q     Did you ever permit him to work off the |
| 12:47:24 | 17 | clock? |
| 12:47:25 | 18 | A     Never. |
| 12:47:34 | 19 | Q     Has it always been your practice to pay |
| 12:47:38 | 20 | overtime -- |
| 12:47:38 | 21 | A     Yes. |
| 12:47:38 | 22 | Q     -- to employees? |
| 12:47:40 | 23 | MS. JAFF:  Object to form. |
| 12:47:41 | 24 | A     Yes. |
| 12:47:42 | 25 | Q     If errors occurred, were those errors |

| | | |
|---|---|---|
| 12:47:44 | 1 | where you intentionally tried to cheat an |
| 12:47:47 | 2 | employee? |
| 12:47:49 | 3 | MS. JAFF:  Object to form. |
| 12:47:50 | 4 | A    No. |
| 12:48:04 | 5 | Q    Was Wilmer someone who was a friend of Mr. |
| 12:48:07 | 6 | Reyes? |
| 12:48:09 | 7 | A    He is a good buddy. |
| 12:48:32 | 8 | Q    Mr. Reyes is claiming in his statement of |
| 12:48:34 | 9 | claim that he's owed $18,525, and that he worked |
| 12:48:38 | 10 | 25 hours each and every week.  Did Mr. Reyes work |
| 12:48:48 | 11 | 25 hours of overtime each and every week? |
| 12:48:52 | 12 | MS. JAFF:  Object to form. |
| 12:48:53 | 13 | A    It is not true. |
| 12:48:54 | 14 | Q    The 156 weeks, do you know how many weeks |
| 12:48:57 | 15 | Mr. Reyes actually went on vacation? |
| 12:49:02 | 16 | A    Two times he went on vacation.  I don't |
| 12:49:03 | 17 | recall.  It is on the timecard. |
| 12:49:09 | 18 | Q    If there is missing timecards, that would |
| 12:49:11 | 19 | be time that Mr. Reyes was on vacation? |
| 12:49:13 | 20 | A    Yes. |
| 12:49:13 | 21 | Q    Otherwise, there should be a timecard for |
| 12:49:15 | 22 | every other time that he worked? |
| 12:49:16 | 23 | A    Yes. |
| 12:49:24 | 24 | Q    If there were any bonuses that were given |
| 12:49:27 | 25 | to Mr. Reyes, would they be reflected on a |

| | | |
|---|---|---|
| 12:49:29 | 1 | paycheck? |
| 12:49:30 | 2 | A    Everything is on paychecks. |
| 12:49:40 | 3 | Q    If Mr. Reyes worked on a Saturday, would |
| 12:49:42 | 4 | it be reflected on his timecard? |
| 12:49:45 | 5 | A    Yes. |
| 12:50:03 | 6 | Q    Employees are paid for the 20 minutes or |
| 12:50:06 | 7 | so they take a break? |
| 12:50:08 | 8 | A    One more time. |
| 12:50:10 | 9 | Q    If employees work from 7:00 to 5:00, and |
| 12:50:13 | 10 | they take a short break, they are paid for that |
| 12:50:15 | 11 | time?  You don't deduct it? |
| 12:50:17 | 12 | A    I don't deduct it. |
| 12:50:29 | 13 | Q    Is part of Tasmin's duties also to |
| 12:50:31 | 14 | supervise employees? |
| 12:50:34 | 15 | A    Yes, she does. |
| 12:50:36 | 16 | Q    During the time that she is on the floor |
| 12:50:38 | 17 | doing her check-ins and everything, she is also |
| 12:50:41 | 18 | keeping an eye on employees? |
| 12:50:45 | 19 | A    Yes. |
| 12:50:57 | 20 | Q    Is Mr. Francisco Perez still working for |
| 12:51:01 | 21 | you?  You mentioned that he might have worked in |
| 12:51:03 | 22 | produce? |
| 12:51:06 | 23 | A    Actually, his nickname is Francisco, and |
| 12:51:12 | 24 | his real name is something else. |
| 12:51:14 | 25 | Q    Okay.  Is he still working for you? |

| | | |
|---|---|---|
| 12:51:16 | 1 | A     Yes. |
| 12:51:31 | 2 | Q     Has Olga Tapia ever come to you and told |
| 12:51:33 | 3 | you that she is missing hours on her paycheck? |
| 12:51:36 | 4 | MS. JAFF:  Objection. |
| 12:51:37 | 5 | A     No. |
| 12:51:38 | 6 | Q     Has Joaquin Alonso ever come to you and |
| 12:51:41 | 7 | told you that he is missing hours on his paycheck? |
| 12:51:44 | 8 | A     No. |
| 12:51:46 | 9 | Q     Did Maximo Hernandez ever come to you and |
| 12:51:48 | 10 | tell you that he was missing hours on his |
| 12:51:50 | 11 | paycheck? |
| 12:51:51 | 12 | A     No. |
| 12:51:54 | 13 | Q     How about Yulisa Hernandez, if you can |
| 12:51:57 | 14 | recall who she was?  You said she was still there? |
| 12:52:00 | 15 | A     Yes. |
| 12:52:00 | 16 | Q     Has she ever told you she is missing hours |
| 12:52:02 | 17 | on her paycheck? |
| 12:52:03 | 18 | A     Never. |
| 12:52:04 | 19 | Q     Have you ever had an employee come to you |
| 12:52:06 | 20 | and say there was a mistake on their paycheck? |
| 12:52:09 | 21 | A     No. |
| 12:52:13 | 22 | Q     Do you have any idea how these mistakes |
| 12:52:15 | 23 | occurred? |
| 12:52:17 | 24 | A     Because it is unintentional. |
| 12:52:20 | 25 | Q     Do you have any idea why that got |

| | | |
|---|---|---|
| 12:52:24 | 1 | miscounted? |
| 12:52:25 | 2 | A    Mistake, error. |
| 12:52:42 | 3 | Q    Have you had other employees that have |
| 12:52:44 | 4 | made false claims in lawsuits? |
| 12:52:46 | 5 | A    Oh, yes, they did. |
| 12:52:47 | 6 | MS. JAFF:  Object to form. |
| 12:52:48 | 7 | Q    Did Mr. Montez make a false claim that he |
| 12:52:50 | 8 | had been retaliated against? |
| 12:52:52 | 9 | MS. JAFF:  Object to form. |
| 12:52:52 | 10 | A    Yes. |
| 12:53:07 | 11 | Q    Whenever you have had a question about a |
| 12:53:09 | 12 | pay practice, have you consulted with an attorney? |
| 12:53:13 | 13 | A    Yes, I do. |
| 12:53:17 | 14 | Q    Do you know if I am board certified in |
| 12:53:19 | 15 | employment law? |
| 12:53:19 | 16 | A    Yes, you are. |
| 12:53:25 | 17 | Q    Do you know for how long I have been board |
| 12:53:26 | 18 | certified in employment law? |
| 12:53:28 | 19 | A    I don't know. |
| 12:53:34 | 20 | Q    It's a long time. |
| 12:53:34 | 21 | Have there been other employees who have |
| 12:53:36 | 22 | worked overtime and who have gotten paid overtime |
| 12:53:39 | 23 | at the same time that Mr. Reyes worked there? |
| 12:53:43 | 24 | A    One more time. |
| 12:53:43 | 25 | Q    Was Mr. Reyes the only employee who worked |

| | | |
|---|---|---|
| 12:53:46 | 1 | overtime during the period of time that he worked |
| 12:53:50 | 2 | for you? |
| 12:53:50 | 3 | A    No.  All the employees who worked extra |
| 12:53:53 | 4 | more than 40 hours, they got overtime. |
| 12:53:56 | 5 | Q    Has it been your practice during the |
| 12:53:57 | 6 | period of time that Mr. Reyes worked for you to |
| 12:54:01 | 7 | calculate the hours, pay overtime at time and a |
| 12:54:04 | 8 | half? |
| 12:54:04 | 9 | MS. JAFF:  Object to form. |
| 12:54:05 | 10 | THE WITNESS:  Yes, it is. |
| 12:54:06 | 11 | MS. LANGBEIN:  I have no further |
| 12:54:07 | 12 | questions. |
| 12:54:08 | 13 | MS. JAFF:  I just have a few follow-up |
| 12:54:09 | 14 | questions. |
| | 15 | EXAMINATION |
| 12:54:09 | 16 | BY MS. JAFF: |
| 12:54:09 | 17 | Q    Is there someone that stands by the clock |
| 12:54:11 | 18 | machine and makes sure that the person that is |
| 12:54:13 | 19 | clocking in is that person? |
| 12:54:17 | 20 | A    No.  We watch. |
| 12:54:21 | 21 | Q    And you have cameras in the store? |
| 12:54:23 | 22 | A    Yes. |
| 12:54:24 | 23 | Q    Do you keep those records, those |
| 12:54:25 | 24 | recordings? |
| 12:54:26 | 25 | A    Camera record? |

| | | | |
|---|---|---|---|
| 12:54:26 | 1 | Q | Yes. |
| 12:54:26 | 2 | A | No. |
| 12:54:27 | 3 | Q | What do you do with those recordings? |
| 12:54:30 | 4 | A | Every 15 days they erase themselves. |
| 12:54:32 | 5 | Q | And you never save them? |
| 12:54:34 | 6 | A | No. |
| 12:54:34 | 7 | Q | And you have had that system in place |
| 12:54:36 | 8 | | since 2013? |
| 12:54:39 | 9 | A | Yes. |
| 12:54:42 | 10 | Q | And there's nobody that stands by the |
| 12:54:44 | 11 | | machine and makes sure the person is using the |
| 12:54:46 | 12 | | correct timecard, correct? |
| 12:54:47 | 13 | A | No, we don't. |
| 12:54:50 | 14 | Q | And are the employees provided with copies |
| 12:54:53 | 15 | | of their time sheets? |
| 12:54:58 | 16 | A | Timecard or time sheets? |
| 12:55:01 | 17 | Q | Timecards. |
| 12:55:04 | 18 | A | No. |
| 12:55:04 | 19 | Q | So they don't get to take a copy of their |
| 12:55:06 | 20 | | timecard home every two weeks, correct? |
| 12:55:08 | 21 | A | They don't. |
| 12:55:08 | 22 | Q | And you don't provide them with a copy of |
| 12:55:10 | 23 | | their timecard and their paystub, like you have |
| 12:55:14 | 24 | | done in these exhibits that you have provided to |
| 12:55:16 | 25 | | us? |

| | | |
|---|---|---|
| 12:55:17 | 1 | A    No.   The timecard in the store, and then |
| 12:55:22 | 2 | they take the check. |
| 12:55:24 | 3 | Q    So Mr. Reyes has never had an opportunity |
| 12:55:26 | 4 | while he was working for you to have both the |
| 12:55:29 | 5 | timecard and the paystubs together to review? |
| 12:55:33 | 6 | A    Yes.  It is there.  The timecard is there. |
| 12:55:36 | 7 | If anybody wants to, they can see. |
| 12:55:38 | 8 | Q    But he doesn't get a copy of that, |
| 12:55:40 | 9 | correct? |
| 12:55:40 | 10 | A    I am saying he don't ask for it. |
| 12:55:42 | 11 | Q    But did he get a copy? |
| 12:55:44 | 12 | A    If he asks for it, he will get a copy. |
| 12:55:46 | 13 | Q    But you don't give him a copy? |
| 12:55:49 | 14 | A    No. |
| 12:55:55 | 15 | Q    You said that you had consulted with an |
| 12:55:56 | 16 | attorney to determine which employees were exempt |
| 12:55:59 | 17 | employees, correct? |
| 12:56:01 | 18 | A    Yes. |
| 12:56:02 | 19 | Q    Was that attorney Leslie Langbein? |
| 12:56:05 | 20 | A    Yes. |
| 12:56:05 | 21 | Q    And did she advise you that Mr. Reyes was |
| 12:56:09 | 22 | an exempt employee as a manager? |
| 12:56:11 | 23 | MS. LANGBEIN:  Objection.  Attorney-client |
| 12:56:12 | 24 | privilege, work-product privilege.  Instruct the |
| 12:56:15 | 25 | witness not to answer. |

12:56:16  1          MS. JAFF:  I am going to certify that

12:56:17  2     question.

12:56:19  3          MS. LANGBEIN:  I have already explained to

12:56:21  4     you that that was an error, and we have withdrawn

12:56:22  5     the objection, the exemption.

12:56:25  6          MS. JAFF:  You are the one that brought up

12:56:26  7     the exemption.  So I am just asking some follow-up

12:56:28  8     questions.

12:56:29  9          MS. LANGBEIN:  Okay.

12:56:30  10     Q    Do you recall what that advice was that

12:56:31  11     Leslie gave you, your attorney, with regards to

12:56:35  12     what qualifies an exempt employee?

12:56:37  13     A    Yes.

12:56:38  14     Q    And do you recall what that advice was?

12:56:41  15     A    Yes.

12:56:41  16     Q    And what was that advice?

12:56:43  17          MS. LANGBEIN:  Objection.  Attorney-client

12:56:44  18     privilege, work product privilege.  Instruct the

12:56:46  19     witness not to answer.

12:56:48  20          MS. JAFF:  I am going to certify that

12:56:49  21     question.

12:56:49  22     Q    Do you recall if your attorney, Leslie,

12:56:52  23     told you that Mr. Reyes was an exempt employee?

12:56:56  24     A    I don't remember.

12:57:00  25     Q    You testified that you also consulted with

12:57:05  1    your attorney, Leslie, for other personnel

12:57:07  2    matters; is that correct?

12:57:09  3        A    I did.

12:57:10  4        Q    What kind of matters were those?

12:57:12  5             MS. LANGBEIN:  Just the type of matters,

12:57:13  6    not the particular matters.

12:57:15  7        Q    Right.

12:57:17  8        A    My family matters and other matters,

12:57:22  9    other, you know.

12:57:27  10       Q    And you also testified that any time you

12:57:28  11   had a pay question, you would consult with your

12:57:30  12   attorney; is that correct?

12:57:31  13       A    Yes.

12:57:31  14       Q    How often would you call your attorney,

12:57:33  15   Leslie, during the year 2013?

12:57:35  16       A    I don't remember.

12:57:36  17       Q    Do you have invoices that would reflect

12:57:38  18   that?

12:57:44  19       A    I don't have the invoices.

12:57:45  20       Q    Does your attorney not provide you with

12:57:46  21   invoices of your meetings so that you can pay her

12:57:48  22   for the work that she performed for you?

12:57:50  23       A    Yes, she give the invoice, but I don't

12:57:52  24   keep the invoices.

12:57:53  25       Q    So she would have all those records,

| | | |
|---|---|---|
| 12:57:55 | 1 | correct? |
| 12:57:55 | 2 | A     Probably.  I don't know. |
| 12:58:05 | 3 | Q     This lawsuit was brought in October 2016. |
| 12:58:09 | 4 | Do you know that? |
| 12:58:11 | 5 | A     I don't remember. |
| 12:58:12 | 6 | Q     According to the docket, it shows that |
| 12:58:14 | 7 | your settlement conference with Judge Goodman |
| 12:58:16 | 8 | happened in March 30th, 2017.  Do you recall that |
| 12:58:21 | 9 | settlement conference at Court with Judge Goodman? |
| 12:58:24 | 10 | A     I forgot the date. |
| 12:58:25 | 11 | Q     Do you recall having a settlement |
| 12:58:26 | 12 | conference with Judge Goodman? |
| 12:58:28 | 13 | A     Yes. |
| 12:58:31 | 14 | Q     At that time, had you already reviewed Mr. |
| 12:58:33 | 15 | Reyes' time records? |
| 12:58:40 | 16 | A     Actually, I don't remember if before or |
| 12:58:41 | 17 | after. |
| 12:58:43 | 18 | Q     And you sit here today and you tell us |
| 12:58:45 | 19 | that no other employee is owed overtime, correct? |
| 12:58:50 | 20 | A     No. |
| 12:58:50 | 21 | Q     And every employee was paid their |
| 12:58:52 | 22 | overtime, correct? |
| 12:58:53 | 23 | A     Yes. |
| 12:58:53 | 24 | Q     So then why did you provide us with a |
| 12:58:55 | 25 | sheet saying that Mr. Reyes was not paid for all |

| | | |
|---|---|---|
| 12:58:58 | 1 | the overtime that he worked? |
| 12:58:59 | 2 | A    Because it was and I see it can happen. |
| 12:59:01 | 3 | Q    And you haven't gone back and checked to |
| 12:59:02 | 4 | see if there are any other errors for other |
| 12:59:05 | 5 | employees, correct? |
| 12:59:06 | 6 | MS. LANGBEIN:  Objection, asked and |
| 12:59:06 | 7 | answered. |
| 12:59:07 | 8 | A    I told you several times.  I checked |
| 12:59:09 | 9 | randomly, but I didn't see anything. |
| 12:59:11 | 10 | Q    Your position from the beginning of this |
| 12:59:12 | 11 | case is that this is a frivolous lawsuit, correct? |
| 12:59:15 | 12 | A    What is frivolous lawsuit? |
| 12:59:16 | 13 | Q    Meaning it's made up.  It's not true. |
| 12:59:18 | 14 | A    It's not true. |
| 12:59:19 | 15 | Q    How is it not true if Mr. Reyes is owed |
| 12:59:23 | 16 | overtime? |
| 12:59:24 | 17 | A    Well, it is mistake.  It happens.  We find |
| 12:59:27 | 18 | out.  We pay for it. |
| 12:59:27 | 19 | Q    Then it is true.  He is owed overtime, |
| 12:59:29 | 20 | correct? |
| 12:59:30 | 21 | MS. LANGBEIN:  Objection to form. |
| 12:59:30 | 22 | A    A few hours. |
| 12:59:31 | 23 | Q    So yes, he is owed overtime? |
| 12:59:33 | 24 | A    Yes, a few hours.  He is not claiming 25 |
| 12:59:39 | 25 | hours a week.  It's not true.  A few hours, |

```
12:59:43   1      mistake.  We paid for.

12:59:49   2              MS. JAFF:  I don't have any other

12:59:49   3      questions.

12:59:50   4              MS. LANGBEIN:  Just one follow-up question

12:59:51   5      real quick.

           6                       EXAMINATION

12:59:52   7   BY MS. LANGBEIN:

12:59:52   8      Q    You stated that you never saved the tapes.

12:59:54   9   Do you save the tapes when there are incidents

12:59:56  10   which require you to save the tapes?

12:59:59  11      A    Yes, yes.  I have several tapes for this.

13:00:01  12              MS. LANGBEIN:  Thank you.  We will waive.

13:00:05  13              MS. JAFF:  Okay.

13:00:06  14              (Ending time:  1:00 p.m.)

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

```
 1

 2                       CERTIFICATE OF OATH

 3

 4     STATE OF FLORIDA    )
                           ) SS:
 5     COUNTY OF MIAMI-DADE)

 6

 7            I, ROCHEL ALBERT, Certified Shorthand

 8     Reporter and Notary Public in and for the State of

 9     Florida at Large, certify that the witness,

10     personally appeared before me and was duly sworn.

11

12            WITNESS my hand and official seal this

13     8th day of May, 2017.

14

15            _____

16                       ROCHEL ALBERT, CSR
                         Notary Public, State of
17                       Florida

18

19

20

21

22

23

24

25
```

```
 1
 2                REPORTER'S DEPOSITION CERTIFICATE
 3
 4          I, ROCHEL ALBERT, Certified Shorthand
 5     Reporter, certify that I was authorized to and did
 6     stenographically report the foregoing deposition;
 7     that the foregoing transcript of said witness is a
 8     true and complete record of my stenographic notes of
 9     the deposition by said witness; and that this
10     computer-assisted transcript was prepared under my
11     supervision.
12          I further certify that I am not a
13     relative, employee, attorney or counsel of any of
14     the parties, nor am I a relative or employee of any
15     of the parties, attorney or counsel connected with
16     the action.
17          DATED this 8th day of May, 2017.
18
19
20          _____
21          ROCHEL ALBERT, CSR
            Notary Public, State of Florida
22          at Large.  My commission expires.
            September 4, 2017.  Bonded
23          through Budget Notary Services
            Commission Number FF 049654
24
25
```

BY MS. JAFF:
**[3]** 6/4 8/3
134/15
BY MS.
LANGBEIN: **[2]**
119/18 141/6
MS. JAFF:
**[127]** 6/17
6/24 7/4 7/6
7/10 7/19 8/2
8/21 9/3 9/14
10/1 11/4
11/8 11/16
11/24 12/4
12/6 12/11
12/16 13/3
13/18 17/9
17/24 18/12
22/3 22/7
22/24 23/22
26/18 28/8
36/12 36/16
37/2 37/6
37/13 37/18
39/25 40/5
40/13 51/3
51/23 52/1
55/14 56/21
57/4 57/9
57/15 58/14
58/17 58/19

61/18 64/19
65/7 65/9
72/10 76/14
77/16 77/21
78/16 78/22
79/2 84/5
84/13 84/15
84/19 85/1
85/7 85/12
85/14 85/16
85/22 85/25
86/5 86/23
87/1 87/16
88/5 88/13
89/1 89/6
89/22 89/25
91/9 92/2
93/2 93/6
94/8 95/5
99/11 99/24
100/8 101/8
104/14 105/10
107/4 110/20
115/17 115/22
116/3 116/23
117/2 119/10
119/13 123/17
124/24 125/2
125/5 125/10
127/23 128/1
128/5 128/9
128/19 129/13

129/22 130/2
130/11 132/3
133/5 133/8
134/8 134/12
136/25 137/5
137/19 141/1
141/12
MS. LANGBEIN:
**[179]**
THE WITNESS:
**[11]** 58/20
61/15 67/19
68/3 68/5
72/4 84/9
91/25 101/12
127/24 134/9

**$**

**$18,525 [2]**
110/16 130/9
**$2,200 [1]**
31/9
**$543.93 [1]**
38/12
**$547 [1]**
127/20

**'**

**'13 [6]** 19/10
71/22 83/4
83/9 83/10
84/10
**'14 [15]** 47/8

049654 [1]
143/23

## 1

**100 [1]**    3/18
**101 [1]**    4/2
**105 [2]**    2/7
4/6
**106 [1]**    4/12
**109 [1]**    4/15
**1099 [1]**
83/19
**1099s [1]**
81/2
**10:00 [1]**
1/16
**10th [2]**    18/9
18/10
**11 [2]**    3/5
4/18
**11/22/53 [2]**
8/16 8/23
**114 [1]**    2/13
**115 [3]**    4/18
4/22 5/2
**116 [1]**    5/7
**119 [1]**    2/13
**12:00 [4]**
70/2 70/6
70/7 71/7
**134 [1]**    2/12
**136 [1]**    5/13
**137 [1]**    5/16

**'14... [14]**
49/8 50/14
50/23 52/11
59/19 63/8
70/19 71/22
82/15 83/4
83/9 83/10
90/9 116/12
**'15 [15]**    47/8
49/8 50/14
50/23 52/11
59/19 63/8
70/19 71/22
82/15 83/4
83/9 83/10
90/9 116/13
**'16 [15]**
20/10 28/17
29/20 47/8
49/8 50/15
50/24 52/11
59/19 63/8
70/19 82/15
82/16 90/9
116/13

---

**—**

---

**-vs [1]**    1/7

## 0

**0001 [2]**
128/5 128/12

**14 [9]**    3/15
4/15 18/9
34/19 34/20
35/7 35/8
40/2 81/13
**15 [3]**    40/2
41/1 135/4
**154 [1]**    2/7
**156 [1]**
130/14
**16 [3]**    5/16
7/5 39/21
**16-CV-24362-JA**
**L [1]**    1/2
**17 [1]**    41/1
**19 [2]**    4/22
41/1
**1:00 p.m [1]**
141/14

---

## 2

**20 [6]**    32/23
53/11 53/13
53/17 88/5
131/6
**20-minute [1]**
53/14
**2002 [1]**    10/6
**2004 [2]**
127/4 127/5
**2008 [1]**
55/13
**2009 [1]**

**2**

**2009... [1]**
55/14
**2011 [1]**
18/15
**2012 [1]**
71/22
**2013 [59]** 7/3
18/10 18/11
19/10 19/17
19/25 20/3
20/11 20/20
21/3 22/11
23/12 23/16
24/13 28/17
29/9 29/20
29/24 32/9
32/13 32/17
32/20 32/24
34/21 34/24
35/2 45/3
47/3 47/8
48/21 49/8
49/18 50/8
50/14 50/23
52/11 59/14
59/19 60/1
62/13 63/8
65/15 68/15
69/5 70/19
71/15 77/6
82/15 82/17

83/2 83/25
90/9 96/15
96/16 96/17
109/5 116/12
135/8 138/15
**2014 [7]**
24/19 25/11
25/13 33/3
35/2 49/23
83/3
**2015 [4]**
25/19 35/2
35/9 50/1
**2016 [18]**
18/9 21/3
25/21 29/10
29/25 34/22
34/25 35/3
35/15 45/4
50/4 59/14
62/14 68/16
77/7 84/1
106/6 139/3
**2017 [6]** 1/15
106/6 139/8
142/13 143/17
143/22
**21 [2]** 5/7
5/13
**216 [1]** 1/5
**22 [1]** 32/23
**23 [1]** 83/6

**24 [2]** 3/2
5/2
**25 [5]** 4/12
32/22 130/10
130/11 140/24
**26 [1]** 41/1
**29 [1]** 1/5
**2s [1]** 81/1

**3**

**3/30/16 [1]**
39/21
**30 [2]** 6/8
88/7
**300 [2]** 1/14
2/3
**305 [2]** 1/25
1/25
**30th [1]**
139/8
**32 [1]** 38/15
**33016 [1]** 2/8
**33139 [1]**
27/2
**33141 [3]**
1/15 2/3 9/8
**3333 [1]** 1/25
**36 [1]** 2/16
**38 [2]** 41/3
124/10
**39 [1]** 2/17
**3:00 [3]** 70/1
70/6 71/6

**40 [12]** 19/3
58/3 92/2
94/15 96/5
124/23 125/1
125/4 125/5
125/9 125/16
134/4
**43 [1]** 2/18
**472 [2]** 38/7
38/14
**4:00 [5]** 70/1
70/1 70/6
71/6 71/7

**5**

**53 [2]** 8/16
8/23
**543.93 [1]**
38/10
**5:00 [5]**
16/16 16/18
16/19 16/20
131/9
**5:00 p.m [4]**
16/21 16/22
47/4 47/8

**6**

**605 [2]** 1/14
2/3

**71 [1]** 1/14
**71st [1]** 2/3
**7446 [1]** 9/8
**7476 [3]** 10/5
26/11 26/14
**74TH [6]** 1/8
10/10 10/18
15/19 15/21
26/18
**7:00 [8]**
16/16 16/20
69/7 69/8
70/1 70/1
70/17 131/9
**7:00 a.m [4]**
16/19 16/21
47/4 47/7
**7:00 p.m [1]**
16/18

**8**

**812 [1]** 26/21
**8181 [1]** 2/7
**8th [2]**
142/13 143/17

**9**

**91 [1]** 3/7
**92 [1]** 3/11
**94 [1]** 3/13
**99 [1]** 3/16

**A-B-A-A [1]**
80/21
**A-K-T-A-R [1]**
23/24
**A-V-A [2]**
80/20 80/24
**A-Z-U-C-E-N-A**
**[1]** 22/25
**a.m [7]** 1/16
16/18 16/19
16/21 47/4
47/7 70/17
**able [1]**
45/24
**about [60]**
11/22 15/21
18/9 20/12
20/15 27/6
27/8 28/25
31/25 33/3
39/11 51/21
55/13 55/13
58/18 58/19
64/16 64/20
64/22 64/24
68/12 72/1
73/3 73/14
75/9 76/3
76/22 77/25
78/3 79/4
79/20 86/7

**A**

**about... [28]**
86/9 87/13
92/11 93/20
95/4 95/9
95/11 98/9
99/22 102/1
102/4 102/12
102/20 108/10
108/14 109/19
110/15 114/12
119/21 120/21
121/10 121/15
122/25 123/16
127/11 127/16
132/13 133/11

**above [2]**
1/23 96/5

**absent [2]**
62/2 62/12

**Absolutely [1]**
85/22

**accent [1]**
8/17

**accept [1]**
10/25

**accepting [3]**
7/22 7/24
42/24

**according [4]**
6/25 18/2
18/2 139/6

**account [13]**
51/14 51/22
52/2 52/3
52/5 52/6
52/8 52/9
52/15 52/22
53/3 53/5
66/18

**accountant
[15]** 80/4
80/6 81/7
81/10 81/16
82/3 82/9
82/14 82/17
83/1 83/6
83/7 83/8
83/22 84/3

**accounts [1]**
51/23

**acquainted [3]**
122/17
122/18 124/3

**act [1]** 89/15

**acted [2]**
57/20 57/24

**acting [1]**
122/7

**action [1]**
143/16

**actual [2]**
38/8 38/10

**actually [8]**

34/13 37/1
43/22 77/13
117/16 130/15
131/23 139/16

**ad [1]** 54/11

**add [12]**
23/13 25/2
25/6 40/7
41/2 41/4
58/7 58/12
94/22 96/6
98/11 118/10

**added [1]**
67/7

**adding [2]**
23/16 24/14

**additional [2]**
84/8 114/8

**address [17]**
3/6 9/6 9/7
9/9 9/10 9/11
9/12 9/21
10/4 10/5
23/1 23/8
26/3 77/11
77/20 81/18
82/12

**admit [6]**
12/8 110/23
112/6 112/10
112/13 112/18

**admitted [6]**

**A**

admitted...
  **[6]** 6/22
  6/23 6/24
  11/13 11/24
  12/10
admitting [2]
  12/4 38/11
advance [1]
  45/17
advances [1]
  46/10
advice [67]
  3/8 3/12 3/14
  3/15 3/17
  4/20 4/23 5/3
  5/10 5/12
  5/17 86/3
  86/12 86/16
  86/21 86/22
  87/14 89/14
  89/15 89/16
  90/6 90/13
  90/16 90/20
  91/1 91/3
  91/12 91/18
  91/25 92/4
  92/7 92/11
  92/14 92/18
  92/20 92/23
  93/10 93/15
  93/16 93/20

94/1 94/2
94/4 94/12
94/19 94/20
95/3 95/15
95/20 96/12
97/3 97/4
98/18 98/22
98/25 99/1
99/4 99/8
115/12 115/19
115/24 116/17
116/23 116/25
137/10 137/14
137/16
advise [2]
  5/14 136/21
advised [3]
  8/20 60/19
  98/15
affirmative
  [1] 7/8
after [31]
  19/3 43/17
  44/1 44/5
  44/6 49/21
  50/10 50/17
  51/2 54/18
  55/4 55/10
  58/3 69/16
  69/18 75/5
  78/24 83/6
  96/16 101/17

101/18 119/6
121/11 121/16
121/21 124/14
124/15 127/23
129/10 129/12
139/17
afternoon [2]
  69/23 71/2
again [7]
  19/25 26/12
  50/16 56/12
  56/13 92/8
  95/14
against [6]
  42/11 104/10
  113/23 114/3
  121/18 133/8
ago [2]
  103/19 107/12
agree [6]
  10/23 11/25
  17/22 35/23
  88/2 118/6
agreeing [1]
  118/7
agreement [1]
  79/5
ahead [3]
  12/22 13/9
  109/21
Aktar [3]
  23/19 23/23

**A**

**Aktar... [1]**
  77/23
**Aktar's [1]**
  23/25
**Albert [5]**
  1/20  142/7
  142/16  143/4
  143/21
**Aleda [1]**
  70/21
**Aleida [1]**
  31/19
**all [62]**  1/4
  4/3  4/10  7/4
  11/9  12/12
  25/14  25/19
  25/21  25/23
  27/22  29/4
  29/7  32/15
  33/10  33/12
  33/15  33/16
  43/11  45/23
  47/9  47/12
  56/19  58/25
  59/9  61/7
  63/18  64/5
  66/21  66/23
  67/2  68/14
  72/20  72/20
  72/25  73/2
  81/6  83/19

90/3  92/6
98/1  98/19
98/20  99/17
101/4  105/6
106/10  108/20
109/4  109/7
117/10  117/16
117/16  117/21
117/21  118/17
118/23  124/2
124/8  134/3
138/25  139/25
**allegation [3]**
  11/12  53/24
53/25
**alleged [1]**
  57/19
**allow [1]**
  14/3
**allows [1]**
  87/9
**Almost [1]**
  120/7
**alone [1]**
  13/13
**Alonso [1]**
  132/6
**Alonzo [3]**
  72/1  72/6
  72/13
**already [16]**
  6/20  8/20

38/18  42/23
42/25  44/1
44/7  57/13
79/25  88/4
88/4  98/9
137/3  139/14
**also [27]**  7/7
10/3  13/1
15/9  16/11
26/1  26/22
41/15  47/22
52/24  56/5
71/11  73/12
81/21  83/2
103/22  111/6
113/10  115/19
122/22  123/11
127/11  129/1
131/13  131/17
137/25  138/10
**always [5]**
  56/20  60/1
  124/22  125/8
  129/19
**am [112]**  3/14
  6/6  7/1  7/17
  7/20  7/21
  7/22  7/24
  7/24  8/18  9/3
  9/4  9/16  9/20
  10/2  12/13

# A

**am... [96]**
12/15 12/19
13/6 13/7
13/13 14/15
14/17 14/18
14/23 15/1
15/11 15/21
17/4 17/16
17/16 18/1
18/4 22/4
26/19 31/20
31/24 36/19
39/4 39/9
39/11 39/13
41/2 41/3
42/21 43/18
43/19 48/24
50/19 51/17
51/20 55/5
55/20 57/3
57/5 57/10
57/17 60/14
60/14 64/20
71/16 72/11
74/19 76/23
78/23 83/10
84/11 84/23
85/3 86/6
86/8 87/5
87/5 87/7
87/8 87/22

88/2 88/6
88/12 88/14
88/17 88/20
89/1 89/7
89/19 89/23
90/2 91/7
92/20 92/21
93/1 94/4
94/6 95/19
98/24 99/12
99/19 100/7
101/7 106/4
107/5 116/4
117/2 125/18
128/4 133/14
136/10 137/1
137/7 137/20
143/12 143/14

**amended [4]**
7/14 7/18
23/20 35/21

**America [4]**
52/8 52/13
52/24 53/6

**amount [8]**
30/18 37/25
38/1 38/6
38/8 38/10
42/15 75/6

**amounts [1]**
107/7

**analysis [1]**

**and/or [1]**
62/7

**another [12]**
10/12 24/21
26/15 26/20
55/23 56/1
56/17 67/21
77/14 124/3
124/6 129/8

**answer [59]**
4/19 6/24 9/3
11/8 11/9
12/3 12/4
12/11 13/5
13/9 13/11
13/15 13/16
13/17 13/18
14/19 16/12
35/14 36/17
49/23 50/1
50/4 51/21
54/21 57/4
59/15 75/17
87/7 87/22
88/17 89/22
90/5 90/5
91/8 91/15
91/22 92/4
92/16 92/17
93/2 94/7
98/24 99/11

**A**

**answer... [16]**
100/8 101/8
102/9 105/10
106/19 106/20
107/4 109/18
109/19 111/3
115/11 115/17
123/11 127/6
136/25 137/19

**answered [11]**
3/1 4/1 5/1
11/3 80/2
100/16 101/12
106/13 108/4
111/6 140/7

**answering [1]**
51/5

**answers [3]**
6/24 10/24
22/18

**any [90]**   5/8
8/2 8/12 14/2
14/5 14/21
15/9 26/18
27/25 39/11
43/2 44/16
44/25 45/13
45/17 45/21
46/6 46/9
48/6 49/19
50/6 50/13

50/22 51/13
53/8 60/10
60/15 60/21
63/6 64/4
64/12 64/20
66/8 66/8
67/4 77/3
79/5 79/14
79/24 84/7
90/18 90/23
91/11 91/23
92/10 93/9
94/18 96/18
96/21 96/23
96/24 96/25
97/1 97/5
97/6 97/11
97/17 97/21
98/8 98/14
99/15 100/12
103/20 104/4
104/5 104/17
104/21 105/14
111/18 114/11
116/7 116/21
117/24 117/24
119/1 119/12
119/14 119/23
120/1 121/24
123/24 125/17
130/24 132/22
132/25 138/10

140/4 141/2
143/13 143/14

**anybody [12]**
3/20 12/24
29/8 50/21
51/11 60/7
64/16 67/17
96/5 100/3
118/15 136/7

**anyone [5]**
45/3 51/7
64/21 66/5
94/15

**anything [27]**
6/13 6/22
9/19 11/18
11/20 12/7
13/7 13/21
14/3 15/12
20/12 27/3
29/6 43/13
58/24 61/8
64/3 65/25
76/21 96/9
96/18 98/13
101/2 111/11
119/10 120/18
140/9

**APPEARANCES
[1]**   2/1

**appeared [1]**
142/10

**A**

**appears [1]**
124/11

**apple [2]**
80/22  80/23

**application [1]**  74/3

**appreciate [1]**
12/17

**approximately [2]**  32/20
32/22

**April [6]**
103/6  103/7
103/10  103/11
110/4  110/6

**are [124]**  6/8
6/15  7/21
8/12  9/1  9/2
9/13  9/25
10/18  10/24
11/2  11/5
11/19  11/20
12/18  13/4
13/16  14/2
14/2  14/13
14/14  15/16
17/7  17/15
18/16  21/19
22/2  23/22
24/22  25/9
25/23  26/17

27/17  31/15
32/3  32/4
32/5  34/15
34/16  34/18
34/19  35/13
38/2  38/6
38/11  38/14
40/16  40/20
41/7  41/9
42/14  42/24
42/24  43/3
45/23  46/8
47/24  48/10
49/13  50/6
55/13  55/13
56/8  56/24
59/1  59/25
60/4  61/24
63/2  63/6
64/1  66/11
66/25  67/4
67/8  67/10
67/14  67/17
68/18  70/14
73/11  74/6
76/11  78/19
79/3  79/4
79/14  85/18
85/19  85/21
87/4  87/9
87/13  87/13
87/22  89/20

93/3  94/9
95/4  100/9
100/21  101/9
104/13  104/17
106/6  107/6
107/7  110/18
113/25  114/9
115/8  117/5
117/22  118/7
118/13  127/16
128/2  131/6
131/10  133/16
135/14  137/6
140/4  141/9

**around [1]**
76/25

**as [49]**  5/15
6/3  6/8  15/10
15/10  15/20
17/17  17/20
17/20  18/8
26/4  27/18
29/9  29/10
29/19  31/10
31/10  35/21
36/19  36/20
42/21  43/3
47/10  47/10
56/10  57/19
63/22  69/1
73/7  73/8
75/14  76/17

**as... [17]**
77/14 80/12
81/18 86/2
87/18 89/11
89/12 89/17
90/25 96/19
112/1 117/5
118/2 122/7
126/3 126/11
136/22

**ask [46]** 3/14
3/19 8/18
9/24 10/24
11/22 12/5
12/13 12/14
12/19 14/15
14/21 14/23
14/24 39/9
51/7 51/21
52/4 56/13
57/10 57/17
78/10 79/1
86/6 86/9
86/22 87/5
87/10 88/9
88/15 89/14
90/1 90/2
92/8 92/20
94/4 95/14
97/1 98/24
99/19 99/25

100/2 112/11
121/25 125/12
136/10

**asked [24]**
11/18 17/11
28/7 30/19
30/23 31/13
54/2 55/15
57/13 80/1
90/25 93/25
95/10 95/11
100/16 101/12
106/13 108/3
111/5 119/20
120/12 120/21
122/25 140/6

**asking [24]**
15/1 22/4
26/19 39/11
39/13 43/18
43/19 48/24
55/5 57/5
60/14 60/15
64/20 74/15
74/19 78/23
85/3 89/13
95/9 95/19
121/9 121/14
127/15 137/7

**asks [1]**
136/12

**assign [2]**

**assigned [2]**
23/13 98/12

**assist [2]**
66/2 66/5

**assistant [3]**
65/13 65/15
76/10

**assisted [1]**
143/10

**assume [1]**
93/8

**attached [4]**
7/16 36/24
39/8 43/8

**attempted [1]**
128/19

**attended [1]**
121/16

**attending [1]**
121/1

**attention [2]**
88/11 121/22

**attorney [78]**
2/4 2/8 3/19
4/3 4/7 4/9
4/14 4/16
4/20 4/23 5/3
39/12 39/14
54/15 55/6
61/11 64/15
64/23 74/10

## A

attorney...
**[59]** 74/12
79/4 85/3
88/16 89/14
89/18 90/4
91/9 92/21
92/25 93/8
94/8 95/16
95/21 96/13
97/2 97/8
97/19 97/23
98/4 99/5
99/10 99/14
99/23 100/3
100/6 100/12
101/3 101/6
102/7 105/3
105/5 105/8
107/1 107/2
109/12 109/15
109/17 109/19
115/13 115/15
115/20 115/25
116/7 116/16
121/6 133/12
136/16 136/19
136/23 137/11
137/17 137/22
138/1 138/12
138/14 138/20
143/13 143/15

attorney's [1]
98/21
attorney-clien
t [13]    91/9
92/25 94/8
99/10 99/23
100/6 101/6
105/8 107/2
109/17 115/15
136/23 137/17
attorneys [1]
17/17
authority [1]
66/15
authorized [1]
143/5
Ava [3]    80/18
80/25 83/13
Aventura [3]
126/21 127/1
127/10
Avenue [2]
9/8 10/5
away [3]    34/3
75/5 123/19
Azucena [1]
22/23

## B

back [28]    4/9
18/15 19/13
37/14 37/15
40/17 53/9

53/15 53/18
56/24 57/1
57/21 63/16
78/12 78/18
87/11 95/13
96/14 103/20
104/8 104/20
105/5 107/11
109/5 120/4
127/2 127/7
140/3
bank [12]
51/14 52/8
52/9 52/13
52/15 52/21
52/24 53/3
53/5 53/6
66/18 96/4
based [17]
5/9 38/17
42/1 63/2
84/21 86/21
88/22 88/23
88/24 89/3
94/12 94/19
95/15 95/20
96/12 98/21
116/22
basic [3]
60/23 60/25
61/5
basing [1]

**B**

**basing... [1]**
89/1
**basis [6]**
56/25 81/11
82/2 89/19
91/8 94/7
**Bates [3]**
40/20 41/2
124/10
**bathroom [1]**
15/12
**be [34]** 6/8
13/25 16/14
18/5 18/23
24/14 30/16
35/14 45/24
46/2 47/4
47/11 47/25
51/24 57/21
61/18 61/21
62/9 77/15
78/21 84/20
87/10 89/5
93/5 93/8
93/20 93/21
99/23 118/13
126/15 130/19
130/21 130/25
131/4
**Beach [6]**
1/15 2/3 9/8

26/21 26/22
26/23
**because [30]**
4/19 6/22
7/23 9/17
12/12 17/8
17/18 28/7
36/9 37/5
37/9 39/19
45/25 49/5
50/19 51/18
54/1 77/20
83/5 85/4
86/7 87/12
89/4 99/20
112/5 114/15
115/11 119/4
132/24 140/2
**been [37]**
6/22 6/23
6/24 11/3
11/24 17/18
17/20 44/1
52/9 53/20
54/9 55/16
55/23 56/10
56/20 59/13
59/18 61/20
65/14 68/15
72/8 77/6
82/14 100/14
104/10 105/1

107/24 108/11
108/15 112/4
125/16 127/7
129/19 133/8
133/17 133/21
134/5
**before [26]**
1/20 6/12
14/16 14/19
20/18 42/19
43/10 53/20
60/2 94/23
95/7 101/20
101/24 102/16
102/25 107/20
108/12 108/16
110/11 118/19
121/11 121/15
124/12 128/16
139/16 142/10
**begin [1]**
6/12
**beginning [2]**
11/19 140/10
**behalf [3]**
6/9 56/17
66/16
**behind [6]**
20/22 26/8
34/9 47/20
48/17 59/7
**being [5]** 6/2

## B

**being... [4]**
31/21 56/25
93/11 126/3
**believe [8]**
18/6 18/11
38/22 39/15
57/23 71/8
84/24 87/12
**believes [1]**
17/13
**besides [1]**
127/12
**best [1]** 14/8
**between [7]**
18/10 27/25
40/2 78/4
89/18 102/19
111/8
**beyond [1]**
85/20
**big [1]** 47/15
**birth [1]**
8/15
**bit [6]** 8/17
20/15 28/25
30/16 67/16
68/12
**biweekly [6]**
34/13 34/14
35/3 35/4
81/11 83/16

**blocks [1]**
54/10
**board [3]**
89/10 133/14
133/17
**Bonded [1]**
143/22
**bonuses [3]**
45/21 46/10
130/24
**books [1]**
60/22
**both [9]** 6/8
7/2 7/17
24/20 27/20
69/12 81/24
124/11 136/4
**bottom [5]**
40/20 41/15
113/21 113/25
124/11
**bounced [1]**
30/22
**box [1]** 21/13
**break [15]**
15/9 15/12
15/14 37/7
37/11 49/18
53/8 53/12
53/14 61/15
61/15 84/15
89/8 131/7

131/10
**breaks [1]**
53/11
**bring [6]**
12/10 87/11
88/10 108/9
108/22 121/18
**brought [6]**
77/15 104/10
105/19 108/16
137/6 139/3
**buddy [1]**
130/7
**Budget [1]**
143/23
**business [7]**
9/7 9/9 9/10
10/5 10/8
70/18 121/19

## C

**calculate [1]**
134/7
**calculated [1]**
107/6
**calculation**
**[5]** 58/9
106/16 107/18
109/7 110/9
**calculations**
**[1]** 25/4
**calculator [1]**
101/1

**C**

**Calderone [1]**
122/4
**Calderones [3]**
122/7 122/10
122/23
**call [4]** 79/2
80/8 88/20
138/14
**called [2]**
62/7 89/10
**calling [1]**
15/19
**calls [1]**
58/22
**came [10]**
19/13 43/18
51/22 112/23
120/1 121/22
128/14 128/24
129/5 129/8
**Camera [1]**
134/25
**cameras [1]**
134/21
**can [94]** 3/3
3/8 3/15 3/17
4/20 4/23 5/3
7/12 8/5 8/8
8/24 9/6 9/24
10/23 12/23
13/11 13/16

15/10 15/13
16/2 17/6
17/22 18/18
20/15 20/20
21/18 22/6
28/6 28/22
28/25 29/13
30/16 32/9
32/16 36/2
36/25 37/16
37/20 38/5
40/9 40/14
40/19 42/4
43/9 43/21
45/23 48/20
48/22 52/4
56/23 57/23
61/16 61/17
65/14 68/12
72/10 73/1
76/9 77/12
80/8 80/9
80/10 82/19
82/24 86/16
87/6 87/15
88/9 88/19
90/12 91/3
91/15 91/22
94/19 99/8
99/24 101/17
101/19 108/24
109/19 111/2

112/6 112/13
112/18 112/23
113/4 115/12
115/19 115/24
128/12 132/13
136/7 138/21
140/2
**can't [3]**
14/13 125/1
125/3
**cannot [5]**
36/11 49/5
54/21 112/10
118/25
**card [16]**
20/18 20/19
20/21 21/2
21/11 21/12
21/21 22/10
35/17 39/14
96/4 101/14
107/20 124/14
124/15 128/24
**cards [9]**
21/14 21/16
21/24 64/4
64/8 100/17
100/21 107/23
119/7
**care [1]**
77/16
**case [11]** 1/2

**C**

**case... [10]**
17/19 17/24
18/16 54/7
56/22 86/20
88/23 101/24
112/5 140/11

**cases [3]**
104/6 104/10
111/20

**cash [14]**
30/20 30/22
31/3 31/8
31/11 42/24
44/9 44/14
44/17 68/14
79/9 79/10
123/21 123/24

**cashed [3]**
30/18 30/21
31/5

**cashier [3]**
73/8 73/19
76/17

**cashing [3]**
7/22 7/25
30/14

**caught [1]**
128/18

**cause [1]**
1/23

**cautioned [1]**

**certain [2]**
75/5 104/16

**CERTIFICATE**
**[2]** 142/2
143/2

**certified [6]**
88/10 89/10
133/14 133/18
142/7 143/4

**certify [23]**
9/4 9/16 87/4
87/6 87/7
88/17 91/10
92/22 93/3
94/9 99/12
100/9 101/9
105/11 115/18
115/23 116/4
117/3 137/1
137/20 142/9
143/5 143/12

**certifying [2]**
10/2 107/5

**chain [1]**
124/4

**change [7]**
24/19 25/11
25/19 25/21
47/14 55/6
93/10

**changed [7]**

47/13 83/7
117/13 123/9
123/12

**changes [21]**
5/9 93/20
93/21 94/11
94/18 94/21
95/3 95/15
95/20 95/22
95/25 96/2
96/3 96/12
98/8 98/16
98/18 98/22
99/1 99/6
116/22

**changing [1]**
98/9

**charge [2]**
32/25 58/13

**Chase [1]**
52/2

**cheat [2]**
127/19 130/1

**check [45]**
23/14 24/7
30/14 30/18
30/20 30/22
30/24 30/25
31/1 31/5
31/6 31/8
31/12 33/5

# C

**check... [31]**
33/8 37/6
42/8 44/9
44/10 44/11
44/20 44/21
44/22 45/18
45/25 59/15
64/4 71/16
71/23 73/10
77/8 78/4
79/19 83/4
83/5 83/9
104/23 106/17
108/23 119/6
123/22 128/23
129/1 131/17
136/2

**check-ins [1]**
131/17

**checked [11]**
42/11 64/6
64/9 108/19
110/11 111/10
111/12 112/25
128/22 140/3
140/8

**checking [1]**
31/3

**checks [28]**
2/18 7/19
7/21 24/16

25/1 30/21
31/9 31/11
36/5 41/24
42/22 52/7
52/10 53/6
63/21 66/9
66/16 66/21
66/23 96/8
98/13 100/23
105/19 108/9
111/12 111/22
113/8 123/23

**children [1]**
67/15

**claim [6]**
42/5 110/15
110/16 110/20
130/9 133/7

**claiming [5]**
57/22 85/9
110/16 130/8
140/24

**claims [1]**
133/4

**clarification
[1]** 14/23

**clarify [1]**
110/13

**clean [1]**
69/11

**cleanness [1]**
65/24

**clear [4]**
13/14 95/13
99/21 106/4

**clearly [3]**
85/11 86/19
113/7

**clerk [9]**
24/2 24/3
24/4 24/11
68/9 68/10
68/11 75/14
75/15

**clerk's [1]**
72/20

**clerks [4]**
72/19 72/25
73/1 125/17

**client [29]**
9/3 9/16 17/6
17/9 20/2
20/5 39/24
56/23 83/7
85/9 89/18
89/22 91/8
91/9 92/25
93/1 94/7
94/8 99/10
99/23 100/6
100/8 101/6
105/8 107/2
109/17 115/15
136/23 137/17

Case 1:16-cv-24362-JAL Document 121-1 Entered on FLSD Docket 01/12/2017 Page 161 of 226

**client's [1]**
114/6
**clock [34]**
32/11 32/14
49/8 49/10
49/14 49/14
49/20 50/8
50/13 50/17
50/22 51/8
51/12 53/9
53/9 53/15
53/15 53/18
53/18 54/18
54/20 54/22
54/22 54/24
54/25 54/25
59/10 59/11
79/12 79/13
85/11 114/24
129/17 134/17
**clocked [2]**
49/21 128/8
**clocking [1]**
134/19
**code [3]**
26/24 26/25
27/1
**coincided [1]**
126/7
**colleague [2]**
88/20 89/10

**collecting [1]**
9/23
**collection [1]**
51/18
**collections [2]** 9/19
13/3
**COLLINS [10]**
1/8 9/8 10/5
10/10 10/18
15/19 15/20
26/11 26/14
26/17
**colors [1]**
70/14
**come [13]**
36/3 36/6
69/10 72/7
72/8 101/10
119/23 121/25
123/14 132/2
132/6 132/9
132/19
**commission [2]**
143/22
143/23
**communication [1]** 89/17
**communications [4]** 39/12
86/9 87/14
98/6

**company [20]**
12/24 24/1
27/17 28/23
38/11 41/18
41/21 57/8
63/3 64/21
66/16 66/19
79/24 80/15
80/17 82/18
82/22 82/23
83/18 83/20
**company's [3]**
4/24 83/1
115/21
**compared [1]**
113/24
**complain [2]**
77/25 78/3
**complaint [4]**
6/23 11/8
12/10 18/2
**complete [2]**
81/21 143/8
**compliance [18]** 3/9 5/5
60/5 61/25
90/8 91/5
91/13 91/20
92/11 93/11
93/22 94/13
97/8 97/24
100/20 116/1

# C

**compliance...
[2]** 116/9
116/17

**complicated
[1]** 80/7

**complied [1]**
57/25

**complying [1]**
86/11

**computer [9]**
25/7 29/3
29/5 46/1
46/18 47/1
48/10 113/12
143/10

**computer-assis
ted [1]**
143/10

**conclusion [1]**
36/3

**conference [9]**
36/10 36/12
121/2 121/12
121/17 121/21
139/7 139/9
139/12

**confidential
[1]** 39/11

**confirm [4]**
39/13 104/20
104/25 105/24

**confusing [1]**
112/12

**connected [1]**
143/15

**consider [2]**
69/24 70/5

**considered [1]**
126/15

**consult [5]**
55/4 55/5
60/7 127/11
138/11

**consulted [6]**
60/3 61/23
116/7 133/12
136/15 137/25

**contact [1]**
62/3

**contains [2]**
23/7 26/2

**content [1]**
55/5

**contention [1]**
47/6

**context [1]**
36/10

**continue [9]**
49/9 49/11
49/20 50/8
50/14 50/23
51/9 51/12
127/22

**control [2]**
11/13 39/16

**copies [11]**
7/13 33/13
33/15 33/17
41/9 41/15
46/13 48/2
48/6 75/1
135/14

**copy [20]**
36/20 37/15
40/6 40/7
40/7 40/15
40/17 41/8
42/19 43/5
74/23 74/25
113/18 128/5
135/19 135/22
136/8 136/11
136/12 136/13

**Coral [1]**
82/11

**corporate [7]**
51/14 51/23
52/16 52/17
52/18 64/18
66/13

**corporation
[4]** 22/3
27/14 53/2
56/10

**correct [102]**

**C**

correct...
 **[102]** 6/10
7/1 7/11 8/10
15/4 15/7
15/17 19/14
20/3 24/17
25/17 26/4
27/18 29/21
31/15 33/1
35/5 35/18
35/24 38/12
38/15 38/19
38/23 39/1
41/10 41/13
41/16 41/19
41/24 42/16
44/20 44/23
46/6 46/11
47/4 47/5
49/14 52/13
56/11 56/20
60/1 62/25
63/4 63/14
71/9 74/1
74/17 79/9
79/12 83/16
84/25 85/16
86/3 86/14
89/13 90/10
93/23 95/17
98/22 101/23

102/17 102/21
104/2 105/21
106/6 106/8
107/15 109/12
110/10 110/21
111/1 114/25
116/10 116/19
117/7 117/22
117/25 118/3
118/9 118/14
118/21 118/23
119/2 119/8
121/4 121/7
121/25 123/20
125/15 135/12
135/12 135/20
136/9 136/17
138/2 138/12
139/1 139/19
139/22 140/5
140/11 140/20
**corrected [2]**
78/7 123/17
**correspond [1]**
 42/5
**cost [2]**
87/25 88/13
**costs [1]**
 87/11
**could [10]**
 6/14 39/19
 39/20 45/25

47/11 78/25
90/24 123/8
126/15 128/8
**couldn't [1]**
120/22
**counsel [14]**
6/13 9/18
 19/11 42/25
 56/4 56/20
 60/4 86/13
 90/13 90/22
 95/9 95/17
 143/13 143/15
**counsel's [1]**
41/3
**count [2]**
39/1 125/22
**counter [6]**
 20/22 26/8
 34/9 47/20
 48/17 59/7
**COUNTY [1]**
 142/5
**couple [1]**
 18/12
**course [3]**
 43/21 120/20
 124/20
**court [8]** 1/1
 6/2 14/12
 36/23 39/7
 43/7 125/13

**C**

**court... [1]**
139/9
**Court's [1]**
88/10
**coverage [3]**
6/15 7/2 85/5
**create [3]**
60/21 78/25
108/25
**created [3]**
60/25 84/22
116/16
**creates [1]**
48/8
**cross [1]**
119/17
**CSR [3]** 1/20
142/16 143/21
**Cuba [1]**
62/15
**currently [2]**
65/17 75/20
**custody [1]**
39/16
**customer [2]**
61/6 77/2
**CV [1]** 1/2

**D**

**DADE [1]**
142/5

**daily [1]**
29/4
**damages [2]**
85/4 85/17
**date [11]**
8/15 20/7
43/19 44/3
71/21 73/23
77/9 101/11
101/13 109/24
139/10
**DATED [1]**
143/17
**dates [5]**
18/1 64/4
71/18 71/20
97/22
**dating [1]**
109/4
**David [1]**
7/15
**day [12]** 12/2
12/2 21/6
34/18 62/5
105/17 107/12
119/6 119/6
120/7 142/13
143/17
**day-to-day [1]**
12/2
**days [18]**
31/12 34/19

34/20 35/7
35/8 48/20
81/13 85/10
88/7 102/15
103/19 107/11
107/12 109/25
129/7 129/9
129/13 135/4
**Dba [2]** 10/13
27/13
**deal [1]** 9/23
**deduct [2]**
131/11 131/12
**deductions [3]**
38/9 38/15
44/22
**defendant [2]**
2/8 52/18
**defendants [2]**
1/11 18/8
**defense [5]**
6/21 7/8 86/8
86/8 93/8
**defenses [1]**
57/19
**delete [1]**
75/8
**deli [2]**
70/24 72/23
**demonstrated**
**[1]** 91/12
**denied [1]**

**D**

**denied... [1]**
11/10
**Department [1]**
61/24
**DEPO [1]**   1/25
**deponent [1]**
113/18
**deponents [1]**
14/11
**deposition
[14]**   1/18
1/22  11/1
12/13  12/21
39/25  87/12
107/13  108/9
112/3  114/7
143/2  143/6
143/9
**depositions
[3]**   16/10
112/4  114/16
**designed [1]**
22/9
**Destroy [1]**
34/5
**determination
[1]**   126/14
**determine [2]**
113/5  136/16
**did [159]**
**didn't [23]**

31/10  36/13
37/24  60/9
64/3  64/4
64/12  65/2
76/16  77/10
77/19  91/17
101/1  103/11
113/2  118/16
119/7  119/9
128/9  128/24
140/9
**died [1]**   83/6
**differ [1]**
76/13
**difference [5]**
109/3  109/10
111/22  113/2
113/9
**different [16]**
14/25  17/14
26/25  47/24
52/21  53/1
53/2  55/25
56/8  61/6
69/21  70/14
70/15  99/25
104/9  113/15
**differently
[1]**   22/19
**direct [2]**
17/22  114/19

**Discipline [2]**
65/23  77/2
**discuss [1]**
9/15
**discussed [2]**
97/7  105/20
**discussion [3]**
40/5  61/22
119/13
**dispute [3]**
18/4  18/10
18/13
**disputes [1]**
17/25
**distance [1]**
67/16
**Distant [1]**
67/11
**district [3]**
1/1  1/1  87/3
**district's [1]**
87/4
**do [241]**
**docket [1]**
139/6
**document [3]**
37/21  37/23
38/1
**documentation
[1]**   96/18
**documents [6]**
26/7  39/20

**D**

documents...
**[4]**    41/5
41/7  42/4
97/21
**does [28]**
 6/12  8/1  8/2
10/14  24/20
24/21  24/21
25/1  25/4
26/18  27/3
29/1  41/19
52/21  61/4
61/8  66/2
66/5  66/8
66/21  68/13
73/18  75/25
76/21  77/3
82/3  131/15
138/20
**doesn't [4]**
 10/16  13/15
124/25  136/8
**doing [4]**
 11/2  77/1
120/13  131/17
**don't [191]**
**done [5]**
 57/24  78/11
112/1  119/8
135/24
**door [1]**

**down [4]**
 14/12  107/18
111/15  111/17
**dropped [1]**
 6/19
**dropping [1]**
 6/20
**duly [2]**    6/2
142/10
**during [14]**
 28/17  45/14
46/10  62/13
63/7  111/15
119/24  120/5
122/10  124/21
131/16  134/1
134/5  138/15
**duties [3]**
 65/20  126/4
131/13

**E**

**e-mail [2]**
 81/17  81/18
**each [8]**
 14/14  58/8
74/16  117/10
122/21  123/2
130/10  130/11
**easier [1]**
 23/22
**easy [1]**    96/7

**edge [1]**
 117/2
**effort [1]**
 126/10
**either [3]**
 15/20  56/10
125/18
**electronic [1]**
 48/13
**Elena [1]**
 76/3
**else [15]**
 12/7  12/9
12/24  29/6
29/8  51/8
58/24  64/16
65/25  67/17
76/21  79/19
96/9  98/13
131/24
**else's [1]**
 31/5
**employed [10]**
 18/1  25/24
30/2  45/15
46/11  65/17
68/15  71/24
73/16  75/20
**employee [44]**
 5/15  7/9  16/1
22/9  22/12
23/6  23/6

# E

**employee...**

**[37]** 26/2
33/13 34/12
44/19 49/7
53/8 53/14
55/1 55/23
56/17 58/8
60/22 64/25
65/2 67/21
72/23 74/13
74/16 75/7
76/6 117/6
117/11 118/10
119/1 122/2
122/14 126/12
130/2 132/19
133/25 136/22
137/12 137/23
139/19 139/21
143/13 143/14

**employee's [1]**
72/21

**employees [71]**
3/22 21/9
22/13 27/25
32/10 32/15
32/19 32/21
33/4 33/16
34/15 35/10
35/13 44/16
47/24 49/13
49/19 50/6
50/13 50/22
51/8 54/25
59/9 63/6
63/11 64/11
64/13 64/14
64/19 64/21
67/5 70/8
74/3 79/14
79/15 81/2
83/19 99/18
100/5 100/14
104/5 112/14
112/19 117/16
117/21 117/24
118/8 118/13
120/2 120/22
120/24 121/24
122/3 124/18
124/23 125/3
125/9 125/25
126/5 129/22
131/6 131/9
131/14 131/18
133/3 133/21
134/3 135/14
136/16 136/17
140/5

**employees' [2]**
100/18
118/18

**employment [5]**
17/21 119/24
124/22 133/15
133/18

**end [6]** 36/24
39/8 43/8
81/8 124/13
124/15

**Ending [1]**
141/14

**English [2]**
14/10 15/6

**enough [1]**
72/8

**ensure [18]**
3/9 3/21 4/4
43/10 57/25
61/24 63/17
90/7 91/4
93/21 94/13
99/17 100/4
100/14 100/19
101/5 103/22
104/10

**entering [1]**
29/1

**enterprise [2]**
6/15 7/2

**entire [3]**
74/12 89/20
124/21

**entitled [4]**
9/20 57/1
57/21 87/13

**E**

**entrance [1]**
 20/23
**erase [1]**
 135/4
**error [5]**
 106/15 110/23
 123/16 133/2
 137/4
**errors [10]**
 78/4 111/8
 112/7 119/22
 119/25 121/10
 121/15 129/25
 129/25 140/4
**especially [1]**
 84/20
**Esq [2]** 2/2
 2/6
**even [5]**
 13/14 60/2
 88/2 110/22
 127/23
**eventually [2]**
 31/25 32/7
**ever [29]**
 9/19 28/3
 28/11 37/24
 45/17 45/20
 49/7 51/7
 53/20 61/11
 61/23 69/16

 70/8 77/18
 77/25 78/3
 111/24 115/6
 119/23 121/25
 123/24 129/10
 129/12 129/16
 132/2 132/6
 132/9 132/16
 132/19
**every [29]**
 21/17 23/6
 23/11 33/12
 34/16 34/17
 34/19 34/20
 35/5 35/7
 35/8 39/14
 39/14 44/19
 44/22 48/5
 81/6 81/13
 87/3 117/10
 119/6 120/7
 120/14 130/10
 130/11 130/22
 135/4 135/20
 139/21
**everybody [3]**
 35/3 50/10
 77/1
**everyone [8]**
 40/16 42/19
 43/5 45/6
 45/8 45/11

**everyone's [1]**
 21/13
**everything**
 **[10]** 13/25
 14/13 14/14
 44/11 44/12
 47/1 48/23
 82/3 131/2
 131/17
**evidence [1]**
 39/4
**exact [9]**
 20/1 20/7
 44/3 54/21
 59/4 59/20
 89/17 102/2
 109/24
**exactly [12]**
 17/2 19/21
 59/16 73/23
 77/24 83/14
 96/14 97/20
 102/14 105/2
 108/5 111/11
**exam [1]**
 119/17
**EXAMINATION**
 **[5]** 2/11 6/4
 119/18 134/15
 141/6
**example [1]**

## E

**example... [1]**
6/14

**except [1]**
45/11

**exempt [8]**
5/15 7/9
126/12 126/15
136/16 136/22
137/12 137/23

**exemption [2]**
137/5 137/7

**exemptions [2]**
6/16 6/17

**exhibit [24]**
4/13 36/19
36/20 36/21
36/22 39/5
39/6 40/9
40/15 40/19
42/22 43/4
43/6 63/2
78/9 84/23
106/25 107/8
110/19 110/22
111/24 111/25
118/3 124/9

**Exhibit 1 [4]**
36/21 63/2
78/9 118/3

**Exhibit 2 [3]**
39/5 40/9

**Exhibit 3 [2]**
42/22 43/4

**exhibits [2]**
2/15 135/24

**expenses [1]**
12/16

**expires [1]**
143/22

**explain [3]**
21/18 36/2
113/4

**explained [2]**
42/23 137/3

**EXPRESS [1]**
1/25

**extra [5]**
106/14 107/22
123/22 128/8
134/3

**eye [1]**
131/18

**eyes [1]**
100/25

## F

**fact [4]**
78/24 102/5
108/10 108/14

**failed [1]**
112/19

**fair [1]**
120/23

**faith [8]**
56/25 57/12
57/20 57/24
85/24 86/8
86/10 89/3

**fake [1]** 31/9

**fallen [1]**
40/2

**false [4]**
53/24 53/25
133/4 133/7

**family [1]**
138/8

**far [3]** 17/20
47/10 127/7

**federal [1]**
81/24

**feel [3]** 39/1
51/5 106/14

**fees [1]**
87/10

**Fernandez [2]**
75/9 75/10

**few [13]** 84/6
84/14 84/16
84/18 107/11
107/12 107/22
108/1 113/1
134/13 140/22
140/24 140/25

**FF [1]** 143/23

**Fifteen [1]**

**F**

**Fifteen... [1]**
  53/13
**figure [2]**
  37/2 109/11
**figured [1]**
  120/17
**file [5]** 23/6
  26/2 74/13
  74/17 74/19
**filed [6]**
  1/22 44/7
  55/12 56/7
  108/12 112/25
**files [2]**
  26/7 48/13
**fill [2]** 74/4
  74/5
**filled [1]**
  71/11
**final [1]**
  39/21
**Finally [1]**
  83/8
**finances [1]**
  84/4
**Financial [3]**
  80/18 80/25
  83/13
**find [12]**
  31/12 36/4
  36/6 43/17

43/23 43/25
83/8 101/15
118/11 119/9
126/10 140/17
**fine [3]** 12/6
13/20 51/22
**finish [2]**
34/10 61/16
**finished [1]**
14/16
**fired [1]**
30/5
**firm [12]**
17/17 54/3
54/4 55/12
55/21 55/22
55/25 56/1
56/2 56/8
56/15 56/16
**first [28]**
6/2 7/18
17/19 24/6
36/20 43/19
47/2 54/20
68/1 90/12
90/15 90/25
101/10 102/4
102/6 105/17
107/17 108/2
110/5 110/8
117/12 119/21
121/10 121/14

121/22 123/15
126/18 126/23
**five [4]**
38/25 88/19
89/5 129/7
**floor [2]**
72/24 131/16
**FLORIDA [10]**
1/1 1/15 1/21
2/3 2/8 81/25
142/4 142/9
142/17 143/21
**follow [4]**
47/16 134/13
137/7 141/4
**follow-up [3]**
134/13 137/7
141/4
**following [1]**
48/18
**follows [1]**
6/3
**Food [2]**
10/13 27/12
**foregoing [2]**
143/6 143/7
**forgetting [1]**
125/18
**forgot [4]**
18/21 29/13
96/14 139/10
**form [31]**

**F**

**form... [31]**
13/1  16/15
17/5  19/6
35/25  55/8
63/23  64/2
74/5  74/7
103/24  106/1
108/17  109/16
111/2  112/21
117/9  117/18
119/3  123/18
127/24  128/10
128/20  129/14
129/23  130/3
130/12  133/6
133/9  134/9
140/21

**forms [1]**
81/21

**forth [1]**
38/21

**Forty [1]**
40/23

**Forty-one [1]**
40/23

**forwarded [1]**
7/16

**found [2]**
102/4  102/12

**four [6]**
31/12  38/25
39/2  41/1
129/9  129/13

**fourth [2]**
34/1  34/2

**frame [1]**
59/20

**Francisco [6]**
68/20  68/21
68/22  69/1
131/20  131/23

**fraud [1]**
128/19

**free [1]**    39/1

**Friday [1]**
23/14

**friend [5]**
30/21  124/5
124/6  124/8
130/5

**friends [2]**
122/19  122/22

**frivolous [2]**
140/11  140/12

**front [4]**
40/10  111/6
118/3  121/2

**full [3]**    32/1
32/6  32/8

**full-time [3]**
32/1  32/6
32/8

**fully [2]**
14/7  14/18

**further [2]**
134/11  143/12

**G**

**G-E [1]**    80/10

**garbage [1]**
48/5

**gave [27]**    3/8
4/21  4/24  5/4
42/11  42/23
45/20  60/15
62/20  83/13
86/16  90/23
91/4  91/11
91/13  91/19
91/23  92/7
93/9  94/20
94/23  94/24
99/5  115/13
115/20  115/25
137/11

**Generally [1]**
16/20

**gentleman [1]**
17/5

**get [19]**    9/22
16/24  18/4
31/3  37/24
46/1  61/17
76/2  77/19
81/8  88/9
113/2  118/16

**G**

**get... [6]**
125/10 128/8
135/19 136/8
136/11 136/12

**gets [3]** 43/5
50/10 109/3

**girl [6]**
24/20 24/21
24/25 31/2
31/3 72/23

**girls [4]**
24/20 24/23
65/1 67/6

**give [35]** 4/8
9/6 9/12 9/13
29/13 30/9
30/12 36/5
36/20 42/19
58/8 58/10
60/10 60/24
73/2 74/20
77/12 81/4
82/4 84/6
84/14 84/21
86/2 86/21
88/7 88/19
91/17 92/10
94/16 101/14
105/4 111/21
119/11 136/13
138/23

**given [12]**
7/13 21/5
39/14 61/11
74/12 77/20
83/12 90/22
93/19 111/12
111/25 130/24

**gives [1]**
21/8

**giving [2]**
7/23 9/1

**go [24]** 3/3
4/9 8/25
11/14 12/20
12/22 13/9
21/11 22/13
28/16 56/23
57/1 57/21
59/9 62/8
85/13 88/3
95/12 103/20
105/5 109/1
109/21 119/5
120/6

**going [81]**
3/14 4/7 4/19
6/8 7/20 8/18
9/4 9/16
12/13 12/18
12/19 14/15
14/17 14/18
14/23 16/24

17/4 18/5
18/19 18/23
20/13 24/22
36/19 39/4
39/9 40/16
40/24 41/2
41/4 42/21
42/24 43/3
47/4 47/24
50/19 51/17
51/20 51/24
57/10 57/17
60/12 79/3
86/6 86/8
87/4 87/5
87/5 87/7
87/8 87/9
88/6 88/15
88/17 88/20
89/19 89/23
90/2 92/3
92/20 92/21
93/3 94/4
94/6 94/9
98/24 99/10
99/12 99/19
100/7 100/9
101/9 105/4
108/7 111/16
115/11 116/4
117/2 121/4
128/4 137/1

# G

**going... [1]**
137/20

**gone [5]**
63/16 78/12
104/8 104/20
140/3

**good [12]**
30/22 31/12
56/25 57/12
57/20 57/24
85/24 86/8
86/10 89/3
122/21 130/7

**good-faith [3]**
56/25 86/8
86/10

**Goodman [5]**
121/2 121/17
139/7 139/9
139/12

**got [7]** 36/13
43/13 45/13
46/5 108/19
132/25 134/4

**gotten [1]**
133/22

**grocery [14]**
10/9 15/16
15/21 15/22
16/4 16/5
16/6 23/3

26/14 26/20
27/4 27/10
30/2 45/1

**guess [4]**
14/23 60/3
102/8 127/6

**guy [1]** 72/24

# H

**H-O-S-S-A-I-N
[1]** 8/10

**had [55]** 3/21
4/5 6/20 8/20
10/4 11/13
16/10 29/9
29/19 29/24
30/14 35/10
35/10 39/12
39/20 39/22
40/1 44/1
49/21 77/14
77/15 86/20
93/19 95/15
97/18 99/17
100/4 100/14
101/5 103/22
104/1 104/1
105/1 107/24
108/11 108/14
112/7 113/24
118/10 119/24
120/19 120/20
121/16 123/14

123/20 126/25
132/19 133/3
133/8 133/11
135/7 136/3
136/15 138/11
139/14

**half [5]** 58/4
59/4 61/9
94/16 134/8

**hand [2]**
25/16 142/12

**handed [2]**
23/21 37/1

**handing [1]**
7/17

**handwrite [1]**
25/8

**handwriting
[1]** 117/15

**happen [3]**
103/9 103/11
140/2

**happened [10]**
36/11 43/23
50/9 103/3
103/5 103/7
103/12 114/15
115/5 139/8

**happens [4]**
34/1 54/3
62/2 140/17

**hard [3]** 8/17

**hard... [2]**
80/14 103/18
**has [44]** 6/23
6/24 11/17
19/11 21/13
23/6 26/19
29/9 37/1
41/15 42/25
43/2 44/22
51/19 52/9
55/12 56/15
56/16 56/19
57/12 57/14
59/13 59/18
64/21 65/14
66/15 66/19
68/15 77/6
82/14 82/23
98/5 104/15
106/10 117/13
121/19 128/14
129/8 129/19
132/2 132/6
132/16 134/5
136/3
**have [247]**
**haven't [5]**
76/22 106/19
118/17 119/8
140/3
**having [3]**

87/11 122/3
139/11
**he [211]**
**he's [1]**
130/9
**heard [3]**
99/20 102/20
125/11
**held [3]** 40/5
61/22 119/13
**hello [1]**
120/12
**help [1]**
90/19
**helpful [1]**
37/12
**her [24]** 4/8
22/16 22/18
24/6 24/6
24/10 24/16
30/19 30/20
30/21 30/23
31/6 58/22
67/22 77/19
79/2 90/16
92/7 105/4
116/17 131/17
132/3 132/17
138/21
**here [22]** 6/8
18/16 31/13
36/4 40/14

53/7 54/10
80/13 81/19
87/24 88/9
108/21 109/1
112/6 112/10
112/13 112/18
117/5 117/20
118/2 118/25
139/18
**Hernandez [3]**
70/23 132/9
132/13
**him [57]** 4/5
8/20 11/22
12/5 13/4
13/6 16/13
17/1 17/11
17/12 17/12
17/14 18/5
18/6 18/14
18/20 18/22
18/25 20/12
22/3 22/4
26/19 28/7
47/3 52/4
55/15 57/10
57/13 57/17
57/17 62/20
67/23 67/24
76/11 77/14
80/8 82/4
82/5 83/12

**H**

**him... [18]**
86/2 87/6
87/6 88/8
88/9 89/11
92/4 95/10
95/11 101/5
104/18 106/15
108/8 120/12
123/21 123/22
129/16 136/13

**hire [1]**
60/24

**hired [11]**
16/13 17/12
17/14 18/5
18/6 18/18
19/5 19/8
20/11 43/24
47/2

**his [44]**
16/14 21/5
30/8 30/10
31/23 39/24
47/3 67/25
68/2 72/11
76/13 77/11
78/4 78/4
80/7 80/7
80/8 80/9
80/10 80/14
81/18 82/18

85/20 88/21
89/11 106/17
109/19 114/10
119/24 119/25
121/6 123/8
123/12 126/4
126/5 127/20
130/8 131/4
131/23 131/24
132/7 132/10

**holding [1]**
21/11

**home [9]** 3/6
9/11 9/12
34/10 46/14
46/21 75/3
97/16 135/20

**honest [1]**
13/25

**honestly [4]**
13/22 14/4
14/7 55/3

**hope [2]** 7/15
88/20

**HOSSAIN [8]**
1/9 1/18 2/12
6/1 8/7 8/10
12/23 120/16

**hour [8]**
23/13 25/2
25/6 37/25

61/20 61/25
109/3 127/12

**hourly [7]**
18/23 18/24
31/21 31/22
31/23 79/21
79/22

**hours [59]**
19/3 20/13
23/16 24/14
25/8 25/16
29/24 47/3
47/24 58/3
66/3 69/1
69/6 69/25
70/25 78/1
85/13 85/15
92/2 94/15
96/5 106/14
107/22 107/25
108/1 109/2
110/25 113/2
113/3 113/16
114/8 114/9
115/7 118/9
119/5 119/5
123/22 124/23
125/1 125/4
125/5 125/10
125/16 125/22
126/1 126/7
129/6 130/10

**H**

**hours... [11]**
130/11 132/3
132/7 132/10
132/16 134/4
134/7 140/22
140/24 140/25
140/25

**how [85]** 10/4
16/23 17/2
17/12 18/19
19/19 19/21
20/12 27/6
27/8 32/20
33/20 35/9
35/12 36/6
37/24 40/21
43/18 46/1
46/5 47/13
48/17 55/16
62/16 64/8
67/8 67/10
67/14 68/18
72/1 73/3
73/14 75/7
75/9 76/3
76/13 77/18
78/14 79/20
80/19 81/16
84/24 85/4
85/15 85/17
88/24 100/18
101/17 101/18
101/19 101/24
102/11 102/14
102/15 103/18
103/19 107/18
109/2 109/2
109/8 109/24
109/25 110/9
110/17 111/11
111/12 111/22
112/23 113/2
113/8 113/15
113/15 119/4
120/3 120/5
120/12 127/7
128/14 128/23
130/14 132/13
132/22 133/17
138/14 140/15

**huh [11]**
49/15 61/3
67/13 68/24
69/9 74/18
75/16 80/25
87/17 92/9
106/7

**hundreds [1]**
119/7

**husband [1]**
68/19

**I**

**I'll [1]**
15/20

**I'm [4]** 58/16
58/21 101/22
125/2

**I've [1]**
16/10

**idea [2]**
132/22 132/25

**IDENTIFICATION
[1]** 2/15

**implemented
[1]** 96/11

**implementing
[1]** 98/10

**INC [10]** 1/8
1/25 10/10
27/14 28/3
28/12 28/21
52/18 52/21
83/23

**incidents [1]**
141/9

**include [1]**
19/1

**including [5]**
34/22 34/25
45/7 59/14
62/13

**Incorporated
[1]** 27/16

increases [1]
45/14

independently
[1] 113/22

indicated [1]
19/11

indicating [1]
42/15

individual [7]
11/6 11/21
12/1 29/12
58/5 82/21
85/5

individually
[2] 6/10
56/11

individuals
[1] 63/18

inform [1]
62/6

information
[19] 9/25
13/2 23/4
29/2 36/7
42/1 51/19
61/4 73/2
78/8 80/8
80/11 81/4
82/4 82/25
113/11 113/23
114/4 114/11

inhibit [1]
13/21

initiated [1]
44/2

initiation [1]
101/21

input [2]
25/3 77/3

inputted [2]
78/24 113/11

inputting [3]
25/14 42/1
66/2

inquire [1]
89/16

ins [1]
131/17

inside [2]
31/11 53/12

Instead [1]
15/19

institute [1]
54/18

instituted [1]
106/5

instruct [16]
50/22 51/7
51/20 87/6
89/22 94/6
99/11 100/8
105/9 107/3
109/18 115/16

125/17 125/21
136/24 137/18

instructed [9]
4/3 4/9 49/7
49/20 50/7
50/13 101/3
105/5 125/25

instructing
[6] 9/3 13/4
13/6 91/8
93/1 101/7

instructs [2]
88/16 90/4

intent [1]
127/19

intentionally
[1] 130/1

interpreted
[1] 89/5

interrogatorie
s [12] 7/14
7/19 9/24
10/24 11/4
22/19 35/22
87/20 88/3
88/7 103/16
123/11

interrogatory
[2] 16/12
87/23

introduce [2]
36/19 39/4

**invoice [4]**
97/6 97/10
98/2 138/23
**invoices [13]**
29/5 96/25
97/1 97/11
97/14 97/15
97/18 98/1
98/5 138/17
138/19 138/21
138/24
**involve [1]**
65/21
**involved [2]**
17/18 17/20
**involvement
[1]** 66/8
**is [312]**
**issue [13]**
9/19 17/23
18/16 30/14
52/3 52/5
52/6 53/5
56/22 81/1
85/2 85/8
85/12
**issued [3]**
37/6 52/10
83/18
**issues [9]**
30/17 41/23

85/18 85/19
85/21 85/23
85/24 87/20
127/12
**issuing [2]**
25/15 29/2
**it [173]**
**it's [40]** 6/7
6/22 10/12
11/24 13/14
15/3 17/3
18/3 18/11
18/11 23/22
24/7 30/21
37/9 37/13
37/15 39/20
52/17 53/1
53/17 59/8
62/18 65/10
67/25 68/8
79/8 79/11
99/21 103/6
105/12 108/8
112/11 114/7
114/14 124/10
133/20 140/13
140/13 140/14
140/25

**J**

**J-O-A-Q-U-I-N
[1]** 72/5
**J.H [2]** 1/13

**JAFF [11]** 2/2
2/12 3/1 4/1
5/1 5/11 6/6
119/21 121/9
121/14 127/15
**JAL [1]** 1/2
**Jewish [1]**
65/11
**Joaquin [6]**
72/1 72/5
72/7 72/9
72/13 132/6
**job [8]** 20/18
20/18 65/20
65/21 76/13
76/15 77/1
129/8
**judge [16]**
86/19 87/1
87/2 87/3
87/8 87/9
87/21 88/23
89/4 89/12
93/7 121/2
121/17 139/7
139/9 139/12
**June [3]** 18/9
18/10 20/3
**June 10th [2]**
18/9 18/10
**June 2013 [1]**

**June 2013...**
 **[1]**  20/3
**just [50]**
 6/12 7/20
 7/25 10/15
 13/14 15/10
 15/13 17/11
 17/17 23/21
 25/6 32/4
 34/19 37/8
 37/15 37/16
 37/21 39/20
 40/9 40/19
 40/24 41/23
 42/11 47/20
 48/5 55/15
 55/17 57/5
 58/16 60/19
 64/6 68/14
 71/3 76/23
 92/4 95/3
 96/17 98/18
 100/25 101/16
 110/13 115/4
 116/6 124/9
 126/12 127/13
 134/13 137/7
 138/5 141/4

**K**

**K-H-A-N [1]**

65/10
**Karim [4]**
 67/21 68/2
 68/4 68/7
**Kashim [8]**
 76/9 76/18
 76/21 77/3
 77/6 114/21
 126/3 126/7
**keep [20]**
 20/13 33/13
 33/15 33/20
 33/25 34/2
 34/7 34/7
 34/11 34/11
 40/24 46/19
 46/21 47/19
 48/2 75/1
 81/7 97/14
 134/23 138/24
**keeping [1]**
 131/18
**kept [2]**
 74/23 97/12
**Khan [3]**  65/6
 65/7 65/8
**kind [10]**
 53/24 53/25
 60/21 61/4
 72/24 81/4
 82/4 90/18
 90/23 138/4

**knew [3]**
 102/1 108/10
 108/14
**know [118]**
 9/20 11/15
 12/9 14/24
 15/10 15/13
 15/25 16/11
 17/18 17/20
 19/21 19/22
 20/9 23/1
 23/15 28/7
 28/11 28/14
 29/15 30/7
 36/13 39/23
 39/24 44/3
 46/3 49/5
 54/11 55/19
 56/2 56/22
 56/23 59/3
 59/4 59/9
 59/12 59/18
 62/16 62/18
 64/3 65/20
 67/22 68/9
 68/20 68/21
 68/25 68/25
 70/21 70/22
 70/23 70/25
 71/14 71/18
 72/1 72/9
 72/14 72/16

# K

**know... [62]**
72/18  72/20
72/21  73/3
73/21  74/22
75/7  75/9
75/22  76/4
76/5  77/10
78/10  78/12
78/14  78/17
80/12  80/15
82/6  82/9
82/12  82/13
83/11  84/10
87/13  90/22
96/4  97/10
98/2  98/4
98/7  101/2
102/9  102/10
102/11  102/24
103/2  104/7
104/17  105/12
105/16  107/20
108/22  110/1
111/22  113/1
113/13  114/6
114/19  119/1
122/9  122/17
128/1  128/14
128/15  130/14
133/14  133/17
133/19  138/9

**knowledge [18]**
14/1  14/8
28/4  29/23
44/13  47/10
49/19  50/12
50/21  51/11
51/13  56/18
62/12  114/12
114/22  118/1
118/15  119/4

**known [4]**
8/13  9/20
10/12  26/3

**knows [9]**
48/18  64/25
64/25  65/1
65/2  72/12
82/6  82/7
82/8

# L

**L-E-S-B-I-A [1]**  22/25

**L-O-N-I-G-R-O [1]**  76/3

**Labor [1]**
61/24

**ladies [1]**
25/23

**Lakes [4]**  2/8
127/4  127/5
127/8

139/2  139/4

**LANGBEIN [22]**
2/6  2/6  2/6
2/13  3/8  5/8
43/24  54/15
56/4  56/19
60/8  60/21
74/20  77/16
77/16  86/13
90/7  91/4
91/19  92/10
94/20  136/19

**Large [3]**
1/21  142/9
143/22

**last [17]**
9/20  22/16
24/7  24/12
26/3  29/18
40/4  54/19
67/22  67/25
68/2  68/4
68/21  103/3
103/4  103/4
122/4

**later [2]**
29/13  77/20

**law [14]**  1/13
2/2  54/3  54/4
55/12  55/21
55/22  56/1
56/15  56/16
66/12  89/5

**L**

**law... [2]**
133/15 133/18

**laws [19]**
3/10 5/6 58/1
60/5 61/25
86/12 90/9
91/6 91/14
91/21 92/12
93/12 93/23
94/14 97/9
97/25 116/2
116/10 116/18

**lawsuit [36]**
41/12 43/3
43/17 43/24
44/1 44/5
44/6 51/20
52/19 53/21
53/23 54/12
54/20 55/25
56/8 57/22
64/7 64/16
64/24 77/14
101/14 101/21
102/1 102/12
102/20 104/14
106/5 108/7
108/12 108/16
108/22 111/16
117/13 139/3
140/11 140/12

**lawsuit's [1]**
99/16

**lawsuits [8]**
55/16 56/7
56/9 112/1
112/25 121/18
127/9 133/4

**lawyer [5]**
43/24 86/21
86/22 101/14
107/9

**lawyer's [1]**
84/18

**learned [3]**
119/21 121/10
121/15

**leave [3]**
20/19 42/20
128/16

**left [1]**
19/13

**Lesbia [31]**
22/21 23/10
24/15 24/24
25/4 25/6
25/13 27/3
28/17 31/15
31/16 32/24
41/23 45/7
58/20 58/23
61/1 61/2
64/25 66/2

66/25 67/2
78/10 79/2
79/20 79/21
82/6 82/7
82/8 95/4
95/5

**Lesbia's [2]**
23/1 28/22

**LESLIE [51]**
2/6 3/8 4/20
4/23 5/4
11/17 17/11
22/15 22/17
40/15 43/24
48/9 58/13
58/17 58/22
60/8 60/10
60/21 74/20
79/1 86/13
90/7 91/3
91/11 91/18
92/10 93/9
93/19 94/13
94/19 95/1
95/4 95/6
95/8 95/11
95/12 95/17
97/2 98/5
99/5 99/14
115/13 115/20
115/25 116/8
116/16 136/19

**L**

**LESLIE... [4]**
137/11 137/22
138/1 138/15
**less [4]**
16/17 38/15
113/15 129/5
**let [10]**
14/24 15/10
15/13 24/7
40/16 92/8
95/14 96/25
113/17 120/3
**let's [7]**
9/18 37/4
58/14 61/16
79/2 89/5
124/9
**letter [23]**
2/16 4/13
4/13 7/17
7/19 8/1
35/22 42/15
43/1 63/22
78/9 78/25
84/23 105/18
106/25 106/25
107/8 108/25
110/15 110/18
111/24 117/14
118/2
**liability [5]**

11/6 11/21
12/1 85/6
85/14
**like [32]**
9/19 15/13
25/1 25/1
31/9 33/10
36/5 46/3
51/5 59/3
63/17 64/18
72/23 74/7
76/19 80/22
80/22 80/22
94/22 96/4
96/8 103/18
111/19 111/22
112/3 113/2
119/5 121/19
124/8 128/16
129/9 135/23
**Lina [1]**
70/21
**line [18]** 3/2
3/5 3/7 3/11
3/13 3/16
3/18 4/2 4/6
4/12 4/15
4/18 4/22 5/2
5/7 5/13 5/16
89/20
**link [1]**
124/4

**list [3]**
31/10 72/12
120/22
**listed [2]**
76/8 123/2
**little [6]**
8/17 20/15
28/25 30/16
67/16 68/12
**locate [2]**
39/19 39/21
**located [6]**
20/21 26/11
26/16 26/22
59/6 82/10
**location [5]**
21/3 26/10
26/13 26/20
28/18
**locations [2]**
26/18 27/21
**long [19]**
10/4 15/10
19/19 19/21
33/20 54/22
61/19 62/16
72/8 101/17
101/18 105/12
105/23 106/2
106/4 106/17
106/23 133/17
133/20

## L

**Lonigro [1]**
 76/3
**look [5]**
 23/20  90/24
 100/25  108/21
 113/22
**looking [2]**
 110/14  128/2
**lot [1]**  32/18
**Lucy [1]**
 30/21
**LUIS [7]**  1/4
 6/7  15/25
 41/9  72/24
 74/15  74/19

## M

**M-A-H-M-U-D**
**[1]**  24/12
**M-A-I-R-U-M**
**[1]**  24/12
**M-A-N-I-R [1]**
 82/20
**M.D [2]**  76/8
 126/3
**machine [9]**
 20/21  21/2
 30/25  31/1
 35/17  35/18
 35/19  134/18
 135/11

**made [19]**  5/9
 44/22  47/15
 93/21  94/11
 94/18  94/21
 95/4  95/15
 95/20  96/2
 98/8  98/17
 98/25  116/22
 119/25  127/23
 133/4  140/13
**Mahmud [5]**
 24/6  24/9
 24/25  77/18
 77/18
**mail [2]**
 81/17  81/18
**main [2]**
 65/23  72/23
**maintain [2]**
 26/6  46/13
**maintained [1]**
 33/12
**maintenance**
**[1]**  96/4
**Mairum [14]**
 24/8  24/9
 24/13  25/3
 25/15  26/4
 27/8  28/18
 67/8  67/9
 67/10  67/18
 77/17  125/21

**make [27]**
 12/18  21/10
 23/14  24/16
 24/24  25/1
 29/4  37/16
 42/19  58/14
 60/4  76/25
 78/13  78/15
 87/15  89/21
 89/23  89/24
 96/8  98/12
 98/25  99/6
 117/2  124/25
 126/10  126/14
 133/7
**makes [5]**
 73/19  113/15
 114/14  134/18
 135/11
**making [3]**
 13/7  58/13
 95/1
**Manage [1]**
 76/23
**management [1]**
 76/20
**manager [17]**
 5/15  28/24
 30/20  31/7
 31/10  31/14
 32/25  65/1
 65/4  65/12

**M**

**manager... [7]**
65/13 65/15
76/10 77/16
122/7 126/4
136/22

**managers [5]**
114/11 114/17
114/19 125/18
126/17

**manipulated [1]** 78/18

**Manir [5]**
82/18 82/20
83/10 83/12
84/11

**manner [1]**
89/13

**manual [3]**
60/23 60/25
61/5

**manuals [4]**
5/9 60/22
116/15 116/22

**many [31]**
32/20 35/9
35/13 47/9
54/9 55/12
55/16 55/18
55/20 57/8
64/4 64/8
72/19 85/15

95/8 100/18
100/21 100/22
102/14 102/15
103/18 103/19
104/6 109/2
109/24 109/25
111/20 113/2
113/16 127/2
130/14

**March [1]**
139/8

**March 30th [1]**
139/8

**Marina [1]**
29/17

**Mario [1]**
72/18

**Marjorie [1]**
73/14

**marked [4]**
36/23 39/7
43/7 70/14

**Market [2]**
10/13 27/12

**match [5]**
42/14 78/8
78/13 78/16
78/19

**matters [8]**
121/20 127/12
138/2 138/4
138/5 138/6

138/8 138/8

**Maximo [8]**
70/23 71/8
71/11 71/14
71/19 71/24
72/23 132/9

**may [9]** 1/15
72/21 103/6
103/13 110/1
110/2 110/3
142/13 143/17

**maybe [11]**
32/1 36/14
39/19 65/2
74/21 74/22
76/6 79/18
111/21 121/19
128/3

**me [92]** 3/8
3/15 3/17
4/20 4/23 5/3
7/1 7/23 8/8
8/18 9/6 9/13
11/11 11/18
12/23 14/24
15/10 15/13
16/2 17/13
18/18 20/20
21/18 24/7
25/9 28/22
28/25 30/10
32/9 32/16

129/8 142/10 65/22 66/1

**me... [62]**
36/2 37/11
37/18 37/20
40/9 42/4
43/9 48/20
51/4 57/23
58/13 59/1
60/19 62/7
62/7 65/14
68/12 76/9
76/22 77/20
80/14 84/6
84/14 84/21
86/10 86/16
88/7 88/19
88/25 89/4
90/12 91/3
91/17 92/3
92/8 92/25
95/14 97/1
98/15 99/8
99/21 99/22
108/24 112/23
113/4 113/17
114/1 115/12
115/19 115/24
117/19 119/11
120/1 120/3
120/18 121/4
127/3 127/8
127/11 128/21

**mean [7]**
13/15 21/18
35/1 47/17
54/4 78/15
107/21
**Meaning [3]**
35/2 64/18
140/13
**means [3]**
11/25 26/1
85/2
**meantime [1]**
37/8
**medication [2]**
14/2 14/5
**meeting [1]**
102/6
**meetings [7]**
97/7 97/18
97/22 98/6
100/12 102/4
138/21
**memory [1]**
96/22
**mention [1]**
76/16
**mentioned [6]**
43/13 108/19
108/20 120/21
126/3 131/21
**merchandise
[4]** 29/3

76/20
**merchandiser
[1]** 18/8
**merchandising
[2]** 16/3
29/10
**Meridian [1]**
27/12
**met [6]** 3/19
99/14 99/22
100/2 126/18
126/23
**Miami [12]**
1/15 2/3 2/8
9/8 26/21
26/22 26/23
72/8 127/4
127/5 127/8
142/5
**MIAMI-DADE [1]**
142/5
**midnight [6]**
69/7 69/8
69/17 69/18
70/17 71/6
**might [4]**
18/14 84/21
118/13 131/21
**mind [2]**
82/24 89/2
**mine [1]**

**M**

**mine... [1]**
89/11

**minimum [24]**
3/10 3/22 5/5
56/9 58/1
60/5 61/9
61/25 86/12
90/8 91/5
91/14 91/20
93/12 93/23
94/14 97/9
97/24 99/18
100/5 100/15
116/1 116/9
116/18

**minute [1]**
53/14

**minutes [8]**
53/11 53/13
53/17 84/6
84/14 88/20
89/6 131/6

**miscounted [1]**
133/1

**missed [1]**
62/24

**missing [7]**
38/22 64/4
130/18 132/3
132/7 132/10
132/16

**misstated [1]**
98/14

**mistake [5]**
16/10 132/20
133/2 140/17
141/1

**mistakes [4]**
64/10 64/12
127/23 132/22

**ML [3]** 10/13
10/14 124/10

**MOHAMMED [6]**
1/9 1/18 2/12
6/1 8/7 10/16

**moment [2]**
42/8 124/9

**money [4]**
45/17 108/8
108/21 112/5

**moneys [1]**
107/7

**Montes [2]**
122/14 122/22

**Montez [1]**
133/7

**month [13]**
19/24 20/1
20/7 34/10
34/11 34/19
46/22 103/3
103/4 103/4
103/5 103/12

**monthly [2]**
34/13 34/14

**months [5]**
18/12 102/14
102/24 103/19
109/24

**more [36]**
16/17 29/11
30/16 32/12
33/14 34/23
37/12 46/7
46/15 49/3
49/12 53/17
55/9 56/12
61/21 62/4
64/6 84/16
84/18 92/1
93/18 94/15
96/10 97/13
99/3 102/18
105/15 108/13
117/19 119/11
119/12 121/13
129/12 131/8
133/24 134/4

**morning [16]**
7/13 7/17
16/16 16/20
21/7 21/20
21/23 22/12
23/14 37/1

# M

**morning... [6]**
69/23 69/24
70/3 70/9
70/12 73/5

**most [1]**
57/14

**mostly [1]**
29/7

**Mr [100]** 3/21
4/4 5/14 6/7
11/15 16/23
18/18 19/8
19/11 20/6
20/11 21/5
28/11 29/24
32/14 35/23
43/11 43/20
44/9 44/13
45/13 45/17
45/20 46/5
46/9 47/2
47/7 48/20
62/2 62/5
63/3 63/7
63/17 63/22
64/11 69/16
74/7 74/13
77/25 78/3
79/5 100/4
100/13 101/4
101/11 102/5
102/13 105/13
105/18 105/24
106/11 107/7
107/19 107/23
108/10 108/14
108/16 109/5
110/9 110/24
111/19 112/2
112/24 113/5
114/7 115/7
117/6 118/8
120/3 120/11
120/16 121/6
122/13 123/14
123/24 124/10
124/12 124/21
125/22 126/8
127/19 127/22
128/8 129/4
130/5 130/8
130/10 130/15
130/19 130/25
131/3 133/23
133/25 134/6
136/3 136/21
137/23 139/14
139/25 140/15

**Mr. [29]**
11/17 12/23
16/13 19/5
28/3 29/8
29/20 35/20
38/2 38/12
39/17 42/5
47/13 62/12
64/7 68/25
69/2 71/1
71/19 114/19
119/23 120/9
122/9 122/22
123/1 123/1
126/7 131/20
133/7

**Mr. Francisco
[1]** 131/20

**Mr. Hossain
[1]** 12/23

**Mr. Kashim [1]**
126/7

**Mr. Maximo [1]**
71/19

**Mr. Montes [1]**
122/22

**Mr. Montez [1]**
133/7

**Mr. Perez [1]**
68/25

**Mr. Reyes [17]**
16/13 19/5
28/3 29/8
29/20 35/20
38/2 38/12
39/17 42/5
47/13 62/12

**M**

---

**Mr. Reyes...
[5]** 69/2
71/1 119/23
120/9 122/9

**Mr. Reyes' [4]**
64/7 114/19
123/1 123/1

**Mr. Zidell [1]**
11/17

**MS [11]** 2/12
2/13 3/1 4/1
5/1 5/8 5/11
119/21 121/9
121/14 127/15

**Ms. [3]** 54/15
56/4 56/19

**Ms. Langbein
[3]** 54/15
56/4 56/19

**much [22]**
16/23 17/2
17/12 18/19
46/1 46/5
84/24 85/4
85/17 101/19
101/24 102/11
107/18 109/2
109/8 110/9
110/17 111/12
111/22 113/8
113/15 119/4

**multiple [1]**
56/16

**my [73]** 6/7
6/25 9/3
11/20 12/12
13/25 14/16
15/3 16/1
17/6 17/8
18/5 20/2
20/5 22/9
30/19 31/10
34/10 36/19
43/24 46/14
46/21 47/10
50/9 50/17
50/19 51/24
53/11 53/13
54/4 54/20
54/22 56/13
56/18 64/25
64/25 66/12
67/11 70/24
76/10 81/7
82/3 82/24
83/5 83/9
84/7 87/5
88/15 89/1
89/22 94/6
95/14 96/21
97/16 99/20
100/25 101/14
107/9 108/9

114/7 118/1
118/5 119/4
120/1 120/16
121/18 126/25
127/4 138/8
142/12 143/8
143/10 143/22

**myself [5]**
12/21 50/16
107/9 109/13
109/22

---

**N**

---

**name [43]** 8/5
10/12 10/15
22/16 22/18
24/6 24/6
24/7 24/12
27/10 27/14
29/12 29/18
31/17 47/23
52/15 52/16
52/17 52/18
53/1 54/6
58/10 59/5
67/22 67/25
68/1 68/3
68/4 72/4
72/10 72/20
72/21 76/7
80/7 80/7
80/9 80/10
80/14 80/17

**name... [4]**
94/23 99/20
122/4 131/24
**named [3]**
76/8 77/14
122/14
**names [7]**
8/12 21/14
23/22 24/22
63/10 77/20
125/18
**nature [1]**
89/17
**need [8]**
11/14 11/16
14/22 15/9
15/12 57/16
61/15 96/23
**needed [6]**
8/21 62/5
76/18 93/10
93/20 93/21
**nephew's [3]**
67/11 67/12
67/15
**never [38]**
28/14 28/15
28/18 35/18
43/9 43/13
44/13 44/15
44/18 49/12

50/9 50/17
55/22 78/2
78/6 79/8
79/10 79/11
79/13 97/6
108/18 108/19
108/20 111/15
111/16 114/3
114/15 114/24
115/5 115/6
115/10 120/1
120/18 129/18
132/18 135/5
136/3 141/8
**next [2]** 18/5
51/24
**NH [7]** 27/14
28/3 28/12
28/21 52/17
52/21 83/23
**NHINC [1]**
27/15
**nickname [1]**
131/23
**Niece's [1]**
68/19
**night [9]**
40/4 69/11
69/18 70/5
70/6 70/9
70/12 71/3
71/9

**nine [1]** 18/7
**no [127]** 1/2
5/11 6/17
6/17 6/21
9/16 10/17
11/14 11/16
13/11 14/5
15/5 16/6
25/12 27/5
27/7 27/9
28/2 28/5
28/8 28/13
28/20 30/1
30/4 33/7
38/8 41/22
45/25 48/3
48/7 48/12
48/15 49/22
50/12 51/1
52/16 53/4
53/16 55/20
56/8 58/10
58/16 58/16
58/19 60/9
60/19 61/10
62/23 63/24
66/4 66/14
67/1 67/3
69/20 70/10
70/16 71/2
71/25 72/3
75/4 76/12

# N

**no... [66]**
77/19 79/7
80/22 81/20
82/13 82/16
82/23 82/23
84/12 85/7
85/21 91/2
91/17 91/17
92/5 92/6
92/12 92/18
93/13 93/16
93/17 95/10
95/10 97/4
98/16 99/1
100/25 103/8
103/14 104/15
104/19 106/21
106/24 108/18
112/3 115/3
115/5 116/15
116/24 118/15
118/24 120/2
124/1 125/24
126/2 126/12
127/6 127/13
129/3 129/15
130/4 132/5
132/8 132/12
132/21 134/3
134/11 134/20
135/2 135/6
135/13 135/18
136/1 136/14
139/19 139/20

**nobody [3]**
50/11 50/16
135/10

**nonexempt [1]**
126/16

**nonresponsive [1]** 50/20

**Northwest [1]**
2/7

**not [164]**

**Notary [5]**
1/20 142/8
142/16 143/21
143/23

**notations [1]**
37/16

**notebook [1]**
115/2

**notes [2]**
84/7 143/8

**nothing [3]**
14/6 51/19
60/18

**Notice [1]**
1/22

**noticed [2]**
43/16 64/10

**notified [1]**
47/14

**November [1]**
18/11

**now [14]**    3/14
31/24 54/23
80/12 80/14
86/6 94/4
104/14 104/15
106/6 106/14
117/13 120/21
125/19

**number [16]**
3/3 8/24 9/2
18/7 23/7
26/3 33/4
36/22 39/6
41/3 43/6
53/3 53/7
55/19 88/3
143/23

**number 38 [1]**
41/3

**number nine [1]**    18/7

**numbers [1]**
40/22

# O

**O'Sullivan [1]**
93/7

**OATH [1]**
142/2

**object [20]**
4/8 4/19

**object... [18]**
13/15  17/4
36/9  51/18
89/19  105/4
115/12  123/18
127/24  128/10
128/20  129/14
129/23  130/3
130/12  133/6
133/9  134/9

**objecting [3]**
9/2  92/21
92/24

**objection [36]**
13/1  13/7
16/15  19/6
35/25  51/17
55/8  63/23
64/2  86/18
91/7  92/25
99/9  100/6
101/6  103/24
105/8  106/1
107/2  108/3
108/17  109/16
111/2  112/16
112/21  115/15
115/22  117/9
117/18  119/3
132/4  136/23
137/5  137/17

**objections [3]**
88/8  116/3
117/2

**Obviously [1]**
37/9

**occasions [1]**
17/6

**occurred [6]**
97/22  103/15
121/11  128/13
129/25  132/23

**October [3]**
18/9  18/11
139/3

**October 14 [1]**
18/9

**October 2016
[1]**  139/3

**off [13]**  3/3
8/25  25/16
40/5  61/22
62/5  79/12
79/13  85/11
89/9  114/24
119/13  129/16

**office [22]**
26/8  28/24
30/20  31/7
31/10  31/14
32/25  34/8
34/10  46/14

46/21  47/1
47/20  75/2
75/3  88/21
97/16  126/21
126/25  127/4

**officer [2]**
10/18  66/13

**OFFICES [2]**
1/13  2/2

**official [1]**
142/12

**often [3]**
120/3  120/5
138/14

**oh [2]**  120/16
133/5

**okay [44]**
6/18  8/22
10/2  12/23
13/13  13/18
13/19  14/2
14/19  14/20
15/1  15/2
15/11  15/14
17/10  23/23
36/13  37/19
39/3  43/4
48/24  51/11
52/1  52/4
57/16  77/17
84/14  84/17

**okay... [16]**
86/1 86/6
86/9 86/24
89/7 89/23
90/5 92/8
96/25 106/5
117/3 119/20
121/24 131/25
137/9 141/13
**Old [3]** 33/24
75/7 75/8
**Olga [4]** 73/3
73/7 73/8
132/2
**one [63]** 4/8
6/18 17/10
17/25 24/20
26/10 26/13
26/15 29/11
32/12 33/14
33/24 34/23
36/25 37/4
38/9 38/25
39/2 40/11
40/11 40/23
41/23 46/7
46/15 49/3
49/12 50/12
52/8 55/9
55/11 55/12
55/15 55/17

55/24 56/8
56/12 56/16
57/2 62/4
68/22 76/16
87/2 93/18
97/13 99/3
102/3 102/18
104/6 105/4
105/15 108/13
114/10 117/19
118/8 119/11
121/13 122/6
124/3 124/5
131/8 133/24
137/6 141/4
**only [22]**
24/24 26/10
26/13 32/24
44/11 47/7
52/8 61/20
71/2 71/8
82/16 83/1
85/2 85/11
85/18 85/19
95/12 103/15
110/18 113/24
117/6 133/25
**open [1]**
88/25
**opened [2]**
69/6 70/18
**operate [1]**

**operating [1]**
69/5
**operation [1]**
12/2
**operational
[1]** 11/13
**opinion [4]**
87/4 88/22
89/1 89/11
**opportunity
[4]** 120/15
120/19 120/20
136/3
**oral [2]**
91/18 91/24
**order [17]**
4/4 24/16
36/3 55/6
60/4 66/1
79/24 81/5
82/5 90/7
98/12 99/5
100/19 101/4
105/24 108/25
109/8
**original [5]**
33/17 33/18
33/20 37/10
40/18
**Otazo [3]**
86/19 87/1

**Otazo... [1]**
 89/12
**Otazo's [1]**
 88/24
**other [78]**
 3/20 8/12
 12/25 14/14
 16/10 17/17
 24/5 24/25
 26/18 27/3
 28/9 29/1
 32/13 46/25
 47/21 50/7
 50/12 50/21
 53/20 55/17
 55/22 55/25
 56/7 56/9
 56/16 60/7
 63/6 63/6
 64/10 64/11
 64/13 64/14
 64/15 64/23
 67/4 67/17
 81/6 85/8
 85/21 85/23
 86/19 88/23
 90/2 93/6
 94/18 98/8
 98/8 99/15
 100/4 100/13
 111/7 111/14

 111/25 112/1
 112/8 112/14
 112/19 114/20
 116/7 116/7
 118/13 118/17
 119/1 119/14
 121/20 121/24
 122/21 127/11
 130/22 133/3
 133/21 138/1
 138/8 138/9
 139/19 140/4
 140/4 141/2
**others [1]**
 1/4
**Otherwise [2]**
 79/3 130/21
**our [3]**   14/12
 87/10 114/6
**out [43]**
 21/12 31/12
 36/4 36/6
 40/14 43/17
 43/23 43/25
 47/17 49/8
 49/10 49/14
 49/18 49/20
 49/21 50/8
 50/13 50/17
 50/22 51/2
 51/8 51/12
 51/22 52/5

 53/9 53/15
 53/18 54/22
 54/25 61/17
 71/11 72/19
 74/4 74/5
 88/6 102/4
 102/12 109/11
 118/11 119/9
 126/10 128/15
 140/18
**outside [8]**
 41/18 41/21
 53/12 64/21
 79/24 100/11
 114/9 115/8
**over [8]**
 14/14 42/18
 54/10 88/3
 108/21 125/5
 125/9 125/16
**overall [2]**
 76/18 76/23
**overtime [109]**
 3/10 3/22
 4/5 5/5 19/1
 19/2 19/3
 19/4 35/24
 37/24 38/2
 38/12 38/22
 42/6 43/11
 43/20 54/1
 54/2 55/17

overtime...

**[90]** 56/9
57/25 60/5
61/9 61/25
63/3 63/7
63/19 75/25
76/1 76/2
78/19 84/24
86/11 90/8
91/5 91/14
91/20 92/12
93/12 93/22
94/14 96/5
97/9 97/24
98/10 99/18
100/5 100/14
100/20 101/5
101/11 101/23
103/21 103/22
104/11 104/22
105/1 105/14
105/19 105/25
106/12 106/15
107/24 107/25
108/11 108/11
108/15 108/16
110/10 110/18
110/25 111/18
112/8 112/14
112/19 112/24
113/6 116/1

116/9 116/18
117/7 117/8
117/10 117/17
117/21 117/25
118/9 118/14
118/14 118/16
119/1 124/23
125/1 125/4
125/9 127/22
129/20 130/11
133/22 133/22
134/1 134/4
134/7 139/19
139/22 140/1
140/16 140/19
140/23

**owe [6]** 38/2
38/6 38/12
42/5 112/14
117/24

**owed [28]**
35/23 42/16
43/20 64/1
78/20 84/25
85/18 101/11
103/23 104/21
105/14 105/18
105/25 107/7
107/19 109/9
110/9 110/17
111/18 112/24
113/5 117/22

128/14 130/9
139/19 140/15
140/19 140/23

**own [7]** 4/16
31/6 58/9
84/4 100/11
109/14 118/8

**owner [1]**
15/16

**owns [2]**
12/24 80/15

---

**P**

---

**P.A [2]** 1/13
54/4

**p.m [6]** 16/18
16/21 16/22
47/4 47/8
141/14

**page [20]**
2/11 2/15 3/2
3/5 3/7 3/11
3/13 3/16
3/18 4/2 4/6
4/12 4/15
4/18 4/22 5/2
5/7 5/13 5/16
119/6

**paid [56]**
3/21 4/5
16/24 17/12
18/14 31/21
34/15 34/16

**P**

**paid... [48]**
34/18 34/19
35/3 35/7
37/24 43/11
43/14 43/15
43/16 44/9
44/11 44/14
44/20 46/6
50/10 62/22
62/24 63/18
79/8 79/10
99/17 100/4
100/14 101/5
103/22 104/11
105/1 106/12
107/24 108/11
108/15 109/3
110/25 113/2
113/15 117/7
117/10 117/21
118/16 123/5
123/21 123/22
131/6 131/10
133/22 139/21
139/25 141/1

**paper [6]**
74/15 114/25
115/1 115/2
115/4 115/7

**papers [4]**
19/23 91/17
96/21 96/23
104/21

**paperwork [2]**
29/4 29/4

**paragraph [1]**
18/7

**Pardon [1]**
72/22

**part [12]**
30/1 31/25
32/4 32/5
32/7 35/21
39/22 56/25
57/19 101/1
126/4 131/13

**part-time [3]**
32/4 32/5
32/7

**part-timer [1]**
30/1

**particular [7]**
34/18 96/6
98/11 99/16
101/24 123/5
138/6

**parties [2]**
143/14 143/15

**passed [4]**
101/19 101/24
102/11 102/19

**past [5]**
99/17 104/5
104/17 104/19

**pay [34]** 4/21
4/24 18/19
39/14 44/16
45/14 79/17
92/2 106/15
108/8 108/19
110/24 112/14
112/19 115/13
115/21 117/16
123/1 123/1
123/9 123/12
123/24 124/23
125/1 125/3
125/9 127/22
128/9 129/19
133/12 134/7
138/11 138/21
140/18

**paycheck [13]**
24/24 113/19
113/20 119/25
120/17 121/11
123/15 131/1
132/3 132/7
132/11 132/17
132/20

**paychecks [10]**
17/3 41/16
51/21 109/11
111/25 122/1
123/2 123/4

**paychecks...**
**[2]** 127/16
131/2
**paying [2]**
18/23 98/10
**payments [2]**
38/22 39/3
**payroll [27]**
20/4 24/16
25/15 29/2
30/24 32/25
33/10 41/19
41/24 44/19
52/3 52/5
52/6 52/10
53/6 66/9
78/4 79/25
81/6 81/9
81/14 83/15
96/8 98/12
113/8 116/8
121/15
**payrolls [1]**
46/4
**paystub [3]**
39/15 113/25
135/23
**paystubs [6]**
38/18 38/21
45/24 47/22
111/9 136/5

**pendency [1]**
111/15
**pending [2]**
15/11 84/13
**people [8]**
11/15 60/24
69/10 69/14
69/21 72/24
104/24 124/2
**percent [1]**
94/25
**Pereira [1]**
72/18
**Perez [3]**
68/20 68/25
131/20
**performed [1]**
138/22
**period [10]**
17/7 17/23
18/16 19/12
19/19 120/5
124/21 129/4
134/1 134/6
**periods [1]**
62/16
**permission [1]**
62/20
**permit [1]**
129/16
**person [18]**
12/2 23/15

23/17 24/5
29/11 32/24
58/5 58/7
70/24 86/2
94/22 96/6
98/11 107/6
124/5 134/18
134/19 135/11
**person's [1]**
111/17
**personal [4]**
9/25 30/8
31/6 84/4
**personally [5]**
22/3 22/5
22/7 36/14
142/10
**personnel [2]**
127/12 138/1
**persons [2]**
58/10 94/24
**photocopy [6]**
37/8 37/12
40/16 41/4
42/22 43/4
**physical [1]**
47/17
**physically [1]**
26/6
**pick [5]**
21/16 21/21
21/24 22/10

**P**

**pick... [1]**
22/13

**picked [1]**
23/11

**picks [1]**
22/10

**piece [3]**
115/1 115/2
115/4

**pieces [2]**
114/24 115/6

**place [6]**
10/7 30/25
55/1 55/7
60/1 135/7

**plaintiff [9]**
1/6 2/4 6/7
7/8 41/12
57/21 84/25
99/16 104/21

**plaintiff's
[7]** 7/14
36/22 39/6
43/6 54/6
110/14 110/19

**plaintiffs
[10]** 4/11
103/21 104/9
104/17 104/19
105/7 111/7
111/14 112/1

**please [8]**
8/5 9/6 14/24
18/18 26/12
56/14 93/18
117/19

**point [6]**
9/23 120/16
122/6 123/17
129/10 129/12

**pointed [1]**
110/22

**pointing [3]**
46/23 84/23
113/18

**policies [8]**
4/25 5/8 5/12
55/6 115/21
116/15 116/21
116/25

**policy [3]**
60/22 124/22
125/9

**portion [2]**
113/20 113/21

**posed [2]**
88/4 88/5

**position [8]**
10/21 23/25
24/10 28/22
29/9 29/19
86/25 140/10

**possession [1]**
39/16

**poster [9]**
58/3 59/1
59/2 59/3
59/4 59/6
59/13 59/18
59/23

**practice [6]**
50/9 50/18
124/18 129/19
133/12 134/5

**practices [2]**
4/21 115/14

**preliminary
[1]** 11/2

**premature [2]**
10/1 13/2

**prepared [3]**
37/5 84/20
143/10

**present [1]**
23/22

**president [3]**
10/22 11/10
27/17

**Pretax [1]**
38/7

**prevent [1]**
14/6

**previous [2]**
16/11 17/21

# P

**previously [1]**
17/8

**pricing [1]**
29/5

**print [2]**
47/17 48/16

**printout [1]**
47/23

**prior [9]**
19/17 21/25
22/14 55/1
96/15 96/17
103/21 104/9
127/8

**privilege [19]**
91/9 93/1
94/8 99/10
99/23 100/7
100/7 101/7
105/9 107/3
107/3 109/17
109/17 115/16
115/16 136/24
136/24 137/18
137/18

**probably [6]**
66/24 75/8
83/4 128/17
128/21 139/2

**problem [1]**
123/16

**produce [3]**
68/22 68/23
131/22

**produced [3]**
37/21 39/23
74/10

**product [14]**
91/9 92/25
94/8 99/10
99/23 100/7
101/7 105/9
107/3 109/17
115/16 127/16
136/24 137/18

**production [1]**
11/4

**prongs [1]**
7/2

**pronounces [1]**
22/20

**properly [2]**
43/11 63/18

**propose [1]**
87/19

**propounded [1]**
103/17

**prove [1]**
85/25

**provide [13]**
58/4 58/7
58/12 77/10
77/21 80/8

80/10 81/10
82/24 94/22
135/22 138/20
139/24

**provided [6]**
35/22 38/19
78/9 105/17
135/14 135/24

**providing [1]**
24/15

**public [5]**
1/21 70/18
142/8 142/16
143/21

**pulled [1]**
16/5

**punch [12]**
20/18 20/19
20/21 21/2
21/12 21/12
21/14 21/16
21/21 21/24
128/15 128/15

**punched [3]**
124/13 124/14
128/25

**punching [2]**
51/2 124/15

**purchasing [1]**
76/20

**purposely [1]**
125/22

**P**

**purposes [1]**
81/25
**pursuant [1]**
1/22
**put [20]**    4/13
7/12  7/20
16/3  16/6
25/5  25/6
29/4  38/21
42/18  42/21
42/25  43/2
43/3  48/16
59/22  82/5
105/20  107/1
107/18

**Q**

**qualifies [1]**
137/12
**quarterly [2]**
81/21  82/2
**question [43]**
9/5  9/17  10/3
13/12  13/16
13/16  13/17
13/18  14/16
14/24  15/11
18/5  28/7
36/18  50/19
51/25  56/13
84/12  86/20

91/10  91/16
92/22  93/4
94/10  95/11
95/11  95/14
99/13  99/20
100/10  106/2
106/3  107/5
115/18  116/5
117/1  117/4
125/13  133/11
137/2  137/21
138/11  141/4
**questioning
[1]**    89/20
**questions [39]**
3/1  4/1  5/1
6/14  10/25
11/20  11/22
12/5  12/13
12/20  14/21
17/23  57/11
57/14  84/8
84/16  84/19
86/7  87/5
87/23  88/9
88/15  88/17
89/13  89/21
89/25  90/2
90/2  119/12
119/15  119/16
119/20  121/9
122/25  127/15

134/12  134/14
137/8  141/3
**quick [1]**
141/5
**Quickbooks
[28]**    24/25
25/4  25/5
25/14  29/1
33/11  42/2
46/3  46/8
46/16  47/22
66/3  78/7
78/18  78/22
78/24  81/6
83/15  96/7
98/12  113/10
113/13  113/14
113/19  113/23
114/4  127/16
127/17
**quit [11]**
30/5  30/6
30/7  30/9
30/10  30/11
30/13  30/15
30/23  31/13
54/2

**R**

**R-A-J-U [1]**
82/20
**R-A-Z-A-U-L
[1]**    68/8

**raise [1]**
46/1

**raises [2]**
45/13 46/6

**raising [1]**
6/15

**Raju [5]**
82/18 82/20
83/10 83/12
84/11

**ran [1]** 12/2

**random [4]**
100/21 100/23
104/16 118/21

**randomly [4]**
104/2 118/22
119/9 140/9

**rate [9]**
18/23 18/24
31/21 31/22
31/23 123/1
123/1 123/5
123/9

**rates [1]**
123/12

**Razaul [4]**
68/6 68/6
68/6 68/18

**read [6]** 11/7
11/9 38/5
40/14 40/19

**reading [1]**
72/11

**ready [1]**
21/10

**real [2]**
131/24 141/5

**realization
[1]** 112/24

**realize [3]**
43/20 101/10
108/2

**realized [3]**
107/23 108/6
111/8

**really [4]**
11/16 18/15
59/11 69/13

**reask [1]**
50/19

**reason [5]**
6/21 30/8
30/9 30/12
106/22

**recall [101]**
3/12 4/7 4/8
17/5 18/22
18/25 19/5
19/8 19/16
19/19 19/24
20/5 20/12
22/11 22/16

31/17 31/23
33/6 35/9
43/21 45/13
45/16 45/20
48/25 49/1
49/2 49/4
53/3 54/6
54/12 59/22
63/10 73/9
76/6 79/18
81/18 90/15
91/11 91/18
91/23 92/14
92/17 93/9
93/15 93/25
94/1 94/11
94/19 95/19
95/22 95/23
95/25 96/2
96/11 96/15
98/25 99/2
99/4 100/18
101/13 101/17
101/19 102/2
102/3 102/14
103/1 103/5
103/6 103/9
103/12 103/15
103/18 104/4
105/3 105/5
107/10 109/23
111/23 112/9

**R**

**recall... [22]**
121/1 121/4
121/22 121/23
122/3 122/11
122/12 126/18
126/19 126/20
126/25 127/3
127/6 127/7
128/7 130/17
132/14 137/10
137/14 137/22
139/8 139/11

**receive [1]**
65/22

**received [12]**
46/6 46/9
86/13 94/12
95/16 95/21
96/12 97/2
97/3 97/6
115/6 123/2

**receiving [2]**
29/3 76/19

**recognize [5]**
37/20 39/9
40/10 41/5
120/23

**recollection
[5]** 33/9
90/19 90/25
96/19 97/17

**recommendation
s [2]** 60/11
60/16

**record [54]**
3/4 6/12 7/13
7/21 7/25 8/6
8/25 12/8
12/19 13/8
14/12 33/5
34/2 35/12
38/5 40/5
40/8 40/20
40/25 42/21
43/1 45/25
46/2 46/15
46/15 46/21
54/14 57/6
57/7 61/22
70/22 71/16
71/23 73/10
74/13 77/8
79/19 80/9
81/8 82/19
82/24 83/5
83/9 89/10
89/21 100/23
105/20 110/14
113/17 116/6
119/13 125/7
134/25 143/8

**recording [1]**
25/16

**recordings [2]**
134/24 135/3

**records [35]**
4/10 20/4
23/3 33/8
33/10 36/15
38/18 42/14
43/10 46/8
46/19 63/13
63/17 73/1
73/25 83/13
90/18 90/23
104/9 104/25
105/6 105/24
106/11 106/18
110/6 110/24
110/24 111/9
111/17 112/7
118/12 118/18
134/23 138/25
139/15

**refer [2]**
15/20 113/10

**reference [1]**
61/8

**referred [1]**
113/19

**referring [6]**
17/8 22/3
31/15 59/1
110/18 113/20

**reflect [8]**

**R**

**reflect... [8]**
5/9 5/11
63/14 97/18
98/5 116/22
116/24 138/17

**reflected [7]**
62/9 62/18
98/2 114/9
115/8 130/25
131/4

**refresh [5]**
33/9 90/19
90/24 96/19
96/21

**refuse [1]**
13/10

**refusing [1]**
9/13

**regard [4]**
4/21 91/19
115/13 116/8

**regarding [1]**
61/8

**regards [16]**
4/24 5/4 9/17
35/20 39/16
57/11 86/17
91/13 92/22
93/11 97/8
97/23 115/20
115/25 116/17

**register [1]**
68/14

**regular [1]**
115/4

**related [10]**
66/11 66/25
67/2 67/4
67/8 67/10
67/14 67/17
68/18 76/11

**relates [1]**
13/2

**relative [2]**
143/13 143/14

**reliance [1]**
86/11

**relied [1]**
86/2

**relying [2]**
86/1 87/13

**remember [63]**
17/2 19/7
19/18 20/1
20/8 29/18
31/18 31/24
32/1 32/8
32/18 32/23
43/22 44/4
45/18 45/22
45/24 47/9
47/10 47/12

54/8 54/13
54/21 55/3
56/3 59/16
59/21 59/24
61/7 64/8
67/25 69/3
72/17 72/20
72/25 73/23
74/11 74/21
75/24 76/1
77/9 90/14
96/10 97/10
97/20 98/1
102/22 103/25
104/6 104/12
105/2 108/5
110/11 111/11
111/13 111/21
112/17 112/22
128/18 137/24
138/16 139/5
139/16

**reminding [1]**
17/17

**repeat [4]**
26/12 36/11
56/12 99/20

**rephrase [3]**
14/24 28/6
51/4

**report [1]**
143/6

**reporter [8]**
6/3 14/12
36/23 39/7
43/7 125/14
142/8 143/5

**REPORTER'S [1]**
143/2

**REPORTING [1]**
1/25

**reports [4]**
60/11 60/15
81/22 91/12

**represent [1]**
6/6

**representative**
**[1]** 6/9

**represented**
**[2]** 54/16
57/8

**request [1]**
11/4

**require [2]**
124/18 141/10

**required [5]**
11/18 13/17
32/10 32/14
45/4

**requirements**
**[1]** 126/11

**requires [1]**
11/15

**research [1]**
88/22

**resolve [1]**
87/18

**resolved [1]**
86/19

**respect [1]**
109/18

**respond [3]**
14/17 14/19
87/21

**responded [1]**
103/16

**response [5]**
7/14 7/18
11/3 50/20
89/16

**responses [3]**
18/3 23/21
84/21

**responsibiliti**
**es [1]** 65/21

**responsible**
**[4]** 23/16
24/14 25/13
87/10

**rest [1]**
11/11

**retaliated [1]**
133/8

**retracting [1]**
32/3

**review [24]**
3/20 4/3 4/9
4/16 4/17
6/25 45/23
61/12 84/7
99/15 100/3
100/12 101/4
103/20 103/20
104/25 105/6
105/13 105/23
106/11 109/14
109/15 124/19
136/5

**reviewed [19]**
36/14 43/10
63/16 100/19
101/20 101/25
102/13 102/16
102/21 104/1
104/8 104/16
109/4 110/5
111/17 114/3
118/6 118/17
139/14

**reviewing [1]**
66/5

**REYES [116]**
1/4 3/21 4/4
5/14 6/7
15/25 16/13
16/23 18/19
19/5 19/9

# R

**REYES... [105]**

19/11 20/6
20/11 21/5
28/3 28/11
29/8 29/20
29/24 32/14
35/20 35/23
38/2 38/12
39/17 41/10
42/5 43/11
43/20 44/9
44/13 45/13
45/17 45/20
46/5 46/9
47/3 47/7
47/13 48/21
62/2 62/5
62/12 63/3
63/7 63/17
63/22 64/11
69/2 69/16
71/1 74/8
74/14 74/15
74/20 77/25
78/3 79/6
86/19 89/12
100/4 101/4
101/11 102/5
105/18 105/24
107/7 107/19
107/24 108/10

108/14 108/16
109/5 110/9
110/25 111/19
112/2 112/24
113/6 114/8
115/7 117/6
118/8 119/23
120/3 120/9
120/12 121/6
122/9 122/13
122/14 122/22
123/14 123/24
124/12 126/8
127/19 127/22
128/8 129/4
130/6 130/8
130/10 130/15
130/19 130/25
131/3 133/23
133/25 134/6
136/3 136/21
137/23 139/25
140/15

**Reyes' [13]**
64/7 74/15
100/13 102/13
105/13 106/11
114/19 123/1
123/1 124/10
124/21 125/22
139/15

**right [30]**

127/12 16/22
18/13 20/4
20/23 21/15
26/11 26/23
28/19 31/7
31/22 31/24
42/2 43/2
48/1 52/19
58/11 65/6
68/4 79/25
80/12 80/14
83/8 87/22
88/9 90/3
113/13 123/19
125/10 138/7

**rights [1]**
8/2

**RIVKAH [5]**
2/2 6/6 10/23
17/5 51/6

**Rochel [6]**
1/20 99/24
142/7 142/16
143/4 143/21

**Rodriguez [1]**
73/14

**rules [1]**
87/21

**ruling [1]**
88/24

**run [2]** 79/25
81/1

**S**

**S-A-U-K-A-T [1]** 8/9
**S-H-A-B-I-H-A [1]** 23/23
**said [31]**
11/10 16/5
18/19 21/19
22/4 28/8
31/8 33/25
34/8 47/2
48/16 55/15
55/17 56/15
70/18 74/16
91/24 93/19
94/25 95/15
98/9 104/15
110/22 120/12
125/5 125/6
129/5 132/14
136/15 143/7
143/9
**salaried [1]**
79/14
**salary [2]**
18/23 79/17
**sales [5]**
24/3 24/4
68/10 68/11
75/15
**same [50]**
10/25 12/18

14/17 15/22
21/3 25/20
25/22 26/24
27/20 27/22
27/23 29/9
29/19 29/24
33/3 35/14
35/17 35/19
37/15 49/24
50/2 50/4
52/9 53/24
54/25 56/1
67/15 69/1
70/8 70/13
70/25 73/12
73/13 73/20
76/19 77/22
81/13 83/13
83/22 84/3
89/11 89/12
114/17 115/22
116/3 117/2
122/10 122/13
122/20 133/23
**sandwich [1]**
73/20
**sat [3]**
107/17 111/15
111/17
**Saturday [1]**
131/3
**Saturdays [2]**

**Saukat [1]**
8/9
**save [8]**
12/15 87/25
88/1 88/12
112/5 135/5
141/9 141/10
**saved [3]**
48/10 48/13
141/8
**saw [11]** 6/15
8/3 31/8
35/20 40/4
107/20 108/5
113/1 120/9
120/11 128/24
**say [19]** 9/18
15/22 20/4
22/2 31/14
34/7 42/14
54/24 61/4
77/18 101/16
106/4 110/17
114/14 114/17
118/25 120/23
126/12 132/20
**saying [18]**
14/13 26/17
32/5 38/2
38/6 38/14
45/23 49/13

# S

**saying... [10]**
56/24 58/16
59/25 63/2
73/11 78/19
104/13 105/18
136/10 139/25

**says [10]**
18/8 20/2
35/23 38/15
40/21 43/1
49/6 58/17
59/3 117/15

**schedule [11]**
16/14 29/14
47/11 47/15
47/15 47/16
47/17 48/8
48/18 48/22
77/4

**schedules [3]**
47/23 48/10
48/14

**scope [1]**
85/20

**seal [1]**
142/12

**second [6]**
4/8 37/11
87/11 87/19
105/4 119/11

**Security [5]**
23/7 26/2

**see [28]**
19/23 29/13
32/22 35/12
40/21 47/12
48/22 54/13
61/16 64/3
64/12 69/3
72/10 72/12
84/7 88/21
101/1 105/13
106/11 109/8
110/9 111/18
113/14 120/3
136/7 140/2
140/4 140/9

**seeing [4]**
55/21 76/18
127/3 127/8

**seek [1]**
89/14

**seen [2]**
63/25 70/22

**send [3]** 81/7
81/16 88/6

**sense [2]**
18/4 124/25

**sent [3]** 7/15
63/21 63/21

**separate [3]**
4/17 17/6

**September [1]**
143/22

**serve [1]**
9/24

**served [2]**
18/3 103/17

**service [2]**
61/6 77/2

**Services [1]**
143/23

**set [3]** 7/18
87/19 87/20

**settled [2]**
112/4 112/5

**settlement [9]**
36/10 36/12
121/1 121/12
121/16 121/21
139/7 139/9
139/11

**seven [3]**
39/1 39/2
39/3

**several [3]**
102/24 140/8
141/11

**Shabiha [14]**
23/19 23/25
24/13 24/25
25/3 25/15
26/3 27/6

# S

**Shabiha... [6]**
  28/18 67/14
 67/18 77/23
 125/20 125/21
**Shahiba [1]**
 67/9
**share [1]**
 27/25
**she [94]**  4/7
 4/19 5/14
 7/23 14/13
 22/10 22/10
 22/19 23/11
 23/14 24/2
 24/20 29/1
 30/10 30/12
 30/14 30/15
 30/18 30/18
 30/21 30/23
 30/23 31/1
 31/3 31/5
 31/8 31/8
 31/10 31/11
 31/13 60/15
 60/19 60/23
 61/16 65/12
 65/13 65/14
 65/17 65/22
 66/2 66/4
 66/5 66/7
 66/8 66/10

 66/10 66/13
 66/15 66/18
 66/21 66/22
 66/23 66/23
 72/2 73/5
 73/9 73/11
 73/15 73/16
 73/18 73/19
 73/19 73/21
 75/12 75/13
 75/14 75/20
 75/22 75/25
 76/1 76/2
 76/5 86/16
 88/24 89/4
 90/23 91/13
 91/17 93/24
 98/15 105/3
 115/11 131/15
 131/16 131/17
 132/3 132/14
 132/14 132/16
 132/16 136/21
 138/22 138/23
 138/25
**sheet [1]**
 139/25
**sheets [3]**
 63/13 135/15
 135/16
**shelf [1]**
 16/6

**shift [15]**
 69/18 69/23
 69/23 69/24
 70/3 70/5
 70/6 70/9
 70/9 70/12
 70/12 71/3
 71/9 73/6
 122/20
**shifts [3]**
 69/21 126/5
 126/8
**short [6]**
 43/14 43/15
 43/16 108/21
 125/25 131/10
**Shorthand [2]**
 142/7 143/4
**should [6]**
 17/13 40/2
 57/21 93/5
 125/15 130/21
**shouldn't [1]**
 31/8
**show [9]**  46/5
 46/9 73/25
 97/3 97/7
 97/21 116/16
 123/4 128/4
**showed [1]**
 115/7
**shown [2]**

# S

**shown... [2]**
 39/24 85/20
**shows [4]**
 47/23 84/24
 113/8 139/6
**sick [1]** 62/6
**side [3]**
 40/21 59/12
 93/6
**sign [6]**
 66/15 66/21
 66/21 124/12
 124/13 124/19
**signator [1]**
 66/18
**signature [4]**
 117/15 118/4
 118/5 124/11
**signed [2]**
 66/10 118/3
**signer [1]**
 66/10
**signs [2]**
 66/22 66/23
**similar [2]**
 111/24 111/25
**similarly [1]**
 1/4
**simply [1]**
 87/22
**since [7]**

 65/15 68/15
 77/15 117/13
 135/8
**single [3]**
 44/19 119/6
 122/2
**sir [4]** 8/15
 9/9 46/17
 96/9
**sister [1]**
 66/12
**sister-in-law**
 **[1]** 66/12
**sit [6]** 80/12
 81/19 117/5
 118/2 118/25
 139/18
**sitting [5]**
 93/6 112/6
 112/10 112/13
 112/18
**situated [1]**
 1/5
**six [2]** 39/1
 85/10
**Sixth [1]**
 26/21
**slow [2]** 8/19
 8/21
**Small [1]**
 26/8

 54/11
**so [111]** 4/16
 6/13 7/12
 7/23 8/5 8/18
 9/13 10/25
 11/14 11/25
 12/13 13/14
 14/6 14/13
 14/15 14/25
 15/6 15/16
 15/21 17/13
 17/22 18/1
 18/9 21/13
 22/11 23/6
 25/8 25/13
 32/3 37/11
 37/16 38/1
 38/11 40/24
 41/23 43/4
 44/25 45/11
 46/19 47/9
 47/21 48/6
 48/13 51/1
 54/9 55/18
 55/20 59/18
 59/22 61/17
 63/2 64/4
 68/5 71/8
 71/18 72/19
 74/7 74/19
 76/25 77/15

**S**

**so... [51]**
78/12  78/24
80/14  81/10
86/8  86/10
86/24  89/5
89/19  90/6
92/21  95/12
97/21  98/4
100/21  100/21
104/6  104/20
106/3  107/23
108/10  109/4
109/14  110/5
110/17  110/22
110/23  111/14
111/20  111/23
112/6  112/11
113/22  114/16
115/6  117/3
118/6  118/13
118/25  120/15
122/21  124/5
128/8  131/7
135/19  136/3
137/7  138/21
138/25  139/24
140/23

**Social [5]**
3/3  8/24  9/2
23/7  26/2

**sole [1]**

**some [36]**
27/23  30/14
35/24  43/20
63/3  63/20
64/8  65/2
66/1  66/22
66/22  69/14
73/19  74/5
90/1  96/6
100/17  101/1
102/16  102/19
104/1  110/6
110/25  112/5
118/8  118/19
118/20  118/21
119/16  119/20
120/22  120/23
121/9  121/19
122/25  137/7

**somebody [4]**
31/5  79/18
92/1  92/15

**someone [6]**
23/13  50/7
76/8  126/11
130/5  134/17

**something [5]**
40/3  103/2
108/23  128/16
131/24

**sometime [1]**

**sometimes [9]**
14/11  15/20
16/17  24/20
24/21  66/24
102/22  102/23
113/1

**somewhere [1]**
99/21

**son [1]**  67/11

**son's [1]**
67/12

**soon [2]**
31/10  61/17

**sorry [7]**
8/17  58/21
67/24  94/25
95/14  101/22
125/2

**sought [4]**
90/6  90/12
90/16  90/20

**SOUTHERN [1]**
1/1

**Spanish [2]**
14/11  72/15

**speak [2]**
14/10  15/6

**specific [1]**
30/16

**specifically
[1]**  43/1

**S**

**specify [1]**
17/7

**spell [4]** 8/6
80/9 80/19
82/19

**spelled [1]**
65/10

**spelling [1]**
23/22

**spells [1]**
22/19

**spoke [1]**
89/11

**Springs [1]**
82/11

**SS [1]** 142/4

**stalker [1]**
16/9

**stamp [2]**
41/2 124/10

**stamps [1]**
40/20

**stand [2]**
10/14 10/16

**stands [3]**
8/8 134/17
135/10

**start [4]**
20/17 20/18
21/7 74/4

**started [8]**
19/24 20/3
32/7 32/8
73/21 75/22
117/13 127/3

**state [7]**
1/21 8/2 8/5
142/4 142/8
142/16 143/21

**stated [3]**
90/6 104/1
141/8

**statement [5]**
32/3 110/14
110/16 110/20
130/8

**states [2]**
1/1 12/4

**stay [2]** 21/2
47/1

**stenographic
[1]** 143/8

**stenographical
ly [1]** 143/6

**step [2]**
113/4 113/4

**steps [3]**
98/14 113/5
124/8

**still [12]**
13/17 25/13
25/23 30/2
65/17 71/24

73/15 73/16
88/21 131/20
131/25 132/14

**stipulate [5]**
6/13 6/21
11/19 11/21
11/23

**stipulated [4]**
6/20 7/1
85/4 85/5

**stipulating
[1]** 11/5

**stipulations
[1]** 12/19

**stocker [4]**
16/7 16/8
16/9 29/10

**stocking [1]**
69/11

**Stop [1]** 95/2

**stopped [1]**
20/5

**store [50]**
10/9 15/17
15/21 15/22
16/3 20/17
23/3 26/14
26/20 27/4
27/11 30/3
41/20 45/1
46/18 46/19
48/11 50/9

**S**

**store... [32]**
 50/11 50/17
 50/18 51/8
 53/12 55/7
 58/2 65/23
 65/24 67/19
 69/6 69/11
 75/2 76/10
 76/17 76/19
 76/23 93/10
 93/21 94/12
 94/17 120/6
 120/8 120/24
 122/7 122/15
 125/17 126/3
 126/14 129/2
 134/21 136/1
**store's [2]**
 124/22 125/8
**stores [1]**
 28/1
**streamline [2]**
 6/14 11/20
**STREET [7]**
 1/8 1/14 2/3
 2/7 10/10
 10/19 26/21
**strike [3]**
 101/18 112/11
 129/11
**submit [1]**

**submitted [1]**
 114/24
**substance [2]**
 60/13 60/14
**sue [1]**
 104/24
**sued [25]**
 4/11 53/20
 54/19 55/2
 55/4 55/10
 55/16 55/23
 56/10 56/15
 56/16 101/23
 102/5 103/21
 104/5 104/18
 104/22 105/7
 111/7 111/14
 112/8 124/2
 124/5 124/6
 124/7
**suggested [1]**
 89/25
**suggestion [1]**
 87/15
**suit [1]**
 55/11
**Suite [3]**
 1/14 2/3 2/7
**supervise [2]**
 126/4 131/14
**supervision
 [1]** 143/11

**supervisors
 [1]** 114/20
**suppliers [2]**
 27/20 27/23
**supposed [1]**
 30/19
**sure [25]**
 21/19 22/8
 26/13 31/20
 31/24 32/13
 33/15 37/3
 42/19 49/13
 55/10 58/14
 60/4 71/17
 76/25 83/10
 84/9 84/11
 89/2 93/19
 99/4 105/16
 117/20 134/18
 135/11
**switch [2]**
 25/16 70/11
**sworn [3]** 6/2
 57/3 142/10
**system [18]**
 20/16 32/11
 32/14 35/11
 45/5 45/9
 46/3 47/1
 53/10 54/18
 54/20 55/1
 57/15 59/25

**S**

system... **[4]**
73/12 78/13
113/12 135/7

**T**

T-A-S-M-I-N
**[1]** 65/5
**table [1]**
93/6
**take [23]**
7/23 14/5
15/9 15/11
15/13 21/11
37/7 37/11
40/17 42/8
53/11 53/12
61/14 62/5
87/8 88/8
89/5 105/23
124/9 131/7
131/10 135/19
136/2
**taken [6]**
1/20 84/15
89/8 98/14
105/12 106/10
**takes [2]**
53/8 53/14
**taking [2]**
1/22 14/3
**talk [4]** 8/19

8/21 65/2
95/8
**talked [4]**
62/7 64/15
64/22 64/24
**talking [9]**
14/14 15/21
55/13 55/13
58/18 58/19
79/4 95/4
99/22
**talks [1]**
110/15
**tapes [4]**
141/8 141/9
141/10 141/11
**Tapia [2]**
73/3 132/2
**Tasmin [12]**
65/5 65/6
66/11 67/2
67/18 76/14
76/16 76/17
79/18 79/18
114/21 128/21
**Tasmin's [3]**
65/20 76/15
131/13
**tell [54]** 3/8
3/15 3/17
4/20 4/23 5/3
8/8 12/23

13/18 16/2
16/13 16/23
17/1 18/18
20/15 20/20
28/22 28/25
32/9 32/16
37/20 40/9
42/4 43/9
48/20 48/23
49/5 50/16
51/8 54/21
57/23 59/1
65/14 68/12
76/9 86/16
87/6 90/12
91/3 92/3
92/7 93/7
99/8 112/23
115/12 115/19
115/24 117/19
119/24 120/16
123/8 128/12
132/10 139/18
**telling [2]**
25/9 114/1
**tender [3]**
7/17 7/19 8/1
**tendering [2]**
7/21 7/24
**term [2]**
91/24 95/12
**terms [1]**

**terms... [1]**
72/15
**testified [5]**
6/3 86/4
117/20 137/25
138/10
**testify [5]**
14/4 57/17
58/15 114/22
114/23
**testifying [6]**
13/22 14/7
17/11 17/15
17/16 117/5
**testimony [5]**
47/6 48/25
79/8 79/11
117/12
**than [34]**
3/20 12/25
22/20 29/1
32/13 46/25
47/21 50/7
50/12 50/21
53/17 53/20
55/17 55/22
56/7 60/7
61/21 63/6
64/6 64/11
64/15 64/23
67/18 92/1

94/15 96/10
98/8 99/15
100/4 100/13
114/20 116/7
129/13 134/4
**Thank [3]**
76/15 92/24
141/12
**Thanks [1]**
57/17
**that [661]**
**That's [1]**
28/16
**their [16]**
21/14 23/7
23/8 48/18
58/8 63/13
77/1 121/25
124/19 125/18
132/20 135/15
135/19 135/23
135/23 139/21
**them [52]**
7/22 7/22
7/23 7/23
7/24 7/25
24/15 33/23
33/25 34/3
34/5 34/7
34/7 34/11
34/12 35/7
43/4 43/5

44/23 48/5
48/16 48/17
60/24 63/21
63/22 64/5
65/3 77/21
77/21 81/4
87/6 87/7
89/23 90/23
90/24 94/16
97/12 99/25
101/15 103/22
103/23 104/11
111/21 112/15
114/10 118/23
120/22 124/6
124/6 125/21
135/5 135/22
**themselves [2]**
123/4 135/4
**then [50]**
9/17 9/23
9/24 12/5
19/12 23/13
24/15 25/6
30/19 31/9
31/11 31/25
33/23 36/8
37/15 40/17
40/24 41/2
42/21 43/16
43/17 43/25
51/12 53/18

**T**

**then... [26]**
54/2  57/10
62/8  76/8
76/19  83/7
83/8  88/8
95/1  96/5
101/14  108/7
108/20  108/22
109/3  111/21
112/25  113/1
121/19  124/5
124/6  128/22
129/7  136/1
139/24  140/19

**there [80]**
9/18  9/25
10/12  10/24
12/7  13/21
17/13  17/20
21/11  26/9
27/13  28/14
28/15  29/8
35/13  40/3
40/21  42/18
45/3  49/6
49/19  50/6
56/8  59/9
59/13  59/19
59/20  61/7
62/8  63/6
64/3  66/24

73/5  73/15
74/3  74/6
75/12  76/16
76/24  77/6
84/11  85/7
85/21  98/13
99/21  100/21
100/25  101/2
108/22  109/2
110/23  111/10
111/11  112/7
113/3  113/3
113/13  118/13
119/10  120/8
120/11  120/23
121/4  121/6
122/6  128/7
128/25  129/4
130/18  130/21
130/24  132/14
132/20  133/21
133/23  134/17
136/6  136/6
140/4  141/9

**there's [13]**
6/17  6/21
11/14  11/16
12/24  14/6
14/21  18/13
24/23  53/7
54/9  84/12
135/10

**therefore [1]**
87/21

**these [21]**
7/21  22/9
31/9  41/5
42/4  42/14
46/19  59/15
59/16  72/24
87/20  89/13
96/11  98/22
119/21  121/15
127/8  127/16
127/23  132/22
135/24

**they [72]**
7/21  17/18
21/11  23/18
25/1  25/1
25/8  32/16
34/15  34/18
34/19  41/9
42/19  47/16
47/24  49/21
50/25  51/2
51/22  53/9
53/11  53/12
53/15  53/17
54/1  54/1
54/2  54/10
54/11  58/12
58/12  63/19
63/25  67/6

**T**

**they... [38]**
70/14 72/25
74/4 74/5
74/5 78/17
78/19 81/1
81/1 81/3
81/7 81/7
90/24 95/23
105/1 111/18
112/19 114/17
114/22 114/23
117/17 117/22
117/25 122/17
122/19 122/19
125/25 130/25
131/7 131/10
131/10 133/5
134/4 135/4
135/19 135/21
136/2 136/7

**thing [9]**
14/18 15/22
37/15 56/1
65/23 67/15
76/16 108/22
114/17

**things [8]**
11/2 11/14
22/10 45/19
59/15 59/16
61/7 61/7

**think [24]**
6/19 9/17
28/8 32/4
38/14 40/1
50/20 51/6
61/18 61/21
68/2 68/5
72/25 77/13
79/4 79/25
84/10 88/4
93/5 111/10
114/23 117/1
119/12 121/19

**thinks [1]**
57/11

**third [1]**
87/19

**Thirty [1]**
41/1

**Thirty-four
[1]** 41/1

**this [103]**
4/19 7/13
7/17 9/10
10/4 10/7
11/15 12/12
12/21 13/2
17/5 17/19
17/24 18/16
18/16 29/14
34/8 37/1
37/5 37/14

37/14 37/17
37/20 38/1
38/17 39/4
39/10 39/21
40/11 40/15
40/15 41/4
41/12 42/11
43/3 50/9
51/18 51/18
51/19 52/19
53/21 54/3
55/21 55/22
56/15 56/22
57/8 58/2
58/12 64/7
64/16 64/24
70/22 78/23
78/25 82/9
84/22 84/23
85/3 87/2
87/3 87/19
93/8 98/21
99/16 101/24
102/1 102/12
103/5 103/12
105/12 105/18
105/23 106/2
106/3 106/10
106/17 106/19
106/23 108/12
108/16 108/22
108/25 110/1

**this... [19]**
110/2 110/15
112/3 113/7
113/7 113/14
114/12 115/11
118/10 119/5
120/5 124/9
139/3 140/10
140/11 141/11
142/12 143/9
143/17

**those [67]**
3/21 4/11
5/12 10/25
23/21 25/3
25/5 25/23
26/6 26/7
30/17 33/20
41/7 45/18
46/8 47/19
48/2 48/4
48/6 48/10
48/14 56/19
57/1 60/13
61/7 62/16
62/22 63/10
63/18 75/1
75/5 85/18
86/9 87/14
88/9 88/17
89/21 90/1

95/18 95/22
95/25 96/3
97/15 97/18
98/5 98/6
99/1 99/6
100/5 100/14
100/23 104/4
104/17 104/24
105/7 109/8
111/8 111/9
114/9 115/8
116/25 129/25
134/23 134/23
135/3 138/4
138/25

**though [1]**
125/12

**thought [2]**
36/14 94/24

**three [10]**
24/23 25/23
31/11 33/22
33/25 38/25
39/2 56/24
57/21 83/7

**through [18]**
7/3 7/5 11/14
12/20 21/3
29/25 34/21
34/24 43/25
59/14 62/13
67/16 68/16

77/7 83/25
108/24 112/4
143/23

**throw [4]**
34/3 48/5
75/5 75/8

**Thursday [6]**
1/15 21/7
21/20 21/23
22/12 23/11

**time [135]**
4/10 4/10
11/1 12/15
12/18 15/10
17/7 17/19
17/23 18/17
19/12 19/20
25/14 31/1
31/25 32/1
32/4 32/5
32/6 32/7
32/8 32/11
32/12 33/14
34/23 35/17
38/18 42/15
43/10 43/22
45/14 46/7
46/10 46/15
49/3 49/12
53/11 53/13
54/19 54/22
54/24 55/9

# T

**time... [93]**
56/12 58/3
58/3 59/3
59/10 59/11
59/20 61/6
61/9 62/4
62/16 62/24
63/13 63/13
68/21 73/20
73/25 75/6
76/19 77/9
78/18 78/21
87/24 88/1
90/15 93/18
94/16 97/13
99/3 101/19
101/24 101/25
102/2 102/11
102/12 102/16
102/18 102/19
103/18 104/8
104/13 104/25
104/25 105/6
105/6 105/15
106/10 106/18
107/17 108/8
108/8 108/13
108/20 109/8
109/10 109/24
110/5 110/6
110/8 110/24

117/19 119/23
120/5 120/14
121/13 122/10
122/13 123/6
123/15 126/18
126/23 128/7
128/9 129/4
130/19 130/22
131/8 131/11
131/16 133/20
133/23 133/24
134/1 134/6
134/7 135/15
135/16 138/10
139/14 139/15
141/14

**timecard [49]**
20/14 20/16
21/5 21/10
23/10 33/10
35/10 35/12
35/19 39/21
45/4 45/6
45/9 47/9
47/12 48/22
48/23 49/6
50/10 50/11
51/3 54/22
58/4 58/7
59/25 62/19
69/4 70/13

73/23 85/21
94/23 96/7
109/1 109/2
109/11 113/7
113/14 113/18
124/12 130/17
130/21 131/4
135/12 135/16
135/20 135/23
136/1 136/5
136/6

**timecards [58]**
2/17 3/20
4/4 4/17 21/8
21/19 22/13
24/15 25/9
25/17 33/12
33/16 33/17
33/18 33/21
41/8 41/9
46/24 46/25
47/10 47/21
62/10 65/1
66/6 67/6
70/11 71/12
78/5 98/10
98/11 99/15
99/16 100/3
100/13 100/13
100/19 101/4
101/20 101/25
102/13 102/17

**timecards...
[17]** 102/21
104/2 104/4
104/16 104/17
105/13 109/4
109/15 113/23
113/24 114/10
115/9 124/11
124/19 125/23
130/18 135/17
**timekeeping
[2]** 57/14
73/12
**timer [1]**
30/1
**times [10]**
17/14 56/16
56/19 57/8
62/15 97/22
120/9 120/11
130/16 140/8
**tired [1]**
55/21
**today [23]**
6/8 12/21
13/21 14/6
15/4 47/7
81/19 87/24
88/15 89/1
105/16 105/19
107/12 110/3

112/6 112/10
112/13 112/18
117/5 117/20
118/2 118/25
139/18
**together [6]**
4/14 82/5
107/1 107/9
107/18 136/5
**told [26]**
17/12 17/13
18/22 18/25
20/12 30/20
47/3 71/4
76/22 86/10
86/23 89/4
89/4 111/20
113/7 118/19
118/19 120/18
123/15 123/20
128/21 132/2
132/7 132/16
137/23 140/8
**too [3]** 76/17
77/18 109/13
**took [3]**
34/10 113/5
114/16
**top [1]** 38/10
**total [2]**
25/16 88/5
**track [1]**

**transcript [7]**
36/24 39/8
43/8 87/25
88/13 143/7
143/10
**translator [1]**
15/4
**treat [1]**
126/11
**trial [2]**
85/3 88/25
**tried [2]**
128/16 130/1
**true [14]**
34/21 34/24
70/19 83/25
114/13 114/14
116/12 130/13
140/13 140/14
140/15 140/19
140/25 143/8
**truthfully [3]**
13/22 14/4
14/7
**try [4]** 14/17
87/25 87/25
128/8
**trying [5]**
12/15 18/1
18/4 51/7
88/12

**T**

**turnover [1]**
 120/24
**TV [1]** 54/11
**two [29]** 7/19
 17/6 17/14
 23/17 23/21
 24/25 27/25
 34/16 34/17
 35/5 37/11
 38/25 39/2
 42/22 54/10
 56/24 58/10
 62/15 65/1
 67/6 83/7
 85/18 94/22
 94/24 94/25
 99/25 122/3
 130/16 135/20
**two person [1]**
 94/22
**type [3]**
 14/13 53/8
 138/5
**typed [1]**
 87/25
**typing [1]**
 14/12

**U**

**Uh [11]** 49/15
 61/3 67/13

 68/24 69/9
 74/18 75/16
 80/25 87/17
 92/9 106/7
**Uh-huh [11]**
 49/15 61/3
 67/13 68/24
 69/9 74/18
 75/16 80/25
 87/17 92/9
 106/7
**under [5]** 1/5
 52/15 52/17
 53/1 143/10
**understand**
 **[12]** 8/18
 14/10 14/22
 14/25 15/6
 15/23 42/25
 84/22 88/14
 88/18 106/3
 108/18
**understanding**
 **[3]** 6/7 15/3
 114/7
**undocumented**
 **[1]** 44/25
**unfortunately**
 **[1]** 57/9
**unintentional**
 **[1]** 132/24
**UNITED [1]**

**unless [2]**
 40/2 89/24
**unliquidated**
 **[1]** 110/17
**unsure [1]**
 32/5
**until [5]**
 14/15 14/18
 21/7 102/12
 102/20
**up [25]** 21/16
 21/21 21/24
 22/10 22/10
 22/13 23/11
 24/14 37/13
 42/15 59/23
 69/11 78/8
 87/8 88/8
 95/13 111/6
 118/10 120/4
 123/14 134/13
 137/6 137/7
 140/13 141/4
**update [1]**
 77/21
**upon [4]**
 86/22 88/22
 88/23 88/24
**us [14]** 18/3
 20/15 35/22
 38/19 42/23

**U**

**us... [9]**
71/4 77/10
78/9 105/17
118/3 128/12
135/25 139/18
139/24
**USC [1]** 1/5
**use [14]** 22/6
24/22 27/20
32/10 32/14
35/10 36/25
37/4 37/8
45/4 45/9
65/1 79/24
91/24
**used [12]**
30/10 35/17
45/6 54/25
73/5 73/12
83/22 84/3
95/6 95/12
126/20 129/7
**uses [1]** 52/3
**using [2]**
68/14 135/11
**UTC [1]** 81/21

**V**

**vacation [4]**
62/6 130/15
130/16 130/19

**varies [2]**
16/19 27/22
**various [1]**
21/8
**verbal [6]**
60/17 60/19
91/23 91/25
91/25 92/10
**verified [1]**
35/21
**versus [1]**
110/15
**Victor [1]**
80/22
**video [1]**
129/1
**visible [1]**
59/8

**W**

**W-2 [1]** 83/19
**W-2s [1]** 81/1
**wage [25]**
3/10 3/22 5/5
56/9 58/1
60/5 61/9
61/25 86/12
90/9 91/5
91/14 91/20
93/12 93/23
94/14 97/9
97/24 99/18
100/5 100/15

116/1 116/9
116/18 127/12
**wages [2]**
84/24 117/8
**wait [6]**
14/15 14/18
88/7 106/17
108/7 115/19
**waited [1]**
106/22
**waive [2]** 8/2
141/12
**waiving [1]**
43/2
**walk [2]**
54/10 108/24
**walks [1]**
76/25
**want [21]**
6/13 9/15
12/8 12/14
15/4 37/11
37/14 42/8
42/18 51/4
51/21 58/15
61/14 73/1
78/17 89/24
92/4 95/12
104/16 106/4
110/13
**wanted [1]**
129/5

# W

**wants [1]**
 136/7
**was [213]**
**wasn't [1]**
 39/22
**waste [2]**
 11/1 87/24
**watch [1]**
 134/20
**water [1]**
 15/12
**way [10]**
 14/25 28/9
 28/16 65/11
 70/15 87/18
 87/23 89/25
 120/16 123/8
**ways [1]**
 100/1
**we [89]** 3/3
 6/12 6/19
 6/20 6/20
 7/12 8/24 9/1
 9/2 9/23 9/25
 10/23 11/1
 11/13 12/10
 14/11 14/14
 15/13 17/7
 17/22 18/16
 21/10 30/25
 31/12 36/4

37/7 37/8
37/17 39/19
39/20 39/20
39/22 40/1
40/7 40/16
40/24 41/4
42/23 42/24
43/3 43/17
43/23 43/25
47/15 55/13
55/13 56/7
60/24 62/8
64/8 77/13
77/21 77/21
79/3 80/3
81/8 86/20
87/4 87/9
87/12 87/13
87/23 87/24
89/9 93/3
94/9 99/24
100/9 101/9
101/14 101/15
105/20 106/6
108/8 109/11
110/18 111/10
112/25 118/2
126/18 126/23
128/1 134/20
135/13 137/4
140/17 140/18
141/1 141/12

**Wednesday [5]**
 21/7 21/10
 21/17 21/20
 21/22
**week [19]**
 21/6 21/21
 21/24 22/14
 47/25 48/5
 48/18 48/20
 81/7 85/10
 93/8 124/13
 124/16 129/7
 129/9 129/13
 130/10 130/11
 140/25
**weeks [6]**
 34/16 34/17
 35/5 130/14
 130/14 135/20
**weird [1]**
 24/7
**welcome [1]**
 89/20
**well [6]** 10/2
 17/25 26/4
 27/18 103/6
 140/17
**went [8]**
 31/11 43/25
 62/15 62/15
 78/17 120/8
 130/15 130/16

# W

**were [77]** 3/1
3/9 4/1 4/3
4/10 5/1 6/20
17/14 18/19
18/22 23/18
30/17 31/9
32/10 32/10
32/16 38/22
47/3 49/19
50/6 54/19
55/4 55/7
55/10 57/1
62/17 62/22
63/18 69/5
72/25 77/20
86/11 89/9
90/8 91/4
92/11 93/22
94/13 95/20
95/22 95/22
95/25 96/3
98/6 99/22
100/20 101/3
101/23 102/5
103/16 103/17
104/5 105/7
111/18 112/7
114/6 114/20
116/16 119/20
120/8 120/11
120/21 122/17
122/19 123/25
124/2 125/25
126/5 126/8
126/11 126/15
127/23 129/25
130/24 130/24
136/16 138/4
**what [169]**
**whatever [5]**
6/23 20/4
25/1 49/6
109/10
**whatsoever [1]**
123/25
**when [86]**
3/19 9/22
13/18 15/22
16/13 17/11
18/4 18/6
18/18 19/5
19/16 20/5
20/11 20/17
20/19 21/5
21/20 22/2
23/11 30/9
31/7 31/14
34/7 34/10
34/15 36/4
36/8 37/5
37/7 43/19
43/23 43/23
43/23 43/24
44/3 47/2
55/1 58/17
59/16 60/23
73/9 73/21
74/4 74/5
75/22 76/17
76/23 88/8
90/12 90/19
90/25 96/11
96/19 99/14
99/22 100/2
101/10 101/17
102/4 102/13
102/19 102/20
103/15 104/24
107/10 108/2
108/6 109/23
110/17 113/1
113/19 117/12
119/21 120/8
120/9 120/11
121/10 121/14
123/8 123/12
126/25 127/15
128/7 128/12
129/4 141/9
**Whenever [1]**
133/11
**where [14]**
20/20 26/6
26/16 46/13
47/19 47/23

# W

**where... [8]**
59/6 75/1
82/9 97/11
97/14 110/8
122/6 130/1

**wherever [1]**
18/15

**whether [15]**
18/25 46/9
56/23 85/19
92/11 99/21
104/21 105/1
105/13 105/25
106/11 111/18
111/23 112/7
122/9

**which [20]**
7/15 17/7
23/21 37/1
40/11 41/3
42/22 42/23
55/11 55/11
55/12 59/2
89/12 96/7
99/22 105/20
110/19 113/20
136/16 141/10

**while [4]**
37/16 89/9
111/16 136/4

**who [48]**
15/25 21/8
22/11 23/15
23/18 24/5
32/9 32/13
32/16 32/24
48/8 60/25
62/6 63/7
65/4 68/20
68/25 70/21
70/23 72/1
72/14 72/16
72/18 73/3
76/5 76/9
79/17 80/6
82/17 94/15
102/6 104/21
107/6 112/8
114/19 118/10
124/2 126/5
126/15 126/15
128/18 128/21
130/5 132/14
133/21 133/22
133/25 134/3

**whole [2]**
50/17 80/10

**whose [1]**
122/3

**why [24]** 30/7
30/11 30/12
30/15 30/23
31/1 31/13

36/4 43/9
57/11 63/25
77/10 87/19
105/12 105/23
106/3 106/10
106/17 106/19
106/22 110/21
128/15 132/25
139/24

**wife [6]**
30/10 30/12
31/17 67/11
67/12 67/15

**will [37]**
3/19 7/22
9/23 10/25
13/17 13/25
14/6 17/22
36/20 37/7
37/8 40/7
40/17 41/4
42/19 42/22
43/4 48/23
49/18 50/16
61/18 61/21
63/13 77/21
77/21 84/6
87/20 87/22
88/2 89/21
90/1 91/24
99/25 100/2
112/11 136/12

**W**

**will... [1]**
141/12

**willfulness [1]** 85/25

**willing [3]**
11/19 11/21
88/2

**Wilmer [8]**
29/15 29/16
29/19 29/23
30/2 31/21
31/25 130/5

**Wilmer's [1]**
31/17

**withdraw [1]**
7/7

**withdrawn [1]**
137/4

**withdraws [1]**
9/18

**within [1]**
103/3

**without [2]**
37/16 60/12

**witness [17]**
2/11 46/23
51/20 72/12
77/14 99/11
101/8 105/9
107/4 109/18
115/17 136/25

137/19 142/9
142/12 143/7
143/9

**witnesses [1]**
72/12

**won't [2]**
11/22 12/5

**word [2]** 22/6
95/6

**work [47]**
20/17 28/3
30/10 49/9
49/11 49/20
50/11 50/14
50/23 51/2
54/1 63/3
68/22 69/1
69/16 69/22
73/5 73/7
75/25 82/21
91/9 92/25
94/8 96/5
99/10 99/23
100/7 101/7
105/9 107/3
109/17 115/16
122/13 122/19
126/7 128/9
129/5 129/7
129/9 129/10
129/12 129/16
130/10 131/9

136/24 137/18
138/22

**work-product [5]** 91/9
94/8 99/10
101/7 136/24

**worked [75]**
17/6 17/8
18/8 19/1
19/12 20/13
28/11 28/14
28/15 28/18
31/25 32/1
32/4 32/5
38/3 43/12
47/7 48/21
49/2 49/4
50/17 63/7
63/19 69/2
70/25 71/2
71/8 71/14
71/19 71/21
73/8 73/9
73/15 75/14
76/1 76/17
79/12 79/13
85/10 85/10
85/15 85/20
92/1 94/15
106/14 107/22
107/24 108/11
108/15 111/1

# W

**worked... [25]**
112/20 114/8
114/24 114/25
115/8 117/6
117/17 117/25
118/9 118/14
122/9 122/10
122/14 126/8
130/9 130/22
131/3 131/21
133/22 133/23
133/25 134/1
134/3 134/6
140/1
**workers [1]**
45/1
**working [22]**
19/13 19/16
19/25 20/2
20/6 45/1
47/25 50/8
51/9 51/12
55/2 70/9
73/21 74/4
75/12 75/22
78/1 118/15
126/1 131/20
131/25 136/4
**works [1]**
37/18
**would [56]**

5/9 5/11
13/21 14/3
16/14 19/1
22/12 23/4
23/10 24/13
25/15 33/8
35/14 45/24
46/2 46/5
46/9 50/11
62/3 62/6
62/9 71/11
73/11 73/25
74/23 77/15
83/12 85/13
90/18 90/24
93/8 96/19
97/3 97/6
97/11 98/5
99/23 114/8
114/10 114/17
114/22 114/23
116/22 116/24
123/4 123/16
123/21 123/21
129/8 130/18
130/25 131/3
138/11 138/14
138/17 138/25
**wouldn't [1]**
78/21
**write [2]**
37/9 114/8

**written [11]**
12/20 60/10
60/11 60/15
60/16 60/18
79/5 91/12
111/24 113/3
117/14
**wrong [6]** 7/1
30/18 87/22
120/17 123/15
125/22
**wrongly [1]**
31/5

# Y

**Y-U-L-I-S-A
[1]** 75/11
**year [49]** 7/2
19/8 19/22
20/9 22/11
23/11 23/16
24/13 24/19
32/9 32/13
32/16 32/20
34/1 34/2
34/21 34/24
35/2 35/9
35/15 47/3
48/21 49/8
49/18 49/23
50/1 50/4
50/7 54/12
59/19 59/22

**Y**

**year... [18]**
 69/5   70/19
 71/15   71/22
 73/24   77/6
 81/8   82/15
 82/17   83/2
 83/2   83/25
 90/15   96/14
 106/6   106/6
 116/12   138/15

**years [26]**
 7/4   28/17
 29/9   29/20
 29/24   33/22
 34/1   45/3
 47/8   50/14
 50/23   52/10
 56/24   56/24
 57/1   57/22
 62/13   63/8
 73/9   83/6
 90/9   95/8
 96/14   100/22
 109/8   127/2

**yes [269]**

**yesterday [4]**
 7/15   37/5
 78/11   105/17

**yet [1]**   9/25

**you [1026]**

**your [202]**

**yourself [8]**
 6/9   12/25
 21/16   45/9
 50/13   50/21
 74/24   114/20

**Yulisa [4]**
 75/9   75/10
 75/11   132/13

**Z**

**ZIDELL [5]**
 1/13   2/2
 11/15   11/17
 54/4

**zip [3]**   26/24
 26/25   27/1