UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24362-JAL/JG

LUIS REYES, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
                Plaintiffs, )
  vs. )
)
COLLINS & 74TH STREET, INC., )
MOHAMMED S HOSSAIN, )
)
                Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF FILING TRANSCRIPTS IN COMPLIANCE WITH THE COURT'S POST-HEARING ADMINISTRATIVE ORDER [DE66][1]**

COMES NOW the Plaintiff, by and through undersigned, and files the Lopez-Osorio (Case No. 15-20614) trial transcript excerpts in Plaintiff's Firm's possession and any hearing transcripts concerning Ms. Langbein's testimony or her involvement as a fact witness regarding exhibits or invoices, in compliance with the Court's Order [DE66]. Plaintiff also files the attached supplemental authority regarding Plaintiff's pending Motion to Disqualify [DE18]. *See, United States of America v. Brestle, et al.,* Case No.: 05-80215-CR-RYSKAMP/HOPKINS; *United States Commodity Futures Trading Commission v. Hunter Wise Commodities, LLC, et al.,* Case No.: 12-81311-CV-MIDDLEBROOKS/BRANNON [DE120].

Exhibit A – Transcript of Digital Recording of Telephonic Proceeding had before the Honorable Magistrate Judge Alicia M. Otazo-Reyes on 1/5/16:

      P.2, L.19-P.7, L.20.

---

[1] Plaintiff has filed a Motion for Extension of Time [DE75] to supplement the filing as the Court Reporter from the Lopez-Osorio trial (Case No.: 15-20614) has advised that she has 12 transcript requests prior to Plaintiff's request so it would take about 45 days to begin Plaintiff's transcript request.

<u>Exhibit B – Transcript of Final Pretrial Conference Before the Honorable Magistrate Judge Alicia M. Otazo-Reyes on 8/9/16:</u>

    P.8, L.16-P.9, L.13.

                            Respectfully submitted,

                            J. H. ZIDELL, P.A.
                            ATTORNEYS FOR PLAINTIFF
                            300-71ST STREET, SUITE 605
                            MIAMI BEACH, FLORIDA 33141
                            305-865-6766
                            305-865-7167

                            By:_s/ Rivkah F. Jaff, Esq. ___
                                Rivkah F. Jaff, Esquire
                                Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/28/17 TO:**

**LESLIE W. LANGBEIN, ESQ.
LANGBEIN & LANGBEIN
8181 NW 154 STREET, SUITE 105
MIAMI LAKES, FL 33016
PH: 305-556-3663
FAX: 556-3647
EMAIL: LANGBEINPA@BELLSOUTH.NET**

    **BY:___/s/___Rivkah Jaff_____
        RIVKAH JAFF, ESQ.**