UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

       Plaintiff,

vs.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

       Defendants.
_____/

### NOTICE OF FILING DEPOSITION EXCERPTS IN OPPOSITION TO MOTION TO DISQUALIFY and TO TAKE THE DEPOSITION OF DEFENSE COUNSEL

Defendants, COLLINS & 74TH STREET, INC. and MOHAMMED S. HOSSAIN, through undersigned counsel, tender the following excerpts from the deposition of Lesly Azucena to establish there is a witness who can testify about Defendants' good faith efforts and that those measures were in place in 2012 -- before Plaintiff was hired.

Line & Page

7:16 - 8:4

12:6 - 16:25

18:2 - 21:3

27:2 - 30:25

35:5 -24

43:4 - 24

50:10-20

52:4 - 55:10

55:21 - 57:11

                                Respectfully Submitted,

                                LANGBEIN & LANGBEIN, P.A.
                                Counsel for the Defendants
                                8181 NW 154th Street, Suite 105
                                Miami Lakes, FL 33016
                                Tel:   (305) 556-3663
                                Fax: (305) 556-3647

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was filed electronically on June 30, 2017 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

                                By:   /s/ Leslie W. Langbein
                                      Leslie W. Langbein, Esq.
                                      Fla. Bar No. 305391

SERVICE LIST

J.H. ZIDELL, P.A.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
David Kelly, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Rivkah.Jaff@gmail.com