1          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2            CASE NO: 16-CV-24362-JAL
3    _____

4    LUIS REYES,
     and all others similarly
5    situated under 29 USC 216 (B),

6
                      Plaintiff,
7
                      -vs-
8
     COLLINS & 74TH STREET, INC. and
9    MOHAMMED S HOSSAIN,

10

11                    Defendants.
12   _____

13
                    LAW OFFICES OF J.H. ZIDELL, P.A.
14   AT:            300 71 Street
                    Suite 605
15                  Miami Beach, Florida 33141
                    Thursday, May 4, 2017
16                  12:00 p.m.

17   _____

18           DEPOSITION OF LESLY AZUCENA
19   _____

20          Taken before Rochel Albert, CSR and Notary

21   Public in and for the State of Florida at Large,

22   pursuant to Notice of Taking Deposition filed in

23   the above cause.

24   _____

25     *DEPO EXPRESS REPORTING, INC. (305) 305 3333*

```
 1    APPEARANCES:

 2        RIVKAH JAFF, Esq.
          LAW OFFICES OF J.H. ZIDELL
 3        300 71st Street, Suite 605
          Miami Beach, Florida  33141
 4        Attorney for Plaintiff

 5

 6        LESLIE LANGBEIN, Esq.
          LANGBEIN & LANGBEIN
 7        8181 Northwest 154 Street
          Suite 105
 8        Miami Lakes, Florida 33016
          Attorney for Defendant

 9

10                     I N D E X

11    WITNESS               EXAMINATION  BY        PAGE

12    LESLY AZUCENA          MS. JAFF  .........    3

13                           MS. LANGBEIN ....     50

14

15    EXHIBITS FOR IDENTIFICATION              PAGE

16      (None offered.)

17

18

19

20

21

22

23

24

25
```

```
 1                    MARIA MARCELLO,

 2              interpreter, was sworn in to

 3              translate from  English to Spanish

 4              and Spanish to English to the best of

 5              her ability.

 6                    LESLY AZUCENA,

 7              being first duly sworn by the court

 8              reporter, testified as follows:

 9                    EXAMINATION

10   BY MS. JAFF:

11      Q    Good morning, ma'am.  I represent the

12   Plaintiff in this case, Luis Reyes.  Ms. Langbein

13   represents the defendants, and her client,

14   Mohammed Hossain, is on the line, correct?

15           MS. LANGBEIN:  No.  He is on the plane.

16   He went to the airport.

17      A    Okay.  The defendant and who else you

18   said?

19      Q    Two defendants, Mohammed Hossain and

20   Collins and 74th Street, Inc.

21      A    That's right.

22      Q    Can you please state your name for the

23   record and spell it?

24      A    Lesly, okay.  L-E-S-L-Y.

25      Q    And your last name, ma'am?
```

```
 1      A     Lesly Azucena.

 2      Q     Can you spell that, please?

 3      A     A-Z-U-C-E-N-A.

 4      Q     Have you ever been known by another name?

 5      A     Yes.

 6      Q     And what was that name?

 7      A     Lesbia Azucena.

 8      Q     Any other last name other than Azucena?

 9      A     Movla.

10      Q     And can you spell that for the record,

11   please?

12      A     M-O-V-L-A.

13      Q     Okay, ma'am.  Let me just give you some

14   ground rules for the deposition today.

15      A     All right.

16      Q     The court reporter cannot record two

17   people talking at once.  I am going to ask that

18   you wait until I finish asking my question, and I

19   will try to give you the same courtesy and wait

20   until you finish answering the question before I

21   talk.

22      A     All right.

23      Q     The court reporter also cannot take down

24   any kind of head shakes or head nods or "uh-huh"

25   or "huh-uh."  Just make verbal responses, please.
```

1      A    All right.

2      Q    I also don't know what your level of

3  English is.  So I am going to ask that you please

4  wait for the translation, even if you understand

5  my question, and that you please respond only in

6  Spanish, even if you are inclined to answer in

7  English.

8      A    Yes.

9      Q    I also want to make sure that you are

10  answering what I am asking you.  So if you are

11  unsure of what I said or you need me to reask it,

12  please ask the translator for me to reask it or to

13  phrase it in a different way so you understand my

14  question.

15      A    All right.

16      Q    Everything that is being recorded today,

17  you were just sworn in.  So everything is under

18  oath and under the penalties of perjury.  Do you

19  understand that?

20      A    Yes.

21      Q    Is there anything that would make you not

22  able to testify truthfully and honestly today?

23      A    No.

24      Q    Are you on any kind of medication that

25  would affect your memory?

```
 1       A     No.

 2       Q     The last thing is if you have a need for

 3  the bathroom or for water, coffee, anything of

 4  that nature, I am happy to take a break as long as

 5  I don't have a pending question.  If I have a

 6  pending question, I am going to ask that you first

 7  respond to my question before we take a break.

 8       A     All right.

 9       Q     Can you please tell us your date of birth?

10       A     May 13th,  [REDACTED]

11       Q     We are going to go off the record.  Can

12  you please give us your Social?

13             (A discussion was held off the record.)

14       Q     Can you give us your address, please?

15       A     [REDACTED]

16             MS. LANGBEIN:  What was the number of the

17  street?

18             MS. JAFF:    [REDACTED]

19                                                   .

20       Q     And how long have you lived at that

21  address?

22       A     Ten years.

23       Q     Do you live there by yourself?

24       A     No.

25       Q     Do you live with anybody over the age of
```

1    18?

2        A    Yes.

3        Q    Who do you live with that's over the age

4    of 18?

5        A    My husband.

6        Q    That is it?

7        A    Yes.

8        Q    And does he go by the last name Azucena?

9        A    No.

10       Q    Does he go by the last name Movla?

11       A    Yes.

12       Q    And you prefer to be called Lesly?

13       A    All right.

14       Q    Are you currently employed, ma'am?

15       A    Yes.

16       Q    Where are you currently employed?

17       A    ML Food Market.

18       Q    Is that Collins and 74th Street, Inc.?

19       A    Yes.

20       Q    So we're going to do like we did in the

21   other deposition, where we refer to it as the

22   store, instead of keep saying the name of the

23   store.  Okay?

24       A    I agree.

25       Q    How long have you worked at the store for?

1      A      Since 2015.  Correction, since 2012.

2      Q      You have been working there since 2012 to

3  the present?

4      A      That's right.

5      Q      Have you taken any significant time off

6  for any personal reasons or vacation?

7      A      Yes.

8      Q      And how long have you missed from work

9  during that time period?

10     A      I don't know.

11     Q      Have you missed more than a week at a

12  time?

13     A      I do not remember.

14     Q      Have you been absent from work for more

15  than a month at a time?

16     A      I do not believe so.

17     Q      Do you recall what year you would have

18  missed the significant time you told us about a

19  few minutes ago?

20     A      What?  I don't understand.

21     Q      Have you ever missed a significant amount

22  of time of work, meaning more than a week at a

23  time?

24     A      Many times, but it's been so many times

25  that I do not recall.

1    today that would reflect your absences?

2       A    No.

3       Q    When you started working in 2012, what

4    position were you hired for?

5       A    To print labels.

6       Q    And did you have that job all the way

7    through to the present?

8       A    Yes.

9       Q    And that has been your only position,

10   printing the labels?

11      A    No.  Checking cameras, writing checks.

12      Q    Anything else?

13      A    Sometimes checking invoices.

14      Q    What kind of invoices?

15      A    The product prices.

16      Q    And you said sometimes.  How often would

17   that be?

18      A    Almost always, on a daily basis.

19      Q    When you check the cameras, where are

20   those located?

21      A    All over the store.

22      Q    And the cameras that you check, you are

23   physically walking to each camera or are you

24   watching on a television?

25      A    No, they are on a television.

1    asked you to keep the recording?

2      A   I do not recall because that was a long

3    time ago.

4      Q   Do you recall what year that occurred?

5      A   No.

6      Q   You also said that you are responsible for

7    writing the checks?

8      A   Yes.

9      Q   What checks are you writing?

10      A   The employees and the salespeople.

11      Q   So you do the payroll checks?

12      A   Yes.

13      Q   And tell me how you go about doing that.

14      A   They give me the cards.

15      Q   Who is they?

16      A   Sharmin.

17      Q   Sharmin gives you the card, and then what?

18      A   I write the checks.

19      Q   You put information into Quickbooks?

20      A   That's right.

21      Q   Who else has access to Quickbooks besides

22    for yourself?

23      A   No one.

24      Q   Not even Mohammed?

25      A   No.

```
 1      Q    Has that been true for the years 2013 to
 2   2016?
 3      A    Yes.
 4      Q    So Sharmin gives you a copy of every
 5   employee's time records?
 6           MS. LANGBEIN:  Objection to form.
 7      A    He gives me the cards.
 8      Q    And what is on the timecards?
 9      A    The hours.
10      Q    Just the time that they clock in and the
11   time that they clock out?
12      A    That's right.
13      Q    Are there any calculations on that
14   timecard that you get?
15      A    Sharmin does that.
16      Q    And what is that?
17      A    She gives me the hours and then she gives
18   me the hours.  Correction.  She adds the hours and
19   then she gives me the hours.
20      Q    So Sharmin's calculation is reflected on
21   the timecard?
22      A    That's right.
23      Q    Do any of the timecards show that the
24   employee worked more than 40 hours in a week?
25      A    Yes.
```

```
 1      Q     And how does Sharmin differentiate between

 2   what is the hours and what is the overtime hours

 3   on the timecard?

 4          MS. LANGBEIN:  Objection, speculation.

 5      A     She tells me there is an overtime.

 6      Q     And how does she tell you that?

 7      A     She just tells me this person worked more.

 8      Q     So the time record doesn't show what is

 9   overtime and what is time?  It just shows the

10   total calculation?

11      A     It does show everything.

12      Q     And it shows 40 hours and then it shows

13   two overtime hours?

14      A     Yes.

15      Q     So the timecard itself, Sharmin says how

16   many hours are overtime hours?

17      A     She writes down the total number of hours.

18   When I put that in Quickbooks, Quickbooks helps me

19   to put -- I need to do that when I write the

20   checks.

21      Q     When you input the information into

22   Quickbooks, you put it in differently if it's

23   overtime than if it's a regular hour?

24      A     That's right.

25      Q     And how do you put that in differently?
```

```
1        A     After the 40 hours a week, that is
2   overtime.
3        Q     Do you check the math that Sharmin does?
4        A     I didn't check them before.  Now, I do.
5        Q     When did you start doing that?
6        A     More than two years ago.
7        Q     In about 2015?
8        A     More or less.
9        Q     In the year 2015, approximately that is
10  when you would double check Sharmin's math on the
11  timecards.
12       A     Yes.
13       Q     And did you realize any mistakes that
14  Sharmin made?
15       A     No.
16       Q     And who told you in about 2015 that you
17  were responsible for double checking Sharmin's
18  calculation?
19       A     Tasmin.
20       Q     Do you know why Tasmin told you that?
21       A     No.
22       Q     Is Tasmin your supervisor?
23       A     Yes.
24       Q     And she has been your supervisor since
25  2012?
```

```
 1        A      Yes.

 2        Q      Does Tasmin review the timecards?

 3        A      She does.

 4        Q      Does Tasmin review the timecards after you

 5   or before you?

 6        A      Before.

 7        Q      Does Tasmin review the timecards after

 8   Sharmin does or before?

 9        A      After Sharmin reviews them.

10        Q      First Sharmin reviews the timecards, then

11   Tasmin, then you, then you input it into

12   Quickbooks, and the payroll checks are issued?

13        A      That's right.

14        Q      And that is how it's been since 2012?

15        A      Yes.

16             MS. LANGBEIN:  Objection to form.

17        Q      Has there been anybody else aside from

18   Sharmin that does the calculation before Tasmin or

19   yourself review the timecard?

20        A      Two years ago, I do not recall the time

21   Sabia did.

22        Q      So the same time that you started double

23   checking Sharmin's work is the same time that

24   Sabia started being involved in the timecards?

25             MS. LANGBEIN:  Objection to form.
```

```
 1        A     No.
 2        Q     Did Tasmin review the timecards after
 3   Sabia?
 4              MS. LANGBEIN:  Objection.
 5        A     I do not believe so.
 6        Q     Did Tasmin review the timecards before you
 7   would look at them, when Sabia was doing the
 8   timecard calculation?
 9        A     I do not recall.
10        Q     Did Sabia leave the store and Sharmin take
11   over her position?
12        A     Sabia still works there.
13        Q     Does Sharmin still work there?
14        A     Yes.
15        Q     How come Sharmin started keeping track of
16   doing -- doing the calculation on the time records
17   instead of Sabia?
18        A     Because she got pregnant.
19        Q     So Sabia and Sharmin never did the
20   timecards calculation together at the same time,
21   correct?
22        A     No.
23        Q     Once you issue the payroll checks, who
24   reviews those checks?
25        A     Tasmin.
```

1    Q    If there's any mistakes, are you the

2  person that has to reissue the checks?

3    A    That's right.

4    Q    Have there ever been mistakes that you had

5  to correct during the years 2013 to 2016?

6    A    No.  Sometimes, because, let's say, the

7  address on the check is wrong.

8    Q    And what does Tasmin do with the check?

9    A    She signs them.

10   Q    And then does Tasmin give it to the

11 employees?

12   A    That's right.

13   Q    And then what do you do with the timecard?

14   A    She takes them.

15   Q    So you don't know what happens to the

16 timecards once you give them back to Tasmin?

17   A    No.

18   Q    Do you know if those timecards are kept?

19   A    I don't know.

20   Q    Do you know if the timecards are

21 destroyed?

22   A    I don't know.

23   Q    Do any of the employees get a copy of

24 their timecard?

25   A    No.

```
1      Q    Do any of the employees ever ask for
2   copies of their timecards?
3      A    None of them.
4      Q    Do you know if the timecards are put
5   somewhere where an employee can access them?
6      A    At the end of -- when the people went to
7   see -- let's say, at the end of the 15 days,
8   sometimes they ask to see their hours, but not
9   always.
10     Q    What happens if they ask to see their
11  hours?
12     A    Nothing.  They just want to see how many
13  hours they worked.  That is all.
14     Q    Are they given a copy of their timecard?
15     A    Yes.  I've never made copies for them.
16     Q    Are any of the employees getting
17  deductions taken out of their payroll?
18     A    No.  Beside the regular stuff, taxes,
19  Medicare.
20     Q    So each employee has taxes taken out of
21  their checks?
22     A    That's right.
23     Q    To your knowledge, during the years 2013
24  to 2016, did any employee get paid in cash?
25     A    Not that I know of.
```

```
1        Q     Would you be the person that would pay any
2    employees by cash?
3        A     No.  I don't pay anyone.
4        Q     And what do you do with the Quickbooks
5    information?
6        A     I make reports for the accountant.
7        Q     What kind of reports?
8        A     The addition of all the checks.  The
9    deductions to all the employees.  That is all.
10       Q     Is there a name for that report?
11       A     Summary.
12       Q     Is there a button that you press in the
13   Quickbooks in order to get that summary?
14       A     I just go to reports, and I select from
15   what day to what day.
16       Q     And you do this on a weekly basis?
17       A     No.  Every two weeks.
18       Q     And every two weeks, you e-mail it to the
19   accountant?
20       A     Yes.
21       Q     Do you know who the accountant was in the
22   years 2013 to 2016?
23       A     I do not memorize names.  Just their
24   e-mails.
25       Q     Do you know what his e-mail address was?
```

1     A     That's right.

2     Q     Do you believe that you worked more than

3     40 hours during the years 2013 to 2016, during any

4     week?

5     A     I do not recall.

6     Q     Did you have to keep track of the hours

7     that you worked?

8     A     Yes.

9     Q     And how did you do that?

10    A     The cards are in a box and I pick up the

11    cards, and I always have to punch.  I have to

12    punch in and out.

13    Q     And you had to do that for the year 2013

14    to 2016?

15    A     Always.

16    Q     Were you the person that prepared the

17    cards?

18    A     No.

19    Q     How would you know which card was yours?

20    A     It always has the names.  I do not prepare

21    that.  But the names are always in one corner of

22    the card.  Every card has a name.

23    Q     Are the cards showing one week or they

24    show two weeks?

25    A     One week.

```
 1      Q     What happens to them at the end of the

 2   week?

 3      A     At the end of the week, Sharmin counts

 4   them on Wednesday.

 5      Q     Sharmin counts them on Wednesday?

 6      A     That's right.

 7      Q     And when do you receive them, on what day

 8   of the week?

 9      A     I receive them on Thursday morning.

10      Q     When does Tasmin look them over?

11      A     On Thursday also.

12      Q     Does Sharmin count the timecards in your

13   office?

14      A     No.  She counts somewhere else, in a place

15   in the back.

16      Q     So you don't actually witness her with

17   your own eyes counting the cards?

18      A     I see her sitting there with a pile of

19   cards, but she looks very busy.  I am not going to

20   distract her.

21      Q     Does Tasmin sit with Sharmin while she

22   counts the cards?

23      A     No.

24      Q     How about Mr. Kashem?

25      A     No.
```

```
1       Q     Do you know who he is?

2       A     Yes.

3       Q     And who is he?

4       A     He works at the store receiving

5    merchandise.

6       Q     In the same office as you?

7       A     No.

8       Q     Where is the timecard machine located?

9       A     It's in the center on the counter.

10      Q     And you clock in as soon as you start your

11   work?

12      A     That's right.

13      Q     Have you ever been instructed to start

14   working and wait a little bit before you clock in?

15      A     No.

16      Q     And then you clock out at the end of your

17   day?

18      A     That's right.

19      Q     Have you ever been instructed to clock out

20   and to continue to work?

21      A     No.

22      Q     Have you ever been paid cash by the store

23   for any services that you have performed for it?

24      A     No, I have never been paid in cash.

25      Q     Do you take a break during the day?
```

```
1        A     Yes.  Ten minutes.
2        Q     Do you have to clock out for those five or
3   ten minutes?
4        A     No.
5        Q     Do other employees have to clock out for
6   any breaks that they take?
7        A     No one clocks out.
8        Q     Does everyone use the machine?
9        A     That's right.
10       Q     Does Tasmin use the machine?
11       A     I believe he does also.
12       Q     But you have never seen her use it
13   yourself?
14       A     I have seen her clocking out, because in
15   the morning she arrives early.
16       Q     How about Mr. Kashem?  Does he also use
17   the time clock machine?
18       A     Yes, he does.
19       Q     How about Corine?  Does he use the clock
20   machine?
21       A     Yes.
22       Q     How about Maximo?  Does he use the clock
23   machine?
24       A     Yes.  Everybody uses that card because
25   that is the way that Sharmin counts the hours.
```

```
1        A     I don't know.

2        Q     Do you know if Mr. Reyes worked on

3   Sundays?

4        A     No.

5        Q     Do you know if Mr. Reyes kept track of the

6   hours that he worked on the timecard?

7        A     I suppose so because that is the way to

8   visualize the hours.

9        Q     Do you know if Mr. Reyes was ever

10  instructed to clock out and to continue to work?

11       A     I never knew anything about that.

12       Q     Do you know if Mr. Reyes arrived and he

13  was told to work for a while before he was allowed

14  to clock in?

15       A     No.  I mean, I was not there early.  But I

16  do not believe so, because everybody marks their

17  time on the card.

18       Q     Do you know if Mr. Reyes ever gave you

19  handwritten notes regarding the times that he

20  would work?

21       A     No.

22       Q     Did you ever see Mr. Reyes give Tasmin

23  handwritten records of the times that he worked?

24       A     No.

25       Q     Do you know when Mr. Reyes stopped
```

```
 1    of overtime or minimum wage, do you ever contact
 2    Ms. Langbein?
 3        A    No.
 4        Q    Is there a poster in the store?
 5        A    Yes.
 6        Q    Does that poster refer to overtime and
 7    minimum wage?
 8        A    Yes.
 9        Q    And how long has that poster been there
10    for?
11        A    Since I started working there.
12        Q    And you are sure it refers to overtime and
13    minimum wage and not just Worker's Compensation
14    personal injury?
15        A    Everything is included.
16        Q    And where is that poster located?
17        A    It's in the office, in front.
18        Q    Do you know if Mohammed ever contacted
19    anyone before this lawsuit to ensure he was in
20    compliance with the overtime and minimum wage
21    laws?
22            MS. LANGBEIN:  Objection to form.
23        A    I do not remember having heard something
24    like that.
25        Q    How about somebody else at the store?  Do
```

```
 1        A    She looks at them.
 2        Q    If she told us that she never looked at
 3   them, she would be lying?
 4             MS. LANGBEIN:  Objection.
 5        A    It's that she does not count them.  She
 6   only checks them.
 7             MS. JAFF:  Okay.  I don't have any other
 8   questions.
 9             MS. LANGBEIN:  I have a couple questions.
10                       EXAMINATION
11   BY MS. LANGBEIN:
12        Q    Let's start with the last question first.
13             Do you know if Tasmin checks the timecards
14   to make sure that everyone has punched in and
15   punched out on each day?
16        A    Yes.
17        Q    Does she do that because the tape is only
18   available for two weeks, and that is the only
19   opportunity to catch mistakes?
20        A    That's right.
21        Q    I am going to show you a packet of
22   timecards that was marked Exhibit 6 to a prior
23   deposition.
24        A    I agree.
25        Q    Does this look like the packet of
```

```
 1   hours recorded for employees?
 2        MS. JAFF:  Object to form.
 3   A    Yes.
 4   Q    You were asked what steps Mohammed took to
 5   ensure that he complies with the law.  Has there
 6   always been a time clock ever since you worked
 7   there?
 8   A    Yes.
 9   Q    Has he always made employees clock in and
10   clock out?
11        MS. JAFF:  Object to form.
12   A    Yes.
13   Q    Does he pay overtime when an employee
14   works overtime?
15        MS. JAFF:  Object to form.
16   A    Yes.
17   Q    Does he have a poster in the store?
18   A    Yes.
19   Q    If an employee has an issue with their
20   paycheck, are they allowed to look at their
21   timecard at the end of the week?
22        MS. JAFF:  Object to form.
23   A    That's right.
24   Q    Do employees sign their timecards at the
25   beginning of the week or at the end of the week
```

```
 1    after all the hours are recorded?
 2            MS. JAFF:  Object to form.
 3       A    At the end of the week.
 4       Q    Have you ever heard Mohammed instruct you
 5    or anyone else in the store to not record all
 6    their hours?
 7       A    No.
 8       Q    Has he ever instructed you not to pay an
 9    employee for overtime hours?
10       A    No.
11       Q    Is it the practice of the store that all
12    employees have to clock in the minute they get
13    there?
14            MS. JAFF:  Object to form.
15       A    Yes.
16       Q    Is it the policy of the store that
17    employees have to finish their work and then clock
18    out?
19            MS. JAFF:  Object to form.
20       A    That's right.
21       Q    Are you the person that is in charge of
22    the video, the security video?
23       A    Sometimes I check the cameras.
24       Q    If an employee came to you and said, I
25    don't believe my time is right, I want to see the
```

```
 1    video for that day, would you show it to them?
 2        A    Yes.
 3        Q    Do you know if Mohammed speaks Spanish?
 4        A    A little.
 5        Q    If you had an employee who only spoke
 6    Spanish -- have you ever spoken to an employee in
 7    the store whose sole language is Spanish,
 8    regarding work conditions or hours or pay?
 9        A    No.
10        Q    Have you ever overheard Mohammed tell
11    Tasmin or any other manager to make employees work
12    off the clock?
13            MS. JAFF:  Object to form.
14        A    No.
15        Q    Have you ever heard Mohammed tell any
16    manager to shave hours off of timecards?
17            I am not sure if that translates, but.
18        A    No.
19        Q    Have you ever seen Mohammed pay anyone in
20    cash?
21        A    No, I have never seen that.
22        Q    Have you ever seen Tasmin pay any employee
23    in cash?
24        A    No.
25        Q    Have you ever seen Mr. Kashem pay any
```

```
1    employee in cash?

2        A    No.

3        Q    Who is Corine?

4        A    He is a cashier.

5        Q    Does he have the authority to pay anybody

6    in cash?

7        A    No.

8        Q    Do you know if Corine ever made any loans

9    out of his personal money to employees?

10       A    I believe so.

11       Q    Is the reason you send the report from

12   Quickbooks to the accountant, so the accountant

13   can make the payroll deposits?

14            MS. JAFF:  Object to form.

15       A    No.

16       Q    Do you know why you were requested to send

17   the report to the accountant?

18       A    I believe it is because he pays the taxes.

19       Q    It was the same thing I asked but in a

20   different way.

21            About on average, how many hours a week do

22   you work?

23       A    Thirty-six, 37, 40.

24       Q    Have you ever seen employees take photos

25   of their timecards with their phone?
```

```
1        A    No.
2        Q    If an employee wanted to take a photo of
3   the timecards, could he just go or she go into the
4   box and take his timecard, take her timecard, and
5   make a photo with her cell phone?
6        A    If they want to, they can.  But I have
7   never seen that.
8        Q    Okay.  There was a question posed to you
9   if the timecards showed all the hours.  And I
10  think you testified that Sharmin looks at the
11  timecards, and then writes in the hours.
12       A    That's right.
13       Q    So when you get the timecards to see, the
14  hours are already handwritten in?
15       A    Yes.
16       Q    You were asked if there were any documents
17  other than your passport that would show the days
18  you took off.  Would your timecards also show that
19  you were not there on particular days?
20       A    Yes, of course.
21       Q    I am going to show you a piece of paper.
22  What do the actual timecards look like?  What
23  color are they?
24       A    Yellow.
25       Q    Have you ever seen an employee use a piece
```

```
 1    of paper instead of a timecard to clock in?

 2         A    No.

 3         Q    Have you ever seen an employee give a

 4    piece of paper, like the one I am holding, which

 5    has their name written on the side and clock in

 6    times, to either Mohammed or Tasmin for payment?

 7         A    No.

 8         Q    To your knowledge, did Mr. Reyes receive

 9    any instructions that he was to work off the

10    clock?

11         A    No.

12         Q    Are you aware of any employee who has

13    worked seven days a week in a row?

14         A    I believe so.

15         Q    Who would that be?

16         A    I believe Mario.

17         Q    And Mario is a current employee or he was

18    an employee back then?

19         A    He is working.

20         Q    Were they seven days in the same week?

21         A    But I believe it's six.

22         Q    Do you recall that at some point, Mr.

23    Reyes went from working five days a week down to

24    four days a week?

25              MS. JAFF:  Object to form.
```