UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24362-JAL

| | |
|---|---|
| LUIS REYES, and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| COLLINS & 74TH STREET, INC., MOHAMMED S HOSSAIN, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**PLAINTIFF'S NOTICE OF FILING COUNTER DESIGNATIONS TO LESLY AZUCENA'S DEPOSITION TRANSCRIPT IN COMPLIANCE WITH THE COURT'S ORDER [DE83]**

COMES NOW the Plaintiff, by and through undersigned, pursuant to the Court's Order [DE83] and files the transcript of LESLY AZUCENA, who appeared as a non-party witness, and herein specifies by page and line numbers the questions concerning Ms. Azucena's clear lack of knowledge as to any advice given by Ms. Langbein to Defendants in relation to compliance with FLSA and/or any changes made by Defendants in compliance with the FLSA.

Page #:Line #

8:5-10:2;

14:1-14:7;

15:3-15:23;

17:23-18:9;

19:13-19:25;

20:23-22:15;

23:3-24:8;

1

27:16-27:18;

28:12-8:25;

31:3-:31:6;

31:14-31:25;

31:13-31:16;

33:19-33:21;

34:4-35:15;

37:12 – 42:24;

43:18-44:5;

44:21-45:17;

45:22-45:47:25;

48:16-48:19;

49:2-49:23;

55:11-55:19;

57:2-58:5.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF 7/10/17 TO:**

**LESLIE W. LANGBEIN, ESQ.
LANGBEIN & LANGBEIN
8181 NW 154 STREET, SUITE 105
MIAMI LAKES, FL 33016
PH: 305-556-3663
FAX: 556-3647
EMAIL: LANGBEINPA@BELLSOUTH.NET**

**BY:__/s/____Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**