UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

    Plaintiff,
vs.                                                    ON REFERRAL

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

    Defendants.
_____/

## NOTICE OF FILING

Defendants, COLLINS & 74TH STREET, INC. and MOHAMMED S. HOSSAIN, by and through undersigned counsel, file an additional email dated July 5, 2017 between counsel for the parties regarding the issue of conferral on Defendants' Motion for Clarification.

Defendants additionally express their dismay and disappointment at the inflammatory tone utilized by Plaintiff's counsel in their Notice of Compliance with the Court's order to file the email exchanged between counsel.

                                      Respectfully Submitted,

                                      LANGBEIN & LANGBEIN, P.A.
                                      Counsel for the Defendants
                                      8181 NW 154th Street, Suite 105
                                      Miami Lakes, FL 33016
                                      Tel: (305) 556-3663
                                      Fax: (305) 556-3647

                                      By: /s/ Leslie W. Langbein
                                            Leslie W. Langbein, Esq.
                                            Fla. Bar No. 305391

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was filed electronically on July 12, 2017 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

                            By: /s/ Leslie W. Langbein
                                  Leslie W. Langbein, Esq.
                                  Fla. Bar No. 305391

SERVICE LIST

J.H. ZIDELL, P.A.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
David Kelly, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Rivkah.Jaff@gmail.com