| | |
|---|---|
| **Subject:** | Re: Reyes v. Collins and 74th |
| **From:** | langbeinpa (langbeinpa@bellsouth.net) |
| **To:** | ntobak.zidellpa@gmail.com; |
| **Date:** | Wednesday, July 5, 2017 4:20 PM |

Neil -- I have no acknowledgments from anyone in your law firm on 7/3/17 acknowledging my two emails seeking your position on my Motion for Clarification.   Therefore, to me... your email to me stating "What.... I answered you 2 times" indicated that you had.   You will have to explain to Judge Goodman that you were talking about your motion to strike and I was talking about my Motion for Clarification.

Leslie W. Langbein, Esq.
LANGBEIN & LANGBEIN, P.A
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

*Please visit our website at "www.langbeinpa.com"*

Board Certified by the Fla. Bar in
   Labor & Employment Law
Fla. Cert. Circuit/Civil Mediator
Fla. Cert. and AAA Arbitrator
"AV" Rated by Martindale Hubbell
Designated by SuperLawyer Magazine as a
   "SuperLawyer, 2009-2017 "
Designated as one of "South Florida's "Top Rated
   Lawyers" 2012 and 2013 by ALM Publications"
Member, Fla Chapter of the National Academy of Distinguished Neutrals

> > > > >

THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND IS INTENDED TO BE ACCESSED AND VIEWED ONLY BY THE NAMED RECIPIENT.   IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT IMMEDIATELY AND NOTIFY US OF THE ERROR BY REPLY MAIL.

On Tuesday, July 4, 2017 10:09 AM, Neil Tobak <ntobak.zidellpa@gmail.com> wrote:

Leslie, I'm not sure if your email is messed up or what, but your response to my 3rd conferral, came in 12 hours after my motion was filed and 1 hour after the judge already ruled on it. That makes no sense.

Additionally, your certificate of conferral misrepresents what I said to you. I never told you I already sent a response to your conferral. I said I sent you a conferral request first to which you never responded. And now that the Judge has asked for the email that you state  "i said I supposedly sent ", which never happened, I will have to point out to the judge with our email chain, showing that never occurred. You are welcome to clarify that with the Judge, or I will tomorrow morning.

Neil Tobak, Esq.
J.H. Zidell, P.A.

City National Bank Bldg.
300 71st Street #605
Miami Beach, Fla. 33141
(305) 865-6766
Fax (305) 865-7167
Email: ntobak.zidellpa@gmail.com

On Jul 4, 2017, at 9:12 AM, langbeinpa <langbeinpa@bellsouth.net> wrote:

> Here's my response..... If you move to strike evidence that there is another witness who can testify about the measures that were taken by y client to comply with the FLSA -- one of the tests for disqualification-- then I will move to strike your attempt to file my deposition which is for the same purpose.    choose your poison well.

> Leslie W. Langbein, Esq.
> LANGBEIN & LANGBEIN, P.A
> 8181 NW 154th Street, Suite 105
> Miami Lakes, FL 33016
> Tel: (305) 556-3663
> Fax: (305) 556-3647
> Email: langbeinpa@bellsouth.net
>
> *Please visit our website at "www.langbeinpa.com"*
>
> Board Certified by the Fla. Bar in
>    Labor & Employment Law
> Fla. Cert. Circuit/Civil Mediator
> Fla. Cert. and AAA Arbitrator
> "AV" Rated by Martindale Hubbell
> Designated by SuperLawyer Magazine as a
>    "SuperLawyer, 2009-2017 "
> Designated as one of "South Florida's "Top Rated
>    Lawyers" 2012 and 2013 by ALM Publications"
> Member, Fla Chapter of the National Academy of Distinguished Neutrals
>
> > > > > >
>
> THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND IS INTENDED TO BE ACCESSED AND VIEWED ONLY BY THE NAMED RECIPIENT.   IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT IMMEDIATELY AND NOTIFY US OF THE ERROR BY REPLY MAIL.
>
>
> On Monday, July 3, 2017 6:23 PM, Neil Tobak <ntobak.zidellpa@gmail.com> wrote:
>
>
> Leslie,
>
> This is my third and final conferral attempt. As you surely saw my original email since you replied to it (if you don't believe just look down through this email chain) with out answer but instead a conferral of your own. Please let me know if you will strike your notice or I need to file my motion to strike as you are way outside the limits of the Court's order.
>
> Regards,
>
> Neil Tobak, Esq.
> Bar #93940

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
305-865-6766
Fax: 305-865-7167
NTobak.Zidellpa@gmail.com

**IF THIS EMAIL CONTAINS OR REFERENCES SETTLEMENT NEGOTIATIONS, OR IS IN ANY WAY AN ATTEMPT TO NEGOTIATE A SETTLEMENT, IT IS A CONFIDENTIAL SETTLEMENT NEGOTIATION AND NOT ADMISSABLE IN COURT**

CONFIDENTIALITY NOTICE: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. J.H. Zidell P.A. reserves the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** langbeinpa [mailto:langbeinpa@bellsouth.net]
**Sent:** Monday, July 03, 2017 4:09 PM
**To:** Neil Tobak <ntobak.zidellpa@gmail.com>
**Subject:** Re: Reyes v. Collins and 74th

Yeah... I am serious.  No sign of any emails from you for the times cited in either inbox or trash.   So what's your answer ????

Leslie W. Langbein, Esq.
LANGBEIN & LANGBEIN, P.A
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

*Please visit our website at "*www.langbeinpa.com*"*

Board Certified by the Fla. Bar in
    Labor & Employment Law
Fla. Cert. Circuit/Civil Mediator
Fla. Cert. and AAA Arbitrator
"AV" Rated by Martindale Hubbell
Designated by SuperLawyer Magazine as a
   "SuperLawyer, 2009-2017 "
Designated as one of "South Florida's "Top Rated
   Lawyers" 2012 and 2013 by ALM Publications"
Member, Fla Chapter of the National Academy of Distinguished Neutrals

> > > > >

THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND IS INTENDED TO BE ACCESSED AND VIEWED ONLY BY THE NAMED RECIPIENT.   IF YOU RECEIVED

THIS MESSAGE IN ERROR, PLEASE DELETE IT IMMEDIATELY AND NOTIFY US OF THE ERROR BY REPLY MAIL.

On Monday, July 3, 2017 1:50 PM, Neil Tobak <ntobak.zidellpa@gmail.com> wrote:

Leslie?!?!

Are you serious??! I sent you an email at 8:56 AM! AND A SECOND AT 11:30 AM, BOTH PRIOR TO YOUR EMAIL.

So the real question is Why do you have time to send me this email but you don't have time to answer my prior emails.?!?!?!?

When I'm finished with my client I will review the order and get back to you. Please respond to my email as soon as you can as well.

Regards,

Neil Tobak, Esq.
Bar #93940
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
305-865-6766
Fax: 305-865-7167
NTobak.Zidellpa@gmail.com

**IF THIS EMAIL CONTAINS OR REFERENCES SETTLEMENT NEGOTIATIONS, OR IS IN ANY WAY AN ATTEMPT TO NEGOTIATE A SETTLEMENT, IT IS A CONFIDENTIAL SETTLEMENT NEGOTIATION AND NOT ADMISSABLE IN COURT**

CONFIDENTIALITY NOTICE: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. J.H. Zidell P.A. reserves the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** langbeinpa [mailto:langbeinpa@bellsouth.net]
**Sent:** Monday, July 03, 2017 1:46 PM
**To:** Neil Tobak <ntobak.zidellpa@gmail.com>
**Subject:** Re: Reyes v. Collins and 74th

Why do you have time to send me this email but you don't have time to answer my prior email. Do you object to my Motion for Clarification ?

Leslie W. Langbein, Esq.
LANGBEIN & LANGBEIN, P.A

8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

*Please visit our website at "*www.langbeinpa.com*"*

Board Certified by the Fla. Bar in
   Labor & Employment Law
Fla. Cert. Circuit/Civil Mediator
Fla. Cert. and AAA Arbitrator
"AV" Rated by Martindale Hubbell
Designated by SuperLawyer Magazine as a
  "SuperLawyer, 2009-2017 "
Designated as one of "South Florida's "Top Rated
  Lawyers" 2012 and 2013 by ALM Publications"
Member, Fla Chapter of the National Academy of Distinguished Neutrals

> > > > >

THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND IS INTENDED TO BE ACCESSED AND VIEWED ONLY BY THE NAMED RECIPIENT.   IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT IMMEDIATELY AND NOTIFY US OF THE ERROR BY REPLY MAIL.


On Monday, July 3, 2017 8:24 AM, Neil Tobak <ntobak.zidellpa@gmail.com> wrote:


Leslie,

According to DE 66, the Court limited your filing of a counter designation notice to 3 things, They are as follows:

> 1.  If there are any other page and line numbers from Mr. Hossain's deposition transcript that Ms. Langbein finds responsive to the Undersigned's inquiry, then, by July 3, 2017, Ms. Langbein may file a counterdesignation notice.
> 2.  If there are any other page and line numbers from the trial (Lopez0 Osorio #15-20614) transcript excerpts that Ms. Langbein finds responsive to the Court's inquiry, then, by July 3, 2017, Ms. Langbein may file a counter-designation notice
> 3.  Ms. Langbein may file additional page and line numbers from Mr. Hossain's deposition where he provided answers to Ms. Jaff's questions concerning his good faith defense


Your notice [DE79] is not responsive to the courts order and is outside your limits in filing a cross notice (i.e. deposition of Lesly Azucena). Please strike your notice, or we will file a motion to strike and ask for fees for having to file this ridiculous motion for not following the courts order.

Regards,

Neil Tobak, Esq.
Bar #93940
J.H. Zidell, P.A.

300 71st Street, Suite 605
Miami Beach, Florida 33141
305-865-6766
Fax: 305-865-7167
NTobak.Zidellpa@gmail.com

**IF THIS EMAIL CONTAINS OR REFERENCES SETTLEMENT NEGOTIATIONS, OR IS IN ANY WAY AN ATTEMPT TO NEGOTIATE A SETTLEMENT, IT IS A CONFIDENTIAL SETTLEMENT NEGOTIATION AND NOT ADMISSABLE IN COURT**

CONFIDENTIALITY NOTICE: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. J.H. Zidell P.A. reserves the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

 Virus-free. www.avg.com