IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:  16-24362-cv-LENARD/GOODMAN

LUIS REYES, on behalf of himself and
Others similarly situated,

    Plaintiff.

v.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

    Defendants.
_____/

<u>DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT'S 7/18/17 ORDER</u>

    Defendants jointly notify the Court of their compliance with its 7/18/17 order. Defendants provided Plaintiff with documentation of a meeting held on 4/11/06 with their counsel to discuss time and pay practices.  Despite best efforts, Defendants have been unable to locate any written advice provided by their counsel.   Defendants will continue their search and will immediately provide copies to Plaintiff should such be found. Defendants also provided Plaintiff with copies of the front and back of his time cards

    Respectfully Submitted,

    LANGBEIN & LANGBEIN, P.A.
    Counsel for the Defendants
    8181 NW 154th Street, Suite 105
    Miami Lakes, FL 33016
    Tel: (305) 556-3663
    Fax: (305) 556-3647
    Email: langbeinpa@bellsouth.net

    By: *[signature]*
        Leslie W. Langbein, Esq.
        Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 7/24/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list.

By: <u>/s/ Leslie W. Langbein</u><br>FBN 305391

## SERVICE LIST

J.H. ZIDELL, P.A.
J.H. Zidell, Esq.
Rivkah Jaff, Esq.
Neil Tobak, Esq.
Attorneys For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
zabogado@aol.com