UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24362-JAL

LUIS REYES, and all others similarly situated )
under 29 U.S.C. 216(b),                       )
                                              )
           Plaintiffs,                        )
    vs.                                       )
                                              )
COLLINS & 74TH STREET, INC.,                  )
MOHAMMED S HOSSAIN,                           )
                                              )
           Defendants.                        )
_____ )

## NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN, at the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on August 25, 2017, at 1:15 p.m.

Specifically, Plaintiff is requesting the Court address issues with respect to Defendants' unverified responses to Plaintiff's Second set of Interrogatories, specifically Nos. 3. Additionally, Plaintiff is requesting the Court address issues with respect to Defendants' responses to Plaintiff's Second Request for Production, specifically Nos. 1, 2, 3, 4, 5, 6, 9, 10, 11, 17, 18, 20, 21, 23, 26.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the motion notice has been made with opposing counsel or that, because of time considerations, such efforts have not yet been made, but will be made prior to the scheduled hearing

1

## CERTIFICATE OF CONFERRAL

The Parties have communicated through multiple emails and attempted to reach Defense Counsel by phone on these disputes but have been unable to resolve the discovery disputes. Plaintiff will withdraw the instant Notice should the Parties be able to resolve the dispute herein.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
    Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 8/3/17 TO:**

**LESLIE W. LANGBEIN, ESQ.
LANGBEIN & LANGBEIN
8181 NW 154 STREET, SUITE 105
MIAMI LAKES, FL 33016
305-556-3663
FAX: 556-3647
EMAIL: LANGBEINPA@BELLSOUTH.NET**

**BY:__/s/____Neil Tobak_____
        NEIL TOBAK, ESQ.**