UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

      Plaintiff,

vs.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

      Defendants.
_____/

## DEFENDANTS' UNVERIFIED RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendants, COLLINS & 74TH STREET, INC. ("M & L") and MOHAMMED S. HOSSAIN, individually, ("HOSSAIN") hereby jointly serve their responses to Plaintiff's First Set of Interrogatories served on 1/19/17. The requests are form requests that have no bearing on the issues of this case or which seek information which has been previously admitted and therefore are being interposed simply for the purpose of harassment and to cause Defendanst to incur further attorney's fees and costs.

Any reference in these responses to a three-year period preceding the filing of this lawsuit (referred to as the "Relevant Time Period") is not a waiver of Defendants' good faith defense that a two year Statute of Limitation is applicable.

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was delivered via email to Neil Tobak, Esq., J.H. ZIDELL, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141 on 2/20/17.

By: *(signature)*
Leslie W. Langbein, Esq.
Fla. Bar No. 305391

## INTERROGATORIES

1. **Please state the legal name, address, date of birth, social security number and phone number of the person responding to these interrogatories and the employment relationship that the same has with the Defendants.**

   Mohammed Hossain
   Manager, Collins & 74th Street Corp.
   c/o Langbein & Langbein, P.A.

   Objection to providing Social Security Number as irrelevant and an invasion of privacy.

2. **Please state what Plaintiff's wages was during his entire employment period with you. Include what Plaintiff's hourly wage was, what Plaintiff's overtime wage was (if any), any and all bonuses or commissions that Plaintiff received during Plaintiff's entire employment period with you.**

   In accordance with Rule 33(d)(1), Defendants refer Plaintiff to the paystubs being produced simultaneously which show his wage rates during the three years preceding this lawsuit.

3. **Please list any mistakes you have made in payroll during the relevant time period, how those errors were corrected, if any of those errors applied to Plaintiff's pay and any corrective action due to any error in payment of Plaintiff.**

   To the best of Defendants' knowledge, there were no mistakes made in calculating Plaintiff's pay or recording his hours. Further, Plaintiff never brought any errors in his hours or calculation of his pay to the attention of his supervisors or managers during the Relevant Time Period. Upon information and belief, Plaintiff had another employee punch in for him on 10/12/16 which was a day he was not scheduled to work and did not work.

4. **If you contend there are weeks during Plaintiff's employment with Defendant, in which Plaintiff did not work overtime hours, please state the weeks that Plaintiff did not work overtime and the amount of hours that you contend Plaintiff worked during those weeks and the basis for said contention.**

> In accordance with Rule 33(d)(1), Defendants refer Plaintiff to the time cards and paystubs being produced simultaneously herewith which show the weeks in which Plaintiff worked overtime and the weeks in which he did not, as well as the weeks where he performed no work at all.

5. **Identify all documents you reviewed, relied upon or referred to in answering, or that in any way assisted you in answering, any of the interrogatories contained herein.**

   Plaintiff's time cards and paystubs.

**[NOTE: THERE ARE NO INTERROGATORIES # 6 OR # 7]**

8. **Please list the names, addresses, phone numbers, and any other contact information for the other full time employees that Plaintiff regularly directed the work of.**

   Defendants withdraw their affirmative defense of managerial exemption.

9. **Please list names, addresses and phone numbers, of Defendants' Employee's the Plaintiff had control over the hiring and firing of, or influence over the decision to hire/or and fire, including identifying the role Plaintiff played in the decisions regarding each person.**

   Defendants incorporate their prior response to Interrogatory # 8.

10. **Please list any persons whom you believe, or suspect, may have information relevant to any claim, defense or facts related to the instant action, including names, phone numbers and address, and including, but not limited to, any persons you plan to call as witnesses.**

    Tasmin Khan
    c/o Langbein & Langbein, P.A.

    Lesbia Azucena
    c/o Langbein & Langbein, P.A.

    Mohammed S. Hossain
    c/o Langbein & Langbein, P.A.

    Defendants will supplement this response as discovery progresses.

11. **List any documents that support your defenses and denials contained in the answer to the operative complaint.**

   Plaintiff's paystubs and time cards.

## NOTARY ATTESTATION

I, MOHAMMED S. HOSSAIN, AN EMPLOYEE OF DEFENDANT AND WITH PERSONAL KNOWLEDGE OF ALL THE FACTS LISTED TO ALL OF THE INTERROGATORIES (ELEVEN TOTAL) * DO HEREBY AFFIRM THAT THE ANSWERS TO ALL SAID INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL AND PROFESSIONAL KNOWLEDGE.

COLLINS & 74TH STREET, INC.

By: _____
Its: President

State of FLORIDA)
County of MIAMI-DADE)

The foregoing instrument was acknowledged before me on this __28__ day of __April__, 2017, by Mohammed S. Hossain who is personally known to me or has produced __Driver License H250-557-53__ as a valid form of identification for these purposes.

_____
Notary public--sign

_____
Notary public--print

KAREN SAUCEDA A
MY COMMISSION # FF996180
EXPIRES May 25, 2020
(407) 398-0153  FloridaNotaryService.com

Commission number and expiration date of same

* There are only 9 Interrogatories due to misnumbering

6 of 6

## ATTESTATION

In accordance with 28 U.S.C. §1746, I, MOHAMMED S. HOSSAIN, an employee of Collins & 74th Street, Inc. do declare under penalty of perjury that the foregoing answers to Interrogatoties are true and correct to the best of my knowledge and belief.

COLLINS & 74TH STREET, INC.

By: _____
Its: President