UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 16-24362-cv-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

    Plaintiff,

vs.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

    Defendants.
_____/

### DEFENDANTS' UNVERIFIED[1] RESPONSE TO PLAINTIFF'S 2nd SET OF INTERROGATORIES

Defendants, COLLINS & 74TH STREET, INC. ("M & L") and MOHAMMED S. HOSSAIN, individually, ("HOSSAIN") hereby jointly serve their responses to Plaintiff's 2nd Set of Interrogatories served on 4/28/17. The date of response was extended to 6/7/17. The requests are form requests that have no bearing on the issues of this case or which seek information which has been previously admitted and therefore are being interposed simply for the purpose of harassment and to cause Defendants to incur further attorney's fees and costs.

---

[1] Mr. Hossain was unavailable to sign the Interrogatories on the date these were served. His attestion will be obtained as quickly as possible.

Any reference in these responses to a three-year period preceding the filing of this lawsuit (referred to as the "Relevant Time Period") is not a waiver of Defendants' good faith defense that a two year Statute of Limitation is applicable.

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was delivered via email to Neil Tobak, Esq., J.H. ZIDELL, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141 on 6/7/17.

By: *[signature]*
Leslie W. Langbein, Esq.
Fla. Bar No. 305391

## INTERROGATORIES

1. **Please state the legal name, address, phone number, and social security number of the person responding to these interrogatories and the employment relationship that the same has with the Defendants.**

    Mohammed Hossain
    Manager, Collins & 74th Street Corp.
    c/o Langbein & Langbein, P.A.

    Objection to providing Social Security Number as irrelevant and an invasion of privacy.

2. **Please list all witnesses' names and addresses who have any knowledge of the Hours that the Plaintiff worked for you and/or the wages that the Plaintiff received for her/his/their work while employed by you.**

    Objection, previously asked and answered. See Interrogatory # 10, First Set of Interrogatories. To the extent that any other witnesses become known, Defendants will supplement this Interrogatory response.

3. **Please state the name, address, and phone number of the Defendants' accountant(s) for the time period stated in the complaint as well as the name of the individual in charge of the Defendants' pay roll.**

    Objection, irrelevant, oppressive and harassing.  The Corporate Defendant admitted in its Answer that it is an enterprise engaged in commerce and thus covered by the FLSA during the 3 year period preceding the filing of the Complaint. No discovery needs to be taken on issues that have already been admitted. Moreover, the same question was posed to Defendants during their depositions. This RFP is simply a "billing opportunity by Plaintiff's counsel" and a means to increase Defendants' legal fees.

5. **Please state with specificity each Exemption or Credit (in relation to the overtime wage laws pursuant to the FLSA and Retaliation pursuant to 29 U.S.C. 215(a)(3)) you are claiming as alleged in your Affirmative Defenses, and the factual basis for each alleged Exemption.**

    Defendants notified Plaintiff on 2/20/17 that they withdrew Affirmative Defense # 9 as it was mistakenly included in the Answer. Defendants seek a credit for wages that Plaintiff was paid but for which he did not perform "work." The remainder of the Interrogatory is irrelevant since Plaintiff has not pled a count for retaliation.

6. **Please state the name, address, contact person and telephone number of all of Defendants' suppliers in 2013, 2014, 2015, and 2016 used by Defendants and/or their employees (including Plaintiff). In your answer describe what was supplied**.

    Objection, irrelevant, oppressive and harassing. The Corporate Defendant admitted in its Answer that it is an enterprise engaged in commerce and thus covered by the FLSA during the 3year period preceding the filing of the Complaint. No discovery needs to be taken on issues that have already been admitted. This Interrogatory is simply a "billing opportunity by Plaintiff's counsel" and a means to increase Defendants' legal fees.

7. **Please state the name, address, date of birth, and telephone number of all of Defendant's employees, that had/have the same and/or similar job title and/or duties as Plaintiff, from the years 2013, 2014, 2015, and 2016.**

    Abel A Valencia
    8040 Abbott Ave Apt 5b
    Miami Beach Fl 33141

    Mario A Pereyra
    8300 Abbot Ave
    Miami Beach Fl 33141

    Julio Barahona
    141 S Shore Dr Apt4
    Miami Fl 33141

    Karim Rezaul
    850 80th St
    Miami Beach Fl 33141

Fernando Mendez Roy
7504 Abbot Apt 2
Miami Beach Fl 33141

Victor D Tabares
7835 Crespi Blvd Apt 6
Miami Beach Fl 33141

Julio C Pena
5674 NW 195th Ter
Miami Gardens Fl 33055

Wilson Rodriguez Henriquez
7635 NE 2 N Ct
Miami Fl 33138

Joe Rodriguez
2278 SW 16 Ave
Miami Fl 33145

Waskar J Aguilar Castillo
8215 Crespi Blvd Apt2
 Miami Beach Fl 33141

Defendants did not keep telephone numbers on file.   Defendants object to the production of dates of birth which are personally identifiable information that can be the subject of identity theft.

8. **Please state the name, last known address, date of birth, and last known telephone   number(s) of all of Defendant's employees, that worked at the same location Plaintiff worked at during the relevant time period.**

   Objection to the overly broad scope of this Interrogatory which is not limited to the employees who worked in the same jobs as Plaintiffs and therefore, may be "similarly situated."  Defendants also object to providing their employees' social security numbers and dates of birth due to the epidemic of identity theft.  The answer to Interrogatory # 7 provides the names of similarly situated employees.

9. **Please list all witnesses' names and addresses who have any knowledge of the Hours that the Plaintiff worked for you and/or the wages that the Plaintiff received for her/his/their work while employed by you and any knowledge regarding the retaliation.**

Objection as previously asked and answered. See response to Interrogatory #10, first set of Interrogatories dated 2/20/17.

[End of Interrogatories]

## NOTARY ATTESTATION

I, MOHAMMED S. HOSSAIN, AN EMPLOYEE OF DEFENDANT AND WITH PERSONAL KNOWLEDGE OF ALL THE FACTS LISTED TO ALL OF THE INTERROGATORIES (ELEVEN TOTAL) * DO HEREBY AFFIRM THAT THE ANSWERS TO ALL SAID INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL AND PROFESSIONAL KNOWLEDGE.

COLLINS & 74TH STREET, INC.

By: _____
     Its:  President

State of FLORIDA)
County of MIAMI-DADE)

The foregoing instrument was acknowledged before me on this _____ day of _____, 2017, by Mohammed S. Hossain who is personally known to me or has produced _____ as a valid form of identification for these purposes.

_____
Notary public--sign
_____
Notary public--print
_____
Commission number and expiration date of same

* There are only 9 Interrogatories due to misnumbering