EXHIBIT "B"

M & L MARKET  
7446 Collins Avenue  
Miami Beach, FL 33141  
Phone: (305) 865-2649

May 3, 2017

J.H. Zidell, Esq.  
J.H. ZIDELL, P.A.  
300 71st Street, Suite 605  
Miami Beach, FL 33141

      RE:   Luis Reyes

Dear Mr. Zidell:

    It came to my attention for the first time that there are errors in some of Mr. Reyes' paychecks.  He never brought this to our attention during his employment. Nevertheless, I thoroughly reviewed his time cards and paychecks and discovered that he is due the following sums:

    $148.50 for the bi-weekly pay period ending 1/28/15  
    $   7.13 for the bi-weekly pay period ending 6/10/15  
    $   3.56 for the bi-weekly pay period ending 9/30/15  
    $ 192.37 for the bi-weekly pay period ending 1/6/16  
    $ 149.62 for the bi-weekly pay period ending 2/17/16.  
    $   3.56 for the bi-weekly pay period ending 3/16/16  
    $  39.19 for the bi-weekly pay period ending 3/30/16

    The total owed to him is $543.93, less deductions.  I enclose a check in the amount of $ __472.32__ to satisfy this back pay plus an additional check in the amount of $58.40 which represents interest owed on the amount from the earliest date, 1/28/15.  The errors clearly were the due to negligence and oversight, and were unintentional as you can see from the remainder of Mr. Reyes' paychecks where he was paid time and a half for all hours over 40 in a work week.

    The tender of this back pay is unconditional, that is, Mr. Reyes' acceptance of the pay will not be deemed to waive any arguments or rights he has raised in his lawsuit. I note that while Mr. Reyes' alleges he was paid for his overtime hours in cash at a straight time rate, and therefore, if that were true, he only would be entitled to half time. Since that is not true, we are offering him time and a half for the missing pay.

Mohammed Hossain  
President