# EXHIBIT "C"

1JUN 6:37AM
1JUN 6:07PM
3JUN 6:57AM
3JUN 4:55PM
8JUN 6:38AM
8JUN 4:59PM
10JUN 6:59AM
10JUN 4:59PM

Luis Reyes