# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| LUIS REYES,<br><br>        Plaintiff,<br>vs.<br><br>COLLINS & 74TH STREET, INC.,<br>MOHAMMED S HOSSAIN,<br><br>        Defendants. | PLAINTIFF'S EXHIBIT LIST<br><br>CASE NO.: 16-24362-CIV-JAL |

| PRESIDING JUDGE<br>HONORABLE DISTRCIT JUDGE JOAN A. LENARD | PLAINTIFFS' ATTORNEY<br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET<br>SUITE 605<br>MIAMI BEACH, FL 33141<br>305-865-6766<br>FAX: 305-865-7167 | DEFENDANT'S ATTORNEY<br>LESLIE W. LANGBEIN, ESQ.<br>LANGBEIN & LANGBEIN<br>8181 NW 154 STREET, SUITE 105<br>MIAMI LAKES, FL 33016<br>305-556-3663<br>FAX: 556-3647<br>EMAIL: LANGBEINPA@BELLSOUTH.NET |

| TRIAL DATE(S) | | |
|---|---|---|
| March 19, 2018 | | |

| PLF. NO | DEF. NO | DEF OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | A, H, UP | | | Plaintiff's Mathematical Calculation of Damages, redacted as to liquidated damages, attorneys' fees/costs (demonstrative aid). |
| 2 | | Objections stated in response; UP | | | Plaintiff's First Request for Admissions to Defendants. |
| 3 | | Objections stated in response; UP | | | Defendants Response to Plaintiff's First Request for Admissions to Defendant. |
| 4 | | Objections stated in response; UP | | | Plaintiff's First Request for Production to Defendants |
| 5 | | Objections stated in response; UP | | | Defendants Response to Plaintiff's First Request for Production to Defendants. |
| 6 | | Objections stated in response; UP | | | Defendants' Supplemental Response to Plaintiff's 1st Request for Production. |
| 7 | | Objections stated in response; UP | | | Plaintiff's Notice of Serving First set of Interrogatories to Defendants and Plaintiff's First Set of Interrogatories to Defendants. |

| | | | | | |
|---|---|---|---|---|---|
| 8 | | Objections stated in response; UP | | | Defendants' Unverified Response to Plaintiff's First Set of Interrogatories. |
| 9 | | Objections stated in response; UP | | | Plaintiff's Second Request for Admissions. |
| 10 | | Objections stated in response; UP | | | Defendants Response to Plaintiff's Second Request for Admission. |
| 11 | | Objections stated in response; UP | | | Plaintiff's Notice of Serving Second set of Interrogatories to Defendants and Plaintiff's Second Set of Interrogatories to Defendants. |
| 12 | | Objections stated in response; UP | | | Defendants' Unverified Response to Plaintiff's Second Set of Interrogatories. |
| 13 | | Objections stated in response; UP | | | Plaintiff's Second Request for Production to Defendants |
| 14 | | Objections stated in response; UP | | | Defendants Response to Plaintiff's Second Request for Production to Defendants. |
| 15 | | Objections stated in response; UP | | | Plaintiff's Supplemental Request for Production to Defendants Dated 5/4/17. |
| 16 | | Objections stated in response; UP | | | Defendants Responses to Plaintiff's Third Request for Production. |
| 17 | | Objections stated in response; UP | | | Plaintiff's Notice of Serving Supplemental Set of Interrogatories to Defendants and Plaintiff's Supplemental Set of Interrogatories to Defendants 5/4/17. |
| 18 | | A, I, R, H, UP – Never previously produced | | | Affidavit of Maximo Hernandez Tate. |
| 19 | | A, I, R, H, UP – Never previously produced | | | Affidavit of Francisco A. Perez. |
| 20 | | | | | Ledger of Paychecks to Plaintiff produced by Defendants, Bate Stamped M&L 000072- 000073. |
| 21 | | | | | Paychecks to Plaintiff produced by Defendants Bate Stamped M&L 000085 and M&L 000087. |
| 22 | | Plaintiff has not provided BS numbers for the Documents and Defendants cannot determine what documents these consist of | | | Compilation of Plaintiff's Pay Stubs produced by Plaintiff in Response to Defendants Request for Production to Plaintiff. |
| 23 | | I, R, UP | | | Letter from Defendants admitting liability and corresponding checks. |
| 24 | | | | | Compilation of Plaintiff timecards produced by Defendants, Bate Stamped M&L 000001 – 0000067 and M&L 000101 – 000362. |
| 25 | | Subject to Corrected Version | | | Defendants' Responses to Plaintiff's Supplemental Set of Interrogatories to Defendants 5/4/17. |
| 26 | | A, H, UP | | | Plaintiff's off-the-clock hours. [DE140-3]. |

| | | | | | |
|---|---|---|---|---|---|
| 27 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY DOCUMENTS PRODUCED DURING DISCOVERY IN THIS CASE. |
| 28 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS LISTED ON DEFENDANTS' EXHIBIT LIST, WITHOUT WAIVING ANY OBEJCTIONS. |
| 29 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS IN ANY DEPOSITIONS TAKEN IN THIS CASE. |
| 30 | | | | | ALL REBUTTAL AND IMPEACHMENT EXHIBITS. |