UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 16-cv-24362-LENARD/GOODMAN

LUIS REYES on behalf of himself and
All others similarly situated,

    Plaintiff,

v.

COLLINS & 74TH STREET, INC. and
MOHAMMED S. HOSSAIN,

    Defendants.

_____/

### DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION IN LIMINE REGARDING ADMISSIBILITY OF 5/4/17 TENDER LETTER

Defendants, COLLINS & 74TH STREET, INC. and MOHAMMED S. HOSSAIN, give notice of withdrawing any argument in their Motion in Limine that the tender letter with checks given to Plaintiff on 5/4/17 constitute inadmissible settlement discussions. The withdrawal of this argument shall not be construed as an admission of liability as to Plaintiff's claim for "off the clock" work since the tender letter and checks were meant to satisfy an unstated claim for miscalculation of wages based on time recorded on Plaintiff's time card. Defendants continue to maintain no liability for Plaintiff's purported "off the clock" work.

    Respectfully Submitted,

    LANGBEIN & LANGBEIN, P.A.
    Counsel for the Defendants
    8181 NW 154 St., Suite 105
    Miami Lakes, FL. 33016
    Ph: 305-556-3663
    Fax: 305-556-3647
    Email: langbeinpa@bellsouth.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 1/30/18 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list.

By: /s/ Leslie W. Langbein
Leslie W. Langbein, Esq.
Fla. Bar NO. 305391

SERVICE LIST

J. H. Zidell, Esq.
zabogado@aol.com
Rivkah Jaff, Esq.
Rivkah.jaff@gmail.com
Neil Tobak, Esq.
ntobak@zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorneys for the Plaintiff